# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Julia Chattler, on behalf of herself and all others
similarly situated,

**v.**

*E-filing*

The United States of America and The United
States Department of State

**SUMMONS IN A CIVIL CASE**

*ADR*

CASE NUMBER:

C07-04040

*JL*

TO: (Name and address of defendant)

See Attachment A.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HAGENS BERMAN SOBOL SHAPIRO LLP
Reed R. Kathrein (139304)
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
reed@hbsslaw.com

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

(BY) DEPUTY CLERK

DATE AUG - 7 2007

**Attachment A**

1.  Scott N. Schools, U.S. Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102

2.  Office of the Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530-0001

3.  The Executive Office
    Office of the Legal Advisor
    Room 5519
    United States Department of State
    2201 C. Street, NW
    Washington, D.C. 20520-6310

| Attorney Or Party Without Attorney (Name and Address): | | FOR COURT USE ONLY |
|---|---|---|
| REED R. KATHREIN, ESQ. (139304)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, CA 94710 | (510) 725-3034 | |
| Attorneys for: JULIA CHATTLER | Ref. No. Or File No.<br>W2481632 | |

Insert name of court, judicial district and branch court, if any:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Plaintiff:
**JULIA CHATTLER, etc.**

Defendant:
**THE UNITED STATES OF AMERICA, et al.**

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C07-04040 JL |
|---|---|---|---|---|

I, Jon Wesley Hopkins, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET ; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; [Blank] CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; [Blank] DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT; MAGISTRATE JUDGE JAMES LARSON NOTICES; WELCOME TO THE UNITED STATES DISTRICT COURT, SAN FRANCISCO DIVISION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant      : THE UNITED STATES OF AMERICA

By Serving     : MS. DIANN LACKEY, Paralegal/Authorized to Accept Service of Process, on behalf of Scott N. Schools, Authorized Agent

Address        : 450 Golden Gate Avenue , San Francisco, California  94102

Date & Time   : Tuesday, August 7, 2007 @ 3:27 p.m.

Witness fees were : Not applicable.

Person serving:
Jon Wesley Hopkins
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 1001
   (3) County: San Francisco
   (4) Expires: 1/19/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 7, 2007

Signature: _____
Jon Wesley Hopkins


Printed on recycled paper

HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3034
Attorneys for: julia chattler

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff  : JULIA CHATTLER, etc.
Defendant : THE UNITED STATES OF AMERICA, et al.

| | |
|---|---|
| Hearing  Date: | |
| Time: | Dept. |

| | | |
|---|---|---|
| Invoice No. W2481634 | **PROOF  OF  SERVICE  BY  CERTIFIED  MAIL** | Case No. C07-04040 JL |

At the time of service I was at least 18 years of age and not a party to this action.
On August 7, 2007, I served the within:

SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET ; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF ASSIGNMENT OF CASE
TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; [Blank] CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE
JUDGE; [Blank] DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES
DISTRICT COURT; MAGISTRATE JUDGE JAMES LARSON NOTICES; WELCOME TO THE UNITED STATES DISTRICT COURT, SAN
FRANCISCO DIVISION; ECF REGISTRATION INFORMATION HANDOUT

on the defendant in the within action by placing a true copy in a sealed envelope with postage
fully prepaid for first class certified in the United States mail at San Francisco, California,
addressed as follows:

THE UNITED STATES OF AMERICA
**Office of the Attorney General, U. S. Department of Justice**
**950 Pennsylvania Ave., NW**
**Washington, DC 20530-0001**

Person serving:

Edwina Galvan
**Wheels  of  Justice,  Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 406
   (3) County: San Francisco
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: August 7, 2007

Signature:_____

Printed on recycled paper

Judicial Council form, rule 982(a)  (23)

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.99 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.64 |

Postmark
Here

8-7-07

7007 1490 0002 2510 9159

Sent To
THE UNITED STATES OF AMERICA
c/o Office of the Attorney General
Street, Apt. No.;
or PO Box No.
U. S. Department of Justice
950 Pennsylvania Ave., NW
City, State, ZIP+4
Washington, DC 20530-0001

PS Form 3800, August 2006          See Reverse for Instructions

REED R. KATHREIN, ESQ. (139304)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3034
Attorneys for: julia chattler

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff    : JULIA CHATTLER, etc.
Defendant : THE UNITED STATES OF AMERICA, et al.

Hearing  Date:
Time:              Dept.

| Invoice No. W2481635 | **PROOF OF SERVICE BY CERTIFIED MAIL** | Case No. C07-04040 JL |

At the time of service I was at least 18 years of age and not a party to this action.
On August 7, 2007, I served the within:

SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET ; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE
AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF
ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; [Blank] CONSENT TO PROCEED
BEFORE A UNITED STATES MAGISTRATE JUDGE; [Blank] DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT;  MAGISTRATE JUDGE JAMES LARSON
NOTICES; WELCOME TO THE UNITED STATES DISTRICT COURT, SAN FRANCISCO DIVISION; ECF REGISTRATION
INFORMATION HANDOUT

on the defendant in the within action by placing a true copy in a sealed envelope with postage
fully prepaid for first class certified in the United States mail at San Francisco, California,
addressed as follows:

THE UNITED STATES DEPARTMENT OF STATE
**The Executive Office, Office of the Legal Advisor**
**2201 C Street, NW, Room 5519**
**Washington, D.C. 20520-6310**

Person serving:                        a. Fee for service:
Edwina Galvan                          d. Registered California Process Server
**Wheels of Justice, Inc.**                (1) Employee or independent contractor
657 Mission Street, Suite 502             (2) Registration No.:  406
San Francisco, California  94105          (3) County: San Francisco
Phone: (415) 546-6000                     (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: August 7, 2007                    Signature:


Printed on recycled paper

Judicial Council form, rule 982(a)  (23)



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ 1.99 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.64 |

Postmark
Here
8·7·07

Sent To
United States Department of State
c/o The Executive Office
Street, Apt. No.; or PO Box No.
Office of the Legal Advisor
2201 C Street, NW, Room 5519
City, State, ZIP+4
Washington, D.C. 20520-6310

PS Form 3800, August 2006              See Reverse for Instructions

7007 1490 0002 2510 9966