1  STEVE W. BERMAN
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  1301 Fifth Avenue, Suite 2900
   Seattle, WA 98101
3  Telephone: (206) 623-7292
   Fax: (206) 623-0594
4  steve@hbsslaw.com

5  REED R. KATHREIN (139304)
   HAGENS BERMAN SOBOL SHAPIRO LLP
6  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
7  Telephone: (510) 725-3000
   Fax: (510) 725-3001
8  reed@hbsslaw.com

9  Attorneys for Plaintiff
10 JULIA CHATTLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CHATTLER, on behalf of herself and all others similarly situated, | No. C 07-04040 JL |
| Plaintiff, | APPLICATION FOR ADMISSION *PRO HAC VICE* OF STEVE W. BERMAN; [~~PROPOSED~~] ORDER |
| v. | |
| THE UNITED STATES OF AMERICA and THE UNITED STATES DEPARTMENT OF STATE, | ACTION FILED: August 7, 2007 |
| Defendants. | |

001980-11 188736 V1

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 11-3 ("Civil L.R."), Steve W. Berman, an active member in |
| 2 | good standing of the bar of the State of Washington, hereby applies for admission to practice in the |
| 3 | Northern District of California on a *pro hac vice* basis representing Plaintiff Julia Chattler in the |
| 4 | above-entitled action. In support of this application, I certify on oath that: |

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Reed R. Kathrein (139304)
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> Telephone: (510) 725-3000
> Facsimile: (510) 725-3001
> reed@hbsslaw.com

I declare under penalty of perjury of the United States of America that the foregoing is true and correct. Executed this 8th day of August, at Seattle, Washington.

_____
STEVE W. BERMAN

APPLICATION FOR ADMISSION PRO HAC VICE OF STEVE  - 1 -
W. BERMAN; [PROPOSED] ORDER
001980-11 188736 V1

**[PROPOSED] ORDER**

The Court, having reviewed the foregoing application, hereby GRANTS the Application for Admission *Pro Hac Vice* of Steve W. Berman in this action.

IT IS SO ORDERED.

DATED: 8-10-07

HONORABLE JAMES LARSON
UNITED STATES CHIEF MAGISTRATE JUDGE