

1  MEGAN E. WAPLES
   THE CAREY LAW FIRM
2  2301 E. Pikes Peak Avenue
   Colorado Springs, CO 80909
3  Telephone: (719) 635-0377
   Fax: (719) 635-2920
4  mwaples@careylaw.com

5  REED R. KATHREIN (139304)
   HAGENS BERMAN SOBOL SHAPIRO LLP
6  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
7  Telephone: (510) 725-3000
8  Fax: (510) 725-3001
   reed@hbsslaw.com

9  Attorneys for Plaintiff
10 JULIA CHATTLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CHATTLER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA and THE UNITED STATES DEPARTMENT OF STATE,<br><br>Defendants. | No. C 07-04040 JL<br><br>APPLICATION FOR ADMISSION *PRO HAC VICE* OF MEGAN E. WAPLES; [~~PROPOSED~~] ORDER<br><br>ACTION FILED: August 7, 2007 |

001980-11 188736 V1

1  Pursuant to Civil Local Rule 11-3 ("Civil L.R."), Megan E. Waples, an active member in good standing of the bar of the State of Colorado hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff Julia Chattler in the above-entitled action. In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Reed R. Kathrein (139304)
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> Telephone: (510) 725-3000
> Facsimile: (510) 725-3001
> reed@hbsslaw.com

I declare under penalty of perjury of the United States of America that the foregoing is true and correct. Executed this 8th day of August, at Colorado Springs, Colorado.

MEGAN E. WAPLES

APPLICATION FOR ADMISSION PRO HAC VICE OF       - 1 -
MEGAN E. WAPLES; [PROPOSED] ORDER
001980-11 198736 V1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [~~PROPOSED~~] ORDER

The Court, having reviewed the foregoing application, hereby GRANTS the Application for Admission *Pro Hac Vice* of Megan E. Waples in this action.

IT IS SO ORDERED.

DATED: 8-10-07

_____
HONORABLE JAMES LARSON
UNITED STATES CHIEF MAGISTRATE JUDGE