ROBERT B. CAREY
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 E. Camelback Rd., Suite 650
Phoenix, AZ 85016
Telephone: (602) 840-5900
Fax: (602) 840-3012
Rob.carey@att.net

REED R. KATHREIN (139304)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Fax: (510) 725-3001
reed@hbsslaw.com

Attorneys for Plaintiff
JULIA CHATTLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CHATTLER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA and THE UNITED STATES DEPARTMENT OF STATE,<br><br>Defendants. | No. C 07-04040 JL<br><br>APPLICATION FOR ADMISSION *PRO HAC VICE* OF ROBERT B. CAREY; [PROPOSED] ORDER<br><br>ACTION FILED: August 7, 2007 |

ORIGINAL

001980-11 188736 V1

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 11-3 ("Civil L.R."), Robert B. Carey, an active member in good standing of the bars of the States of Colorado and Arizona, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff Julia Chattler in the above-entitled action. In support of this application, I certify on oath that: |

Pursuant to Civil Local Rule 11-3 ("Civil L.R."), Robert B. Carey, an active member in good standing of the bars of the States of Colorado and Arizona, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff Julia Chattler in the above-entitled action. In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Reed R. Kathrein (139304)
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> Telephone: (510) 725-3000
> Facsimile: (510) 725-3001
> reed@hbsslaw.com

I declare under penalty of perjury of the United States of America that the foregoing is true and correct. Executed this 8th day of August, at Phoenix, Arizona.

_____
ROBERT B. CAREY

APPLICATION FOR ADMISSION PRO HAC VICE OF - 1 -
ROBERT B. CAREY; [PROPOSED] ORDER
001980-11 188736 V1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

The Court, having reviewed the foregoing application, hereby GRANTS the Application for Admission *Pro Hac Vice* of Robert B. Carey in this action.

IT IS SO ORDERED.

DATED: 8-10-07

_____
HONORABLE JAMES LARSON
UNITED STATES CHIEF MAGISTRATE JUDGE

APPLICATION FOR ADMISSION PRO HAC VICE OF         - 2 -
ROBERT B. CAREY; [PROPOSED] ORDER
001960-11 188736 V1