PETER D. KEISLER
Assistant Attorney General
Civil Division

SCOTT N. SCHOOLS
United States Attorney
Northern District of California

VINCENT M. GARVEY
Deputy Branch Director

JACQUELINE COLEMAN SNEAD
Trial Attorney
Federal Programs Branch, Civil Division
U.S. Department of Justice
20 Massachusetts Avenue, N.W. Rm 7214
Washington, DC 20530
Tel: (202) 514-3418

Attorneys for the Defendants.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA CHATTLER,<br><br>    PLAINTIFF<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>DEPARTMENT OF STATE,<br><br>    DEFENDANTS. | Case No. 07-4040 JL<br><br>NOTICE OF APPEARANCE |

Please take notice that Jacqueline Coleman Snead hereby enters her appearance as counsel of record for Defendants United States of America and the Department of State in the above-captioned action.

_____
*Chattler v. United States of America*                                    Case No. 07-04040 JL
Notice of Appearance for Jacqueline Coleman Snead

All service, correspondence, and notices should be directed to Jacqueline Coleman Snead at the fax number or address set forth below:

Jacqueline Coleman Snead
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
20 Massachusetts Avenue, N.W., Room 7214
Washington, DC 20001
Tel: (202) 514-3418
Fax: (202) 616-8470
E-mail: Jacqueline.Snead@usdoj.gov

Date: October 4, 2007              Respectfully submitted,

                                   PETER D. KEISLER
                                   Assistant Attorney General
                                   Civil Division


                                   SCOTT N. SCHOOLS
                                   United States Attorney
                                   Northern District of California


                                   VINCENT M. GARVEY
                                   Deputy Branch Director


                                     /s /Jacqueline Coleman Snead
                                   JACQUELINE COLEMAN SNEAD
                                   (D.C. Bar No. 459548)
                                   Trial Attorney
                                   Federal Programs Branch, Civil Division
                                   U.S. Department of Justice
                                   20 Massachusetts Avenue, N.W. Rm. 7214
                                   Washington, DC 20530
                                   Tel: (202) 514-3418

                                   **Attorneys for Defendants**

_____
*Chattler v. United States of America*                    Case No. 07-04040 JL
Notice of Appearance for Jacqueline Coleman Snead

**CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing Notice of Appearance was served electronically on October 4, 2007 through the Northern District of California Electronic Case File System (ECF) and that the document is available for viewing and downloading on that system.

                                           /s/ Jacqueline Coleman Snead
                                          JACQUELINE COLEMAN SNEAD

---

*Chattler v. United States of America*                                           Case No. 07-04040 JL
Notice of Appearance for Jacqueline Coleman Snead