```
1   PETER D. KEISLER
    Assistant Attorney General
2   Civil Division

3   SCOTT N. SCHOOLS
    United States Attorney
4   Northern District of California

5   VINCENT M. GARVEY
    Deputy Branch Director
6
    JACQUELINE COLEMAN SNEAD
7   Trial Attorney
    Federal Programs Branch, Civil Division
8   U.S. Department of Justice
    20 Massachusetts Avenue, N.W. Rm 7214
9   Washington, DC 20530
    Tel: (202) 514-3418
10
            Attorneys for the Defendants.
11
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| JULIA CHATTLER, | |
|---|---|
| PLAINTIFF | Case No. 07-4040 JL |
| v. | |
| UNITED STATES OF AMERICA, DEPARTMENT OF STATE, | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| DEFENDANTS. | |

    The undersigned parties in the above-captioned civil matter hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

_____

*Chattler v. United States of America*      Case No. 07-04040 JL
Request for Reassignment

1
2  Date: October 4, 2007                Respectfully submitted,
3                                       PETER D. KEISLER
                                        Assistant Attorney General
4                                       Civil Division
5
                                        SCOTT N. SCHOOLS
6                                       United States Attorney
                                        Northern District of California
7
8                                       VINCENT M. GARVEY
                                        Deputy Branch Director
9
10                                        /s /Jacqueline Coleman Snead
                                        _____
11                                      JACQUELINE COLEMAN SNEAD
                                        (D.C. Bar No. 459548)
12                                      Trial Attorney
                                        Federal Programs Branch, Civil Division
13                                      U.S. Department of Justice
                                        20 Massachusetts Avenue, N.W. Rm. 7214
14                                      Washington, DC 20530
                                        Tel: (202) 514-3418
15
                                        **Attorneys for Defendants**
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
*Chattler v. United States of America*                         Case No. 07-04040 JL
Request for Reassignment

**CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing Request for Reassignment was served electronically on October 4, 2007 through the Northern District of California Electronic Case File System (ECF) and that the document is available for viewing and downloading on that system.

                                               /s/ Jacqueline Coleman Snead
                                          JACQUELINE COLEMAN SNEAD

---