PETER D. KEISLER
Assistant Attorney General
Civil Division

DEBRA W. YANG
United States Attorney
District of California

VINCENT M. GARVEY
Deputy Branch Director

JACQUELINE COLEMAN SNEAD
Trial Attorney
Federal Programs Branch, Civil Division
U.S. Department of Justice
20 Massachusetts Avenue, N.W. Rm. 7214
Washington, DC 20530
Tel: (202) 514-3418

Attorneys for the Defendants.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **JULIA CHATTLER,** **PLAINTIFF** v. **UNITED STATES OF AMERICA, DEPARTMENT OF STATE,** **DEFENDANTS.** | Case No. 07-CV-4040-JL Declaration of Ann Barrett In Support of Defendants' Motion to Dismiss |

*Chattler v. United States of America*, Case No. 07-4040
Declaration of Ann Barrett in Support of Defendants' Motion to Dismiss

1

2    I, Ann Barrett, declare and state as follows:

3        1.    The following declaration is made in accordance with 28 U.S.C. § 1746.

4    **Professional Background**

5        2.    I have served as the Deputy Assistant Secretary for Passport Services of the Bureau

6    of Consular Affairs in the Department since March 2007. In this capacity, I am the senior executive

7    responsible for the overall management of the Department's efforts to adjudicate and produce

8    passports. My responsibilities include oversight and management of the Passport Services field

9    operations, systems operations, and representing Passport Services within the Consular Affairs

10   Bureau of the Department of State.

11       3.    From August 2001 until March 2007, I served as the Managing Director for Passport

12   Services and was directly responsible for managing the adjudication and issuance of U.S. passports.

13   My responsibilities included oversight of all Passport Services directorates, including field

14   operations, systems operations, and customer service.

15       4.    From 1994 to August 2001, I was the Director of the National Passport Center, the

16   first mega-center for processing passports in the U.S., which during my tenure reached its design

17   potential of producing 30% of all U.S. passports in the system. From May 1991 until October 1994,

18   I was the Assistant Regional Director of the Boston Passport Agency. I worked for the Department

19   in various capacities between 1978 and 1991, including as a Consular Officer and Passport Examiner

20   between 1978 and 1982.

21       5.    This declaration is submitted in support of Defendants' motion to dismiss. All

22   information contained herein is based upon my personal knowledge or information furnished to me

23   in my official capacity.

24

25

26

27   *Chattler v. United States of America*, Case No. 07-4040

28   Declaration of Ann Barrett in Support of Defendants' Motion to Dismiss

1

2    **Process for Passport Applications**

3        6.    The Department of State maintains 15 regional passport agencies and three passport

4    processing centers, which are responsible for processing passport applications and issuing passports.

5    The Department issued 12.1 million passports in fiscal year 2006, of which approximately 75% were

6    routine applications and approximately 25% were expedited applications.

7        **a.    Routine Applications**

8        7.    Approximately 60-65% of applications are submitted to one of approximately 9,000

9    authorized passport application acceptance facilities located throughout the United States. Personnel

10    at the passport acceptance facilities mark the applications for the appropriate passport agency and

11    forward them to a facility known as a lockbox, where they are generally held for up to 24 hours prior

12    to being sent to the Department for processing. About 25% of all passport applications are

13    "renewal" applications that also go through the lockbox.

14        8.    The function of the lockbox is to provide a secure, centralized system for sorting and

15    onward forwarding. The passport applications are routed to the appropriate passport agencies, while

16    the associated fees are forwarded to the Department of the Treasury. The lockbox is an essential

17    step in providing a secure, reliable method of transmitting the applications and associated fees from

18    the many passport acceptance facilities spread throughout the country to the passport agencies and

19    the Department of the Treasury, respectively.

20        9.    It is only after the application arrives at the appropriate passport agency or center that

21    the Department is able to begin processing it. At that point, Department personnel review all

22    documentation in order to determine whether a passport can be issued. If approved, the application

23    enters the final phase of processing, which is passport issuance.

24        10.    The Department charges certain fees for passport processing, including a passport

25    processing fee, a security fee, and, for those applicants who must apply in person, an execution fee.

26    By law, these fees are non-refundable, as noted in the passport application instructions in Form DS-

27

28    *Chattler v. United States of America*, Case No. 07-4040
Declaration of Ann Barrett in Support of Defendants' Motion to Dismiss

1.

2    11 at page 2, item 5 for first-time applicants and in Form DS-82 at page 2, item 3 for renewals. See

3    Exhibits A and A.1.

4         11.    Normally, an applicant who submits a routine application receives the passport in

5    approximately six to eight weeks. This represents the time that may be needed to accept the

6    application at the passport acceptance facility or to send it through the mail; the time needed to sort

7    the application at the lockbox and forward it to the appropriate passport agency or center; the time

8    needed for the Department to process the application and issue the passport; and the time needed for

9    the passport to arrive through the mail.

10        **b.    Expedited Applications**

11        12.    Since 1994, applicants have had the option of paying an additional fee for expedited

12   processing if they wish to receive their passports more quickly. Applicants may request expedited

13   processing whether applying through a passport application acceptance facility, by mail, or at a

14   passport agency. Expedited applications receive priority over routine applications and the

15   procedures for processing such applications are set forth in the Code of Federal Regulations.

16        **1.    The Expedited Processing Period**

17        13.    The passport application instructions inform all applicants of the availability of

18   expedited service, and of the three-day processing requirement that was in place for expedite

19   requests before August 16, 2007. For example, the instructions on the passport application form for

20   a first-time applicant, Form DS-11, state on page 2 at item 5.b: "**For faster processing,** you may

21   request expedited service. Expedited requests will be processed in three workdays from receipt at a

22   passport agency." See Exhibit A. The instructions for the application for passport renewal, Form

23   DS-82, contain a similar statement at page 2, item 3 ("For faster processing, you may request

24   expedited service. Expedited requests will be processed in three workdays from receipt at a passport

25   agency."). See Exhibit A.1.

26

27

28   *Chattler v. United States of America*, Case No. 07-4040
     Declaration of Ann Barrett in Support of Defendants' Motion to Dismiss

4

14.    The three-day time processing period reflects the Department's regulations codified at the Code of Federal Regulations, which require that processing for each expedited application be completed within a certain number of days. Prior to August 16, 2007, that time period was three business days from the time the expedited application was received by the Department or the time the request for an upgrade to expedited processing was approved. On August 16, 2007, the regulations were amended to require processing within a number of business days periodically published on the Department's website.

15.    The same section of the C.F.R., 22 C.F.R. § 51.66, defines expedited processing as beginning when the application either reaches the Passport Agency or when a routine application already being processed is approved for an upgrade to expedited processing. It defines processing as complete when the passport is mailed or is ready to be picked up by the applicant, assuming that the application has been approved. The required 3-day processing does not include the time it takes for an application to arrive at the passport agency or the time it takes for the issued passport to reach the applicant. Thus an applicant who received three-day processing may receive the passport two or three weeks after the application was submitted.

16.    Many customers request expedited service at the time they submit their passport applications. If applicants request expedited service when they apply at a passport acceptance facility or by mail, the word "EXPEDITE" must be clearly written on the exterior of the application envelope in order to ensure that the application is properly routed for expedited processing. This is explained on the Department's website. Failure to appropriately label the application as one requiring expedited processing may result in delays in processing.

17.    Individuals may submit expedited applications for passports directly to a passport agency if they need a passport urgently, for example for travel planned within two weeks of the date of application. Agencies accept applications in person by appointment only, and all in-person applications are processed as expedite requests. Many of these in–person applications accepted by

*Chattler v. United States of America*, Case No. 07-4040
Declaration of Ann Barrett in Support of Defendants' Motion to Dismiss

5

1

2   the agency are on a "will call" basis, where the applicant often picks up his or her passport from the

3   agency on the same date they apply.  About 10-15% of all passport applications are accepted at

4   agencies.

5        18.     An applicant may also request an upgrade to expedited service after he or she has

6   already submitted a routine application.  As soon as the request for expedited service is received, the

7   application is removed from the normal processing stream and shifted into the expedited service

8   process.

9        19.     Normally, an applicant who receives the three-day expedited service will receive the

10  passport in approximately two to three weeks.  This period takes into account the time needed for the

11  application to go from the acceptance facility or through the mail to the lockbox; for the application

12  and payment to be sorted at the lockbox; for the application to be processed at the agency or center

13  (where the three days are counted); and to mail the passport to the applicant.

14        **2.     Refunds of the Expedited Service Fee**

15        20.  By regulation, the fee for expedited service must be refunded if expedited processing, as

16  defined in 22 C.F.R. § 51.66, is not provided.  This regulation, contained in 22 C.F.R. § 51.63,

17  provides that "[t]he passport expedite fee will be refunded if the Passport Agency does not provide

18  the requested processing as defined in 51.66."  As the Department explains on its website, however,

19  applicants are not entitled to reimbursement of fees or compensation for missed travel.  See Exhibit

20  B.1.

21        21.     Fees for expedited processing are returned to customers who request a refund, who

22  have paid the expedited processing fee, and whose applications were not processed in the specified

23  time period for expedited processing.  The required time period for expedited service for such

24  applications submitted and paid for before August 16, 2007 was three business days.

25        22.     The State Department website explains how to obtain a refund of the expedite fee if

26  an applicant believes he or she has not received expedited processing.  On the State Department's

27

28  *Chattler v. United States of America*, Case No. 07-4040
    Declaration of Ann Barrett in Support of Defendants' Motion to Dismiss

                                          6

1

2    main web page, http://travel.state.gov (see Exhibit B), is a link to a page explaining the refund

3    process. See Exhibit B.1. In addition, customers calling passport agencies or the National Passport

4    Information Center to inquire about expedite fees they have paid are instructed on how to request a

5    refund. State Department officials also recently have discussed the availability of refunds for the

6    expedited processing fee in their public statements. For example, Assistant Secretary Maura Harty

7    discussed the refund when she testified before the Senate Foreign Relations Committee in June

8    2007.

9            23.    The State Department website instructs applicants to provide the Service Refund

10   Center in Washington, D.C. with their name, date and place of birth, and the approximate dates on

11   which they applied for and received their passports, along with their contact information. Requests

12   by e-mail, as well as regular mail, are accepted.

13           24.    Every expedited fee refund request is examined on a case-by-case basis. Once the

14   Service Refund Center receives the applicant's information, the Department's records are checked to

15   determine whether the applicant paid the expedited processing fee and if so, whether he or she

16   received expedited service as defined by the regulations.

17           25.    The requester does not bear the burden of showing the number of days that the

18   passport application was at the passport agency. If the Department determines that the applicant

19   paid for and did not receive expedited service, an order for a refund check of $60 to be issued to the

20   applicant is forwarded to the Department of the Treasury.

21   **New Travel Document Requirements Effective January 2007**

22           26.    New travel document requirements for individuals traveling by air in the Western

23   Hemisphere went into effect in January 2007. These requirements were part of the Western

24   Hemisphere Travel Initiative (WHTI), which is the name of a plan developed under Congressional

25   mandate designed to strengthen border security and facilitate entry into the United States for citizens

26   and international visitors. The WHTI requires U.S. citizens to have a passport or one of a few other

27

28   *Chattler v. United States of America*, Case No. 07-4040
     Declaration of Ann Barrett in Support of Defendants' Motion to Dismiss

                                              7

1

2  specified forms of documentation to enter or depart the United States when traveling to and from

3  Mexico, Canada, Bermuda or the Caribbean.

4      **a.    The Department's Preparations for the New Travel Requirements**

5      27.    The Department anticipated that there would be increased demand for passports as a

6  result of the WHTI requirements and therefore took steps to address the increased volume of

7  applications expected. The first step was hiring additional personnel to handle the anticipated surge

8  in demand. Passport Services hired 1,366 employees in fiscal years 2005 and 2006. Among those

9  new employees were 250 additional passport specialists hired between 2005 and early 2007.

10      28.    At the same time, the Department increased the size and hours of operation of several

11  passport centers. In 2006 it added a second shift at its Charleston Passport Center and implemented

12  24-hour, seven-day operations at the National Passport Center in New Hampshire. It also increased

13  the size of both the Houston and New Orleans Passport agencies.

14      29.    The Department also added two new passport processing facilities to provide

15  additional capacity in advance of the anticipated increase in demand. In 2005, the Department

16  opened an additional passport agency in Colorado. In 2006, the Department contracted for a new

17  mega-processing facility in Arkansas with the ability to produce up to 10 million passports per year.

18  The Arkansas facility opened in April 2007 and is dedicated solely to printing out and mailing large

19  quantities of passports so that passport agencies can focus their resources on processing and

20  adjudicating the applications.

21      30.    In addition, in November 2005, the Department expanded its lockbox service by

22  adding a second lockbox site. There are now two sites, in Delaware and California, each of which

23  operates twenty-four hours a day, seven days a week.

24      **b.    Actual Increase in Demand Beginning in January 2007**

25      31. As expected, passport applications increased beginning in January 2007. However, the

26  actual increase in passport demand, as well as the pace and timing of the increase, significantly

27

28

*Chattler v. United States of America*, Case No. 07-4040
Declaration of Ann Barrett in Support of Defendants' Motion to Dismiss

8

exceeded that which had been predicted. While the Department received approximately 1 million passport applications in December 2006, it received nearly double that number, 1.8 million applications, in January 2007, another 1.7 million in February 2007, and another 1.997 million in March 2007. The receipt of nearly 5.5 million applications in only three months placed an enormous strain on the passport processing system, causing the volume of applications requiring processing to increase exponentially at each point in the system.

32.    For example, the lockbox facilities, which for the majority of applications are the necessary first step for securing and routing the applications and fees before processing can begin, were quickly overwhelmed. This resulted in significant delays in the ability of the lockbox operator to forward the applications to the appropriate passport agencies. This, in turn, led to additional, cumulative delays at each of the next steps in the process of passport adjudication, processing, and production.

33.    As regular processing times increased to up to twelve weeks, many more people sought expedited service. As a result the total number of expedited applications received jumped from 2,964,895 in fiscal year 2006 to 5,543,166 in fiscal year 2007. In all, the Department issued over 18 million passports in fiscal year 2007.

c.    **Steps Taken to Meet the Excess Demand**

34.    The Department made continuous efforts to return to normal processing times. It quickly implemented a number of strategies to address the surge in demand and ensure that it was able to meet the needs of both routine and expedite customers. Passport Services expanded the hours of operation at all 15 passport agencies and three passport centers, adding weekend and evening hours, and continued 24-hour production at the National Passport Center in Portsmouth, New Hampshire and at the Charleston Passport Center.

35.    Between January and June 2007, the Department instituted mandatory overtime at all passport agencies in order to provide maximum staffing at all times. It simultaneously reassigned all

*Chattler v. United States of America*, Case No. 07-4040
Declaration of Ann Barrett in Support of Defendants' Motion to Dismiss

9

1

2    available qualified personnel to the processing effort and suspended all non-critical training and

3    travel for employees engaged in passport processing.

4              36.    The Department also continued to hire additional personnel, adding another 1,222

5    employees to Passport Services in the first 8 months of fiscal year 2007, which began on October 1,

6    2006. In addition, the Department augmented its staff at Passport Services with qualified State

7    Department volunteers working in two shifts per day, and obtained an exemption from the Office of

8    Personnel Management to bring back experienced and well-trained retired adjudicators to assist with

9    processing.

10             37.    To alleviate the strain at those passport agencies experiencing the greatest surge in

11   demand, the Department dispatched teams of passport specialists to exceptionally high-volume

12   passport agencies to assist with walk-in applicants and process pending applications.

13             38.    Finally, the Department established a temporary call center to augment the capacity

14   of the National Passport Information Center and increased the number of phone lines available in an

15   effort to respond to customers' inquiries and provide assistance.

16        **d.    Processing of Expedited Applications During the Surge in Demand**

17             39.    As already mentioned, the number of expedited applications rose quickly beginning

18   in early 2007 as well. Such applications were moved toward the head of the line, in front of the

19   regular applications, and generally prioritized according to when the applicant stated that he or she

20   needed to travel. As the number of passport applications grew, the resources available were simply

21   insufficient to cope with the exponential increase in the volume of applications. Nevertheless,

22   applicants who requested expedited processing in most instances received their passports

23   significantly faster than the twelve weeks it took to process routine applications at the height of the

24   surge.

25             40.    In July 2007, the Department decided to move to a flexible expedited processing

26   standard based on a processing time to be published regularly on its website. This change was

27   *Chattler v. United States of America*, Case No. 07-4040

28   Declaration of Ann Barrett in Support of Defendants' Motion to Dismiss

1

2    intended to give the Department the flexibility needed to set the expedite period depending on the

3    circumstances, as well as to quickly provide the public with accurate information concerning

4    expedited processing times.  The interim final rule implementing the new standard was published in

5    the *Federal Register* on August 13, 2007, and became effective on August 16, 2007.  Under the

6    regulations, the current expedited processing time is ten business days and is published on

7    http://travel.state.gov.  See Exhibit B.2.

8              **e.      Changes to the Expedite Fee Refund Process Since June 2007**

9              41.      Since June 2007, the Department has taken several steps to make the expedite refund

10    process easier and more efficient.  First, it began processing all expedited refund requests directly

11    through Washington, D.C., rather than through the passport agencies.  Previously, agencies

12    processed the requests and then forwarded them to Washington for completion.

13             42.      The Department also began accepting requests for refunds for expedited processing

14    by e-mail in June, and has posted a link on the State Department website at http://travel.state.gov to

15    enable applicants to request a refund electronically directly from there.  See Exhibit B.1.

16             43.      It currently takes approximately six weeks from the time a request is received at the

17    Service Refund Center until a refund is issued by the Department of the Treasury to the qualifying

18    applicant.  Since June 2007, the Department has taken steps to shorten the turnaround time for

19    refunds.  It has assigned three full-time Department employees to assist in handling the requests in

20    addition to their other assigned duties, and plans to reassign an additional three contractors to assist

21    in the work in the near future.

22    **Plaintiff's Lawsuit**

23             44.      On August 7, 2007, Plaintiff Julia Chattler filed this class action under the Little

24    Tucker Act seeking a refund of the expedite fee she allegedly paid, as well as special and

25    consequential damages she allegedly suffered in connection with the Department's processing of her

26    expedited passport application during the summer.

27

28    *Chattler v. United States of America*, Case No. 07-4040
     Declaration of Ann Barrett in Support of Defendants' Motion to Dismiss

45.    Julia Chattler has not requested a refund of the expedited service fee through the Department's refund process.

46.    The Department's refund procedure, as outlined above, reflects the Department's longstanding practices regarding refunds of the expedited service fee.  The Department relies on applicants to request an expedite fee refund as a means of triggering an inquiry into the processing history of a given individual application.   If our records for the application in question show that the applicant paid the expedited fee but expedited processing was not provided, the Department refunds the fee.  Over the years that this procedure has been in place, it has proven to be an efficient method of ensuring that applicants who do not receive expedited processing receive a prompt refund of the expedited service fee.

47.    An alternative system for processing expedite fee refunds would likely cause confusion for the public, since many people have already applied for a refund and have already received a refund or are awaiting the processing of their requests.  Others may be aware of the Department's instructions for obtaining a refund and may apply for a refund in the future without realizing that a separate court-ordered process may have been established.

48.    An alternative system would also be difficult for the Department to implement.  As an initial matter, it would require the Department to suspend its current refund operations in favor of a new system that would have to be devised from the ground up.  This would likely result in delays in issuing refunds to applicants.

49.    In addition, the circumstances of each application must be taken into account in order to determine whether a refund is due.  For example, some applicants who requested expedited service did not pay the fee.  The Department must verify for each applicant whether or not the fee was paid before it can issue a refund.

50.    There is also no automated mechanism for identifying everyone who did not receive three-day processing, verifying that each person who requested expedited processing paid the fee,

*Chattler v. United States of America*, Case No. 07-4040
Declaration of Ann Barrett in Support of Defendants' Motion to Dismiss

12

and generating a refund. The Department currently processes expedite fee refund requests manually and cross-checks records from different databases in order to determine whether a refund is due.

51.    For example, refund processing requires a review of the application itself, but not all applications from fiscal year 2007 are available in electronic format. The Department routinely scans and stores electronic copies of each application, but because of the extraordinary surge in applications since January 2007, it has not yet been able to scan all applications processed in fiscal year 2007. At least 2 million paper applications, held at the various passport agencies and centers around the country, remain to be scanned. These applications would have to be reviewed manually under an alternative system for identifying all potential refund recipients.

52.    For each applicant, the Department must also verify that a refund has not already been issued. The Department has issued thousands of refunds of the expedite fee in calendar year 2007. However, the application records and the refund records are maintained in two separate databases that contain different sets of data. Department personnel must manually cross-check the information from each database in order to determine whether a particular applicant has already received a refund.

53.    Finally, many applicants supply temporary addresses in their applications for the mailing of their passports, such as the address of a friend or a relative they are staying with as part of their travel plans. People calling to request an upgrade to expedited service, who represented a particularly large proportion of expedite requests during the period of the surge, frequently fall into this category. The Department would like to avoid the risk that checks may be sent to third parties who may fraudulently cash them or fail to forward them to the passport applicant. Using a refund request with a current address for the return of the fee ensures that the applicant will receive the refund as quickly as possible.

54.    The Department's system of processing refunds avoids the possibility of diverting the Department's resources from passport processing by permitting it to focus its resources on those

*Chattler v. United States of America*, Case No. 07-4040
Declaration of Ann Barrett in Support of Defendants' Motion to Dismiss

13

1

2　expedite requests for which there is reason to believe that expedited processing may not have

3　occurred.  The current process of refunding fees based on requests is therefore likely to result in

4　faster refunds to those who qualify for them than a new procedure.

5　　　　I declare under penalty of perjury that the foregoing is true and correct.

6

7　　　　Date:  October 9, 2007

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Chattler v. United States of America*, Case No. 07-4040
Declaration of Ann Barrett in Support of Defendants' Motion to Dismiss

14

**EXHIBIT A**

U.S. Department of State

# APPLICATION FOR A U.S. PASSPORT

---

## PLEASE DETACH AND RETAIN THIS INSTRUCTION SHEET FOR YOUR RECORDS.

**I Applied**   **Place**    _____

           **Date**     _____

---

**FOR INFORMATION, QUESTIONS, AND INQUIRIES:** Please visit our website at **travel.state.gov**. In addition, contact the National Passport Information Center (NPIC) toll-free at **1-877-487-2778 (TDD: 1-888-874-7793)** or by e-mail at **NPIC@state.gov**. Customer Service Representatives are available M-F, 8AM-8PM EST (excluding Federal holidays). Automated information is available 24/7.

**U.S. PASSPORTS ARE ISSUED ONLY TO U.S. CITIZENS OR NATIONALS. EACH PERSON MUST OBTAIN HIS OR HER OWN PASSPORT.**

### APPLICANTS WHO HAVE HAD A PREVIOUS U.S. PASSPORT

If your most recent passport was issued less than 15 years ago and you were over 16 years old at the time of issuance, you may be eligible to use Form DS-82 (mail-in application). Please inquire about eligibility when you apply or visit our website or contact NPIC. Address any requests for addition of visa pages to a Passport Agency or a U.S. consulate or embassy abroad. In advance of your departure, check visa requirements with consular officials of the countries you will be visiting.

---

### SPECIAL REQUIREMENTS FOR CHILDREN

- **AS DIRECTED BY PUBLIC LAW 106-119 AND 22 CFR 51.27 EFFECTIVE JULY 2, 2001:**
  To submit an application for a child under age 14 both parents or the child's legal guardian(s) must appear and present all of the following:
  - Evidence of the child's U.S. citizenship;
  - Evidence of the child's relationship to parents/guardian(s); AND
  - Parental identification

  **IF ONLY ONE PARENT APPEARS YOU MUST ALSO SUBMIT ONE OF THE FOLLOWING:**
  - Second parent's notarized written statement consenting to passport issuance for the child;
  - Primary evidence of sole authority to apply; OR
  - A written statement (made under penalty of perjury) explaining the second parent's unavailability.

- **AS DIRECTED BY REGULATION 22 CFR 51.21 and 51.27:**
  Each minor child applying for a passport shall appear in person.

---

## WHAT TO SUBMIT WITH THIS FORM

1. PROOF OF U.S. CITIZENSHIP
2. PROOF OF IDENTITY
3. TWO RECENT, COLOR PHOTOGRAPHS, **AND**
4. FEES (As explained on reverse of form)

## WHERE TO SUBMIT THIS FORM

Please complete and submit this application in person to one of the following acceptance agents: a clerk of a Federal, State, or County Court of record or a judge or clerk of a probate court accepting applications; a designated municipal or county official; a designated postal employee at an authorized post office; or an agent at a Passport Agency in Boston, Chicago, Honolulu, Houston, Los Angeles, Miami, New Orleans, New York, Norwalk CT, Philadelphia, San Francisco, Seattle, or Washington DC; or a U.S. consular official at a U.S. embassy or consulate, if abroad. To find your nearest acceptance facility, visit our website or contact the National Passport Information Center.

**See Instruction Page 2 for detailed information on the completion and submission of this form.**

**1. PROOF OF U.S. CITIZENSHIP**

    a. <u>APPLICANTS BORN IN THE UNITED STATES</u>  Submit a previous U.S. passport or **certified** birth certificate.  A birth certificate must include your given name and surname, date, and place of birth, date the birth record was filed, and the seal or other certification of the official custodian of such records.

      (1) <u>If the birth certificate was filed more than one year after the birth.</u>  It is acceptable if it is supported by evidence described in the next paragraph.

      (2) <u>If no birth record exists.</u>  Submit registrar's notice to that effect.  Also submit an early baptismal or circumcision certificate, hospital birth record, early census, school, or family Bible records, newspapers or insurance files, or notarized affidavits of persons having knowledge of your birth (in addition to at least one record listed above).  Evidence should include your given name and surname, date and place of birth, and the seal or other certification of the issuing office (if customary) and the signature of the issuing official.

    b. <u>APPLICANTS BORN OUTSIDE THE UNITED STATES</u>  Submit a previous U.S. passport, Certificate of Naturalization, Certificate of Citizenship, Consular Report of Birth Abroad, <u>or</u> evidence described below.

      (1) <u>If You Claim Citizenship Through Naturalization of Parent(s).</u>  Submit the Certificate(s) of Naturalization of your parent(s), your foreign birth certificate, **and** proof of your admission to the United States for permanent residence.

      (2) <u>If You Claim Citizenship Through Birth Abroad to One U.S. Citizen Parent.</u>  Submit a Consular Report of Birth (Form FS-240), Certification of Birth (Form DS-1350 or FS-545), or your foreign birth certificate, proof of citizenship of your parent, <u>and</u> an affidavit showing all of your U.S. citizen parent's periods and places of residence/physical presence in the United States and abroad before your birth.

      (3) <u>If You Claim Citizenship Through Birth Abroad to Two U.S. Citizen Parents.</u>  Submit a Consular Report of Birth (Form FS-240), Certification of Birth (Form DS-1350 or FS-545), <u>or</u> your foreign birth certificate, parent's marriage certificate, proof of citizenship of your parent(s), **and** an affidavit showing all of your U.S. citizen parent's periods and places of residence/physical presence in the United States and abroad before your birth.

      (4) <u>If You Claim Citizenship Through Adoption by a U.S. Citizen Parent(s).</u>  Submit evidence of your permanent residence status, full and final adoption, **and** your U.S. citizen parent(s) evidence of legal and physical custody.  (Please note: Acquisition of U.S. citizenship for persons born abroad or adopted only applies if the applicant was born on or after 02/27/1983)

    c. <u>ADDITIONAL EVIDENCE</u>  When necessary, we may ask you to provide additional evidence to establish your claim to U.S. citizenship.

**2. PROOF OF IDENTITY**

    You must establish your identity to the satisfaction of the acceptance agent.

    You may submit items such as the following containing your signature AND physical description or photograph that is a good likeness of you: previous U.S. passport, Certificate of Naturalization, Certificate of Citizenship, driver's license (not temporary or learner's license), or government (Federal, State, municipal) employee identification card or pass.  <u>Temporary or altered documents are not acceptable.</u>  When necessary, we may ask you to provide additional evidence to establish your identity.

    IF YOU CANNOT PROVIDE DOCUMENT EVIDENCE OF IDENTITY as stated above, you must appear with an IDENTIFYING WITNESS who is a U.S. citizen, non U.S. citizen national, or permanent resident alien who has known you for at least 2 years.  Your witness must prove his or her identity and complete and sign an Affidavit of Identifying Witness (Form DS-71) before the acceptance agent.  You must also submit some identification of your own.

**3. TWO RECENT, COLOR PHOTOGRAPHS**

    Submit two color photographs of you alone, sufficiently recent to be a good likeness of you (normally taken within the last six months), and 2x2 inches in size.  The image size measured from the bottom of your chin to the top of your head (including hair) should not be less than 1 inch and not more than 1 3/8 inches.  The photographs must be color, clear, with full front view of your face, and printed on thin paper with plain light (white or off-white) background. They must be capable of withstanding a mounting temperature of 225°F (107 °C).  Photographs must be taken in normal street attire, without a hat, head covering, or dark glasses unless a signed statement is submitted by the applicant verifying the item is worn daily for religious purposes or a signed doctor's statement is submitted verifying the item is used daily for medical purposes.  Photographs retouched so that your appearance is changed are unacceptable.  Snapshots, most vending machine prints, and magazine or full-length photographs are unacceptable.  Digitized photos must meet the previously stated qualifications and will be accepted for use at the discretion of Passport Services. (Visit our website for details.)

**4.  FEES**

    a. <u>If you are 16 years of age or older</u>  The passport processing fee is $55, the application execution fee is $30, and the security surcharge is $12 therefore your **total cost for the passport will be $97**.  Your passport will be valid for 10 years from the date of issue except where limited by the Secretary of State to a shorter period.  (See information below about the additional cost for expedited service.)

    b. <u>If you are under 16 years of age</u>  The passport processing fee is $40, the application execution fee is $30, and the security surcharge is $12, therefore your **total cost for the passport will be $82**.  Your passport will be valid for 5 years from the date of issue except where limited by the Secretary of State to a shorter period.  (See information below about the additional cost for expedited service.)

**5.  *BY LAW, THE PASSPORT PROCESSING, EXECUTION, AND SECURITY FEES ARE NON-REFUNDABLE.***

    a. The passport processing, execution, and security fees may be paid in one of the following forms:  Checks (personal, certified, traveler's); major credit card (Visa, Master Card, American Express, and Discover); bank draft or cashier's check; money order (U.S. Postal, international, currency exchange), or if abroad, the foreign currency equivalent; or a check drawn on a U.S. bank.  All fees should be payable to the "U.S. Department of State", or if abroad, the appropriate U.S. embassy or consulate.  When applying at a designated acceptance facility, the $30 execution fee should be made payable to the acceptance facility.  **NOTE: Some designated acceptance facilities do not accept credit cards as a form of payment.**

    b. **For faster processing,** you may request expedited service.  Expedited requests will be processed in three workdays from receipt at a passport agency.  The additional fee for expedited service is $60.  Therefore, if you choose to request expedited service and you are 16 years of age or older the **total cost of your U.S. passport will be $157** and if you are 15 years of age or younger the **total cost of your U.S. passport will be $142.**  Expedited service is available only in the United States.

    c. **If you desire SPECIAL POSTAGE SERVICE** (overnight mail, special delivery, etc.), include the appropriate postage fee with your payment.

    d. An additional $60 fee will be charged when, upon your request, the U.S. Department of State verifies issuance of a previous U.S. passport or Consular Report of Birth Abroad because you are unable to submit evidence of U.S. citizenship.

    e. **For applicants with U.S. Government or military authorization for no-fee passports,** no fees are charged, except the <u>execution fee</u> when applying at a designated acceptance facility.

    f. If you choose to provide your e-mail address in Item #12 on this application, Passport Services will only use that information to contact you in the event there is a problem with your application or if you need to provide additional information to us.

## FEDERAL TAX LAW

Section 6039E of the Internal Revenue Code (26 U.S.C. 6039E) requires you to provide your Social Security Number (SSN), if you have one, when you apply for a U.S. passport or renewal of a U.S. passport. If you have not been issued a SSN, enter zeros in box #5 of this form. If you are residing abroad, you must also provide the name of the foreign country in which you are residing. The U.S. Department of State must provide your SSN and foreign residence information to the Department of Treasury. If you fail to provide the information, you are subject to a $500 penalty enforced by the IRS. All questions on this matter should be directed to the nearest IRS office.

## NOTICE TO CUSTOMERS MAKING PAYMENT BY CHECK

If you send us a check, it will be converted into an electronic funds transfer (EFT). This means we will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will usually occur within 24 hours, and will be shown on your regular account statement.

You will not receive your original check back. We will destroy your original check, but we will keep the copy of it. If the EFT cannot be processed for technical reasons, you authorize us to process the copy in place of your original check. If the EFT cannot be completed because of insufficient funds, we may try to make the transfer up to two times and we will charge you a one-time fee of $25, which we will also collect by EFT.

## PAYMENT OF FEES

31 U.S.C.7701 requires persons "doing business" with a federal agency to provide their Social Security Numbers to that agency. Because the U.S. Department of State collects fees for the provision of passport services to you, you are considered a person "doing business" with the Department. Passport service fees are established by law and regulation (see 22 U.S.C. 214, 22 CFR 22.1, and 22 CFR 51.61-66) and are collected at the time you apply for the passport service. If the Department fails to receive full payment of the applicable fees, because, for example, your check is returned for any reason or you dispute a passport fee charge to your credit card, the U.S. Department of State will take action to collect the delinquent fees from you under 22 CFR Part 34 and the Federal Claims Collection Standards (see 31 CFR Parts 900-904). In accordance with the Debt Collection Improvement Act (Pub.L. 104-134), if the fees remain unpaid after 180 days and no repayment arrangements have been made, the Department will refer the debt to the Department of Treasury for collection. Debt collection procedures used by Treasury may include referral of the debt to private collection agencies, reporting of the debt to credit bureaus, garnishment of private wages and administrative offset of the debt by reducing or withholding eligible Federal payments (e.g. tax refunds, social security payments, federal retirement, etc.) by the amount of your debt, including any interest penalties or other costs incurred.

In addition, non-payment of passport fees will result in the invalidation of your passport. An invalidated passport cannot be used for travel.

## OTHER USES OF SOCIAL SECURITY NUMBERS

In addition to reporting your Social Security Number to Treasury and using it in connection with debt collection, the Department checks Social Security Numbers against lists of persons ineligible or potentially ineligible to receive a U.S. passport.

## PAPERWORK REDUCTION STATEMENT

You are not required to provide the information requested on this form unless the form displays a currently valid OMB number. We try to create forms and instructions that can be easily understood. Often this is difficult to do because our citizenship laws are very complex. The estimated burden time for this information collection is 85 minutes, which includes the time required to search existing data sources, gather the necessary data, complete and review this form, and provide and submit the form and any additional information required. If you have comments concerning the accuracy of this time estimate or suggestions for making this form simpler, we would be happy to hear from you. You can write us at: U.S. Department of State (A/RPS/DIR), Washington, DC 20520.

## IMPORTANT NOTICE TO APPLICANTS WHO HAVE LOST OR HAD A PREVIOUS PASSPORT STOLEN

A United States citizen may not normally bear more than one valid or potentially valid U.S. passport at a time. It therefore is necessary to submit a statement with an application for a new U.S. passport when a previous valid or potentially valid U.S. passport cannot be presented with an application for a new passport. Your statement must detail why the previous U.S. passport cannot be presented.

The information you provide regarding your lost or stolen U.S. passport will be placed into our Consular Lost or Stolen Passport System. This system is designed to prevent the misuse of your lost or stolen U.S. passport. Anyone using the passport book reported as lost or stolen may be detained upon entry into the United States. Should you locate the U.S. passport reported lost or stolen at a later time, report it as found and submit it for cancellation. It has been invalidated. You may not use that passport for travel.

**PROTECT YOURSELF AGAINST IDENTITY THEFT - REPORT YOUR LOST OR STOLEN PASSPORT!**
For more information or to report your lost or stolen passport by phone, call NPIC or visit our website at
www.travel.state.gov.

## ACTS OR CONDITIONS

(If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, the portion which applies should be lined out, and a supplementary explanatory statement under oath (or affirmation) by the applicant should be attached and made a part of this application.) I have not, since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States, or before a diplomatic or consular officer of the United States in a foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down, or to destroy by force, the Government of the United States.

## PRIVACY ACT STATEMENT

**AUTHORITIES** Collection of the information solicited on this form is authorized by Titles 8, 22, and 26 of the United States Code, whether or not codified, including specifically 22 U.S.C. 211a et seq.; 26 U.S.C., 6039E, Section 236 of the Admiral James W. Nance and Meg Donovan Foreign Relations Authorization Act, Fiscal Years 2000 and 2001; Executive Order 11295 (August 5, 1966); and 22 CFR parts 50 and 51.

**PURPOSE** The primary purpose for soliciting the information is to establish citizenship, identity, and entitlement to issuance of a U.S. passport.

**ROUTINE USES** The information solicited on this form may be made available as a routine use to other government agencies to assist the U.S. Department of State in adjudicating passport applications and requests for related services, and for law enforcement and administration purposes. The information may be made available to foreign government agencies to fulfill passport control and immigration duties. The information may also be provided to foreign government agencies, international organizations and, in limited cases, private persons and organizations to investigate, prosecute, or otherwise address potential violations of law or to further the Secretary's responsibility for the protection of U.S. citizens and non-citizen nationals abroad. The information may be made available to private U.S. citizen 'wardens' designated by the U.S. embassies and consulates. For a more detailed listing of the routine uses to which this information may be put, see the Prefatory Statement of Routine Uses and the listing of routine users set forth in the system descriptions for Overseas Citizen Services Records (State-05) and Passport Records (State-26) published in the Federal Register.

**CONSEQUENCES OF FAILURE TO PROVIDE INFORMATION** With the exception of your Social Security Number (see Federal Tax Law statement on Instruction Page 3), you are not legally required to provide the information requested on this form. However, failure to do so may result in Passport Services' refusal to accept your application or result in the denial of a U.S. passport.

## ELECTRONIC PASSPORT STATEMENT

The U.S. Department of State will begin issuing a new type of passport containing an embedded electronic chip and called an "Electronic Passport". The new passport will continue to be proof of the bearer's United States citizenship and identity, and will look and function in the same way as a passport without a chip. The addition of an electronic chip in the back cover will enable the new passport to carry a duplicate electronic copy of all information from the data page. The new passport will be usable at all ports-of-entry, including those that do not yet have electronic chip readers.

Use of the electronic format will provide the traveler the additional security protections inherent in chip technology. Moreover, when used at ports-of-entry equipped with electronic chip readers, the new passport will provide for faster clearance through some of the port-of-entry processes.

Issuance of this new passport will be phased in during an 18-month period. It is expected that by mid-2006 nearly all U.S. passports will be issued in this new format. The new passport will not require special handling or treatment, but like previous versions should be protected from extreme bending and from immersion in water. The electronic chip must be read using specially formatted readers, and is not susceptible to unauthorized reading.

The cover of the new passport will be printed with a special symbol representing the embedded chip. The symbol  will appear in port-of-entry areas where the electronic passport can be read.

## NOTICE TO APPLICANTS FOR OFFICIAL, DIPLOMATIC, OR NO-FEE PASSPORTS

You may use this application if you meet all of the provisions listed on Instruction Page 2, however you must CONSULT YOUR SPONSORING AGENCY FOR INSTRUCTIONS ON PROPER ROUTING PROCEDURES BEFORE FORWARDING THIS APPLICATION. Your completed passport will be released to your sponsoring agency for forwarding to you.

U.S. Department of State

# APPLICATION FOR A U.S. PASSPORT

OMB APPROVAL NO. 1405-0004
EXPIRATION DATE: 08/31/2008
ESTIMATED BURDEN: 85 Minutes
(See Instruction Page 3)

**WARNING** False statements made knowingly and willfully in passport applications, including affidavits or other supporting documents submitted therewith, are punishable by fine and/or imprisonment under provisions of 18 U.S.C. 1001, 18 U.S.C. 1542 and/or 18 U.S.C. 1621. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 U.S.C. 1543. The use of a passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 U.S.C. 1544. All statements and documents are subject to verification.

When completing this form, PRINT IN BLUE OR BLACK INK ONLY.

☐ 5 Yr.   ☐ 10 Yr.   Issue Date _____

☐ R   ☐ D   ☐ O   ☐ DP

End. # _____   Exp. _____

**1. Name of Applicant**

| Last | Suffix   *(Jr., Sr., III)* |
|---|---|
| First | Middle |

**2. Date of Birth** *(mm-dd-yyyy)*

| **3. Sex** | **4. Place of Birth** *(City & State OR City & Country)* | **5. Social Security Number** *(See Federal Tax Law Notice on Instruction Page 3)* | **6. Alien Registration Number** *(If Applicable)* |
|---|---|---|---|
| ☐ M   ☐ F | | | |

| **7. Height** Feet / Inches | **8. Hair Color** | **9. Eye Color** | **10. Occupation** | **11. Employer** |
|---|---|---|---|---|
| | | | | |

**12. E-Mail Address** *(Optional)*

**13. Mailing Address**

| Street/RFD Number **OR** Post Office Box | Apartment Number |
|---|---|
| City | State | ZIP Code |
| Country *(If Outside the U.S.)* | In Care of *(If Applicable)* |



2" x 2"   FROM 1" TO 1 3/8"   2" x 2"

**14. Permanent Address or Residence** *(If same as mailing address write "Same As Above")*

| Street / RFD Number *(DO NOT LIST P.O. BOX)* | Apartment Number |
|---|---|
| City | State | ZIP Code |

| **15. Home Telephone** *(Include Area Code)* | **16. Business Telephone** *(Include Area Code)* |
|---|---|
| (   ) | (   ) |

**17. Have you ever applied for or been issued a U.S. passport?**   ☐ YES   ☐ NO   If yes, complete the remaining items in block #17 and submit most recent passport.

| Name in which your most recent passport was issued | Status of recent passport   ☐ Submitted   ☐ Stolen   ☐ Lost   ☐ Other _____ |
|---|---|
| Most recent passport number | Approximate date your most recent U.S. passport was issued or date you applied.   *(mm-dd-yyyy)* |

**18. Travel Plans**

| Date of Trip *(mm-dd-yyyy)* | Length of Trip | Countries to be Visited |
|---|---|---|
| | | |

**19. Have you ever been married?**   ☐ YES   ☐ NO   If yes, complete the remaining items in block #19

| Spouse's or Former Spouse's Full Name | Is your spouse *(or former spouse)* a U.S. citizen?   ☐ YES   ☐ NO |
|---|---|
| Date of Birth *(mm-dd-yyyy)* | Place of Birth | Date of Most Recent Marriage | Widowed? ☐   Divorced? ☐   Give Date |

**20. What other names have you used?** *(Include Name Changes, Maiden Name, & Former Married Names)*

| 1) | 2) | 3) | 4) |
|---|---|---|---|

DS-11
06-2006

DS 11 06 2005

| Name of Applicant *(Last, First, Middle)* | Date of Birth *(mm-dd-yyyy)* |
|---|---|

**21. Parental Information**

| Mother's Maiden Name | | | Date of Birth | Place of Birth |
|---|---|---|---|---|
| Last | First | Middle | | |

| Father's Name | | | Date of Birth | Place of Birth |
|---|---|---|---|---|
| Last | First | Middle | | |

Is your mother a U.S. citizen?  ☐ YES  ☐ NO      Is your father a U.S. citizen?  ☐ YES  ☐ NO

**22. Emergency Contact:** Provide the information of a person not traveling with you to be contacted in the event of an emergency

| Name | Street / RFD Number |
|---|---|

| Apartment Number | City | State | ZIP Code |
|---|---|---|---|

| Telephone ( ) | E-Mail Address *(Optional)* | Relationship |
|---|---|---|

**STOP**   DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY PERSON ADMINISTERING OATH.

**23. Oath & Signature**

I declare under penalty of perjury that I am a United States citizen (or non-citizen national) and have not, since acquiring United State citizenship (or U.S. nationality), performed any of the acts listed under "Acts or Conditions" on this application form (unless explanatory statement is attached). I declare under penalty that the statements made on this application are true and correct.

X _____
**Applicant's Signature - age 14 and older**

X _____
**Mother's Legal Guardian's Signature** *(If Identifying Minor)*

X _____
**Father's Legal Guardian's Signature** *(If Identifying Minor)*

**Applicant's or Father's Identification Information**

Type of Document                    Issue Date _____
☐ Driver's License
☐ Passport                          Expiration Date _____
☐ Military Identification
☐ Other *(Specify)*                 Place of Issue _____

Name _____

ID Number _____

**Mother's Identification Information**

Type of Document                    Issue Date _____
☐ Driver's License
☐ Passport                          Expiration Date _____
☐ Military Identification
☐ Other *(Specify)*                 Place of Issue _____

Name _____

ID Number _____

**FOR ACCEPTANCE AGENT USE ONLY**

Facility Identification Number _____

☐ Acceptance Agent; Facility Name & Location

☐ (Vice) Consul USA; Location

☐ Passport Services Staff Agent
   Subscribed & Sworn to *(Affirmed)* before me

_____  **Date** *(mm-dd-yyyy)* _____
(Signature of Person Authorized to Accept Application)

(SEAL)

**For Issuing Office Use Only**

Name as it appears on citizenship evidence _____

☐ **Birth Certificate**  ☐ SR  ☐ CR  ☐ City   File Date _____  Issue Date _____
☐ **Passport**   Issue Date _____
☐ **Report of Birth**  ☐ 240  ☐ 545  ☐ 1350   Issue Date _____
☐ **Naturalization Certificate**   Issue Date _____   Cert. # _____
☐ **Citizenship Certificate**   Issue Date _____   Cert. # _____
☐ **Other**
☐ **Seen & Returned**
☐ **Attached**

APPLICATION APPROVAL

| FEE _____ | EXEC. _____ | EF _____ | OTHER _____ |
|---|---|---|---|



**EXHIBIT**

**A.1**

U.S. Department of State

# APPLICATION FOR A U.S. PASSPORT BY MAIL

# PLEASE DETACH AND RETAIN THIS INSTRUCTION SHEET FOR YOUR RECORDS.

## Date of Application *(mm-dd-yyyy)*

### FOR INFORMATION, QUESTIONS, AND INQUIRIES

Please visit our website at *travel.state.gov.* In addition, contact the National Passport Information Center (NPIC) toll-free at 1-877-487-2778 (TDD: 1-888-874-7793) or by e-mail at NPIC@state.gov. Customer Service Representatives are available M-F, 8AM-8PM EST (excluding Federal holidays).

### CAN I USE THIS FORM?

### Complete this checklist to determine your eligibility to use this form.

1. I can submit my most recent U.S. passport.  ☐ Yes ☐ No

2. I was at least 16 years old when my most recent U.S. passport was issued.  ☐ Yes ☐ No

3. I was issued my most recent U.S. passport less than 15 years ago.  ☐ Yes ☐ No

4. I use the same name as on my most recent U.S. passport.  ☐ Yes ☐ No
    -- OR --
    I have had my name changed by marriage or court order and can submit proper documentation to reflect my name change.

### If you answered NO to any of the four statements above, STOP - You cannot use this form!!!

You must apply on application form DS-11 by making a personal appearance before a passport agent, postal clerk, or clerk of court authorized to accept passport applications.

## See Instruction Page 2 for Detailed Information

## on the Completion and Submission of this form.

**INCOMPLETE OR UNACCEPTABLE APPLICATIONS WILL DELAY THE ISSUANCE OF YOUR PASSPORT.**

### NOTICE TO APPLICANTS RESIDING ABROAD

United States citizens residing abroad CANNOT submit this form to the passport facility listed on instructions page 2. Such applicants should contact the nearest United States embassy or consulate for procedures to be followed when applying overseas.

DS-82
05-2006

## WHAT DO I NEED TO SEND WITH THE APPLICATION FORM?

1. **Your most recent U.S. passport**
2. **A marriage certificate or court order if your name has changed**
3. **Fee of $67 (If requesting expedited service, the total fee will be $127)**
4. **Two recent, color photographs**

### See below for more detailed information.

1. <u>YOUR MOST RECENT U.S. PASSPORT.</u> Issued at age 16 or older in your current name (or see item #2 below) and issued within the past 15 years. If your U.S. passport is damaged, you must apply on the DS-11 application form as specified below.

2. <u>A MARRIAGE CERTIFICATE OR COURT ORDER.</u> If the name you are currently using differs from the name on your most recent passport, you must submit a marriage certificate or court order showing the change of name. The name change document MUST bear the official seal of the issuing authority. Uncertified copies or notarized documents cannot be accepted. All documents will be returned to you with your passport. If you are unable to document your name change in this manner, you must apply on the DS-11 application form by making a personal appearance at (1) a passport agency; (2) any clerk of a Federal, State or county court of record or an probate court accepting passport applications; or (3) a Post Office which has been selected to accept passport applications.

3. <u>THE FEE OF $67.</u> Enclose the $67 fee in the form of a personal check or money order. **MAKE CHECKS PAYABLE TO "U.S. DEPARTMENT OF STATE". THE FULL NAME AND DATE OF BIRTH OF THE APPLICANT MUST BE TYPED OR PRINTED ON THE FRONT OF THE CHECK. DO NOT SEND CASH.** Passport Services cannot be responsible for cash sent through the mail. By law, the fee is non-refundable.

   <u>For faster processing,</u> you may request expedited service. Expedited requests will be processed in three workdays from receipt at a passport agency. The additional fee for expedited service is $60. **Therefore, if you choose to request expedited service the total cost of your U.S. passport will be $127.** Expedited service is available only in the United States.

   <u>If you desire SPECIAL POSTAGE SERVICE</u> (overnight mail, special delivery, etc.), include the appropriate postage fee on the check or include a pre-paid envelope.

4. <u>TWO RECENT, COLOR PHOTOGRAPHS.</u> Submit two color photographs of you alone, sufficiently recent to be a good likeness of you (normally taken within the last six months), and 2x2 inches in size. The image size measured from the bottom of the chin to the top of your head (including hair) should not be less than 1 inch and not more than 1 3/8 inches. The photographs must be in color, clear, with a full front view of your face, and printed on thin paper with plain light (white or off-white) background. They must be capable of withstanding a mounting temperature of 225 Fahrenheit (107 Celsius). Photographs must be taken in normal street attire, without a hat, head covering, or dark glasses unless a signed statement is submitted by the applicant verifying the item is worn daily for religious purposes or a signed doctor's statement is submitted verifying the item is used daily for medical purposes. Photographs retouched so that your appearance is changed are unacceptable. Snapshots, most vending machine prints, and magazine or full-length photographs are unacceptable. Digitized photos must meet the previously stated qualifications and will be accepted for use at the discretion of Passport Services. (Visit our website for details.)

   <u>NOTE</u> If you choose to provide your e-mail address in Item #15 on this application, Passport Services will only use that information to contact you in the event there is a problem with your application or if you need to provide additional information to us.

## WHERE DO I MAIL THIS APPLICATION ?

**MAIL THIS FORM TO**

National Passport Processing
Post Office Box 13349
Philadelphia, PA 19101-3349

**DELIVERY - Other Than U.S. Postal Service**

National Passport Processing
Attn: Department 13349
1617 Brett Road
New Castle, DE 19720

**FOR INQUIRIES CONTACT**

National Passport Information Center
1-877-487-2778
For TDD: 1-888-874-7793
E-mail: NPIC@state.gov
Website: travel.state.gov

## FEDERAL TAX LAW

Section 6039E of the Internal Revenue Code (26 U.S.C. 6039E) requires you to provide your Social Security Number (SSN), if you have one, when you apply for a U.S. passport or renewal of a U.S. passport. If you have not been issued a SSN, enter zeros in box #5 of this form. If you are residing abroad, you must also provide the name of the foreign country in which you are residing. The U.S. Department of State must provide your SSN and foreign residence information to the Department of Treasury. If you fail to provide the information, you are subject to a $500 penalty enforced by the IRS. All questions on this matter should be directed to the nearest IRS office.

## NOTICE TO CUSTOMERS MAKING PAYMENT BY CHECK

If you send us a check, it will be converted into an electronic funds transfer (EFT). This means we will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will usually occur within 24 hours, and will be shown on your regular account statement.

You will not receive your original check back. We will destroy your original check, but we will keep the copy of it. If the EFT cannot be processed for technical reasons, you authorize us to process the copy in place of your original check. If the EFT cannot be completed because of insufficient funds, we may try to make the transfer up to two times and we will charge you a one-time fee of $25, which we will also collect by EFT.

## PAYMENT OF FEES

31 U.S.C. 7701 requires persons "doing business" with a federal agency to provide their security numbers to that agency. Because the U.S. Department of State collects fees for the provision of passport services to you, you are considered a person "doing business" with the Department. Passport service fees are established by law and regulation (see 22 U.S.C. 214, 22 CFR 22.1, and 22 CFR 51.61-66) and are collected at the time you apply for the passport service. If the Department fails to receive full payment of the applicable fees, because, for example, your check is returned for any reason or you dispute a passport fee charge to you credit card, the U.S. Department of State will take action to collect the delinquent fees from you under 22 CFR Part 34 and the Federal Claims Collection Standards (see 31 CFR Parts 900-904). In accordance with the Debt Collection Improvement Act (Pub.L. 104-134), if the fees remain unpaid after 180 days and no repayment arrangements have been made, the Department will refer the debt to the Department of Treasury for collection. Debt collection procedures used by Treasury may include referral of the debt to private collection agencies, reporting of the debt to credit bureaus, garnishment of private wages and administrative offset of the debt by reducing or withholding eligible Federal payments (e.g. tax refunds, social security payments, federal retirement, etc.) by the amount of your debt, including any interest penalties or other costs incurred.

In addition, non-payment of passport fees will result in the invalidation of your passport. An invalidated passport cannot be used for travel.

## OTHER USES OF SOCIAL SECURITY NUMBERS

In addition to reporting your Social Security Number to Treasury and using it in connection with debt collection, the Department checks Social Security Numbers against lists of persons ineligible or potentially ineligible to receive a U.S. passport.

## PAPERWORK REDUCTION STATEMENT

You are not required to provide the information requested on this form unless the form displays a currently valid OMB number. We try to create forms and instructions that can be easily understood. Often this is difficult to do because our citizenship laws are very complex. The estimated burden time for this information collection is 40 minutes, which includes the time required to search existing data sources, gather the necessary data, complete and review this form, and provide and submit the form and any additional information required. If you have comments concerning the accuracy of this time estimate or suggestions for making this form simpler, we would be happy to hear from you. You can write us at: U.S. Department of State (A/ISS/DIR), Washington, DC 20520.

## IMPORTANT NOTICE TO APPLICANTS WHO HAVE LOST OR HAD A PREVIOUS PASSPORT STOLEN

A United States citizen may not normally bear more than one valid or potentially valid U.S. passport at a time. It therefore is necessary to submit a statement with an application for a new U.S. passport when a previous valid or potentially valid U.S. passport cannot be presented with an application for a new passport. Your statement must detail why the previous U.S. passport cannot be presented.

The information you provide regarding your lost or stolen U.S. passport will be placed into our Consular Lost or Stolen Passport System. This system is designed to prevent the misuse of your lost or stolen U.S. passport. Anyone using the passport book reported as lost or stolen may be detained upon entry into the United States. Should you locate the U.S. passport reported lost or stolen at a later time, report it as found and submit it for cancellation. It has been invalidated. You may not use that passport for travel.

**PROTECT YOURSELF AGAINST IDENTITY THEFT - REPORT YOUR LOST OR STOLEN PASSPORT!**
For more information or to report your lost or stolen passport by phone, call NPIC or visit our website at travel.state.gov.

## ACTS OR CONDITIONS

(If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, the portion which applies should be lined out, and a supplementary explanatory statement under oath (or affirmation) by the applicant should be attached and made a part of this application.)  I have not, since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States, or before a diplomatic or consular officer of the United States in a foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down, or to destroy by force, the Government of the United States.

## PRIVACY ACT STATEMENT

**AUTHORITIES** Collection of the information solicited on this form is authorized by Titles 8, 22, and 26 of the United States Code, whether or not codified, including specifically 22 U.S.C. 211a et seq.; 26 U.S.C. 6039E, Section 236 of the Admiral James W. Nance and Meg Donovan Foreign Relations Authorization Act, Fiscal Years 2000 and 2001; Executive Order 11295 (August 5, 1966); and 22 CFR parts 50 and 51.

**PURPOSE** The primary purpose for soliciting the information is to establish citizenship, identity, and entitlement to issuance of a U.S. passport.

**ROUTINE USES** The information solicited on this form may be made available as a routine use to other government agencies to assist the U.S. Department of State in adjudicating passport applications and requests for related services, and for law enforcement and administration purposes.  The information may be made available to foreign government agencies to fulfill passport control and immigration duties.  The information may also be provided to foreign government agencies, international organizations and, in limited cases, private persons and organizations to investigate, prosecute, or otherwise address potential violations of law or to further the Secretary's responsibility for the protection of U.S. citizens and non-citizen nationals abroad.  The information may be made available to private U.S. citizen 'wardens' designated by the U.S. embassies and consulates.  For a more detailed listing of the routine uses to which this information may be put, see the Prefatory Statement of Routine Uses and the listing of routine .users set forth in the system descriptions for Overseas Citizen Services Records (State-05) and Passport Records (State-26) published in the Federal Register.

**CONSEQUENCES OF FAILURE TO PROVIDE INFORMATION** With the exception of your Social Security Number (see Federal Tax Law statement on Instruction Page 3), you are not legally required to provide the information requested on this form.  However, failure to do so may result in Passport Services' refusal to accept your application or result in the denial of a U.S. passport.

## ELECTRONIC PASSPORT STATEMENT

The U.S. Department of State will begin issuing a new type of passport containing an embedded electronic chip and called an "Electronic Passport".  The new passport will continue to be proof of the bearer's United States citizenship and identity, and will look and function in the same way as a passport without a chip.  The addition of an electronic chip in the back cover will enable the new passport to carry a duplicate electronic copy of all information from the data page. The new passport will be usable at all ports-of-entry, including those that do not yet have electronic chip readers.

Use of the electronic format will provide the traveler the additional security protections inherent in chip technology. Moreover, when used at ports-of-entry equipped with electronic chip readers, the new passport will provide for faster clearance through some of the port-of-entry processes.

Issuance of this new passport will be phased in during an 18-month period.  It is expected that by late-2006 nearly all U.S. passports will be issued in this new format.  The new passport will not require special handling or treatment, but like previous versions should be protected from extreme bending and from immersion in water.  The electronic chip must be read using specially formatted readers, and is not susceptible to unauthorized reading.

The cover of the new passport will be printed with a special symbol representing the embedded chip.  The symbol  will appear in port-of-entry areas where the electronic passport can be read.

## NOTICE TO APPLICANTS FOR OFFICIAL, DIPLOMATIC, OR NO-FEE PASSPORTS

You may use this application if you meet all of the provisions listed on Instruction Page 2, however you must CONSULT YOUR SPONSORING AGENCY FOR INSTRUCTIONS ON PROPER ROUTING PROCEDURES BEFORE FORWARDING THIS APPLICATION.  Your completed passport will be released to your sponsoring agency for forwarding to you.

DS-82

U.S. Department of State
# APPLICATION FOR A U.S. PASSPORT BY MAIL

OMB APPROVAL NO. 1405-0020
EXPIRATION DATE: 08/31/2008
ESTIMATED BURDEN: 40 Minutes
(See Instruction Page 3)

**WARNING** False statements made knowingly and willfully in passport applications, including affidavits or other supporting documents submitted therewith, are punishable by fine and/or imprisonment under provisions of 18 U.S.C. 1001, 18 U.S.C. 1542 and/or 18 U.S.C. 1621. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 U.S.C. 1543. The use of a passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 U.S.C. 1544. All statements and documents are subject to verification.

☐ R  ☐ D  ☐ O  ☐ DP   **Issue Date** _____

End. # _____   Exp. _____

When completing this form, PRINT IN BLUE OR BLACK INK ONLY.

DS 82 06 2005

**1. Name of Applicant**

Last | Suffix *(Jr., Sr., III)*

First | Middle

**2. Date of Birth** *(mm-dd-yyyy)*

**3. Sex**
☐ Male  ☐ Female

**4. Place of Birth (City & State OR City & Country)**

**5. Social Security Number** (See Federal Tax Law Notice on Instruction Page3)

**6. Height**
Feet  Inches

**7. Hair Color**

**8. Eye Color**

**9. Occupation**

**10. Employer**

**11. Mail My New Passport To**

Street / RFD Number **OR** Post Office Box | Apartment Number

City | State | ZIP Code

Country *(If Outside the U.S.)* | In Care of *(If Applicable)*

**12. Permanent Address or Residence (If Same as Mailing Address Write "Same As Above")**

Street / RFD Number *(DO NOT LIST P.O. BOX)* | Apartment Number

City | State | ZIP Code

2" x 2"  FROM 1" TO 1 3/8"  2" x 2"

Submit two recent, color photographs

**13. Home Telephone** *(Include Area Code)*
(    )

**14. Business Telephone** *(Include Area Code)*
(    )

**15. E-Mail Address** *(Optional)*

**STOP** You must submit your most recent U.S. passport with this form! If you cannot submit your most recent U.S. passport, apply on Form DS-11, Application For A U.S. Passport.

**16. Passport Information**

Name in Which Most Recent Passport was Issued

Most Recent U.S. Passport Number | Issue Date of Most Recent U.S. Passport

| Name of Applicant *(Last, First, Middle, Suffix)* | Date of Birth *(mm-dd-yyyy)* |
|---|---|
| | |

## 17. Travel Plans

| Date of Trip *(mm-dd-yyyy)* | Length of Trip | Countries to be Visited |
|---|---|---|
| | | |

## 18. Emergency Contact - Provide the information of a person not traveling with you to be contacted in the event of an emergency.

| Name | | Street / RFD Number | |
|---|---|---|---|
| Apartment Number | City | State | ZIP Code |
| Telephone ( ) | E-Mail Address *(Optional)* | Relationship | |

| NOTE | You must sign and date this application in the designated area below! |
|---|---|

## 19. Oath & Signature

I declare under penalty of perjury that I am a United States citizen (or non-citizen national) and have not, since acquiring United State citizenship (or U.S. nationality), performed any of the acts listed under "Acts or Conditions" on the reverse of this application form (unless explanatory statement is attached). I declare under penalty of perjury that the statements made on this application are true and correct.

X _____
        Applicant's Signature

_____
        Date *(mm-dd-yyyy)*

---

**DO NOT WRITE BELOW - FOR PASSPORT SERVICES USE ONLY - DO NOT WRITE BELOW**

---

**Evidence of Name Change**

☐ **Marriage Certificate**

☐ **Court Order**

**Document Issue Date** _____

**Place of Issue** _____

**Issuing Office/Court** _____

**Previous Name** _____

**Current Name** _____

APPLICATION APPROVAL

FEE _____ EXEC. _____ EF _____ OTHER _____

DS-82

Page 2 of 2



U.S. DEPARTMENT *of* STATE
TRAVEL.STATE.GOV © BUREAU OF CONSULAR AFFAIRS

Travel Warnings | Travel Public Announcements | Travel Information by Country

Search ▢  [GO]

Most Requested ▢

**Feedback | Contact Us**

- **International Travel Home**
- **Passports Home**
- **Visas Home**
- **Children & Family Home**
- **Laws, Regulation & Public Policy**
- **About The Bureau of Consular Affairs**
- **News and Updates**
- **Congressional Liaison**

**Special Interest**



- U.S. Passport Services Back to Standard Processing Time
- International Travel Safety Information for Students
- Current Hurricane Information
- Avian Flu Fact Sheet

**Travel Warnings**

- Travel to Canada, Mexico, the Caribbean & Bermuda
- Studying Abroad
- Information on Living Abroad
- Refund of Expedite Passport Fees

  

**International Travel** *for U.S. Citizens*

- Registration with Embassies
- Tips for Traveling Abroad

**Passports** *for U.S. Citizens*

- Checking the Status of Your Application
- Get or Renew Passport

**Visas** *for Foreign Citizens*

- Immigrants to the U.S.
- Diversity Visa (DV) Lottery Instruction

**Children & Family** *for U.S. Citizens*

- Children and Family Home
- Intercountry Adoption
- International

- Indonesia
  10/05/2007
- Yemen
  09/24/2007
- Nepal
  09/24/2007
- View More
  »

- Document
  Requiremen
  ts
- Current
  Health
  Issues
- more >

- Applications
  and Forms
- Lost or
  Stolen
  Passports
- more >

- s
- Temporary
  Visitors to
  the U.S.
- Travel
  Without a
  Visa
- more >

- Child
  Abduction
- Family
  Issues
- more >

### Public Announcements

- Zimbabwe
  10/02/2007
- Burma
  (Myanmar)
  09/26/2007
- East Africa
  08/31/2007
- View More
  »

### Media and Policy

- Press Releases
- Testimony and Speeches
- Policy Podcast with A/S Maura
  Harty on Passports and Visas

### Subscribe

- RSS Feeds
- Email Subscriptions

### Travel Information by Country

- Travel
  Information
  by Country

USA.gov
Government Made Easy

About Us  |  Feedback  |  Contact Us  |  Email
this Page  |  Print  |  Search  |  Top of Page
This site is managed by the Bureau of Consular
Affairs, U.S. Department of State. External links
to other Internet sites should not be construed as
an endorsement of the views contained therein.
Copyright Information  |  Disclaimers  |  Other
U.S. Government Information

EXHIBIT

B.1

**U.S. DEPARTMENT of STATE**

**TRAVEL.STATE.GOV** (C) BUREAU OF CONSULAR AFFAIRS

Travel Warnings | Travel Public Announcements | Travel Information by Country

Search [          ] [GO]

Most Requested [          ▼]

- **International Travel Home**
- **Passports Home**
- **Visas Home**
- **Children & Family Home**
- **Laws, Regulation & Public Policy**
- **About The Bureau of Consular Affairs**
- **News and Updates**
- **Congressional Liaison**

Home > Passports Home > Get or Renew Passport

🖶Printer friendly version  ✉ Email

## Refund of Expedite Passport Fees

- Applicants who pay for expedited service receive priority attention. We process those applications more quickly than those receiving routine service. In addition, we frequently use overnight delivery services to return expedited passports more quickly.
- We deeply regret inconvenience caused to any travelers whose passport was not available in time for their planned travel.
- Travelers who:

A) Paid the $60 fee for expedited service and

B) Have reason to believe that they did not receive expedited service

should contact the Department of State to request that the Department consider a refund of the expedite fee.

Customers should submit a written request with their passport number, if available, name, date and place of birth, and approximate date(s) they applied for their passport and received their passport (if applicable). Mailing address and phone number should also be included.

Customer may send their request for refund to:

Service Refund:
Department of State
2999 Passport PL
Washington, DC 20522-2999

Or may e-mail the request to: refundsatpassportservices@state.gov

- The Department considers requests for refunds on a case-by-case basis and cannot refund passport application and execution fees or compensate applicants for missed travel.

---

🖶 Printer friendly version  ✉ Email



About Us | Feedback | Contact Us | Email this Page | Print | Search | Top
This site is managed by the Bureau of Consular Affairs, U.S. Department of State. I links to other Internet sites should not be construed as an endorsement of the views therein.
Copyright Information | Disclaimers | Other U.S. Government Information

EXHIBIT

B.2



Travel Warnings | Travel Public Announcements | Travel Information by Country

Search [        ] [GO]

Most Requested [                    ] ▼

- **International Travel Home**
- **Passports Home**
- **Visas Home**
- **Children & Family Home**
- **Laws, Regulation & Public Policy**
- **About The Bureau of Consular Affairs**
- **News and Updates**
- **Congressional Liaison**

Home > Passports Home > Get or Renew Passport

🖶 Printer friendly version   ✉ Email

## How Long Will it Take to Process a Passport Application?

At this time, we are processing routine applications within four to six weeks of receipt. We are processing requests for expedited service within three weeks.

**If you are traveling or need your passport in order to get a visa within the next 2 weeks:**

Please call us at the National Passport Information Center at 1-877-4USA-PPT (1-877-487-2778) to schedule an appointment to apply in person at a Passport Agency (please see note below).

**If you have already applied but will not need your passport within the next two weeks:**

There should be no need to contact us at this time. Our goal is to make sure that no one misses a trip. We have added staff and are working overtime across the country to achieve this goal.

**Checking the status of your application:** You can check the status of your application online. Currently, it is taking 5-7 days for applications to be tracked online. It may take less time if you paid for Expedite Service and sent your application via overnight delivery.

| If you apply today | And Choose | What to expect |
|---|---|---|
| At a Passport Acceptance Facility* **or** By Mail (for renewal, additional pages, and amendment) | Routine Service | We will process your application within four to six weeks from time of receipt |
| | Expedited Service** **Plus** Overnight delivery service for: Sending your application **and** Returning your passport to you | We will process your application within about 3 Weeks (door-to-door; see note below) |

*There are over 9,000 facilities accepting passport applications, such as your local post office, municipal office, courthouse, library. Please see Where to Apply for Passports Nationwide for information on the locations of Passport Acceptance Facilities near you.

**Expedite Service: If you apply for your passport today and request Expedited Passport Processing, you can expect to receive your passport in about 3 weeks. The 3 week estimated timeframe for receipt of your passport takes into consideration the additional time it may take to receive your passport application at a Passport Agency/Center when you apply for Expedited Passport Processing through a designated Passport Acceptance Facility and for the passport to be mailed to you. It may take longer for customers who apply for a renewal by mail without "Expedite" marked on the mailing envelope.

  Effective August 16, 2007, the Department's standard for expedited passport processing completion, as defined in 22 CFR 51.66, is ten business days from either: 1) receipt of your passport application at a Passport Agency/Center; or 2) if the passport application is already at a Passport Agency/Center, the date your request for expedited passport processing is approved. Expedited passport processing is considered complete when the passport is ready to be picked by an applicant or when it is put in the mail to the applicant.

Customers are advised to continue to check this website. Passport demand is seasonal in nature with peak periods falling between January and July. We recommend applying outside these times whenever possible.

**NOTE:**

- · THERE IS NO CHARGE FOR AN APPOINTMENT AT A PASSPORT AGENCY. CUSTOMERS SHOULD NOT PAY ANYONE OR ANY BUSINESS MAKING SUCH A CHARGE.

- Passport Agencies assist customers with urgent travel needs (generally if you are traveling within 2 weeks).
- Passport Agencies are open by appointment only and require proof of travel date or need for foreign visas. See <u>List of Regional Passport Agencies</u> .
- If you haven't received your passport and **are traveling within the next 7 days** , please call the <u>National Passport Information Center</u>.

---

🖶 <u>Printer friendly version</u>  ✉ <u>Email</u>

**Other Government Websites**

- <u>USA Gov Service Locator</u>  ↵
- <u>Department of Homeland Security</u>  ↵
- <u>The White House</u>  ↵
- <u>more ></u>



<u>About Us</u>  |  <u>Feedback</u>  |  <u>Contact Us</u>  |  <u>Email this Page</u>  |  <u>Print</u>  |  <u>Search</u>  |  <u>Top</u>
This site is managed by the Bureau of Consular Affairs, U.S. Department of State. I links to other Internet sites should not be construed as an endorsement of the views therein.
<u>Copyright Information</u>  |  <u>Disclaimers</u>  |  <u>Other U.S. Government Information</u>