**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking  General Court Number
Clerk  415.522.2000

**October 10, 2007**

**CASE NUMBER:  CV 07-04040 JL**
**CASE TITLE:  JULIE CHATTLER-v-THE UNITED STATES OF AMERICA**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable SUSAN ILLSTON**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/10/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                    Clerk



NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                          Entered in Computer 10/10/07AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                 Transferor CSA