IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIE CHATTLER,                                        No. C 07-04040SI

       Plaintiff,                                         **NOTICE**

  v.

THE UNITED STATES OF AMERICA,

       Defendant.
                                            /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, December 7, 2007, at 2:00 pm. Counsel shall comply with the attached order when preparing for the conference.

Dated: October 11, 2007                                        RICHARD W. WIEKING, Clerk

                                                                                           Tracy Sutton
                                                                                           Deputy Clerk

**United States District Court**
**For the Northern District of California**