1 PETER D. KEISLER
Assistant Attorney General
2 Civil Division

3 SCOTT N. SCHOOLS
United States Attorney
Northern District of California

4
VINCENT M. GARVEY
5 Deputy Branch Director

6 JACQUELINE COLEMAN SNEAD
Trial Attorney
Federal Programs Branch, Civil Division
7 U.S. Department of Justice
20 Massachusetts Avenue, N.W. Rm 7214
Washington, DC 20530
8 Tel: (202) 514-3418

Attorneys for the Defendants.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIA CHATTLER,** | Case No. 07-4040SI |
| **PLAINTIFF** | |
| v. | DEFENDANTS' NOTICE OF MOTION |
| **UNITED STATES OF AMERICA, DEPARTMENT OF STATE,** | Judge Susan Illston<br>Date: December 21, 2007, 9:00 am |
| **DEFENDANTS.** | |

*Chattler v. United States of America*, Case No. 07-4040SI

Defendants' Notice of Motion

1    PLEASE TAKE NOTICE that, on December 21, 2007, before the Honorable Susan Illston, Defendants, the United States of America and the Department of State, will move for an order dismissing this action pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure or, in the alternative, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. As explained in Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss filed October 9, 2007, dismissal of this action is warranted because (1) the United States has not waived sovereign immunity as to Plaintiff's claims for consequential and special damages; and (2) Plaintiff has not exhausted her administrative remedies as to her claim for a refund of the additional fee paid for expedited processing of her passport application.

Date: November 2, 2007                         Respectfully submitted,


PETER D. KEISLER
Assistant Attorney General
Civil Division


SCOTT N. SCHOOLS
United States Attorney
Northern District of California


VINCENT M. GARVEY
Deputy Branch Director


 /s /Jacqueline Coleman Snead

JACQUELINE COLEMAN SNEAD
(D.C. Bar No. 459548)
Trial Attorney
Federal Programs Branch, Civil Division
U.S. Department of Justice
20 Massachusetts Avenue, N.W. Rm. 7214
Washington, DC 20530
Tel: (202) 514-3418

**Attorneys for Defendants**

*Chattler v. United States of America*, Case No. 07-4040SI

Defendants' Notice of Motion

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Defendants' Notice of Motion was served electronically on November 2, 2007 through the Northern District of California Electronic Case File System (ECF) and that the document is available for viewing and downloading on that system.

                                                /s /Jacqueline Coleman Snead
                                                Jacqueline Coleman Snead

*Chattler v. United States of America*, Case No. 07-4040SI

Defendants' Notice of Motion