PETER D. KEISLER
Assistant Attorney General
Civil Division

SCOTT N. SCHOOLS
United States Attorney
Northern District of California

VINCENT M. GARVEY
Deputy Branch Director

JACQUELINE COLEMAN SNEAD
Trial Attorney
Federal Programs Branch, Civil Division
U.S. Department of Justice
20 Massachusetts Avenue, N.W. Rm 7214
Washington, DC 20530
Tel: (202) 514-3418

Attorneys for the Defendants.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA CHATTLER,<br><br>PLAINTIFF<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>DEPARTMENT OF STATE,<br><br>DEFENDANTS. | Case No. 07-4040SI<br><br>Joint Stipulation re: Initial<br>Case Management Conference<br><br>Hon. Susan Illston<br>Courtroom 10<br>Date: December 21, 2007; 2:00pm |

*Chattler v. United States of America*, Case No. 07-4040SI

Joint Stipulation re: Initial Case Management Conference

     THE PARTIES HEREBY JOINTLY STIPULATE to continue the initial case management conference, currently scheduled for December 7, 2007 at 2:00pm, until December 21, 2007 at 2:00pm.

     In support thereof, the parties state as follows:

1. On October 9, 2007, Defendants moved to dismiss this action pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure or, in the alternative, pursuant to Rule 12(b)(6). Defendants did not notice a hearing date for their motion because reassignment of this action to a United States District Court Judge was pending. The following day this action was reassigned to this Court.

2. On October 11, 2007, the clerk of the Court scheduled the initial case management conference before this Court for December 7, 2007 at 2:00pm.

3. After reassignment to this Court, defense counsel contacted the docket clerk and was advised of this Court's next four available hearing dates for Defendants' motion to dismiss. After consulting with Plaintiff's counsel, Defendants subsequently noticed the hearing for December 21, 2007, at 9:00am, which was the earliest available date for which the opposition and reply deadlines did not conflict with prior obligations of counsel or the parties.

4. For the sake of efficiency and to reduce costs, the parties mutually have agreed that the initial case management conference should take place on the same day as the hearing on Defendants' motion to dismiss. However, to ensure that this case proceeds in a timely manner, the deadlines for the parties' Rule26(f) conference, pursuant to Federal Rule of Civil Procedure 26(f), and the filing of the Joint Case Management Statement will not change.

5. Therefore, the parties have agreed to conduct their Rule 26(f) conference, pursuant to Federal Rule of Civil Procedure 26(f), on or before November 16, 2007 and file a Joint Case Management Statement on or before November 28, 2007. However, the parties respectfully request that the initial case management conference occur on the same date as the hearing on Defendants' pending motion.

     WHEREFORE, the parties respectfully request that the Court enter the attached order.

     Respectfully submitted this 5th day of November 2007.

*Chattler v. United States of America*, Case No. 07-4040SI

Joint Stipulation re: Initial Case Management Conference

| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP | PETER D. KEISLER<br>Assistant Attorney General<br>Civil Division |
| | SCOTT N. SCHOOLS<br>United States Attorney<br>Northern District of California |
| /s/Shana E. Scarlett<br>SHANA E. SCARLETT | |
| Reed R. Kathrein (139304)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001 | VINCENT M. GARVEY<br>Deputy Branch Director<br><br>/s/Jacqueline Coleman Snead<br>JACQUELINE COLEMAN SNEAD<br>(D.C. Bar No. 459548)<br>Trial Attorney<br>Federal Programs Branch, Civil Division<br>U.S. Department of Justice<br>20 Massachusetts Avenue, N.W. Rm. 7214<br>Washington, DC 20530<br>Tel: (202) 514-3418 |
| Robert B. Carey (*Pro Hac Vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>2425 East Camelback Road, Suite 650<br>Phoenix, AZ 85016<br>Telephone: (602) 840-5900<br>Facsimile: (602) 840-3012 | **Attorneys for Defendants** |
| Steve Berman (*Pro Hac Vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594 | |
| Megan E. Waples (*Pro Hac Vice*)<br>THE CAREY LAW FIRM<br>2301 East Pikes Peak Avenue<br>Colorado Springs, CO 80909<br>Telephone: (719) 635-0377<br>Facsimile: (719) 635-2920 | |

**Attorneys for Plaintiff**

*Chattler v. United States of America*, Case No. 07-4040SI

Joint Stipulation re: Initial Case Management Conference

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIA CHATTLER,

   PLAINTIFF

V.

UNITED STATES OF AMERICA,
DEPARTMENT OF STATE,

   DEFENDANTS.

Case No. 07-4040-SI

Proposed Order

Upon consideration of the parties' Joint Stipulation re: the Initial Case Management Conference, it is hereby

ORDERED that the Initial Case Management Conference is rescheduled for Friday, January 18, 2008 ~~December 21, 2007~~ at 2:00pm.

SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT
COURT JUDGE

*Chattler v. United States of America*, Case No. 07-4040SI

Joint Stipulation re: Initial Case Management Conference

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Joint Stipulation re: Initial Case Management Conference was served electronically on November 5, 2007 through the Northern District of California Electronic Case File System (ECF) and that the document is available for viewing and downloading on that system.

                                              /s /Jacqueline Coleman Snead
                                              Jacqueline Coleman Snead

*Chattler v. United States of America*, Case No. 07-4040SI

Joint Stipulation re: Initial Case Management Conference