1  PETER D. KEISLER
   Assistant Attorney General
2  Civil Division

3  SCOTT N. SCHOOLS
   United States Attorney
   Northern District of California

4

5  VINCENT M. GARVEY
   Deputy Branch Director

6  JACQUELINE COLEMAN SNEAD
   Trial Attorney
   Federal Programs Branch, Civil Division
7  U.S. Department of Justice
   20 Massachusetts Avenue, N.W. Rm 7214
8  Washington, DC 20530
   Tel: (202) 514-3418

9              Attorneys for the Defendants.

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13

14

15   JULIA CHATTLER,                    Case No. 07-4040SI

16       PLAINTIFF

17
         v.                             Joint Stipulation re: Initial
18                                      Case Management Conference
     UNITED STATES OF AMERICA,
19   DEPARTMENT OF STATE,               Hon. Susan Illston
                                        Courtroom 10
20       DEFENDANTS.                    Date:  December 21, 2007; 2:00pm

21

22

23

24

25

26

27   *Chattler v. United States of America*, Case No. 07-4040SI

28   Joint Stipulation re: Initial Case Management Conference

1      THE PARTIES HEREBY JOINTLY STIPULATE to continue the initial case management

2   conference, currently scheduled for December 7, 2007 at 2:00pm, until December 21, 2007 at 2:00pm.

3      In support thereof, the parties state as follows:

4      1. On October 9, 2007, Defendants moved to dismiss this action pursuant to Rule 12(b)(1) of

5   the Federal Rules of Civil Procedure or, in the alternative, pursuant to Rule 12(b)(6). Defendants did

6   not notice a hearing date for their motion because reassignment of this action to a United States District

7   Court Judge was pending. The following day this action was reassigned to this Court.

8      2. On October 11, 2007, the clerk of the Court scheduled the initial case management conference

9   before this Court for December 7, 2007 at 2:00pm.

10      3. After reassignment to this Court, defense counsel contacted the docket clerk and was advised

11   of this Court's next four available hearing dates for Defendants' motion to dismiss. After consulting

12   with Plaintiff's counsel, Defendants subsequently noticed the hearing for December 21, 2007, at 9:00am,

13   which was the earliest available date for which the opposition and reply deadlines did not conflict with

14   prior obligations of counsel or the parties.

15      4. For the sake of efficiency and to reduce costs, the parties mutually have agreed that the initial

16   case management conference should take place on the same day as the hearing on Defendants' motion

17   to dismiss. However, to ensure that this case proceeds in a timely manner, the deadlines for the parties'

18   Rule 26(f) conference, pursuant to Federal Rule of Civil Procedure 26(f), and the filing of the Joint Case

19   Management Statement will not change.

20      5. Therefore, the parties have agreed to conduct their Rule 26(f) conference, pursuant to Federal

21   Rule of Civil Procedure 26(f), on or before November 16, 2007 and file a Joint Case Management

22   Statement on or before November 28, 2007. However, the parties respectfully request that the initial

23   case management conference occur on the same date as the hearing on Defendants' pending motion.

24      WHEREFORE, the parties respectfully request that the Court enter the attached order.

25      Respectfully submitted this 5th day of November 2007.

26   *Chattler v. United States of America*, Case No. 07-4040SI

27   Joint Stipulation re: Initial Case Management Conference

28                                        2

1

2

3 HAGENS BERMAN SOBOL SHAPIRO LLP

PETER D. KEISLER
Assistant Attorney General
Civil Division

4

5 SCOTT N. SCHOOLS
United States Attorney
Northern District of California

  /s/Shana E. Scarlett

6 SHANA E. SCARLETT

7 VINCENT M. GARVEY
Deputy Branch Director

Reed R. Kathrein (139304)

8 HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202

9 Berkeley, CA 94710
Telephone: (510) 725-3000

10 Facsimile: (510) 725-3001

  /s /Jacqueline Coleman Snead
JACQUELINE COLEMAN SNEAD
(D.C. Bar No. 459548)
Trial Attorney
Federal Programs Branch, Civil Division

11 Robert B. Carey (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP

U.S. Department of Justice
20 Massachusetts Avenue, N.W. Rm. 7214

12 2425 East Camelback Road, Suite 650
Phoenix, AZ 85016

Washington, DC 20530
Tel: (202) 514-3418

13 Telephone: (602) 840-5900
Facsimile: (602) 840-3012

14 **Attorneys for Defendants**

Steve Berman (*Pro Hac Vice*)

15 HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900

16 Seattle, WA 98101
Telephone: (206) 623-7292

17 Facsimile: (206) 623-0594

18 Megan E. Waples (*Pro Hac Vice*)
THE CAREY LAW FIRM

19 2301 East Pikes Peak Avenue
Colorado Springs, CO 80909

20 Telephone: (719) 635-0377
Facsimile: (719) 635-2920

21 **Attorneys for Plaintiff**

22

23

24

25

26 *Chattler v. United States of America*, Case No. 07-4040SI

27 Joint Stipulation re: Initial Case Management Conference

28
                                        3

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

1
2
3
4
5
6
7  **JULIA CHATTLER,**
8
       **PLAINTIFF**
9                                         **Case No. 07-4040-SI**
       **V.**
10
11 **UNITED STATES OF AMERICA,**               **Proposed Order**
   **DEPARTMENT OF STATE,**
12
13     **DEFENDANTS.**
14
15
16

17

18       Upon consideration of the parties' Joint Stipulation re: the Initial Case Management

19 Conference, it is hereby

20       ORDERED that the Initial Case Management Conference is rescheduled for Friday, January 18, 2008

21 ~~December 21, 2007~~ at 2:00pm.

22       SO ORDERED.

23

24 Dated: _____

25                               UNITED STATES DISTRICT
                                 COURT JUDGE
26

27 *Chattler v. United States of America*, Case No. 07-4040SI

28 Joint Stipulation re: Initial Case Management Conference

1        **CERTIFICATE OF SERVICE**

2              This is to certify that a true and correct copy of the foregoing Joint Stipulation re:

3    Initial Case Management Conference was served electronically on November 5, 2007

4    through the Northern District of California Electronic Case File System (ECF) and that the

5    document is available for viewing and downloading on that system.

6

7                                              /s /Jacqueline Coleman Snead
                                               Jacqueline Coleman Snead
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    *Chattler v. United States of America*, Case No. 07-4040SI

28    Joint Stipulation re: Initial Case Management Conference