# Exhibit B



Home Page | Site Index | RSS Feeds | About Us | Contact Us | Advertise

 

NEWS    SPORTS    FORUMS    BLOGS    MULTIMEDIA    ENTERTAINMENT    MORE TOPICS    JOBS    AUTOS    REAL ESTATE    CLASSIFIEDS

**Sponsored By:**



- About The Author
- RSS

**Latest Posts**
- Pataki to aid U.S. at UN
- Jurors in Valentin murder trial now deliberating
- Arrests made in murder of former CNY man
- Police investigating bank robbery
- The Gondolier

**Categories**
- Breaking News (RSS)
- Business News (RSS)
- Cayuga County (RSS)
- City News (RSS)
- Cortland-Tompkins counties (RSS)
- Crime & Safety (RSS)
- Destiny USA (RSS)
- East Suburbs (RSS)
- Empire Zones (RSS)
- Entertainment News (RSS)
- Government (RSS)
- Madison County (RSS)
- MoneyWise (RSS)
- North Suburbs (RSS)
- Oswego County (RSS)
- PGA Turning Stone (RSS)
- Politics (RSS)
- Regional News (RSS)
- Schools (RSS)
- Sports (RSS)
- State Fair (RSS)
- State News (RSS)
- West Suburbs (RSS)

**Favorite Links**
- The Post-Standard
- News Tracker
- Newschaser
- NewsWatch Forum
- City of Syracuse
- City Forum
- Cayuga County Edition
- Cayuga Forum
- Madison County Edition
- Madison Forum
- Oswego County Edition
- Oswego Forum
- Neighbors North Forum
- Neighbors East Forum
- Neighbors West Forum
- Neighbors South Forum
- More Forums
- Special Reports

**Archived Posts**
-----

## How to get a refund of passport fees
Posted by Mark Weiner June 12, 2007 1:08PM

Categories: Breaking News, Government, Politics

If you paid an extra $60 fee for an expedited passport application that took more than 14 days to receive, you may be eligible for a refund, according to the State Department.

Many applicants who paid the fee for speedy service, on top of the regular $97 application fee, had to wait weeks longer because of a backlog caused by new rules implemented Jan. 23 by the Department of Homeland Security.

The new rules required passports for air travel within the Western Hemisphere, including Canada and the Caribbean. But those rules were temporarily eased Friday for the summer travel season.

U.S. Sen. Charles Schumer, D-NY, applauded the change, but asked for refunds for those travelers who already paid the $60 expediting fee.

Schumer said today the State Department agreed to make the refunds in cases where it took more than 14 days to receive a passport. Here's the process he said to follow for a refund:

Submit a written request to the address below. Include your passport number (if available), name, date and place of birth, and approximate date you applied for a passport. A mailing address and phone number should also be included.

Refund applications should be sent to:

Department of State
Passport Services/PPS/Refunds
2100 Pennsylvania Ave NW
Washington, DC 20037-3202

| Permalink (Learn More)
Share: Reddit | Digg | del.icio.us | Google | Yahoo | What is this?

**COMMENTS (0)**    Post a comment

Username (Don't Have a Username? Sign up here):

Password:

☐ Remember Me    [Login]  [Reset]



**FROM OUR ADVERTISERS**
• SUNY Upstate Medical University, "The Other University on The Hill" - Find out more about Upstate's Four Colleges.
• Considering LASIK? Choose Local Doctors you Know & Trust ~ LaserView of CNY ~ Click now



Home | News | Sports | Forums | Blogs | Multimedia | Entertainment | Jobs | Autos | Real Estate | Classifieds

 

Complete Forecast | Site Index | RSS Feeds | RSS Terms & Conditions | About Us | Contact Us | Advertise | Help/Feedback

**• Subscribe to The Post-Standard**

© 2007 Syracuse Online, LLC. All Rights Reserved. Use of this site constitutes acceptance of our User Agreement. Please read our Privacy Policy.
Community Rules apply to all content you upload or otherwise submit to this site. Contact interactivity management.