Exhibit C

SEN. COLEMAN WORKS TOWARDS SOLUTIONS TO PASSPORT PAYMENT PROCESSING BACKLOG
US Fed News March 23, 2007 Friday 2:46 AM  EST

Copyright 2007 HT Media Ltd.
All Rights Reserved
US Fed News

March 23, 2007 Friday 2:46 AM  EST

**LENGTH:** 994  words

**HEADLINE:** SEN. COLEMAN WORKS TOWARDS SOLUTIONS TO PASSPORT PAYMENT PROCESSING BACKLOG

**BYLINE:** US Fed News

**DATELINE:** WASHINGTON

**BODY:**

The office of Sen. Norm Coleman, R-Minn., issued the following press release:

Sen. Norm Coleman yesterday pressed for solutions to the passport application backlog with top officials from the Departments of State and Treasury, as well as representatives from the private sector financial agent bank which handles processing of passport payment information and data entry when a person first applies for a passport. While this long-standing agreement initially had the effect of speeding up the passport application process, recent delays at the bank's facilities have contributed to the overall passport delay by an average of 11 days or more, as opposed to the same-day service the bank had agreed to provide.

Deputy Assistant Secretary of State for Passport Services Anne Barrett, who Coleman had brought to Minnesota in 2005 to hear from his constituents regarding the Western Hemisphere Travel Initiative (WHTI), noted that a new passport call center would open in Kentucky today to manage the influx of calls for passport applicants seeking status information. At Coleman's suggestion, Barrett promised to review the message callers listen to while on hold in order to convey pertinent information, such as the fact that travelers do not currently need a passport for land or sea travel to Canada, Mexico or the Caribbean. Barrett also said the State Department's consular website, www.travel.state.gov, would be redesigned to highlight pertinent tips related to the passport delays. She noted that Assistant Secretary for Consular Affairs Maura Harty, whom Senator Coleman met with last week on this issue, was currently meeting with bank executives in Delaware to press for a resolution to the delays at their facilities.

Treasury Assistant Commissioner for Federal Finance Gary Grippo and bank representatives assured Senator Coleman that additional staff and resources were being mobilized to manage the passport application influx, including over 300 additional staff since January. They also promised a thorough review of bank capacity to ensure smoother processing in the future - particularly with the upcoming implementation of the land rule for WHTI. Treasury and bank officials also committed to restoring same-day service by June.

"While I appreciate the commitments made to address the problems, for many Minnesotans this is too little too late," said Coleman. "With application requests up over 40 percent, there are thousands of people out there who do not know whether they will get their passport in time for their trip. We simply have to do better."

Among the difficulties with the slow processing by the Treasury financial agent bank is the effect on individuals who paid an additional fee for expedited passport processing service, yet have had to wait weeks while their application remains unopened. New passport applications, accepted by certain U.S. post offices and county clerks, are clearly labeled for expedited handling and are processed immediately by bank personnel. However, expedited passport renewals not clearly marked on the outside of the envelope are not being processed in an expedited fashion.

In response to a suggestion offered by Coleman, Grippo indicated that a separate "lockbox" will be created for expedited passport applications, that a new mailing address would be established to ensure prompt processing of expedited applications, and that priority would be placed on sifting through pending passport renewals to find expedited applications. In addition, Barrett also promised that any person whose application was received by the State Department within the regular processing time will not be required to pay an expedited fee, and committed to

SEN. COLEMAN WORKS TOWARDS SOLUTIONS TO PASSPORT PAYMENT PROCESSING BACKLOG
US Fed News March 23, 2007 Friday 2:46 AM EST

refunds for any person who paid such fee for a passport submitted five weeks or more in advance or otherwise paid an expedite fee in error. Individuals seeking a refund of their expedite fee should write a letter to: Passport Services, 1111 19th Street, Washington DC 20036. Refund requests may be delayed, however, as all available staff are currently assisting with the passport issuance backlog.

"My office has assisted with over 600 passport applications. Paying an additional fee for sub-par service has simply added insult to injury for many of my constituents," said Coleman. "I was pleased to hear a clear commitment to addressing this inequity."

Coleman expressed frustration that State Department estimates for passport demand fell drastically short of actual demand, leaving the agencies unprepared for the current surge. He urged better studies be conducted in order to adequately plan for another surge of passport applications during peak times next year, and as the land rule for WHTI takes effect, currently expected to increase passport demand by twice the increase associated with the air rule that took effect this January and appears to have caused much of the current backlog. Barrett promised that State Department estimates were being revised in order to better plan for the future, and Grippo pledged that the bank would plan to have extra capacity on hand to manage future surges.

"With the Department of Homeland Security threatening land border implementation as early as January 2008, now is the time to learn from this debacle before it is too late," said Coleman. "I want to see additional testing to prove we can handle this before we impose any new restrictions on the travel of Minnesotans. The old line, 'trust me, I'm from the government and I'm here to help' is not going to cut it."

Anyone experiencing delays in their passport applications can check the status of their application by calling the National Passport Center at 1-877-487-2778 or logging on to http://www.travel.state.gov. Additionally, Sen. Coleman has put an advisory on his Senate website with contact numbers and background information on the backlog, which can be accessed at www.coleman.senate.gov.

Contact: Leroy Coleman, 202/224-5641.

**LOAD-DATE:** March 24, 2007