# Exhibit D

Feds to refund passport fee Gannett News Service June 13, 2007 Wednesday

Copyright 2007 Gannett Company, Inc.
All Rights Reserved
Gannett News Service

June 13, 2007 Wednesday

**SECTION:** Pg. ARC

**LENGTH:** 345 words

**HEADLINE:** Feds to refund passport fee

**BYLINE:** ERIN KELLY

**DATELINE:** WASHINGTON

**BODY:**

New Yorkers who paid extra to get passports in time for their summer vacations may be able to get their money back.

Officials from the U.S. Department of State announced Tuesday that huge demand for passports has made it impossible for them to issue the documents quickly, even to people who paid an extra $60 "expedite fee."

People who paid the extra fee in 2007 would get it back if they had to wait longer than 14 days for their passports. Only the extra $60 will be refunded. Standard passport fees -- $97 for a new passport and $67 for a renewal -- will not be returned.

"You ought to get what you pay for," said Sen. Chuck Schumer, D-N.Y., who pushed state department officials to issue the refunds. "And if you don't, you should get your money back -- end of story. The passport system is clearly overwhelmed by an avalanche of applications, and it is an outrage to pay over $150 dollars for a passport and still have your travel plans ruined."

New federal regulations requiring American citizens to obtain passports to travel to Canada, Mexico, the Caribbean and Bermuda have created a sharp increase in demand for passports this year. State department officials announced Friday that Americans who have applied for passports but have not yet received them could go ahead and travel by air to those nations through Sept. 30.

However, the passport requirement was not waived for travelers flying to Europe, Asia, South America, Africa or other destinations.

New Yorkers who paid the extra $60 for fast service and still had to wait more than 14 days for passports can apply for a refund by writing to the State Department. Be sure to include your passport number if available, your name, date and place of birth, your mailing address, your phone number and the approximate date you applied for the passport. The address is:

Department of State

Passport Services/PPS/Refunds

2100 Pennsylvania Ave NW

Washington, D.C. 20037-3202

----

Contact Erin Kelly at ekelly@gns.gannett.com

----

On the Web:

Feds to refund passport fee Gannett News Service June 13, 2007 Wednesday

www.state.gov, U.S. Department of State.

http://schumer.senate.gov, Sen. Chuck Schumer.

**LOAD-DATE:** June 15, 2007