1  REED R. KATHREIN (139304)
   SHANA E. SCARLETT (217895)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
3  Berkeley, CA 94710
4  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
5  reed@hbsslaw.com

6  ROBERT B. CAREY (*Pro Hac Vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
7  2425 East Camelback Road, Suite 650
   Phoenix, AZ 85016
8  Telephone: (602) 840-5900
   Facsimile: (602) 840-3012
9  rob.carey@att.net

10 STEVE W. BERMAN (*Pro Hac Vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
11 1301 Fifth Avenue, Suite 2900
   Seattle, WA 98101
12 Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
13 steve@hbsslaw.com

14 Attorneys for Plaintiff

15 [Additional counsel listed on signature page]

16

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                   SAN FRANCISCO DIVISION

20
   JULIE CHATTLER, On Behalf of Herself and  )   No. C 07-04040 SI
21 All Others Similarly Situated,             )
                                              )   DECLARATION OF JULIA
22                            Plaintiff,      )   CHATTLER IN SUPPORT OF
                                              )   PLAINTIFF'S OPPOSITION TO
23          v.                                )   DEFENDANT'S MOTION TO DISMISS
                                              )
24 THE UNITED STATES OF AMERICA and           )
   THE UNITED STATES DEPARTMENT OF            )
25 STATE,                                     )
                                              )
26                            Defendants.     )
                                              )
27                                            )

28

1  I, Julia Chattler, declare as follows:

2  1.  I applied for my passport on June 11, 2007.

3  2.  I paid $60.00 for expedited service, plus additional costs for overnight mail.

4  3.  By August 2, 2007, I had still not received my passport, and had to take an unpaid day off from work in order to go in person to the San Francisco Passport Agency and reapply. I lost approximately $160.00 in wages.

4.  During this time, I looked at the Passport Agency website and never saw anything that informed me that I was entitled to a refund, and in my many contacts with employees of the Passport Agency I never learned that I could get a refund of my expedited processing fee.

5.  I have still not received a refund.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of November, 2007, at Castro Valley, California.

*Julia Chattler*
JULIA CHATTLER
3027 Todd Court
Castro Valley, CA 94546

DECL. OF JULIA CHATTLER IN SUPPORT OF PLAINTIFF'S     - 1 -
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.


    /s/ Shana E. Scarlett
SHANA E. SCARLETT

# Mailing Information for a Case 3:07-cv-04040-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **Robert B. Carey**
  rob.carey@att.net

- **Jacqueline E. Coleman Snead**
  Jacqueline.Snead@usdoj.gov

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Megan Waples**
  mwaples@careylaw.com,agostnell@careylaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)