1  | REED R. KATHREIN (139304)
   | SHANA E. SCARLETT (217895)
2  | HAGENS BERMAN SOBOL SHAPIRO LLP
   | 715 Hearst Avenue, Suite 202
3  | Berkeley, CA 94710
   | Telephone: (510) 725-3000
4  | Facsimile: (510) 725-3001
5  | reed@hbsslaw.com

6  | ROBERT B. CAREY (*Pro Hac Vice*)
   | HAGENS BERMAN SOBOL SHAPIRO LLP
7  | 2425 East Camelback Road, Suite 650
   | Phoenix, AZ 85015
8  | Telephone: (602) 840-5900
   | Facsimile: (602) 840-3012
9  | rob.carey@att.net

10 | STEVE W. BERMAN (*Pro Hac Vice*)
   | HAGENS BERMAN SOBOL SHAPIRO LLP
11 | 1301 Fifth Avenue, Suite 2900
   | Seattle, WA 98101
12 | Telephone: (206) 623-7292
   | Facsimile: (206) 623-0594
13 | steve@hbsslaw.com

14 | Attorneys for Plaintiff

15 | [Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CHATTLER, On Behalf of Herself and All Others Similarly Situated, | No. C 07-04040 SI |
| Plaintiff, | DECLARATION OF PAMELA HUMPHREY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |
| v. | |
| THE UNITED STATES OF AMERICA and THE UNITED STATES DEPARTMENT OF STATE, | |
| Defendants. | |

I, Pamela Humphrey, declare as follows:

1.   I applied for my passport in February 2007, thirty days before my departure date.

2.   I paid $60.00 for expedited service, plus $14.00 for overnight mail.

3.   After two weeks went by and I hadn't received my passport, I contacted the agency on a daily basis and made several visits to the Clerk's office in my county where I submitted my paperwork. I also faxed a letter with regard to the issue and still didn't get my passport.

4.   Four days prior to my departure I had to pay for another birth certificate and have it sent overnight to me so that I would have identification of my citizenship with me when traveling because my original birth certificate was submitted with my passport application.

5.   I tried to get a refund as soon as I learned I wasn't going to get my passport within 14 days. I placed several calls to the passport agency and was told they generally don't give refunds even if the delay is their fault. At one point I was told by an employee of the county clerk's office that she had reached the manager of the passport agency, and if I wanted a refund, I had only 45 minutes to send a fax requesting one to him.

6.   In response to an email I sent inquiring about a refund, I received an email from "NPIC, Passport" on March 3, 2007, which stated, "Completed expedited applications are normally processed within two to three weeks or less depending upon the type of mail delivery service you have selected. If you applied more than 3 weeks ago and paid an expedite fee please call our toll free number at 1-877-487-2778 or for TDD/TTY users 1-888-874-7793 Monday-Friday 7am to 12am EST excluding Federal Holidays." That email is attached as Exhibit A to this declaration.

6.   I have still not received a refund.

DECL. OF PAMELA HUMPHREY IN SUPPORT OF          - 1 -
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO
DISMISS

1    7.    I was also informed that I could not get any of the additional costs refunded to me,

2  such as the overnight fees and costs of getting a new birth certificate.

3    I declare under penalty of perjury under the laws of the United States that the foregoing is

4  true and correct. Executed this 29th day of November, 2007, at North Las Vegas, Nevada.

5

6

7                              PAMELA HUMPHREY
                               4310 New Suffolks Street
8                                    Unit 102
                               North Las Vegas, NV 89032

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 /s/ Shana E. Scarlett
SHANA E. SCARLETT

# Mailing Information for a Case 3:07-cv-04040-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **Robert B. Carey**
  rob.carey@att.net

- **Jacqueline E. Coleman Snead**
  Jacqueline.Snead@usdoj.gov

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Megan Waples**
  mwaples@careylaw.com,agostnell@careylaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)