# Exhibit A

-----Original Message-----
From: NPIC, Passport [mailto:NPIC@state.gov]
Sent: Saturday, March 03, 2007 6:30 AM
To: Humphrey, Pamela
Subject: RE: Status Inquiry


     Your application is in process at the Los Angeles Passport
Agency.

     Completed expedited applications are normally processed within
two to three weeks or less depending upon the type of mail delivery
service you have selected. If you applied more than 3 weeks ago and paid
an expedite fee please call our toll free number at 1-877-487-2778 or
for TDD/TTY users 1-888-874-7793 Monday-Friday 7am to 12am EST excluding
Federal Holidays.



If you have further questions, please email us at NPIC@state.gov.
Please include all prior messages or correspondence in your reply so we
can review what has previously taken place.  If you prefer, you may call
us at (877) 487-2778, for TDD/TTY users 1-888-874-7793 or visit our
Website at  www.travel.state.gov  <http://WWW.TRAVEL.STATE.GOV>.
 Our information center is open Monday through Friday 7am to 12am EST
excluding Federal Holidays.

Thank you.
National Passport Information Center
# 6691



-----Original Message-----
From: Humphrey,Pamela Denise [mailto:Humphreyp@co.clark.nv.us]
Sent: Tuesday, February 27, 2007 3:59 PM
To: NPIC, Passport
Subject: Status Inquiry


Below is the result of your feedback form.  It was submitted by
Humphrey, Pamela Denise (Humphreyp@co.clark.nv.us) on Tuesday, February
27, 2007 at 15:59:12
---------------------------------------------------------------------
---

status: Status Inquiry

DOB: 09/20/1959

WHEN: 02/05/2007

WHERE: Las Vegas, Nevada

HOW: Clerk of Court - Overnight Mail Service

YES/NO: No