1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JULIE CHATTLER, On Behalf of Herself and All Others Similarly Situated, | ) ) ) | No. C 07-04040 SI |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) ) | [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS |
| THE UNITED STATES OF AMERICA and THE UNITED STATES DEPARTMENT OF STATE, | ) ) ) ) | |
| Defendants. | ) ) | |

001980-11 210036 V1

This matter comes before the Court on the motion of Defendants to dismiss Plaintiff's Consolidated Class Action Complaint ("Complaint"). Upon consideration of the foregoing motion, the papers submitted in support and opposition thereto, the Complaint and the arguments presented at the hearing held before this Court on December 21, 2007 at 9:00 a.m., and good cause appearing:

IT IS HEREBY ORDERED that Defendant's motion to dismiss the Complaint is DENIED in its entirety, on the grounds that the Complaint alleges with the requisite particularity a claim upon which relief may be granted.

DATED: _____

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

DATED: November 30, 2007

HAGENS BERMAN SOBOL SHAPIRO LLP

By  /s/ Robert B. Carey
     ROBERT B. CAREY

Robert B. Carey (*Pro Hac Vice*)
2425 East Camelback Road, Suite 650
Phoenix, AZ  85016
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob.carey@att.net

Reed R. Kathrein (139304)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
shanas@hbsslaw.com

1  Steve Berman (*Pro Hac Vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  1301 Fifth Avenue, Suite 2900
   Seattle, WA  98101
3  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
4  steve@hbsslaw.com

5  Megan E. Waples (*Pro Hac Vice*)
   THE CAREY LAW FIRM
6  2301 East Pikes Peak Avenue
   Colorado Springs, CO  80909
7  Telephone: (719) 635-0377
   Facsimile: (719) 635-2920
8  mwaples@careylaw.com

9  Attorneys for Plaintiff

10
         I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this
11  [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS.  In compliance with
    General Order 45, X.B., I hereby attest that Robert B. Carey has concurred in this filing.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DEN. DEFS.' MOT. TO DISMISS –      - 2 -
CASE NO. C 07-04040 SI

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ Shana E. Scarlett
SHANA E. SCARLETT

# Mailing Information for a Case 3:07-cv-04040-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **Robert B. Carey**
  rob.carey@att.net

- **Jacqueline E. Coleman Snead**
  Jacqueline.Snead@usdoj.gov

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Megan Waples**
  mwaples@careylaw.com,agostnell@careylaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)