UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CHATTLER, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA and THE UNITED STATES DEPARTMENT OF STATE,<br><br>Defendants. | No. C 07-04040 SI<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STAY RULING ON MOTION TO DISMISS |

001980-11 210543 V1

1   This matter comes before the Court on the motion of Plaintiff to stay the ruling on the
2   Motion to Dismiss. Upon consideration of the foregoing motion, the papers submitted in support
3   and opposition thereto, the Complaint and the arguments presented at the hearing held before this
4   Court on December 21, 2007 at 9:00 a.m., and good cause appearing:

5   IT IS HEREBY ORDERED that Plaintiff's motion to stay the ruling on the Motion to
6   Dismiss is GRANTED in its entirety, that any ruling on the motion be deferred until appropriate
7   discovery can be completed.

9   DATED: _____
                                    HONORABLE SUSAN ILLSTON
10                                  UNITED STATES DISTRICT COURT JUDGE

11  Submitted by:

13  DATED: November 30, 2007

14  HAGENS BERMAN SOBOL SHAPIRO LLP

16  By /s/ Robert B. Carey
        ROBERT B. CAREY

17  Robert B. Carey (*Pro Hac Vice*)
    2425 East Camelback Road, Suite 650
18  Phoenix, AZ  85016
    Telephone: (602) 840-5900
19  Facsimile: (602) 840-3012
    rob.carey@att.net

21  Reed R. Kathrein (139304)
    Shana E. Scarlett (217895)
    HAGENS BERMAN SOBOL SHAPIRO LLP
22  715 Hearst Avenue, Suite 202
    Berkeley, CA  94710
23  Telephone: (510) 725-3000
    Facsimile: (510) 725-3001
24  reed@hbsslaw.com
    shanas@hbsslaw.com

26  Steve Berman (*Pro Hac Vice*)
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Fifth Avenue, Suite 2900
27  Seattle, WA  98101
    Telephone: (206) 623-7292
28  Facsimile: (206) 623-0594

[PROPOSED] ORDER GRANTING PL.'S MOT. TO STAY          - 1 -
RULING ON MOT. TO DISMISS - CASE NO. C 07-04040 SI

1  steve@hbsslaw.com

2  Megan E. Waples (*Pro Hac Vice*)
   THE CAREY LAW FIRM
3  2301 East Pikes Peak Avenue
   Colorado Springs, CO 80909
4  Telephone: (719) 635-0377
   Facsimile: (719) 635-2920
5  mwaples@careylaw.com

6  Attorneys for Plaintiff

7

8       I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this
9  [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STAY RULING ON MOTION
   TO DISMISS.  In compliance with General Order 45, X.B., I hereby attest that Robert B. Carey
10 has concurred in this filing.

[PROPOSED] ORDER GRANTING PL.'S MOT. TO STAY           - 2 -
RULING ON MOTION TO DISMISS - CASE NO. C 07-04040 SI

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                    /s/ Shana E. Scarlett
                    SHANA E. SCARLETT

# Mailing Information for a Case 3:07-cv-04040-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **Robert B. Carey**
  rob.carey@att.net

- **Jacqueline E. Coleman Snead**
  Jacqueline.Snead@usdoj.gov

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Megan Waples**
  mwaples@careylaw.com,agostnell@careylaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)