1 | Reed R. Kathrein (139304)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
shanas@hbsslaw.com

Robert B. Carey (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 East Camelback Rd, Suite 650
Phoenix, AZ 85016
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob.carey@att.net

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Attorneys for Plaintiff

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CHATTLER, on behalf of herself and all others similarly situated,<br><br>         Plaintiff,<br><br>  v.<br><br>THE UNITED STATES OF AMERICA and THE UNITED STATES DEPARTMENT OF STATE,<br><br>         Defendants. | No. C 07-04040 SI<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE OF PLAINTIFF'S MOTION TO STAY RULING ON MOTION TO DISMISS<br><br>ACTION FILED: August 7, 2007 |

1   WHEREAS on August 7, 2007, Plaintiff Chattler filed her Class Action Complaint for
2   Breach of Contract, Regulatory Violation, and Breach of the Implied Covenant of Good Faith and
3   Fair Dealing ("Complaint");
4   WHEREAS on October 9, 2007, the United States of America and the United States
5   Department of State (collectively "Defendants") filed a motion to dismiss the Complaint;
6   WHEREAS on November 30, 2007, Plaintiff filed an opposition to Defendants' motion to
7   dismiss, and concurrently therewith, filed Plaintiff's Motion to Stay Ruling on Motion to Dismiss
8   ("Motion to Stay Ruling");
9   WHEREAS Plaintiff believes that the issues in Plaintiff's Motion to Stay Ruling largely
10  overlap with those raised in Plaintiff's opposition to the motion to dismiss;
11  WHEREAS for the sake of efficiency and to reduce costs, the parties have agreed, subject
12  to approval by the Court, to shorten the time for Plaintiff's Motion to Stay Ruling;
13  WHEREAS the only previous time modification to the schedule in this case has been, by
14  stipulation and Court order, the re-scheduling of the Initial Case Management Conference from
15  December 7, 2007 to January 18, 2008 at 2:00 p.m.; and
16  WHEREAS this stipulation and order shortening time on the hearing for Plaintiff's Motion
17  to Stay Ruling will have no further impact on the schedule for this case;
18  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
19  undersigned counsel for Plaintiff and counsel for Defendants, subject to the approval of the Court,
20  that:
21  1.   Defendants shall file their opposition to the Motion to Stay Ruling on December 14,
22  2007;
23  2.   Plaintiff shall file her reply in support of the Motion to Stay Ruling on December
24  18, 2007; and
25  //
26  //
27  //
28  //

STIPULATION AND [PROPOSED] ORDER RE BRIEFING       - 1 -
SCHEDULE AND HEARING DATE OF PL.'S MOT. TO STAY
RULING ON MOT. TO DISMISS – NO. C-07-04040 SI

3. The hearing on the Motion to Stay Ruling shall be on December 21, 2007 at 9:00 a.m., at the same date and time as the Defendants' motion to dismiss shall be heard.

DATED: December 5, 2007            HAGENS BERMAN SOBOL SHAPIRO LLP

                                             /s/ Shana E. Scarlett
                                              SHANA E. SCARLETT

Reed R. Kathrein (139304)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

Robert B. Carey (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 East Camelback Road, Suite 650
Phoenix, AZ 85016
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob.carey@att.net

Steve Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Megan E. Waples (*Pro Hac Vice*)
THE CAREY LAW FIRM
2301 East Pikes Peak Avenue
Colorado Springs, CO 80909
Telephone: (719) 635-0377
Facsimile: (719) 635-2920
mwaples@careylaw.com

Attorneys for Plaintiff

DATED: December 5, 2007

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
Civil Division

STIPULATION AND [PROPOSED] ORDER RE BRIEFING     - 2 -
SCHEDULE AND HEARING DATE OF PL.'S MOT. TO STAY
RULING ON MOT. TO DISMISS – NO. C-07-04040 SI

SCOTT N. SCHOOLS
United States Attorney
Northern District of California

VINCENT M. GARVEY
Deputy Branch Director
Federal Programs Branch


      /s/ Jacqueline Coleman Snead
   JACQUELINE COLEMAN SNEAD

(D.C. Bar No. 459548)
Trial Attorney
Federal Programs Branch, Civil Division
U.S. Department of Justice
20 Massachusetts Avenue, N.W. Rm. 7214
Washington, DC 20530
Tel: (202) 514-3418


Attorneys for Defendants

    I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE OF PLAINTIFF'S MOTION TO STAY RULING ON MOTION TO DISMISS, In compliance with General Order 45, X.B., I hereby attest that Jacqueline Coleman Snead has concurred in this filing.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____   _____
                                 The Honorable Susan Illston
                                 United States District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ Shana E. Scarlett  
SHANA E. SCARLETT

# Mailing Information for a Case 3:07-cv-04040-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **Robert B. Carey**
  rob.carey@att.net

- **Jacqueline E. Coleman Snead**
  Jacqueline.Snead@usdoj.gov

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com

- **Megan Waples**
  mwaples@careylaw.com,agostnell@careylaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)