Reed R. Kathrein (139304)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
shanas@hbsslaw.com

Robert B. Carey (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 East Camelback Rd, Suite 650
Phoenix, AZ 85016
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob.carey@att.net

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Attorneys for Plaintiff

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CHATTLER, On Behalf of Herself and All Others Similarly Situated, | No. C 07-04040 SI |
| Plaintiff, | NOTICE OF NOVEMBER 6, 2007 ORDER RE-SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| THE UNITED STATES OF AMERICA and THE UNITED STATES DEPARTMENT OF STATE, | ACTION FILED: August 7, 2007 |
| Defendants. | |

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that the Court's docket and calendar in this case currently reflect

3    that the Initial Case Management Conference in this case will be held tomorrow, December 7, 2007

4    at 2:00 p.m.

5        Pursuant to the Joint Stipulation re Initial Case Management Conference and [Proposed]

6    Order filed by the parties on November 5, 2007, the parties agreed to continue the Initial Case

7    Management Conference.  (Docket No. 14).  On November 6, 2007, Judge granted the parties'

8    request in its Order dated November 6, 2007.  (Docket No. 15).  In the November 6, 2007 Order,

9    attached hereto as Exhibit A, the Initial Case Management Conference was re-scheduled for

10   January 18, 2007 at 2:00 p.m.

11       Plaintiff respectfully requests that the Court's docket and calendar be updated to reflect that

12   the Initial Case Management Conference will not proceed tomorrow, December 7, 2007, but is

13   instead set for January 18, 2007 at 2:00 p.m.

14   DATED:  December 6, 2007                HAGENS BERMAN SOBOL SHAPIRO LLP

15

16                                          _____/s/ Shana E. Scarlett_____
                                            SHANA E. SCARLETT
17

18                                          Reed R. Kathrein (139304)
                                            HAGENS BERMAN SOBOL SHAPIRO LLP
19                                          715 Hearst Avenue, Suite 202
                                            Berkeley, CA  94710
20                                          Telephone: (510) 725-3000
                                            Facsimile: (510) 725-3001
21                                          reed@hbsslaw.com
                                            shanas@hbsslaw.com
22

23

24

25

26

27

28

NOTICE OF NOV. 6, 2007 ORDER RE-SCHEDULING INITIAL      - 1 -
CMC - NO. C 07-04040 SI
001980-11  212432 V1

1

2    Robert B. Carey (*Pro Hac Vice*)
     HAGENS BERMAN SOBOL SHAPIRO LLP
3    2425 East Camelback Road, Suite 650
     Phoenix, AZ  85016
4    Telephone: (602) 840-5900
     Facsimile: (602) 840-3012
5    rob.carey@att.net

6    Steve Berman (*Pro Hac Vice*)
     HAGENS BERMAN SOBOL SHAPIRO LLP
7    1301 Fifth Avenue, Suite 2900
     Seattle, WA  98101
8    Telephone: (206) 623-7292
     Facsimile: (206) 623-0594
9    steve@hbsslaw.com

10   Megan E. Waples (*Pro Hac Vice*)
     THE CAREY LAW FIRM
11   2301 East Pikes Peak Avenue
     Colorado Springs, CO  80909
12   Telephone:  (719) 635-0377
     Facsimile:  (719) 635-2920
13   mwaples@careylaw.com

14   Attorneys for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF NOV. 6, 2007 ORDER RE-SCHEDULING INITIAL    - 2 -
CMC - NO. C 07-04040 SI
001980-11 212432 V1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

_____/s/ Shana E. Scarlett_____
SHANA E. SCARLETT

# Mailing Information for a Case 3:07-cv-04040-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **Robert B. Carey**
  rob.carey@att.net

- **Jacqueline E. Coleman Snead**
  Jacqueline.Snead@usdoj.gov

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com

- **Megan Waples**
  mwaples@careylaw.com,agostnell@careylaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)