1  REED R. KATHREIN (139304)
   SHANA E. SCARLETT (217895)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
3  Berkeley, CA 94710
   Telephone: (510) 725-3000
4  Facsimile: (510) 725-3001
5  reed@hbsslaw.com

6  ROBERT B. CAREY (*Pro Hac Vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
7  2425 East Camelback Road, Suite 650
   Phoenix, AZ  85016
8  Telephone: (602) 840-5900
   Facsimile: (602) 840-3012
9  rob.carey@att.net

10 STEVE W. BERMAN (*Pro Hac Vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
11 1301 Fifth Avenue, Suite 2900
   Seattle, WA  98101
12 Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
13 steve@hbsslaw.com

14 Attorneys for Plaintiff

15 [Additional counsel listed on signature page]

16

17                        UNITED STATES DISTRICT COURT

18                       NORTHERN DISTRICT OF CALIFORNIA

19                             SAN FRANCISCO DIVISION

20

| | | |
|---|---|---|
| JULIE CHATTLER, On Behalf of Herself and All Others Similarly Situated, | ) ) ) | No. C 07-04040 SI |
| Plaintiff, | ) ) ) ) | DECLARATION OF SHANA E. SCARLETT IN SUPPORT OF PLAINTIFF'S MOTION TO STAY RULING ON MOTION TO DISMISS |
| v. | ) ) | |
| THE UNITED STATES OF AMERICA and THE UNITED STATES DEPARTMENT OF STATE, | ) ) ) ) | DATE:  December 21, 2007 TIME:   9:00 a.m. DEPT:  Courtroom 10, 19th Floor |
| Defendants. | ) ) ) ) | ACTION FILED: August 7, 2007 |

1    I, SHANA E. SCARLETT, declare as follows:

2    1.    I am an attorney duly licensed to practice before all of the courts of the State of California. I am associated with the law firm of Hagens Berman Sobol Shapiro LLP, one of the counsel of record for Plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3    2.    Attached are copies of printouts from The Internet Archive, found at http://www.archive.org/index.php (last visited November 27, 2007), demonstrative that as of May 17, 2007, neither the State Department's main website, nor the subsequent pages regarding passport applications mentioned or linked to any explanation regarding a refund procedure. The Internet Archive is a 501(c)(3) non-profit that was founded to build an Internet library, with the purpose of offering permanent access for researchers, historians, and scholars to historical collections that exist in digital format.

4    3.    Attached hereto are true and correct copies of the following:

Exhibit A:   The search results for http://travel.state.gov/ on http://www.archive.org/index.php (last visited November 27, 2007);

Exhibit B:   A historic view of the State Department's main web page at http://travel.state.gov/ on the date May 17, 2007, as archived by The Internet Archive, http://www.archive.org/index.php (last visited November 27, 2007); and

Exhibit C:   A historic view of the State Department's "Passports Home" web page at http://travel.state.gov/ on the date May 17, 2007, as archived by The Internet Archive, http://www.archive.org/index.php (last visited November 27, 2007).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 18th day of December, 2007, at Berkeley, California.


                                                /s/ Shana E. Scarlett
                                                SHANA E. SCARLETT

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                /s/ Shana E. Scarlett
                SHANA E. SCARLETT

DECL. OF SHANA E. SCARLETT ISO PL.'S MOT. TO STAY RULING ON MOT. TO DISMISS – NO. C 07-04040 SI

001980-11 213840 V1

# Mailing Information for a Case 3:07-cv-04040-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com,carrie@hbsslaw.com

- **Robert B. Carey**
  rob.carey@att.net

- **Jacqueline E. Coleman Snead**
  Jacqueline.Snead@usdoj.gov

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com

- **Megan Waples**
  mwaples@careylaw.com,agostnell@careylaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)