# Exhibit A

# Internet Archive Wayback Machine

Searched for **http://travel.state.gov/**

Enter Web Address: http://  [All]  [Take Me Back]   Adv. Search  Compare Archive Pages

**2725** Results

Note some duplicates are not shown.
* denotes when site was updated.

## Search Results for Jan 01, 1996 - Nov 27, 2007

| 1996 3 pages | 1997 3 pages | 1998 7 pages | 1999 18 pages | 2000 24 pages | 2001 173 pages | 2002 50 pages | 2003 33 pages | 2004 196 pages | 2005 318 pages | 2006 95 pages | 2007 64 pages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nov 25, 1996 * | Feb 27, 1997 * | Jan 10, 1998 * | Feb 29, 1999 * | Jan 18, 2001 * | Jan 24, 2002 * | Jan 30, 2003 * | Jan 01, 2004 * | Jan 01, 2005 | Jan 01, 2006 | Jan 05, 2007 * |
| Nov 25, 1996 * | Feb 27, 1997 * | Jan 17, 1999 * | Mar 02, 2000 * | Jan 19, 2001 | Feb 10, 2002 * | Feb 07, 2003 * | Jan 02, 2005 | Jan 09, 2006 | Jan 14, 2007 * |
| Dec 30, 1996 * | Apr 12, 1997 * | Jan 25, 1999 | Mar 04, 2000 * | Feb 02, 2001 | Feb 22, 2002 * | Feb 17, 2003 * | Jan 03, 2005 | Jan 14, 2006 | Jan 20, 2007 * |
| Feb 10, 1998 * | Apr 07, 2000 | Feb 06, 2001 | Feb 26, 2002 * | Mar 25, 2003 * | Jan 04, 2005 | Jan 25, 2006 | |
(table abbreviated — see image)

Internet Archive Wayback Machine

http://web.archive.org/web/*/http://travel.state.gov/

Sep 20, 2001
Sep 20, 2001 *
Sep 21, 2001 *
Sep 21, 2001 *
Sep 21, 2001 *
Sep 21, 2001 *
Sep 22, 2001
Sep 23, 2001
Sep 24, 2001
Sep 24, 2001
Sep 24, 2001 *
Sep 25, 2001 *
Sep 25, 2001
Sep 26, 2001
Sep 27, 2001
Sep 27, 2001 *
Sep 28, 2001 *
Sep 29, 2001 *
Sep 30, 2001
Oct 01, 2001 *
Oct 02, 2001 *
Oct 02, 2001 *
Oct 02, 2001
Oct 03, 2001
Oct 04, 2001
Oct 05, 2001 *
Oct 05, 2001
Oct 06, 2001
Oct 07, 2001 *
Oct 07, 2001
Oct 08, 2001 *
Oct 08, 2001
Oct 09, 2001 *
Oct 09, 2001
Oct 10, 2001
Oct 11, 2001 *
Oct 12, 2001
Oct 13, 2001
Oct 14, 2001
Oct 15, 2001
Oct 16, 2001
Oct 17, 2001
Oct 18, 2001
Oct 19, 2001 *
Oct 19, 2001
Oct 20, 2001
Oct 21, 2001
Oct 22, 2001
Oct 23, 2001 *
Oct 23, 2001 *
Oct 23, 2001

Nov 10, 2002 *
Nov 12, 2002 *
Nov 19, 2002
Nov 20, 2002 *
Nov 21, 2002 *
Nov 24, 2002 *
Nov 25, 2002
Nov 28, 2002
Nov 29, 2002
Dec 03, 2002 *
Dec 14, 2002 *

Jul 06, 2004
Jul 07, 2004 *
Jul 07, 2004
Jul 08, 2004
Jul 10, 2004 *
Jul 10, 2004
Jul 11, 2004
Jul 12, 2004
Jul 13, 2004
Jul 14, 2004
Jul 15, 2004
Jul 15, 2004
Jul 15, 2004
Jul 16, 2004
Jul 17, 2004
Jul 18, 2004
Jul 19, 2004 *
Jul 20, 2004
Jul 21, 2004
Jul 22, 2004
Jul 23, 2004
Jul 24, 2004
Jul 25, 2004
Jul 26, 2004
Jul 27, 2004
Aug 04, 2004 *
Aug 05, 2004
Aug 10, 2004
Aug 11, 2004
Aug 12, 2004 *
Aug 13, 2004
Aug 14, 2004
Aug 15, 2004
Aug 16, 2004
Aug 17, 2004
Aug 18, 2004 *
Aug 18, 2004
Aug 19, 2004
Aug 20, 2004
Aug 21, 2004
Aug 22, 2004
Aug 23, 2004
Aug 24, 2004
Aug 25, 2004 *
Aug 26, 2004
Aug 27, 2004
Aug 28, 2004 *
Aug 29, 2004
Aug 30, 2004 *
Aug 31, 2004 *
Sep 01, 2004 *
Sep 02, 2004 *
Sep 03, 2004 *
Sep 04, 2004 *
Sep 05, 2004

Apr 11, 2005
Apr 10, 2005 *
Apr 09, 2005 *
Apr 08, 2005 *
Apr 07, 2005 *
Apr 06, 2005 *
Apr 06, 2005 *
Apr 05, 2005
Apr 05, 2005 *
Apr 04, 2005
Apr 03, 2005
Apr 01, 2005 *
Mar 31, 2005
Mar 30, 2005
Mar 29, 2005
Mar 28, 2005
Mar 27, 2005
Mar 26, 2005
Mar 25, 2005 *
Mar 24, 2005
Mar 23, 2005
Mar 22, 2005
Mar 20, 2005 *
Mar 19, 2005
Mar 18, 2005 *
Mar 17, 2005
Mar 16, 2005 *
Mar 15, 2005
Mar 14, 2005 *
Mar 13, 2005
Mar 12, 2005 *
Mar 11, 2005
Mar 10, 2005 *
Mar 09, 2005
Mar 07, 2005 *
Mar 06, 2005
Mar 05, 2005 *
Mar 04, 2005
Mar 03, 2005 *
Mar 02, 2005
Mar 01, 2005 *
Feb 28, 2005
Feb 26, 2005 *
Feb 25, 2005
Feb 24, 2005 *
Feb 23, 2005
Feb 22, 2005 *
Feb 21, 2005
Feb 20, 2005 *
Feb 19, 2005
Feb 18, 2005 *
Feb 17, 2005
Feb 16, 2005 *
Feb 15, 2005
Feb 14, 2005

Dec 21, 2006 *
Dec 14, 2006 *
Dec 14, 2006 *
Dec 10, 2006 *
Dec 05, 2006 *
Nov 17, 2006 *
Nov 06, 2006 *
Nov 01, 2006 *
Oct 31, 2006 *
Oct 25, 2006 *
Oct 20, 2006 *
Oct 18, 2006 *
Oct 18, 2006 *
Oct 14, 2006
Oct 09, 2006 *
Oct 06, 2006 *
Oct 04, 2006 *
Sep 29, 2006 *
Sep 22, 2006 *
Sep 14, 2006 *
Sep 07, 2006 *
Sep 03, 2006 *
Sep 01, 2006 *
Aug 26, 2006 *
Aug 21, 2006 *
Aug 21, 2006 *
Aug 19, 2006 *
Aug 15, 2006 *
Aug 14, 2006 *
Aug 10, 2006 *
Aug 09, 2006 *
Aug 03, 2006 *
Jul 20, 2006 *
Jul 17, 2006 *
Jul 14, 2006 *
Jul 09, 2006 *
Jul 07, 2006 *
Jul 06, 2006 *
Jul 05, 2006 *
Jul 03, 2006 *
Jul 01, 2006 *
Jun 16, 2006 *
Jun 15, 2006 *
Jun 03, 2006 *
Apr 28, 2006 *
Apr 27, 2006 *
Apr 24, 2006 *
Apr 24, 2006 *
Apr 23, 2006 *
Apr 17, 2006 *
Apr 16, 2006 *
Apr 13, 2006 *

Aug 30, 2007 *
Aug 29, 2007 *
Aug 28, 2007 *
Aug 26, 2007 *
Aug 25, 2007 *
Aug 24, 2007 *
Aug 23, 2007 *
Aug 22, 2007 *
Aug 20, 2007 *
Aug 19, 2007 *
Aug 18, 2007 *
Aug 17, 2007 *
Aug 16, 2007 *
Aug 16, 2007 *
Aug 15, 2007 *
Aug 12, 2007 *
Aug 11, 2007 *
Aug 08, 2007 *
Jul 18, 2007 *
Jul 12, 2007 *
Jul 04, 2007 *
Jul 11, 2007 *
Jun 27, 2007 *
Jun 25, 2007 *
Jun 24, 2007 *

Internet Archive Wayback Machine

http://web.archive.org/web/*/http://travel.state.gov/

Oct 24, 2001 *
Oct 25, 2001 *
Oct 26, 2001
Oct 26, 2001
Oct 26, 2001 * *
Oct 26, 2001
Oct 27, 2001
Oct 28, 2001
Oct 29, 2001
Oct 29, 2001 *
Oct 30, 2001
Oct 31, 2001
Oct 31, 2001 * *
Nov 01, 2001 *
Nov 02, 2001
Nov 02, 2001 *
Nov 03, 2001
Nov 04, 2001
Nov 05, 2001
Nov 06, 2001 *
Nov 06, 2001
Nov 07, 2001
Nov 07, 2001 * *
Nov 07, 2001
Nov 08, 2001
Nov 09, 2001
Nov 09, 2001 *
Nov 10, 2001
Nov 11, 2001 *
Nov 12, 2001
Nov 13, 2001
Nov 14, 2001
Nov 15, 2001
Nov 16, 2001
Nov 17, 2001
Nov 18, 2001
Nov 19, 2001
Nov 19, 2001 *
Nov 20, 2001
Nov 21, 2001
Nov 22, 2001
Nov 23, 2001
Nov 24, 2001
Nov 25, 2001
Nov 25, 2001 *
Nov 26, 2001
Nov 26, 2001 *
Nov 27, 2001
Nov 27, 2001 *
Nov 28, 2001
Nov 29, 2001
Nov 29, 2001 *
Nov 30, 2001
Nov 30, 2001 *
Dec 01, 2001

Sep 06, 2004
Sep 07, 2004 *
Sep 08, 2004
Sep 09, 2004
Sep 10, 2004
Sep 11, 2004
Sep 11, 2004 * * *
Sep 12, 2004
Sep 13, 2004
Sep 14, 2004
Sep 15, 2004
Sep 16, 2004
Sep 17, 2004 * * * *
Sep 18, 2004 *
Sep 19, 2004 *
Sep 20, 2004
Sep 21, 2004 *
Sep 22, 2004
Sep 23, 2004
Sep 24, 2004
Sep 25, 2004 *
Sep 26, 2004
Sep 27, 2004
Sep 28, 2004 *
Sep 29, 2004
Sep 30, 2004 *
Oct 01, 2004
Oct 09, 2004 *
Oct 12, 2004 *
Oct 13, 2004 *
Oct 14, 2004
Oct 15, 2004 *
Oct 16, 2004
Oct 17, 2004
Oct 18, 2004
Oct 19, 2004
Oct 20, 2004
Oct 21, 2004
Oct 22, 2004 * *
Oct 23, 2004
Oct 24, 2004
Oct 25, 2004
Oct 26, 2004
Oct 27, 2004
Oct 28, 2004 * *
Oct 29, 2004
Oct 30, 2004
Oct 31, 2004
Nov 01, 2004
Nov 02, 2004 * *
Nov 03, 2004
Nov 04, 2004 * *
Nov 05, 2004 *
Nov 06, 2004

Apr 12, 2005 *
Apr 13, 2005
Apr 14, 2005
Apr 15, 2005
Apr 16, 2005
Apr 17, 2005
Apr 18, 2005
Apr 19, 2005
Apr 20, 2005 * * *
Apr 21, 2005
Apr 22, 2005 * * * *
Apr 24, 2005
Apr 25, 2005 * *
Apr 26, 2005
Apr 27, 2005 *
Apr 28, 2005
Apr 29, 2005 *
May 07, 2005
May 08, 2005
May 09, 2005 * *
May 10, 2005
May 11, 2005 * *
May 12, 2005
May 13, 2005
May 14, 2005
May 15, 2005
May 16, 2005
May 17, 2005 * *
May 18, 2005
May 19, 2005 *
May 20, 2005
May 21, 2005 * *
May 22, 2005
May 23, 2005
May 24, 2005
May 25, 2005
May 26, 2005
May 27, 2005 * *
May 28, 2005
May 29, 2005
May 30, 2005
May 30, 2005 *
May 31, 2005
May 31, 2005 *
Jun 01, 2005
Jun 02, 2005
Jun 03, 2005 * * *
Jun 04, 2005
Jun 05, 2005
Jun 06, 2005
Jun 07, 2005 * *
Jun 08, 2005
Jun 09, 2005 *
Jun 10, 2005
Jun 11, 2005

Dec 21, 2006
Dec 31, 2006 *





http://web.archive.org/web/*/http://travel.state.gov/

http://web.archive.org/web/*/http://travel.state.gov/

Internet Archive Wayback Machine

Oct 03, 2005 *
Oct 04, 2005
Oct 13, 2005 * * *
Oct 19, 2005
Oct 23, 2005 * * *
Oct 24, 2005
Oct 25, 2005
Oct 26, 2005 * *
Oct 27, 2005
Oct 27, 2005 * * *
Oct 28, 2005
Oct 29, 2005 *
Oct 30, 2005
Oct 31, 2005
Nov 01, 2005 *
Nov 02, 2005
Nov 03, 2005 * * * * *
Nov 04, 2005
Nov 05, 2005 * *
Nov 06, 2005
Nov 07, 2005
Nov 09, 2005 *
Nov 25, 2005
Nov 26, 2005
Nov 27, 2005
Nov 28, 2005
Nov 29, 2005
Nov 30, 2005
Dec 01, 2005 *
Dec 02, 2005
Dec 03, 2005
Dec 05, 2005
Dec 06, 2005
Dec 07, 2005 *
Dec 08, 2005
Dec 10, 2005 *
Dec 11, 2005
Dec 12, 2005
Dec 13, 2005 * *
Dec 14, 2005
Dec 15, 2005
Dec 16, 2005 * *
Dec 16, 2005
Dec 17, 2005
Dec 18, 2005
Dec 19, 2005
Dec 20, 2005
Dec 21, 2005 * * *
Dec 23, 2005
Dec 24, 2005
Dec 25, 2005
Dec 26, 2005
Dec 27, 2005
Dec 28, 2005
Dec 29, 2005

11/27/2007

Page 6 of 7

Internet Archive Wayback Machine

http://web.archive.org/web/*/http://travel.state.gov/

Home | Help
Internet Archive | Terms of Use | Privacy Policy

Dec 30, 2005 *
Dec 30, 2005 *
Dec 31, 2005 *