# Exhibit B



Travel Warnings | Travel Public Announcements | Travel Information by Country

**Search** [GO]

Feedback | Contact Us

Tuesday November 27, 2007

- **International Travel Home**
- **Passports Home**
- **Visas Home**
- **Children & Family Home**
- **Laws, Regulation & Public Policy**
- **About The Bureau of Consular Affairs**
- **News and Updates**



**Special Interest**

- Webchat On Student Visas
- Update on Passport Production
- Hurricane Season - Know Before You Go
- Avian Flu Fact Sheet
- Links to United States Embassies

**International Travel**

**Passports**

**Visas**

**Children & Family**

Most Requested

- Policy Podcast with A/S Maura Harty on Passports and Visas
- Road Safety Overseas
- New Travel Requirements for U.S. Citizens
- International Travel Safety Information for Students



## *for U.S. Citizens*

- Registration with Embassies and Consulates Worldwide
- New Travel Requirements for U.S. Citizens
- Tips for Traveling Abroad
- Document Requirements
- more>

## **Travel Warnings**

- East Timor 05/11/2007
- Nepal 05/07/2007
- Eritrea 05/02/2007
- View More »

## **Public Announcements**

- Middle East and North Africa 05/14/2007
- Zimbabwe 05/11/2007
- Central Asia 04/24/2007
- View More »

## **Travel Information by Country**

- Travel Information by Country

## *for U.S. Citizens*

- Checking the Status of Your Application
- Get or Renew Passport
- Applications and Forms
- Lost or Stolen Passports
- more>

**Media and Policy**

- Press Releases
- Testimony and Speeches
- Policy Podcast with A/S Maura Harty on Passports and Visas

## *for Foreign Citizens*

- Immigrants to the U.S.
- 2008 DV Lottery Instructions
- Temporary Visitors to the U.S.
- Travel Without a Visa
- more>

**Subscribe**

-  RSS Feeds

## *for U.S. Citizens*

- Children and Family Home
- Intercountry Adoption
- International Child Abduction
- Family Issues
- more>



About Us | Feedback | Contact Us | Email this Page | Print | Search | Top of Page
This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information | Disclaimers | Other U.S. Government Information