# Exhibit C

Travel Warnings | Travel Public Announcements | Travel Information by Country

Search [        ] GO

Feedback | Contact Us

Tuesday November 27, 2007

- **International Travel Home**
- **Passports Home**
- **Visas Home**
- **Children & Family Home**
- **Laws, Regulation & Public Policy**
- **About The Bureau of Consular Affairs**
- **News and Updates**

Most Requested



Home

Printer friendly version    Email

**Passport Processing Times Have Increased Due to High Volume.** For more information see Passport Application Processing Times.

The Passport Services Office provides information and services to American citizens about how to obtain, replace or change a passport.

A passport is an internationally recognized travel document that verifies the identity and nationality of the bearer. A valid U.S. passport is required to enter and leave most foreign countries. Only the U.S. Department of State has the authority to grant, issue or verify United States passports.

**New Application for a U.S. Passport**

Passport Home

To obtain a passport for the first time, you need to go in person to one of over 8,000 passport acceptance facilities located throughout the United States with two photographs of yourself, proof of U.S. citizenship, and a valid form of photo identification such as a driver's license.

Acceptance facilities include many Federal, state and probate courts, post offices, some public libraries and a number of county and municipal offices. There are also 13 regional passport agencies, and 1 Gateway City Agency, which serve customers who are traveling within 2 weeks (14 days), or who need foreign visas for travel. Appointments are required in such cases.

You'll need to apply in person if you are applying for a U.S. passport for the first time:  if your expired U.S. passport is not in your possession; if your previous U.S. passport has expired and was issued more than 15 years ago; if your previous U.S. passport was issued when you were under age 16; or if your currently valid U.S. passport has been lost or stolen.

For more information on getting a new passport, please visit How to get a passport page.

**Renewal of a U.S. Passport**

You can renew by mail if: Your most recent passport is available to submit and it is not damaged; you received the passport within the past 15 years; you were over age 16 when it was issued.; you still have the same name, or can legally document your name change.

You can get a passport renewal application form by downloading it from this site.

If your passport has been, altered or damaged, you cannot apply by mail. You must apply in person.

For more information on how to renew a passport, please visit How to renew a passport page.

Printer friendly version  Email



**We Want You to Know**

- The U.S. Electronic Passport
- New Travel Requirements for U.S. Citizens
- Checking the Status of Your Application
  more>

**Travel Warnings**

- **Nepal** 05/07/2007

Passport Home

- **Eritrea** 05/02/2007
- **Yemen** 04/30/2007
- more>

**Other Government Websites**

- USA Gov Service Locator
- Department of Homeland Security
- The White House
- more>

About Us | Feedback | Contact Us | Email this Page | Print | Search | Top of Page
This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information | Disclaimers | Other U.S. Government Information