1  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
2  Civil Division

3  SCOTT N. SCHOOLS
   United States Attorney
   Northern District of California

4
   VINCENT M. GARVEY
5  Deputy Branch Director

6  JACQUELINE COLEMAN SNEAD
   Trial Attorney
   Federal Programs Branch, Civil Division
7  U.S. Department of Justice
   20 Massachusetts Avenue, N.W. Rm 7214
   Washington, DC 20530
8  Tel: (202) 514-3418

   Attorneys for the Defendants.
9

10                    **UNITED STATES DISTRICT COURT**
11
                      **NORTHERN DISTRICT OF CALIFORNIA**
12

13

14

15 | **JULIA CHATTLER,**              | Case No. 07-4040SI

16 |     **PLAINTIFF**

17
   |     v.                            | DEFENDANTS' NOTICE OF MOTION
18
   | **UNITED STATES OF AMERICA,**     | Judge Susan Illston
19 | **DEPARTMENT OF STATE,**          | Date: January 18, 2008, 2:00 pm

20 |     **DEFENDANTS.**

21

22

23

24

25

26

27 *Chattler v. United States of America*, Case No. 07-4040SI

28 Defendants' Notice of Motion

1    PLEASE TAKE NOTICE that, on or before January 11, 2008, [1/] before the Honorable Susan Illston, Defendants, the United States of America and the Department of State, will move for an order of disqualification pursuant 28 U.S.C. § 455(a), (b) and Local Civil Rule 7-11 and an order to stay consideration of Defendants' Motion to Dismiss pending the ruling on Defendants' disqualification motion. In support of both motions, Defendants intend to rely on statements made at the December 21, 2007 hearing before the Court. Defendants promptly ordered a transcript of that hearing, but the transcript will not be available for seven business days. Defendants accordingly will file a memorandum of law in support of the motions noticed herein not later than one week after the transcript becomes available.

Date: December 26, 2007                         Respectfully submitted,


JEFFREY S. BUCHOLTZ
Assistant Attorney General
Civil Division


SCOTT N. SCHOOLS
United States Attorney
Northern District of California


VINCENT M. GARVEY
Deputy Branch Director

  /s /Jacqueline Coleman Snead
_____
JACQUELINE COLEMAN SNEAD
(D.C. Bar No. 459548)
Trial Attorney
Federal Programs Branch, Civil Division
U.S. Department of Justice
20 Massachusetts Avenue, N.W. Rm. 7214
Washington, DC 20530
Tel: (202) 514-3418

**Attorneys for Defendants**

---

[1/] Defendants promptly ordered a transcript of the December 21, 2007 hearing before the Court and were advised that the soonest the transcript will be available is seven business days. Defendants intend to rely on statements made at that hearing in support of their motion for recusal.

*Chattler v. United States of America*, Case No. 07-4040SI

Defendants' Notice of Motion

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Defendants' Notice of Motion was served electronically on December 26, 2007 through the Northern District of California Electronic Case File System (ECF) and that the document is available for viewing and downloading on that system.

    /s /Jacqueline Coleman Snead
Jacqueline Coleman Snead