REED R. KATHREIN (139304)
SHANA E. SCARLETT (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
shanas@hbsslaw.com

ROBERT B. CAREY (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 East Camelback Road, Suite 650
Phoenix, AZ  85016
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob.carey@att.net

STEVE W. BERMAN (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Attorneys for Plaintiff

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JULIE CHATTLER, On Behalf of Herself and All Others Similarly Situated, | ) ) ) | No. C 07-04040 SI |
| | ) ) | PLAINTIFF'S OBJECTION TO DEFENDANTS' NOTICE OF |
| Plaintiff, | ) ) | INTENTION TO FILE MOTION TO DISQUALIFY |
| v. | ) ) | |
| THE UNITED STATES OF AMERICA and THE UNITED STATES DEPARTMENT OF STATE, | ) ) ) | DATE: TIME: DEPT: |
| | ) | |
| Defendants. | ) ) | ACTION FILED: August 7, 2007 |

1        Defendants have improperly filed a Notice of Motion that is no notice of motion at all.

2   After the parties have spent nearly three months briefing Defendants' motion to dismiss, appeared

3   in front of this Court on December 21, 2007, and engaged in lengthy oral argument, Defendants

4   now notice their intent to file a motion to disqualify this Court and to move to stay any

5   consideration of Defendants' motion to dismiss pending the ruling on Defendants' disqualification

6   motion.

7        Pure gamesmanship lies behind the Defendants' improper notice.  All of the operative facts

8   are within the Defendants' possession.  On the day of the motion to dismiss hearing, the Court

9   disclosed that it had applied for expedited processing of a passport this past summer.  Rather than

10  objecting at the hearing and asking for a continuance, or even now, filing a motion addressing the

11  factual circumstances and relevant case law, Defendants merely filed a procedurally improper

12  notice of intent to file a motion.  Such a notice of intent is not legitimate under the Federal Rule of

13  Civil Procedure or the local rules of this Court.  The only purpose of this notice of intent is to have

14  this Court delay its ruling on the pending motion to dismiss.  Such an improper tactic should not be

15  rewarded by this Court.  As indicated at the hearing on the motion to dismiss, this Court should

16  issue its ruling on the motion to dismiss.  If and when the Defendants file a motion to disqualify

17  this Court, both the Court and the Plaintiff can address the merits of such a motion at that time.[1]

18

19

20

21

22

23

24  _____

[1]     Defendants have stated their intent to move to disqualify this Court pursuant to Local Rule 7-11, which is reserved for administrative matters only.  Examples include "motions to exceed otherwise applicable page limitations or motions to file documents under seal."  Local Rule 7-11. Defendants' proposed motion for order of disqualification and order to stay consideration of Defendants' Motion to Dismiss pending the ruling on Defendants' disqualification motion is an extraordinary request of this Court.  As this Court is aware, Local Rule 7-11 allows for briefs only five pages in length, would give Plaintiff only three days to respond, and would not allow a hearing before this Court.  It would be improper and prejudicial to allow Defendants to file this motion on such a shortened schedule with such abbreviated page limits, rather than on the schedule required by Local Rule 7-2.

1      For all the reasons stated above, Plaintiff objects to the Defendants' improper Notice of

2   Motion, and requests that this Court rule on the pending motion to dismiss in due course.

3

4

5   DATED:  December 27, 2007                    HAGENS BERMAN SOBOL SHAPIRO LLP

6                                                        /s/ Shana E. Scarlett
                                               _____
7                                                    SHANA E. SCARLETT

8                                              Reed R. Kathrein (139304)
                                               HAGENS BERMAN SOBOL SHAPIRO LLP
9                                              715 Hearst Avenue, Suite 202
                                               Berkeley, CA  94710
10                                             Telephone: (510) 725-3000
                                               Facsimile: (510) 725-3001
11                                             reed@hbsslaw.com
                                               shanas@hbsslaw.com
12
                                               Robert B. Carey (*Pro Hac Vice*)
13                                             HAGENS BERMAN SOBOL SHAPIRO LLP
                                               2425 East Camelback Road, Suite 650
14                                             Phoenix, AZ  85016
                                               Telephone: (602) 840-5900
15                                             Facsimile: (602) 840-3012
                                               rob.carey@att.net
16
                                               Steve Berman (*Pro Hac Vice*)
17                                             HAGENS BERMAN SOBOL SHAPIRO LLP
                                               1301 Fifth Avenue, Suite 2900
18                                             Seattle, WA  98101
                                               Telephone: (206) 623-7292
19                                             Facsimile: (206) 623-0594
                                               steve@hbsslaw.com
20
                                               Megan E. Waples (*Pro Hac Vice*)
21                                             THE CAREY LAW FIRM
                                               2301 East Pikes Peak Avenue
22                                             Colorado Springs, CO  80909
                                               Telephone:  (719) 635-0377
23                                             Facsimile:  (719) 635-2920
                                               mwaples@careylaw.com
24
                                               Attorneys for Plaintiff
25

26

27

28

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on December 27, 2007, I electronically filed the foregoing with the

3   Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-

4   mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby

5   certify that I have mailed the foregoing document or paper via the United States Postal Service to

6   the non-CM/ECF participants indicated on the attached Manual Notice List.

7

8                                         _____/s/  Shana E. Scarlett_____
                                              SHANA E. SCARLETT
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:07-cv-04040-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com,carrie@hbsslaw.com

- **Robert B. Carey**
  rob.carey@att.net

- **Jacqueline E. Coleman Snead**
  Jacqueline.Snead@usdoj.gov

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com

- **Megan Waples**
  mwaples@careylaw.com,agostnell@careylaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)