UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 12/21/07

Case No.   C-07-40404 SI          Judge:   SUSAN ILLSTON

Title: JULIA CHATTLER  -v- US DEPT. OF STATE

Attorneys: S. Scarlett, R. Carey          J. Coleman-Sneed

Deputy Clerk:  Tracy Sutton   Court Reporter: J. Columbini

**PROCEEDINGS**

1)   Motion to Dismiss - HELD

2)   Motion to Stay - HELD

3)   

Order to be prepared by:  ( )Pltf   ( )Deft   ( X )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( X ) SUBMITTED
                                    PART

Case continued to    @ **2:30 p.m.** for Further Case Management Conference

Case continued to    @ **9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to    @ **3:30 p.m.**  for Pretrial Conference

Case continued to    @ **8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: