JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
Civil Division

SCOTT N. SCHOOLS
United States Attorney
Northern District of California

VINCENT M. GARVEY
Deputy Branch Director

JACQUELINE COLEMAN SNEAD
Trial Attorney
Federal Programs Branch, Civil Division
U.S. Department of Justice
20 Massachusetts Avenue, N.W. Rm 7214
Washington, DC 20530
Tel: (202) 514-3418

Attorneys for the Defendants.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIA CHATTLER,** | Case No. 07-4040SI |
| **PLAINTIFF** | |
| v. | Joint Stipulation re: Briefing Schedule on Defendants' Motion for Disqualification |
| **UNITED STATES OF AMERICA, DEPARTMENT OF STATE,** | Hon. Susan Illston |
| **DEFENDANTS.** | Courtroom 10, 19th Floor |
| | Date: January 18, 2008, 9:00am |

*Chattler v. United States of America*, Case No. 07-4040SI

Joint Stipulation re: Briefing Schedule on Defendants' Motion for Disqualification

1  THE PARTIES HEREBY JOINTLY STIPULATE to shorten the briefing schedule on Defendants' Motion for Disqualification, which is scheduled to be heard on Friday, January 18, 2008 at 9:00am.

In support thereof, the parties state as follows:

1. At the December 21, 2007 hearing on Defendants' Motion to Dismiss, the Court disclosed to the parties that it had applied for a passport last summer and paid for expedited processing of that application.

2. On December 26, 2007, Defendants notified the Court of their intent to move pursuant to 28 U.S.C. § 455 and Local Civil Rule 7-11 for an order of disqualification based on the Court's disclosure at the December 21, 2007 hearing. Defendants did not at that time file their supporting memorandum of law because the transcript of the hearing was not then available.

3. Defendants' Motion for Disqualification appears on the Court's calendar for January 18, 2008 at 9:00am.

4. To ensure that Defendants' Motion is fully briefed by that date, the parties mutually have agreed to the following briefing schedule:

| | |
|---|---|
| Defendants' Motion for Disqualification | January 9, 2008 |
| Plaintiff's Opposition | January 15, 2008 |
| Defendants' Reply | January 16, 2008 |

WHEREFORE, the parties respectfully request that the Court enter the attached order.

Respectfully submitted this 9th day of January 2008.

*Chattler v. United States of America*, Case No. 07-4040SI

Joint Stipulation re: Briefing Schedule on Defendants' Motion for Disqualification

| | | |
|---|---|---|
| 1 | HAGENS BERMAN SOBOL SHAPIRO LLP | JEFFREY S. BUCHOLTZ |
| 2 | | Acting Assistant Attorney General |
| | | Civil Division |

HAGENS BERMAN SOBOL SHAPIRO LLP

SCOTT N. SCHOOLS
United States Attorney
    /s/Shana E. Scarlett
Northern District of California
SHANA E. SCARLETT

VINCENT M. GARVEY
Reed R. Kathrein (139304)
Deputy Branch Director
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
   /s /Jacqueline Coleman Snead
Berkeley, CA 94710
JACQUELINE COLEMAN SNEAD
Telephone: (510) 725-3000
(D.C. Bar No. 459548)
Facsimile: (510) 725-3001
Trial Attorney
Federal Programs Branch, Civil Division
Robert B. Carey (*Pro Hac Vice*)
U.S. Department of Justice
HAGENS BERMAN SOBOL SHAPIRO LLP
20 Massachusetts Avenue, N.W. Rm. 7214
2425 East Camelback Road, Suite 650
Washington, DC 20530
Phoenix, AZ 85016
Tel: (202) 514-3418
Telephone: (602) 840-5900
Facsimile: (602) 840-3012

**Attorneys for Defendants**

Steve Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Megan E. Waples (*Pro Hac Vice*)
THE CAREY LAW FIRM
2301 East Pikes Peak Avenue
Colorado Springs, CO 80909
Telephone: (719) 635-0377
Facsimile: (719) 635-2920

**Attorneys for Plaintiff**

---

*Chattler v. United States of America*, Case No. 07-4040SI

Joint Stipulation re: Briefing Schedule on Defendants' Motion for Disqualification      2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA CHATTLER,<br><br>PLAINTIFF<br><br>V.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF STATE,<br><br>DEFENDANTS. | Case No. 07-4040-SI<br><br>Proposed Order |

Upon consideration of the parties' Joint Stipulation re: the Briefing Schedule on Defendants' Motion for Disqualification, it is hereby

ORDERED that Defendants' Motion for Disqualification shall be due on or before January 9, 2008; and

FURTHER ORDERED that Plaintiff's Opposition to Defendants' Motion for Disqualification shall be due on or before January 15, 2008; and

FURTHER ORDERED that Defendants' Reply shall be due on or before January 16, 2008.

SO ORDERED.


Dated: _____          _____
                                         UNITED STATES DISTRICT
                                         COURT JUDGE




*Chattler v. United States of America*, Case No. 07-4040SI

Joint Stipulation re: Briefing Schedule on Defendants' Motion for Disqualification

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Joint Stipulation re: Briefing Schedule on Defendants' Motion for Disqualification was served electronically on January 9, 2008 through the Northern District of California Electronic Case File System (ECF) and that the document is available for viewing and downloading on that system.

                                            /s /Jacqueline Coleman Snead
                                            Jacqueline Coleman Snead

*Chattler v. United States of America*, Case No. 07-4040SI

Joint Stipulation re: Briefing Schedule on Defendants' Motion for Disqualification