JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
Civil Division

SCOTT N. SCHOOLS
United States Attorney
Northern District of California

VINCENT M. GARVEY
Deputy Branch Director

JACQUELINE COLEMAN SNEAD
Trial Attorney
Federal Programs Branch, Civil Division
U.S. Department of Justice
20 Massachusetts Avenue, N.W. Rm 7214
Washington, DC 20530
Tel: (202) 514-3418

Attorneys for the Defendants.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JULIA CHATTLER,**<br><br>    **PLAINTIFF**<br><br>    v.<br><br>**UNITED STATES OF AMERICA, DEPARTMENT OF STATE,**<br><br>    **DEFENDANTS.** | Case No. 07-4040SI<br><br>DEFENDANTS' MOTION PURSUANT TO LOCAL CIVIL RULE 7-11 TO STAY RULING ON MOTION TO DISMISS AND TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Hon. Susan Illston<br>Courtroom 10, 19th Floor<br>Date: January 18, 2008, 9:00am |

1  Defendants, the United States of America and the Department of State, by and through
2  undersigned counsel, hereby move pursuant to Local Civil Rule 7-11 for an order staying the ruling
3  on Defendants' Motion to Dismiss and continuing the Case Management Conference scheduled for
4  January 18, 2008 pending consideration of Defendants' Motion for Disqualification.  The reasons for
5  this request are as follows:
6  1. At the December 21, 2007 hearing on Defendants' Motion to Dismiss, the Court disclosed
7  to the parties that it had applied for a passport last summer and paid for expedited processing of that
8  application.  The Court is a member of the putative class in this proceeding.
9  2. On the first business day following their discovery of that fact, Defendants notified the
10 Court of their intent to move pursuant to 28 U.S. C. § 455 and Local Civil Rule 7-11 for an order of
11 disqualification based on the Court's disclosure at the December 21, 2007 hearing.
12 3. As a putative class member in this action, the Court has a disqualifying financial interest
13 under 28 U.S.C. § 455(b), and therefore should not expend any further time on Defendants' pending
14 Motion to Dismiss or conduct the previously scheduled Case Management Conference on January18,
15 2008.
16 4. Defendants bring this motion in an effort to promote orderly consideration of the issues
17 before the Court and prevent further expenditure of judicial time by the Court on a matter from
18 which it is disqualified pursuant to 28 U.S.C. § 455.
19 WHEREFORE, Defendants respectfully request that the Court grant this Motion and enter
20 the attached Order staying the ruling on Defendants' Motion to Dismiss and continuing the Case
21 Management Conference scheduled for January 18, 2008.

*Chattler v. United States of America*, Case No. 07-4040SI

Defendants' Motion Pursuant to Local Civil Rule 7-11

Date: January 9, 2008                    Respectfully submitted,


JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
Civil Division


SCOTT N. SCHOOLS
United States Attorney
Northern District of California


VINCENT M. GARVEY
Deputy Branch Director


   /s /Jacqueline Coleman Snead

JACQUELINE COLEMAN SNEAD
(D.C. Bar No. 459548)
Trial Attorney
Federal Programs Branch, Civil Division
U.S. Department of Justice
20 Massachusetts Avenue, N.W. Rm. 7214
Washington, DC 20530
Tel: (202) 514-3418

**Attorneys for Defendants**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA CHATTLER,<br><br>　　PLAINTIFF<br><br>　　v.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF STATE,<br><br>　　DEFENDANTS. | Case No. 07-4040SI<br><br><br>PROPOSED ORDER |

　　Upon consideration of Defendants' Motion Pursuant to Local Civil Rule 7-11, the opposition thereto, and the complete record in this action, it is hereby

　　ORDERED that Defendants' Motion is GRANTED; and

　　FURTHER ORDERED that the Case Management Conference previously scheduled for January 18, 2008 is continued; and

　　FURTHER ORDERED that the ruling on Defendants' Motion to Dismiss is stayed pending the Court's consideration of Defendants' Motion for Disqualification.

　　SO ORDERED.


Date:

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge


*Chattler v. United States of America*, Case No. 07-4040SI

Defendants' Motion to Expedite Pursuant to Local Civil Rule 7-11

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Defendants' Motion Pursuant to Local Civil Rule 7-11 was served electronically on January 9, 2008 through the Northern District of California Electronic Case File System (ECF) and that the document is available for viewing and downloading on that system.

                                                /s /Jacqueline Coleman Snead
                                                  Jacqueline Coleman Snead

*Chattler v. United States of America*, Case No. 07-4040SI

Defendants' Motion to Expedite Pursuant to Local Civil Rule 7-11