JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
Civil Division

SCOTT N. SCHOOLS
United States Attorney
Northern District of California

VINCENT M. GARVEY
Deputy Branch Director

JACQUELINE COLEMAN SNEAD
Trial Attorney
Federal Programs Branch, Civil Division
U.S. Department of Justice
20 Massachusetts Avenue, N.W. Rm 7214
Washington, DC 20530
Tel: (202) 514-3418

Attorneys for the Defendants.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JULIA CHATTLER,**<br><br>    **PLAINTIFF**<br><br>    v.<br><br>**UNITED STATES OF AMERICA, DEPARTMENT OF STATE,**<br><br>    **DEFENDANTS.** | Case No. 07-4040SI<br><br>DECLARATION OF JACQUELINE COLEMAN SNEAD IN SUPPORT OF DEFENDANTS' MOTION PURSUANT TO LOCAL CIVIL RULE 7-11 TO STAY RULING ON MOTION TO DISMISS AND TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Hon. Susan Illston<br>Courtroom 10, 19th Floor<br>Date: January 18, 2008, 9:00am |

*Chattler v. United States of America*, Case No. 07-4040SI

Declaration of Jacqueline Coleman Snead in Support of Motion Pursuant to Local Civil Rule 7-11

1  I, Jacqueline Coleman Snead, declare as follows:

2  1. I am a Trial Attorney in the Federal Programs Branch, Civil Division, United States Department of Justice, and a member in good standing with the District of Columbia Bar. I am one of the attorneys representing the United States and the Department of State in this matter. I have personal knowledge of the facts stated in this declaration. I make this declaration in support of Defendants' Motion Pursuant to Local Civil Rule 7-11.

3  2. At the December 21, 2007 hearing on Defendants' Motion to Dismiss for lack of subject-matter jurisdiction and lack of prudential exhaustion, the Court disclosed that it had applied for a passport last summer and paid the additional fee for expedited processing of that application. The Court is a member of the putative class in this proceeding.

4  3. On the first business day following the hearing on Defendants' Motion to Dismiss, Defendants noticed their intent to move pursuant to 28 U.S.C. § 455 and Local Civil Rule 7-11 for an order of disqualification based on the information disclosed at the hearing. Defendants did not at that time file their supporting memorandum of law because the transcript of the hearing was not then available. Defendants' Notice indicated, however, that within a week of the transcript's availability, they intended to file such a memorandum.

5  4. On January 7, 2008, I contacted Plaintiff's counsel to discuss a shortened briefing schedule for Defendants' Motion for Disqualification. I also inquired whether Plaintiff would agree to stipulate to continue the Case Management Conference scheduled for January 18, 2008 and to stay the ruling on Defendants' Motion to Dismiss pending the Court's consideration of Defendants' Motion for Disqualification.

6  5. Plaintiff's counsel consented to a shortened briefing schedule but would not consent to Defendants' other requests.

*Chattler v. United States of America*, Case No. 07-4040SI

Declaration of Jacqueline Coleman Snead in Support of Motion Pursuant to Local Civil Rule 7-11

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on January 9, 2008, at Washington, D.C.

4                                                                  /s/ *Jacqueline Coleman Snead*
                                                                   Jacqueline Coleman Snead

*Chattler v. United States of America*, Case No. 07-4040SI

Declaration of Jacqueline Coleman Snead in Support of Motion Pursuant to Local Civil Rule 7-11

2

**CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing Declaration of Jacqueline Coleman Snead in Support of Motion Pursuant to Local Civil Rule 7-11 was served electronically on January 9, 2008 through the Northern District of California Electronic Case File System (ECF) and that the document is available for viewing and downloading on that system.

                                            /s /Jacqueline Coleman Snead
                                            Jacqueline Coleman Snead

*Chattler v. United States of America*, Case No. 07-4040SI

Declaration of Jacqueline Coleman Snead in Support of Motion Pursuant to Local Civil Rule 7-11