# Exhibit A

```
 1                                          PAGES 1 - 27
 2                    UNITED STATES DISTRICT COURT
 3                   NORTHERN DISTRICT OF CALIFORNIA
 4                BEFORE THE HONORABLE SUSAN ILLSTON
 5   JULIA CHATTLER, ON BEHALF OF      )
     HERSELF AND ALL OTHERS SIMILARLY  )
 6   SITUATED,                         )
                                       )
 7              PLAINTIFF,             )
                                       )
 8   VS.                               ) NO. C 07-4040 SI
                                       )
 9   THE UNITED STATES OF AMERICA AND  )
     THE UNITED STATES DEPARTMENT OF   )
10   STATE,                            )
                                       ) SAN FRANCISCO, CALIFORNIA
11              DEFENDANTS.            ) FRIDAY
                                       ) DECEMBER 21, 2007
12   _____    )

13                    TRANSCRIPT OF PROCEEDINGS

14   APPEARANCES:

15   FOR PLAINTIFF           HAGENS, BERMAN, SOBOL, SHAPIRO, LLP
                             715 HEARST AVENUE, SUITE 202
16                           BERKELEY, CALIFORNIA 94710
                     BY:     SHANA E. SCARLETT, ESQUIRE
17
                             HAGENS, BERMAN, SOBOL, SHAPIRO, LLP
18                           2425 EAST CAMELBACK ROAD, SUITE 650
                             PHOENIX, ARIZONA 85016
19                   BY:     ROBERT B. CAREY, ESQUIRE

20
     FOR DEFENDANTS          UNITED STATES DEPARTMENT OF JUSTICE
21                           20 MASSACHUSETTS AVENUE, N.W.
                             WASHINGTON, D.C. 20530
22                   BY:     JACQUELINE E. COLEMAN SNEAD, ESQUIRE

23

24
     REPORTED BY:    JOAN MARIE COLUMBINI, CSR 5435, RPR
25                   OFFICIAL COURT REPORTER, U.S. DISTRICT COURT
```

1

```
 1              PROCEEDINGS; FRIDAY, DECEMBER 21, 2007
 2
 3         THE CLERK:  CALLING CIVIL 07-4040, JULIA CHATTLER
 4   VERSUS THE UNITED STATES DEPARTMENT OF STATE.  PLEASE STEP
 5   FORWARD AND STATE YOUR APPEARANCE.
 6         MS. COLEMAN SNEAD:  GOOD MORNING, YOUR HONOR.
 7   JACQUELINE COLEMAN SNEAD ON BEHALF OF THE UNITED STATES.
 8         THE COURT:  GOOD MORNING.
 9         MR. CAREY:  GOOD MORNING, YOUR HONOR.  ROB CAREY AND
10   SHANA SCARLETT FOR THE PUTATIVE CLASS AND JULIA CHATTLER.
11         THE COURT:  GOOD MORNING.  GOOD MORNING.  OKAY.
12   THIS IS DEFENDANTS' MOTION TO DISMISS ON A COUPLE OF GROUNDS;
13   ONE FOR LACK OF JURISDICTION CONCERNING THE REQUEST FOR
14   CONSEQUENTIAL AND SPECIAL DAMAGES AND ALSO CONCERNING FAILURE
15   TO EXHAUST AND THE PLAINTIFF'S MOTION TO STAY THE RULING.
16         I'M INCLINED ACTUALLY TO DENY BOTH OF THE
17   DEFENDANTS' MOTIONS, SO THEN THE STAY WOULD BECOME MOOT.  SO
18   THAT'S WHERE I'M STARTING.  I'LL BE HAPPY TO HEAR ANYTHING YOU
19   WANT TO ADD TO YOUR PAPERS.
20         MS. COLEMAN SNEAD:  SURE.
21         YOUR HONOR, AT THE BEGINNING OF THIS HERE, THE PARTY
22   STATE WAS DELUGED WITH AN UNPRECEDENTED NUMBER OF PASSPORT
23   APPLICATIONS, AND ALTHOUGH, AS A RESULT OF THE --
24         THE COURT:  YOU KNOW, I DON'T MEAN TO INTERRUPT YOU.
25   I FORGOT TO TELL YOU SOMETHING THAT I MEANT TO TELL YOU ALL
```

1  RIGHT AT THE BEGINNING, WHICH IS THAT I NEEDED TO GET A
2  PASSPORT THIS SUMMER, AND I PAID MY SIXTY DOLLARS, AND I GOT MY
3  PASSPORT, AND I HAVE NO RECOLLECTION WHETHER I GOT IT TIMELY OR
4  UNTIMELY, BUT I GOT IT IN TIME FOR MY TRIP, AND I HAVE NO
5  COMPLAINTS ABOUT IT.
6       I DON'T THINK THAT DISQUALIFIES ME FROM ANYTHING IN
7  THIS CASE, BUT I WANTED YOU ALL TO KNOW THAT. IF IT TURNED
8  OUT, BASED ON -- IF THE CASE ACTUALLY COMES TO FULL FRUITION
9  AND CLASS MEMBERS ARE GIVEN SOME KIND OF REMEDY AND IT TURNS
10 OUT I WAS ENTITLED TO THE REMEDY, I WOULD WAIVE THE REMEDY, BUT
11 I DON'T THINK -- I DON'T HAVE ANY IDEA WHETHER I WOULD BE OR
12 WOULD NOT BE ENTITLED SHOULD IT EVER GET TO THAT.
13      I GOT IT PROMPTLY IN THE MAIL, SO I'M NOT
14 COMPLAINING, BUT I WANTED YOU TO KNOW THAT. IF ANYBODY HAS ANY
15 CONCERN ABOUT THAT, I WOULD NOT BE OFFENDED IN THE LEAST IF YOU
16 ASKED ME TO TAKE MYSELF OFF THIS CASE. BUT I DON'T THINK THAT
17 IT'S NECESSARY, SO I HAVEN'T DONE THAT IN ADVANCE. THAT'S JUST
18 SO YOU SHOULD KNOW. NOW, GO AHEAD.
19      MS. COLEMAN SNEAD: SURE. I APPRECIATE THAT.
20      AT THE BEGINNING OF THIS YEAR THE WESTERN HEMISPHERE
21 TRAVEL INITIATIVE WENT INTO EFFECT, AND, AS A RESULT OF THAT,
22 THE AGENCY WAS DELUGED WITH AN UNPRECEDENTED NUMBER OF PASSPORT
23 APPLICATIONS, AND ALTHOUGH THE AGENCY HAD PREPARED FOR AN
24 INCREASE IN DEMAND, THE ACTUAL DEMAND FAR EXCEEDED THE
25 EXPECTATIONS.

1
2
3            CERTIFICATE OF REPORTER
4    I, JOAN MARIE COLUMBINI, OFFICIAL REPORTER FOR THE
5  UNITED STATES COURT, NORTHERN DISTRICT OF CALIFORNIA, HEREBY
6  CERTIFY THAT THE FOREGOING PROCEEDINGS IN C 07-4040 SI, JULIA
7  CHATTLER V. UNITED STATES, WERE REPORTED BY ME, A CERTIFIED
8  SHORTHAND REPORTER, AND WERE THEREAFTER TRANSCRIBED UNDER MY
9  DIRECTION INTO TYPEWRITING; THAT THE FOREGOING IS A FULL,
10 COMPLETE AND TRUE RECORD OF SAID PROCEEDINGS AS BOUND BY ME AT
11 THE TIME OF FILING.
12     THE VALIDITY OF THE REPORTER'S CERTIFICATION OF SAID
13 TRANSCRIPT MAY BE VOID UPON DISASSEMBLY AND/OR REMOVAL FROM THE
14 COURT FILE.
15
16                   _____
17            JOAN MARIE COLUMBINI, CSR 5435, RPR
18                THURSDAY, JANUARY 3, 2008
19
20
21
22
23
24
25

27