IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIA CHATTLER,                        No. C 07-4040 SI

      Plaintiff,                       **RECUSAL ORDER**

  v.

UNITED STATES OF AMERICA,
DEPARTMENT OF STATE,

      Defendants.
_____/

       I hereby recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section F. of the Assignment Plan of this Court.

Dated: January 14, 2008

                                                       SUSAN ILLSTON
                                          United States District Judge