1  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
2  Civil Division

3  JOSEPH P. RUSSONIELLO
   United States Attorney
   Northern District of California

4  VINCENT M. GARVEY
   Deputy Branch Director

5  JACQUELINE COLEMAN SNEAD
   Trial Attorney
6  Federal Programs Branch, Civil Division
   U.S. Department of Justice
7  20 Massachusetts Avenue, N.W. Rm 7214
   Washington, DC 20530
   Tel: (202) 514-3418

8          Attorneys for the Defendants.

9

10              **UNITED STATES DISTRICT COURT**

11            **NORTHERN DISTRICT OF CALIFORNIA**

12

13

14

15  **JULIA CHATTLER,**              Case No. 07-4040MMC

16       **PLAINTIFF**
                                     Joint Stipulation re: Defense Counsel's
17       **v.**                      Participation in Case
                                     Management Conference by
18  **UNITED STATES OF AMERICA,**    Telephone
    **DEPARTMENT OF STATE,**
19                                   Hon. Maxine M. Chesney
         **DEFENDANTS.**             Date: February 15, 2008, 10:30am
20

21

22

23

24

25

26  *Chattler v. United States of America*, Case No. 07-4040MMC

27  Joint Stipulation re: Defense Counsel's Participation in Case Management Conference by Telephone

28

1    THE PARTIES HEREBY JOINTLY STIPULATE to Defense Counsel's participation by

2  telephone in the Case Management Conference scheduled for Friday, February 15, 2008.

3    In support thereof, the parties state as follows:

4    1. On January 17, 2008, the Court scheduled the Case Management Conference in the above-

5  captioned case for Friday, February 15, 2008 at 10:30am.

6    2. Counsel for Defendants, Jacqueline Coleman Snead, is an attorney with the Department of

7  Justice in Washington, D.C.

8    3. Ms. Snead will be on leave Friday, February 15, 2008 and not available to travel to San

9  Francisco, California to appear in person at the Case Management Conference.  However, Ms. Snead

10  can be available by telephone.

11    4. Ms. Snead informed Plaintiff's counsel of her scheduling conflict on January 18, 2008 and

12  obtained Plaintiff's consent to defense counsel's participation by phone.

13    5. The parties believe that the issues to be addressed at the Case Management Conference

14  can be handled efficiently by telephone and so that Ms. Snead can participate.

15    WHEREFORE, the parties respectfully request that the Court enter the attached order.

16    Respectfully submitted this 22nd day of January 2008.

17

18

19

20

21

22

23

24

25

26  *Chattler v. United States of America*, Case No. 07-4040MMC

27  Joint Stipulation re: Defense Counsel's Participation in Case Management Conference by Telephone

28    2

1

2

HAGENS BERMAN SOBOL SHAPIRO LLP

3

4          /s/Shana E. Scarlett

5     SHANA E. SCARLETT

6     Reed R. Kathrein (139304)

7     HAGENS BERMAN SOBOL SHAPIRO LLP
      715 Hearst Avenue, Suite 202

8     Berkeley, CA 94710
      Telephone: (510) 725-3000

9     Facsimile: (510) 725-3001

10    Robert B. Carey (*Pro Hac Vice*)
      HAGENS BERMAN SOBOL SHAPIRO LLP

11    2425 East Camelback Road, Suite 650
      Phoenix, AZ 85016

12    Telephone: (602) 840-5900
      Facsimile: (602) 840-3012

13    Steve Berman (*Pro Hac Vice*)

14    HAGENS BERMAN SOBOL SHAPIRO LLP
      1301 Fifth Avenue, Suite 2900

15    Seattle, WA 98101
      Telephone: (206) 623-7292

16    Facsimile: (206) 623-0594

17    Megan E. Waples (*Pro Hac Vice*)
      THE CAREY LAW FIRM

18    2301 East Pikes Peak Avenue
      Colorado Springs, CO 80909

19    Telephone: (719) 635-0377
      Facsimile: (719) 635-2920

20    **Attorneys for Plaintiff**

21

22

23

24

25

26    *Chattler v. United States of America*, Case No. 07-4040MMC

27    Joint Stipulation re: Defense Counsel's Participation in Case Management Conference by Telephone

28                                              3

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
Civil Division

JOSEPH P. RUSSONIELLO
United States Attorney
Northern District of California

VINCENT M. GARVEY
Deputy Branch Director

     /s /Jacqueline Coleman Snead
JACQUELINE COLEMAN SNEAD
(D.C. Bar No. 459548)
Trial Attorney
Federal Programs Branch, Civil Division
U.S. Department of Justice
20 Massachusetts Avenue, N.W. Rm. 7214
Washington, DC 20530
Tel: (202) 514-3418

**Attorneys for Defendants**

1

**UNITED STATES DISTRICT COURT**

2

**NORTHERN DISTRICT OF CALIFORNIA**

3

4

5
**JULIA CHATTLER,**

6
    **PLAINTIFF**

7

8
    **V.**                                            **Case No. 07-4040-MMC**

9

10
**UNITED STATES OF AMERICA, DEPARTMENT OF STATE,**                   **Proposed Order**

11
    **DEFENDANTS.**

12

13
        Upon consideration of the parties' Joint Stipulation re: Defense Counsel's

14
Participation in Case Management Conference by Telephone, it is hereby

15
        ORDERED that Defense Counsel is authorized to participate by telephone in the

16
Case Management Conference scheduled for Friday, February 15, 2008 at 10:30am.

17
Defense Counsel shall contact the Court by phone at the scheduled time.

18
        SO ORDERED.

19

20
Dated: _____          _____

                                                 UNITED STATES DISTRICT

21
                                                 COURT JUDGE

22

23

24

25

26
*Chattler v. United States of America*, Case No. 07-4040MMC

27
Joint Stipulation re: Defense Counsel's Participation in Case Management Conference by Telephone

28

1

**CERTIFICATE OF SERVICE**

2       This is to certify that a true and correct copy of the foregoing Joint Stipulation re:

3   Defense Counsel's Participation in Case Management Conference by Telephone was

4   served electronically on January 22, 2008 through the Northern District of California

5   Electronic Case File System (ECF) and that the document is available for viewing and

6   downloading on that system.

7

8                                         /s /Jacqueline Coleman Snead
                                          Jacqueline Coleman Snead

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   *Chattler v. United States of America*, Case No. 07-4040MMC

27   Joint Stipulation re: Defense Counsel's Participation in Case Management Conference by Telephone

28