UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JULIA CHATTLER,**

    **PLAINTIFF**

    **V.**

**UNITED STATES OF AMERICA, DEPARTMENT OF STATE,**

    **DEFENDANTS.**

**Case No. 07-4040-MMC**

~~Proposed~~ Order

    Upon consideration of the parties' Joint Stipulation re: Defense Counsel's Participation in Case Management Conference by Telephone, it is hereby

    ORDERED that ~~Defense Counsel is authorized to~~ all counsel shall participate by telephone in the Case Management Conference scheduled for Friday, February 15, 2008 at 10:30am. The Court will initiate the call. ~~Defense Counsel shall contact the Court by phone at the scheduled time.~~

    SO ORDERED.

Dated: ___January 28, 2008___                    _____
                                                                   UNITED STATES DISTRICT
                                                                   COURT JUDGE

*Chattler v. United States of America*, Case No. 07-4040MMC

Joint Stipulation re: Defense Counsel's Participation in Case Management Conference by Telephone