IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIE CHATTLER,                                      No. C-07-4040 MMC

    Plaintiff,                                            **ORDER OF REFERENCE**

  v.

UNITED STATES OF AMERICA, et al.,

    Defendants
                                          /

        Plaintiff having filed, on January 14, 2008, a "Request for Leave to File a Motion for Reconsideration of Recusal Order," the above-titled matter is hereby REFERRED to the Honorable Susan Illston, for the limited purpose of addressing such request.

        **IT IS SO ORDERED.**

Dated: January 30, 2008

                                                      MAXINE M. CHESNEY
                                                      United States District Judge