IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CHATTLER, | No. C 07-04040 MMC |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S REQUEST FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION** |
| v. | |
| THE UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

This case was originally assigned to this Court. On January 14, 2008, the Court recused itself from the case. That same day, before the case was reassigned to the Honorable Maxine Chesney, plaintiff moved for leave to file a motion for reconsideration of the recusal order. On January 30, 2008, Judge Chesney referred plaintiff's request for leave to this Court for the limited purpose of addressing the request. The Court DENIES plaintiff's request, and the recusal order stands.

**IT IS SO ORDERED.**

Dated: February 1, 2008

SUSAN ILLSTON
United States District Judge