JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
Civil Division

JOSEPH P. RUSSONIELLO
United States Attorney
Northern District of California

VINCENT M. GARVEY
Deputy Branch Director

JACQUELINE COLEMAN SNEAD
Trial Attorney
Federal Programs Branch, Civil Division
U.S. Department of Justice
20 Massachusetts Avenue, N.W. Rm 7214
Washington, DC 20530
Tel: (202) 514-3418

Attorneys for the Defendants.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIA CHATTLER,**<br><br>    **PLAINTIFF**<br><br>    v.<br><br>**UNITED STATES OF AMERICA, DEPARTMENT OF STATE,**<br><br>    **DEFENDANTS.** | Case No. 07-4040MMC<br><br>Joint Stipulation re: Briefing Schedule on Defendants' Motion to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss<br><br>Hon. Maxine M. Chesney<br>Date: Joint Case Management Conference, February 15, 2008, 10:30am (by telephone) |

*Chattler v. United States of America*, Case No. 07-4040MMC

Joint Stipulation re: Briefing Schedule on Defendants' Motion to Stay Discovery

1   THE PARTIES HEREBY JOINTLY STIPULATE to shorten the briefing schedule on Defendants' Motion to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss so that Defendants' Motion to Stay Discovery might be heard during the Case Management Conference on February 15, 2008, or as soon thereafter as practicable.

In support thereof, the parties state as follows:

1. On January 25, 2008, counsel to the parties agreed to conduct a conference call on Friday, February 1, 2008 to discuss the Joint Case Management Statement due on February 8, 2008 and to decide on a hearing date for Defendants' Motion to Dismiss, which had to be re-noticed pursuant to the Reassignment Order of January 15, 2008.

2. Plaintiff served on Defendants Plaintiff's First Set of Special Interrogatories, Plaintiff's First Request for Production of Documents, and Plaintiff's Notice of Deposition of Defendants Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, on Wednesday, January 30, 2008.

3. During the February 1, 2008, conference call, the parties were unable to reach an agreement to stay discovery pending the Court's resolution of Defendants' Motion to Dismiss. Plaintiff's counsel indicated, however, that she would agree to a shortened briefing schedule on any Motion to Stay Discovery filed by Defendants to facilitate the orderly consideration of the issues pending before the Court.

4. On February 1, 2008, Defendants noticed their Motion to Dismiss for hearing on Friday, March 14, 2008.

5. Defendants filed their Motion to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss on Monday, February 4, 2008.

6. To ensure that Defendants' Motion to Stay Discovery is fully briefed by February 15, 2008 so that the Court might hear argument on that motion during the previously scheduled Case Management Conference, or as soon thereafter as practicable, the parties mutually have agreed to the following briefing schedule:

*Chattler v. United States of America*, Case No. 07-4040MMC

Joint Stipulation re: Briefing Schedule on Defendants' Motion to Stay Discovery

| | |
|---|---|
| Plaintiff's Opposition | due on or before February 8, 2008 |
| Defendants' Reply | due on or before February 12, 2008 |

WHEREFORE, the parties respectfully request that the Court enter the attached order.

Respectfully submitted this 4th day of February 2008.

| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General<br>Civil Division |
| | JOSEPH P. RUSSONIELLO<br>United States Attorney<br>Northern District of California |
| /s/Shana E. Scarlett<br>SHANA E. SCARLETT | VINCENT M. GARVEY<br>Deputy Branch Director |
| Reed R. Kathrein (139304)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001 | /s /Jacqueline Coleman Snead<br>JACQUELINE COLEMAN SNEAD<br>(D.C. Bar No. 459548)<br>Trial Attorney<br>Federal Programs Branch, Civil Division<br>U.S. Department of Justice<br>20 Massachusetts Avenue, N.W. Rm. 7214<br>Washington, DC 20530<br>Tel: (202) 514-3418 |
| Robert B. Carey (*Pro Hac Vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>2425 East Camelback Road, Suite 650<br>Phoenix, AZ 85016<br>Telephone: (602) 840-5900<br>Facsimile: (602) 840-3012 | **Attorneys for Defendants** |
| Steve Berman (*Pro Hac Vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594 | |
| Megan E. Waples (*Pro Hac Vice*)<br>THE CAREY LAW FIRM<br>2301 East Pikes Peak Avenue<br>Colorado Springs, CO 80909<br>Telephone: (719) 635-0377<br>Facsimile: (719) 635-2920 | |
| **Attorneys for Plaintiff** | |

*Chattler v. United States of America*, Case No. 07-4040MMC

Joint Stipulation re: Briefing Schedule on Defendants' Motion to Stay Discovery

1
2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JULIA CHATTLER,<br><br>PLAINTIFF<br><br>V.<br><br>UNITED STATES OF AMERICA,<br>DEPARTMENT OF STATE,<br><br>DEFENDANTS. | Case No. 07-4040-MMC<br><br>Proposed Order |

Upon consideration of the parties' Joint Stipulation re: the Briefing Schedule on Defendants' Motion to Stay Discovery, it is hereby

ORDERED that Plaintiff shall file her Opposition on or before February 8, 2008; and

FURTHER ORDERED that Defendants shall file their Reply on or before February 12, 2008.  The Court will hear argument on Defendants' Motion to Stay Discovery during the Case Management Conference scheduled for February 15, 2008, or as soon thereafter as practicable.

SO ORDERED.


Dated: _____      _____
                                              UNITED STATES DISTRICT
                                              COURT JUDGE


*Chattler v. United States of America*, Case No. 07-4040MMC

Joint Stipulation re: Briefing Schedule on Defendants' Motion to Stay Discovery

3

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Joint Stipulation re: Briefing Schedule on Defendants' Motion to Stay Discovery was served electronically on February 4, 2008 through the Northern District of California Electronic Case File System (ECF) and that the document is available for viewing and downloading on that system.

        /s /Jacqueline Coleman Snead
        Jacqueline Coleman Snead

*Chattler v. United States of America*, Case No. 07-4040MMC

Joint Stipulation re: Briefing Schedule on Defendants' Motion to Stay Discovery