1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JULIA CHATTLER,

   PLAINTIFF

   V.

UNITED STATES OF AMERICA,
DEPARTMENT OF STATE,

   DEFENDANTS.

**Case No. 07-4040-MMC**

~~Proposed~~ Order Re: Joint Stipulation re: Briefing Schedule on Defendants' Motion to Stay Discovery; Staying Discovery Pending Resolution of Motion to Stay Discovery; Continuing Case Management Conference

Upon consideration of the parties' Joint Stipulation re: the Briefing Schedule on

Defendants' Motion to Stay Discovery, it is hereby

ORDERED that Plaintiff shall file her Opposition on or before February 8, 2008;

and

FURTHER ORDERED that Defendants shall file their Reply on or before

February 12, 2008.  The Court will hear argument on Defendants' Motion to Stay
on February 22, 2008, at 9:00 a.m.  Discovery is STAYED until resolution of Defendants'
~~Discovery during the Case Management Conference scheduled for February 15, 2008, or~~
Motion to Stay Discovery.
~~as soon thereafter as practicable.~~
Further, in light of the pendency of defendants' dispositive motion, scheduled for hearing on
~~SO ORDERED.~~   March 14, 2008, the Case Management Conference is hereby CONTINUED
to April 11, 2008, at 10:30 a.m.

IT IS SO ORDERED.

Dated: _February 6, 2008_____

_____
UNITED STATES DISTRICT
COURT JUDGE

*Chattler v. United States of America*, Case No. 07-4040MMC

Joint Stipulation re: Briefing Schedule on Defendants' Motion to Stay Discovery

3