|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | NORTHERN DISTRICT OF CALIFORNIA | |

**JULIA CHATTLER,**

**PLAINTIFF**

**V.**

**UNITED STATES OF AMERICA, DEPARTMENT OF STATE,**

**DEFENDANTS.**

**Case No. 07-4040-MMC**

~~Proposed~~ Order Re: Joint Stipulation re: Briefing Schedule on Defendants' Motion to Stay Discovery; Staying Discovery Pending Resolution of Motion to Stay Discovery; Continuing Case Management Conference

Upon consideration of the parties' Joint Stipulation re: the Briefing Schedule on Defendants' Motion to Stay Discovery, it is hereby

ORDERED that Plaintiff shall file her Opposition on or before February 8, 2008; and

FURTHER ORDERED that Defendants shall file their Reply on or before February 12, 2008. The Court will hear argument on Defendants' Motion to Stay on February 22, 2008, at 9:00 a.m. Discovery is STAYED until resolution of Defendants' ~~Discovery during the Case Management Conference scheduled for February 15, 2008, or~~ Motion to Stay Discovery. ~~as soon thereafter as practicable.~~

Further, in light of the pendency of defendants' dispositive motion, scheduled for hearing on ~~SO ORDERED.~~ March 14, 2008, the Case Management Conference is hereby CONTINUED to April 11, 2008, at 10:30 a.m.

IT IS SO ORDERED.

Dated: _February 6, 2008_____

_____
UNITED STATES DISTRICT
COURT JUDGE

*Chattler v. United States of America*, Case No. 07-4040MMC

Joint Stipulation re: Briefing Schedule on Defendants' Motion to Stay Discovery

3