REED R. KATHREIN (139304)
SHANA E. SCARLETT (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
shanas@hbsslaw.com

ROBERT B. CAREY (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 East Camelback Road, Suite 650
Phoenix, AZ  85016
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob.carey@att.net

STEVE W. BERMAN (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Attorneys for Plaintiff

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CHATTLER, On Behalf of Herself and All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>THE UNITED STATES OF AMERICA and THE UNITED STATES DEPARTMENT OF STATE,<br><br>  Defendants. | No. C 07-04040 MMC<br><br>DECLARATION OF SHANA E. SCARLETT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS<br><br>DATE: February 22, 2008<br>TIME:  9:00 a.m.<br>DEPT:  Courtroom 7, 19th Floor<br><br>ACTION FILED: August 7, 2007 |

001980-11 222738 V1

I, SHANA E. SCARLETT, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am associated with the law firm of Hagens Berman Sobol Shapiro LLP, one of the counsel of record for Plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. The parties held a telephone conference on the morning of February 1, 2008. At that conference, Plaintiff's counsel offered to reschedule the deposition(s) that had been noticed for February 13 and 14, 2008 for any date that was convenient for Defendants' counsel and the witnesses.

3. Defendants declined to provide *any date* on which they would be willing to produce a deponent.

4. Following the conference, Plaintiff's counsel sent a letter again offering to re-schedule the deposition(s) to accommodate both counsel's and the witnesses' schedules.

5. Attached is a true and correct copy of the following exhibit:

Exhibit A:  A letter from Shana E. Scarlett of Hagens Berman Sobol Shapiro LLP to Jacqueline Coleman Snead of the U.S. Department of Justice, dated February 1, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 8th day of February, 2008, at Berkeley, California.


      /s/ Shana E. Scarlett
      SHANA E. SCARLETT

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                        /s/ Shana E. Scarlett
                                                    SHANA E. SCARLETT

# Mailing Information for a Case 3:07-cv-04040-MMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com,carrie@hbsslaw.com

- **Robert B. Carey**
  rob.carey@att.net

- **Jacqueline E. Coleman Snead**
  Jacqueline.Snead@usdoj.gov

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com

- **Megan Waples**
  mwaples@careylaw.com,agostnell@careylaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)