# Exhibit A



SHANA SCARLETT
DIRECT • (510) 725-3032
SHANAS@HBSSLAW.COM

February 1, 2008

Jacqueline Coleman Snead
U.S. Department of Justice
20 Massachusetts Avenue, N.W., Room 7214
Washington, DC 20530

    Re:    <u>Chattler v. United States, et al.</u>, Case No. C 07-04040 MMC

Dear Jacqui:

    I am in receipt of your letter dated January 31, 2008 stating that Defendants' counsel will not be available for the depositions noticed on February 13, 2008 and February 14, 2008. As I indicated on our call today, Plaintiff is amenable to re-scheduling these depositions to accommodate both counsel's and the witnesses' schedules. Defendants' position, however, is that they do not intend to respond to any discovery until the motion to dismiss has been decided by the Court. This would include producing any deponent for deposition.

    Plaintiff does not agree that any stay on discovery is in effect, nor have Defendants pointed Plaintiff to any case law supporting such a stay. Accordingly, in the absence of any proposed date by the Defendants on which they would be willing to attend a deposition, Plaintiff declines to take the noticed deposition dates off calendar.

    Defendants indicated without Plaintiff's agreement to withdraw the discovery or agree to a stay of discovery, that they will be seeking a protective order from the Court. Defendants have requested that Plaintiff agree to an expedited briefing schedule. Plaintiff is willing to discuss such a schedule. Please send us your proposed dates for the Defendants' motion for a protective order as soon as possible.

                                Very truly yours,

                                HAGENS BERMAN SOBOL SHAPIRO LLP

                                Shana Scarlett

ATTORNEYS AT LAW     SEATTLE   LOS ANGELES   BOSTON   PHOENIX   CHICAGO   SAN FRANCISCO
T 510.725.3000    F 510.725.3001
715 HEARST AVENUE ◆ SUITE 202 ◆ BERKELEY, CALIFORNIA 94710
www.hbsslaw.com

001980-11 221377 V1