1

2

3

4

5

6

7

8

9

10

11 UNITED STATES DISTRICT COURT

12 NORTHERN DISTRICT OF CALIFORNIA

13 SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CHATTLER, On Behalf of Herself and All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>THE UNITED STATES OF AMERICA and THE UNITED STATES DEPARTMENT OF STATE, )<br><br>Defendants. ) | No. C 07-04040 MMC<br><br>[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS |

14 JULIE CHATTLER, On Behalf of Herself and          )     No. C 07-04040 MMC
   All Others Similarly Situated,                    )
15                                                    )
                                        Plaintiff,   )     [PROPOSED] ORDER DENYING
16                                                    )     DEFENDANTS' MOTION TO DISMISS
            v.                                        )
17                                                    )
   THE UNITED STATES OF AMERICA and                  )
18 THE UNITED STATES DEPARTMENT OF                    )
   STATE,                                             )
19                                                    )
                                        Defendants.  )
20 _____)

21

22

23

24

25

26

27

28

1    This matter comes before the Court on Defendants' Motion to Dismiss.  Upon consideration

2    of the foregoing motion, the papers submitted in support and opposition thereto, and good cause

3    appearing:

4    IT IS HEREBY ORDERED that Defendants' motion is DENIED in its entirety.

5

6    DATED: _____    _____

7    HONORABLE MAXINE M. CHESNEY
     UNITED STATES DISTRICT COURT JUDGE

8    Submitted by:

9    DATED: February 22, 2008

10   HAGENS BERMAN SOBOL SHAPIRO LLP

11
     _____/s/ Robert B. Carey_____
12   ROBERT B. CAREY

13   2425 East Camelback Road, Suite 650
     Phoenix, AZ  85016
14   Telephone: (602) 840-5900
     Facsimile: (602) 840-3012
15   rob.carey@att.net

16   Reed R. Kathrein (139304)
     Shana E. Scarlett (217895)
17   HAGENS BERMAN SOBOL SHAPIRO LLP
     715 Hearst Avenue, Suite 202
18   Berkeley, CA  94710
     Telephone: (510) 725-3000
19   Facsimile: (510) 725-3001
     reed@hbsslaw.com
20   shanas@hbsslaw.com

21   Steve Berman (*Pro Hac Vice*)
     HAGENS BERMAN SOBOL SHAPIRO LLP
22   1301 Fifth Avenue, Suite 2900
     Seattle, WA  98101
23   Telephone: (206) 623-7292
     Facsimile: (206) 623-0594
24   steve@hbsslaw.com

25

26

27

28

1    Megan E. Waples (*Pro Hac Vice*)
     THE CAREY LAW FIRM
2    2301 East Pikes Peak Avenue
     Colorado Springs, CO  80909
3    Telephone: (719) 635-0377
     Facsimile: (719) 635-2920
4    mwaples@careylaw.com

5    Attorneys for Plaintiff

6

7            I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file
     this [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS.   In compliance
8    with General Order 45, X.B., I hereby attest that Robert B. Carey has concurred in this filing.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on February 22, 2008, I electronically filed the foregoing with the

3    Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-

4    mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby

5    certify that I have mailed the foregoing document or paper via the United States Postal Service to

6    the non-CM/ECF participants indicated on the attached Manual Notice List.

7

8                                                    _____/s/ Shana E. Scarlett_____

9                                                              SHANA E. SCARLETT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:07-cv-04040-MMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com,carrie@hbsslaw.com

- **Robert B. Carey**
  rob.carey@att.net

- **Jacqueline E. Coleman Snead**
  Jacqueline.Snead@usdoj.gov

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com

- **Megan Waples**
  mwaples@careylaw.com,agostnell@careylaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)