1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CHATTLER, On Behalf of Herself and All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>   v.<br><br>THE UNITED STATES OF AMERICA and THE UNITED STATES DEPARTMENT OF STATE,<br><br>                        Defendants. | No. C 07-04040 MMC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' SECOND MOTION TO DISMISS |

001980-11 225165 V1

This matter comes before the Court on Plaintiff's Motion to Strike Defendants' Second Motion to Dismiss. Upon consideration of the foregoing motion, the papers submitted in support and opposition thereto, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED in its entirety.

DATED: _____

HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

DATED: February 22, 2008

HAGENS BERMAN SOBOL SHAPIRO LLP


　　　　　/s/  Robert B. Carey
　　　　　ROBERT B. CAREY

2425 East Camelback Road, Suite 650
Phoenix, AZ  85016
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob.carey@att.net

Reed R. Kathrein (139304)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
shanas@hbsslaw.com

Steve Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

1  Megan E. Waples (*Pro Hac Vice*)
   THE CAREY LAW FIRM
2  2301 East Pikes Peak Avenue
   Colorado Springs, CO  80909
3  Telephone: (719) 635-0377
   Facsimile: (719) 635-2920
4  mwaples@careylaw.com

5  Attorneys for Plaintiff

6

7       I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this
   [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS'
8  SECOND MOTION TO DISMISS.  In compliance with General Order 45, X.B., I hereby attest
   that Robert B. Carey has concurred in this filing.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                          /s/ Shana E. Scarlett
                                                         SHANA E. SCARLETT

# Mailing Information for a Case 3:07-cv-04040-MMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com,carrie@hbsslaw.com

- **Robert B. Carey**
  rob.carey@att.net

- **Jacqueline E. Coleman Snead**
  Jacqueline.Snead@usdoj.gov

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com

- **Megan Waples**
  mwaples@careylaw.com,agostnell@careylaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)