Reed R. Kathrein (139304)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
shanas@hbsslaw.com

Robert B. Carey (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 East Camelback Rd, Suite 650
Phoenix, AZ 85016
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob.carey@att.net

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Attorneys for Plaintiff

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CHATTLER, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA and THE UNITED STATES DEPARTMENT OF STATE,<br><br>    Defendants. | No. C 07-04040 MMC<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE OF PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' SECOND MOTION TO DISMISS<br><br>ACTION FILED: August 7, 2007 |

001980-11  225247 V3

1 WHEREAS on August 7, 2007, Plaintiff Chattler filed her Class Action Complaint for Breach of Contract, Regulatory Violation, and Breach of the Implied Covenant of Good Faith and Fair Dealing ("Complaint");

WHEREAS on October 9, 2007, the United States of America and Department of State (collectively "Defendants") moved to dismiss this action;

WHEREAS on January 14, 2008, before a decision had been rendered on Defendants' motion, the judge previously assigned to this action recused herself;

WHEREAS on January 15, 2008, this action was reassigned to this Court, and the reassignment order directed the parties to renotice any pending motion;

WHEREAS on February 1, 2008, Defendants moved to dismiss this action and noticed their motion for hearing on March 14, 2008;

WHEREAS on February 22, 2008, Plaintiff filed an opposition to Defendants' February 1, 2008 motion to dismiss, and concurrently therewith, filed Plaintiff's Motion to Strike Defendants' Second Motion to Dismiss ("Motion to Strike");

WHEREAS Plaintiff believes that it would cause prejudice to Plaintiff if the two motions, Defendants' February 1, 2008 motion to dismiss and Plaintiff's Motion to Strike, were not heard at the same time;

WHEREAS for the sake of efficiency and to reduce costs, the parties have agreed subject to approval by the Court, to shorten the time for Plaintiff's Motion to Strike;

WHEREAS the only previous time modifications to the schedule in this case have been, by stipulation and Court order, the re-scheduling of the Initial Case Management Conference from December 7, 2007 to January 18, 2008 at 2:00 p.m.; and by Court order, continuing the Initial Case Management Conference from February 15, 2008 to April 11, 2008;

WHEREAS this stipulation and order shortening time on the hearing for Plaintiff's Motion to Strike will have no further impact on the schedule for this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and counsel for Defendants, subject to the approval of the Court, that:

STIP. AND [PROP.] ORD. RE BRIEFING SCHED. AND HEARING DATE OF PL.'S MOT. TO STRIKE DEFS.' SECOND MTD – NO. C-07-04040 MMC

- 1 -

1. Defendants shall file their opposition to the Motion to Strike on March 7, 2008;

2. Plaintiff shall file her reply in support of the Motion to Strike on March 11, 2008; and

3. The hearing on the Motion to Strike shall be on March 14, 2008 at 9:00 a.m., at the same date and time as the Defendants' February 1, 2008 motion to dismiss shall be heard.

DATED: February 22, 2008                    HAGENS BERMAN SOBOL SHAPIRO LLP


                                               /s/ Shana E. Scarlett
                                         SHANA E. SCARLETT

Reed R. Kathrein (139304)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
shanas@hbsslaw.com

Robert B. Carey (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 East Camelback Road, Suite 650
Phoenix, AZ 85016
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob.carey@att.net

Steve Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Megan E. Waples (*Pro Hac Vice*)
THE CAREY LAW FIRM
2301 East Pikes Peak Avenue
Colorado Springs, CO 80909
Telephone: (719) 635-0377
Facsimile: (719) 635-2920
mwaples@careylaw.com

Attorneys for Plaintiff

DATED:  February 22, 2008

        JEFFREY S. BUCHOLTZ
        Acting Assistant Attorney General
        Civil Division

        JOSEPH P. RUSSONIELLO
        United States Attorney
        Northern District of California

        VINCENT M. GARVEY
        Deputy Branch Director
        Federal Programs Branch

           /s/ Jacqueline Coleman Snead
        JACQUELINE COLEMAN SNEAD

        (D.C. Bar No. 459548)
        Trial Attorney
        Federal Programs Branch, Civil Division
        U.S. Department of Justice
        20 Massachusetts Avenue, N.W. Rm. 7214
        Washington, DC 20530
        Tel: (202) 514-3418

        Attorneys for Defendants

    I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE OF PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' SECOND MOTION TO DISMISS.  In compliance with General Order 45, X.B., I hereby attest that Jacqueline Coleman Snead has concurred in this filing.

1  **ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4  Dated: _____    _____
                                      The Honorable Maxine M. Chesney
5                                     United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Shana E. Scarlett
　　　　　　　　　　　　　　　　　　　　　　　　SHANA E. SCARLETT

STIP. AND [PROP.] ORD. RE BRIEFING SCHED. AND HEARING DATE OF PL.'S MOT. TO STRIKE DEFS.' SECOND MTD – NO. C-07-04040 MMC          - 5 -

# Mailing Information for a Case 3:07-cv-04040-MMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com,carrie@hbsslaw.com

- **Robert B. Carey**
  rob.carey@att.net

- **Jacqueline E. Coleman Snead**
  Jacqueline.Snead@usdoj.gov

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com

- **Megan Waples**
  mwaples@careylaw.com,agostnell@careylaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)