IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CHATTLER,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants | No. C-07-4040 MMC<br><br>**ORDER DENYING STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING DATE OF PLAINTIFF'S MOTION TO STRIKE; SETTING HEARING DATE ON MOTION TO STRIKE; CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS** |

    The Court is in receipt of the parties "Stipulation and [Proposed] Order Regarding Briefing Schedule and Hearing Date of Plaintiff's Motion to Strike Defendants' Second Motion to Dismiss," filed February 22, 2008. By said stipulation, the parties seek an order shortening time, such that plaintiff's motion to strike will be heard on March 14, 2008, the same date on which defendants' motion to dismiss is presently set for hearing.

    The stipulation is hereby DENIED, for the reason that the parties' proposed schedule leaves insufficient time for the Court to consider the parties' submissions with respect to the motion to strike. The motion to strike is hereby SET for hearing on April 4, 2008, and the parties are directed to brief the matter in conformity with Civil Local Rules 7-3 and 7-4.

//

Additionally, to ensure a reasonably orderly procedure, the motion to strike should be decided prior to the Court's consideration of the motion to dismiss. Accordingly, the hearing on defendants' motion to dismiss is hereby CONTINUED to April 25, 2008.

**IT IS SO ORDERED.**

Dated: February 28, 2008

_____
MAXINE M. CHESNEY
United States District Judge