**United States District Court**
**Northern District of California**

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## Northern District of California

| | | |
|---|---|---|
| Chattler, | | 07-04040 MMC |
| | Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | | |
| , | | |
| | Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur before the Case Management Conference.

8  Dated: March 26, 2008

                RICHARD W. WIEKING
                Clerk
                by:   Timothy J. Smagacz

*/s/ Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-04040 MMC                                              -2-

PROOF OF SERVICE

Case Name:       Chattler v.

Case Number:    07-04040 MMC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On March 26, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Megan Waples
>   2301 E. Pikes Peak Ave.
>   Colorado Springs, CO 80909
>   mwaples@careylaw.com
>
>   Steve W. Berman
>   Hagens Berman Sobol Shapiro LLP
>   1301 Fifth Avenue
>   Suite 2900
>   Seattle, WA 98101
>   steve@hbsslaw.com
>
>   Reed R. Kathrein
>   Hagens Berman Sobol Shapiro LLP
>   715 Hearst Avenue, Suite 202
>   Berkeley, CA 94710
>   reed@hbsslaw.com
>
>   Robert B. Carey
>   Hagens Berman Sobol Shapiro PLLC
>   2425 E. Camelback Rd.

Suite 650
Phoenix, AZ 85016
rob.carey@att.net

Shana E. Scarlett
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Suite 202
Berkeley, CA 94710
shanas@hbsslaw.com

Jacqueline E. Coleman Snead
U.S. Department of Justice
20 Massachusetts Avenue, N.W.
Room 7214
Washington, DC 20530
Jacqueline.Snead@usdoj.gov


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 26, 2008 in San Francisco, California.

                RICHARD W. WIEKING
                Clerk
                by:    Timothy J. Smagacz

                */s/ Timothy Smagacz*
                _____
                ADR Administrative Assistant
                415-522-4205
                Tim_Smagacz@cand.uscourts.gov