JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
Civil Division

JOSEPH P. RUSSONIELLO
United States Attorney
Northern District of California

VINCENT M. GARVEY
Deputy Branch Director

JACQUELINE COLEMAN SNEAD
Trial Attorney
Federal Programs Branch, Civil Division
U.S. Department of Justice
20 Massachusetts Avenue, N.W. Rm 7214
Washington, DC 20530
Tel: (202) 514-3418

Attorneys for the Defendants.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIA CHATTLER,** | Case No. 07-4040MMC |
| **PLAINTIFF** | |
| v. | Joint Stipulation re: Defense Counsel's Participation in Case Management Conference by Telephone |
| **UNITED STATES OF AMERICA, DEPARTMENT OF STATE,** | |
| **DEFENDANTS.** | Hon. Maxine M. Chesney<br>Date: April 11, 2008, 10:30am |

*Chattler v. United States of America*, Case No. 07-4040MMC

Joint Stipulation re: Defense Counsel's Participation in Case Management Conference by Telephone

1  THE PARTIES HEREBY JOINTLY STIPULATE to Defense Counsel's participation by
2 telephone in the Case Management Conference scheduled for Friday, April 11, 2008.
3  In support thereof, the parties state as follows:
4  1. On January 17, 2008, the Court scheduled the Case Management Conference in the above-
5 captioned case for Friday, February 15, 2008 at 10:30am.
6  2. By Order of February 6, 2008, the Court continued the Case Management Conference to
7 April 11, 2008 at 10:30am "in light of the pendency of defendants' dispositive motion."  Order re
8 Joint Stipulation re: Briefing Schedule on Defendants' Motion to Stay Discovery (Feb. 6, 2008)
9 [Dkt. No. 51].
10  3. At the time of the Court's February 6, 2008 Order, the hearing on Defendants' pending
11 Motion to Dismiss was scheduled for March 14, 2008.
12  4. By Order of February 28, 2008, the Court continued the hearing on Defendants' Motion to
13 Dismiss to April 25, 2008 so that the Court could decide Plaintiff's Motion to Strike, filed February
14 22, 2008, "prior to the Court's consideration of the motion to dismiss."  Order Denying Stipulation
15 Regarding Briefing Schedule and Hearing Date of Plaintiff's Motion to Strike (Feb. 28, 2008) [Dkt.
16 No. 62].
17  5. The parties are scheduled to appear before the Court on three separate occasions in April:
18 (1) April 4, 2008 for the hearing on Plaintiff's Motion to Strike; (2) April 11, 2008 for the Case
19 Management Conference; and (3) April 25, 2008 for the hearing on Defendants' Motion to Dismiss.
20  6. Counsel for Defendants, Jacqueline Coleman Snead, is an attorney with the Department of
21 Justice in Washington, D.C. and resides on the East Coast.
22  7. The parties believe that the issues to be addressed at the Case Management Conference
23 can be handled efficiently by telephone.

26 *Chattler v. United States of America*, Case No. 07-4040MMC
27 Joint Stipulation re: Defense Counsel's Participation in Case Management Conference by Telephone
28 2

1        8. For the sake of efficiency and to reduce costs, the parties stipulate and agree to Ms. Snead's participation by telephone in the Case Management Conference scheduled for April 11, 2008.

       WHEREFORE, the parties respectfully request that the Court enter the attached order.

       Respectfully submitted this 28th day of March 2008.

| HAGENS BERMAN SOBOL SHAPIRO LLP | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General<br>Civil Division |
|---|---|
| | JOSEPH P. RUSSONIELLO<br>United States Attorney<br>Northern District of California |
|   /s/Shana E. Scarlett<br>SHANA E. SCARLETT | |
| | VINCENT M. GARVEY<br>Deputy Branch Director |
| Reed R. Kathrein (139304)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001 |   /s /Jacqueline Coleman Snead<br>JACQUELINE COLEMAN SNEAD<br>(D.C. Bar No. 459548)<br>Trial Attorney<br>Federal Programs Branch, Civil Division<br>U.S. Department of Justice<br>20 Massachusetts Avenue, N.W. Rm. 7214<br>Washington, DC 20530<br>Tel: (202) 514-3418 |
| Robert B. Carey (*Pro Hac Vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>2425 East Camelback Road, Suite 650<br>Phoenix, AZ 85016<br>Telephone: (602) 840-5900<br>Facsimile: (602) 840-3012 | **Attorneys for Defendants** |
| Steve Berman (*Pro Hac Vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594 | |
| Megan E. Waples (*Pro Hac Vice*)<br>THE CAREY LAW FIRM<br>2301 East Pikes Peak Avenue<br>Colorado Springs, CO 80909<br>Telephone: (719) 635-0377<br>Facsimile: (719) 635-2920 | |

**Attorneys for Plaintiff**

*Chattler v. United States of America*, Case No. 07-4040MMC

Joint Stipulation re: Defense Counsel's Participation in Case Management Conference by Telephone

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIA CHATTLER,** | |
| **PLAINTIFF** | |
| **V.** | Case No. 07-4040-MMC |
| **UNITED STATES OF AMERICA, DEPARTMENT OF STATE,** | Proposed Order |
| **DEFENDANTS.** | |

Upon consideration of the parties' Joint Stipulation re: Defense Counsel's Participation in Case Management Conference by Telephone, it is hereby

ORDERED that Defense Counsel is authorized to participate by telephone in the Case Management Conference scheduled for Friday, April 11, 2008 at 10:30am.

SO ORDERED.

Dated: _____     _____
UNITED STATES DISTRICT
COURT JUDGE

*Chattler v. United States of America*, Case No. 07-4040MMC

Joint Stipulation re: Defense Counsel's Participation in Case Management Conference by Telephone

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Joint Stipulation re: Defense Counsel's Participation in Case Management Conference by Telephone was served electronically on March 28, 2008 through the Northern District of California Electronic Case File System (ECF) and that the document is available for viewing and downloading on that system.

                    /s /Jacqueline Coleman Snead
                    Jacqueline Coleman Snead

*Chattler v. United States of America*, Case No. 07-4040MMC

Joint Stipulation re: Defense Counsel's Participation in Case Management Conference by Telephone