UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Julie Chattler, on behalf of herself and all
others similarly situated,
            Plaintiff(s),

Case No. 07-04040 MMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

The United States of America and The
United States Department of State
            Defendant(s).

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 3/28/08

                                                          Julia Chattler
                                                          [Party]

Dated: 3/28/08

                                                          [Counsel]