IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CHATTLER, | No. C-07-4040 MMC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' SECOND MOTION TO DISMISS; VACATING HEARING** |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants / | |

    Before the Court is plaintiff's "Motion to Strike Defendants' Second Motion to Dismiss." Defendants have filed opposition, to which plaintiff has replied. Having read and considered the papers filed in support of and in opposition to plaintiff's motion, the Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for April 4, 2008, and rules as follows.

    For the reasons stated by plaintiff, the Court hereby GRANTS plaintiff's motion, and, accordingly, STRIKES defendants' Motion to Dismiss, filed February 1, 2008.

    If defendants wish to pursue their initial motion to dismiss, which motion has been fully briefed, defendants shall, no later than April 14, 2008, renotice said motion for hearing on a Friday not less than two weeks therefrom. Alternatively, if defendants prefer to raise in a single motion all of the issues presented in their initial and second motions to dismiss, defendants shall, no later than April 14, 2008, file an answer and, if appropriate, file on that

date or a date thereafter a motion for judgment on the pleadings.

Finally, if the parties are of the view that, in light of the instant order and/or other reasons, the Case Management Conference scheduled for April 11, 2008 would be premature, the parties may file a stipulation and proposed order continuing the Conference to an appropriate date.

**IT IS SO ORDERED.**

Dated: March 31, 2008

MAXINE M. CHESNEY
United States District Judge