IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CHATTLER, | No. C-07-4040 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants | |

The Court having received the parties' Joint Case Management Statement, filed April 4, 2008, wherein the parties state it is premature to schedule a trial and pretrial dates pending resolution of certain matters, and the Court further having received the parties' Joint Stipulation, filed March 28, 2008, to allow defendants' counsel to appear by telephone at the Case Management Conference scheduled for April 11, 2008, the Court hereby CONTINUES the Case Management Conference to June 6, 2008. A Joint Case Management Statement shall be filed no later than May 30, 2008.[1]

**IT IS SO ORDERED.**

Dated: April 8, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] The ADR Phone Conference shall go forward as scheduled on April 10, 2008.