1   JEFFREY S. BUCHOLTZ
    Acting Assistant Attorney General
    Civil Division

2   JOSEPH P. RUSSONIELLO
    United States Attorney
3   Northern District of California

4   VINCENT M. GARVEY
    Deputy Branch Director

5   JACQUELINE COLEMAN SNEAD
    Trial Attorney
    Federal Programs Branch, Civil Division
6   U.S. Department of Justice
    20 Massachusetts Avenue, N.W. Rm 7214
    Washington, DC 20530
7   Tel: (202) 514-3418

8               Attorneys for the Defendants.

9

10              **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12  _____

13

14  **JULIA CHATTLER,**                          Case No. 07-4040MMC

15      **PLAINTIFF**
                                                Declaration of Marguerite Walter
16

17      **v.**                                   Hon. Maxine M. Chesney
                                                Date: May 23, 2008, 9:00am
18  **UNITED STATES OF AMERICA,**                Courtroom 7, 19th Floor
    **DEPARTMENT OF STATE,**
19
        **DEFENDANTS.**
20

21  _____

22

23

24
    *Chattler v. United States of America*, Case No. 07-4040MMC
25
    Declaration of Marguerite Walter
26

27

28

1        I, Marguerite Walter, hereby declare as follows:

2        1. I am an Attorney Adviser in the Office of the Legal Adviser of the United States

3    Department of State assigned to the Office of Consular Affairs and, in that capacity, am familiar with

4    the Department's response to Plaintiff's discovery requests.

5        2. Attached hereto are documents that I know to be true and accurate copies of documents

6    referenced in the Complaint or Answer in the above-captioned case:

7        Exhibit A:    Passport Application

8        Exhibit B:    Website information from June 2007 on How Long Will it Take to Process a
                        Passport Application
9        Exhibit C:    Website Instructions on Refund Process

10       Exhibit D: [1/]    1994 Passport Instruction 2075

11   I declare under the penalties of perjury that the foregoing is true and correct.

12

13   _April 14, 2008_          _Marguerite C Walter_
        Date                              Marguerite Walter

14

15

16

17

18

19

20

21

_____

22       [1/]  Defendants produced copies of Exhibit C and D to Plaintiff on March 21, 2008 pursuant to
     this Court's Order of February 20, 2008.  *See* Order Granting in Part and Denying in Part Defendants'
23   Motion to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss (Feb. 20, 2008).

24

     *Chattler v. United States of America*, Case No. 07-4040MMC
25

     Declaration of Marguerite Walter
26                                                      2

27

28

# Exhibit A



U.S. Department of State

# APPLICATION FOR A U.S. PASSPORT

## PLEASE DETACH AND RETAIN THIS INSTRUCTION SHEET FOR YOUR RECORDS.

I Applied  Place _____

Date _____

FOR INFORMATION, QUESTIONS, AND INQUIRIES: Please visit our website at travel.state.gov. In addition, contact the National Passport Information Center (NPIC) toll free at 1-877-487-2778 (TDD: 1-888-874-7793) or by e-mail at NPIC@state.gov. Customer Service Representatives are available M-F, 8AM-8PM EST (excluding Federal holidays). Automated information is available 24/7.

**U.S. PASSPORTS ARE ISSUED ONLY TO U.S. CITIZENS OR NATIONALS. EACH PERSON MUST OBTAIN HIS OR HER OWN PASSPORT.**

### APPLICANTS WHO HAVE HAD A PREVIOUS U.S. PASSPORT

If your most recent passport was issued less than 15 years ago and you were over 16 years old at the time of issuance, you may be eligible to use Form DS-82 (mail-in application). Please inquire about eligibility when you apply or visit our website or contact NPIC. Address any requests for addition of visa pages to a Passport Agency or a U.S. consulate or embassy abroad. In advance of your departure, check visa requirements with consular officials of the countries you will be visiting.

### SPECIAL REQUIREMENTS FOR CHILDREN

- AS DIRECTED BY PUBLIC LAW 106-113 AND 22 CFR 51.27 EFFECTIVE JULY 2, 2001:
  To submit an application for a child under age 14 both parents or the child's legal guardian(s) must appear and present all of the following:
  - Evidence of the child's U.S. citizenship;
  - Evidence of the child's relationship to parents/guardians; AND
  - Parental identification

  IF ONLY ONE PARENT APPEARS YOU MUST ALSO SUBMIT ONE OF THE FOLLOWING:
  - Second parent's notarized written statement consenting to passport issuance for the child;
  - Primary evidence of sole authority to apply; OR
  - A written statement (made under penalty of perjury) explaining the second parent's unavailability.

- AS DIRECTED BY REGULATION 22 CFR 51.21 and 51.27:
  Each minor child applying for a passport shall appear in person.

## WHAT TO SUBMIT WITH THIS FORM

1. PROOF OF U.S. CITIZENSHIP
2. PROOF OF IDENTITY
3. TWO RECENT, COLOR PHOTOGRAPHS, AND
4. FEES (As explained on reverse of form)

## WHERE TO SUBMIT THIS FORM

Please complete and submit this application in person to one of the following acceptance agents: a clerk of a Federal, State, or County Court of record or a judge or clerk of a probate court accepting applications; a designated municipal or county official; a designated postal employee at an authorized post office; or an agent at a Passport Agency in Boston, Chicago, Honolulu, Houston, Los Angeles, Miami, New Orleans, New York, Norwalk CT, Philadelphia, San Francisco, Seattle, or Washington DC; or a U.S. consular official at a U.S. embassy or consulate, if abroad. To find your nearest acceptance facility, visit our website or contact the National Passport Information Center.

**See Instruction Page 2 for detailed information on the completion and submission of this form.**

DS-11
06-2006

Instruction Page 1 of 4

1. PROOF OF U.S. CITIZENSHIP
   a. APPLICANTS BORN IN THE UNITED STATES  Submit a previous U.S. passport or certified birth certificate.  A birth certificate must include your given name and surname, date, and place of birth, date the birth record was filed, and the seal or other certification of the official custodian of such records.
      (1) If the birth certificate was filed more than one year after the birth.  It is acceptable if it is supported by evidence described in the next paragraph.
      (2) If no birth record exists.  Submit registrar's notice to that effect.  Also submit an early baptismal or circumcision certificate, hospital birth record, early census, school, or family Bible records, newspapers or insurance files, or notarized affidavits of persons having knowledge of your birth (in addition to at least one record listed above).  Evidence should include your given name and surname, date and place of birth, and the seal or other certification of the issuing office (if customary) and the signature of the issuing official.

   b. APPLICANTS BORN OUTSIDE THE UNITED STATES  Submit a previous U.S. passport, Certificate of Naturalization, Certificate of Citizenship, Consular Report of Birth Abroad, or evidence described below.
      (1) If You Claim Citizenship Through Naturalization of Parent(s).  Submit the Certificate(s) of Naturalization of your parent(s), your foreign birth certificate, and proof of your admission to the United States for permanent residence.
      (2) If You Claim Citizenship Through Birth Abroad to One U.S. Citizen Parent.  Submit a Consular Report of Birth (Form FS-240), Certification of Birth (Form DS-1350 or FS-545), or your foreign birth certificate, proof of citizenship of your parent, and an affidavit showing all of your U.S. citizen parent's periods and places of residence/physical presence in the United States and abroad before your birth.
      (3) If You Claim Citizenship Through Birth Abroad to Two U.S. Citizen Parents.  Submit a Consular Report of Birth (Form FS-240), Certification of Birth (Form DS-1350 or FS-545), or your foreign birth certificate, parent's marriage certificate, proof of citizenship of your parent(s), and an affidavit showing all of your U.S. citizen parent's periods and places of residence/physical presence in the United States and abroad before your birth.
      (4) If You Claim Citizenship Through Adoption by a U.S. Citizen Parent(s).  Submit evidence of your permanent residence status, full and final adoption, and your U.S. citizen parent(s) evidence of legal and physical custody.  (Please note: Acquisition of U.S. citizenship for persons born abroad or adopted only applies if the applicant was born on or after 02/27/1983)
   c. ADDITIONAL EVIDENCE  When necessary, we may ask you to provide additional evidence to establish your claim to U.S. citizenship.

2. PROOF OF IDENTITY
   You must establish your identity to the satisfaction of the acceptance agent.

   You may submit items such as the following containing your signature AND physical description or photograph that is a good likeness of you: previous U.S. passport, Certificate of Naturalization, Certificate of Citizenship, driver's license (not temporary or learner's license), or government (Federal, State, municipal) employee identification card or pass.  Temporary or altered documents are not acceptable.  When necessary, we may ask you to provide additional evidence to establish your identity.

   IF YOU CANNOT PROVIDE DOCUMENT EVIDENCE OF IDENTITY as stated above, you must appear with an IDENTIFYING WITNESS who is a U.S. citizen, non U.S. citizen national, or permanent resident alien who has known you for at least 2 years.  Your witness must prove his or her identity and complete and sign an Affidavit of Identifying Witness (Form DS-71) before the acceptance agent.  You must also submit some identification of your own.

3. TWO RECENT, COLOR PHOTOGRAPHS
   Submit two color photographs of you alone, sufficiently recent to be a good likeness of you (normally taken within the last six months), and 2x2 inches in size.  The image size measured from the bottom of your chin to the top of your head (including hair) should not be less than 1 inch and not more than 1 3/8 inches.  The photographs must be color, clear, with full front view of your face, and printed on thin paper with plain light (white or off-white) background.  They must be capable of withstanding a mounting temperature of 225°F (107 °C).  Photographs must be taken in normal street attire, without a hat, head covering, or dark glasses unless a signed statement is submitted by the applicant verifying the item is worn daily for religious purposes or a signed doctor's statement is submitted verifying the item is used daily for medical purposes.  Photographs retouched so that your appearance is changed are unacceptable.  Snapshots, most vending machine prints, and magazine or full-length photographs are unacceptable.  Digitized photos must meet the previously stated qualifications and will be accepted for use at the discretion of Passport Services. (Visit our website for details.)

4. FEES
   a. If you are 16 years of age or older  The passport processing fee is $55, the application execution fee is $30, and the security surcharge is $12 therefore your total cost for the passport will be $97.  Your passport will be valid for 10 years from the date of issue except where limited by the Secretary of State to a shorter period.  (See information below about the additional cost for expedited service.)
   b. If you are under 16 years of age  The passport processing fee is $40, the application execution fee is $30, and the security surcharge is $12, therefore your total cost for the passport will be $82.  Your passport will be valid for 5 years from the date of issue except where limited by the Secretary of State to a shorter period.  (See information below about the additional cost for expedited service.)

5. BY LAW, THE PASSPORT PROCESSING, EXECUTION, AND SECURITY FEES ARE NON-REFUNDABLE.
   a. The passport processing, execution, and security fees may be paid in one of the following forms:  Checks (personal, certified, traveler's); major credit card (Visa, Master Card, American Express, and Discover); bank draft or cashier's check; money order (U.S. Postal, International, currency exchange), or if abroad, the foreign currency equivalent; or a check drawn on a U.S. bank.  All fees should be payable to the "U.S. Department of State", or if abroad, the appropriate U.S. embassy or consulate.  When applying at a designated acceptance facility, the $30 execution fee should be made payable to the acceptance facility.  NOTE: Some designated acceptance facilities do not accept credit cards as a form of payment.
   b. For faster processing, you may request expedited service.  Expedited requests will be processed in three workdays from receipt at a passport agency.  The additional fee for expedited service is $60.  Therefore, if you choose to request expedited service and you are 16 years of age or older the total cost of your U.S. passport will be $157 and if you are 15 years of age or younger the total cost of your U.S. passport will be $142.  Expedited service is available only in the United States.
   c. If you desire SPECIAL POSTAGE SERVICE (overnight mail, special delivery, etc.), include the appropriate postage fee with your payment.
   d. An additional $60 fee will be charged when, upon your request, the U.S. Department of State verifies issuance of a previous U.S. passport or Consular Report of Birth Abroad because you are unable to submit evidence of U.S. citizenship.
   e. For applicants with U.S. Government or military authorization for no-fee passports, no fees are charged, except the execution fee when applying at a designated acceptance facility.
   f. If you choose to provide your e-mail address in Item #12 on this application, Passport Services will only use that information to contact you in the event there is a problem with your application or if you need to provide additional information to us.

## FEDERAL TAX LAW

Section 6039E of the Internal Revenue Code (26 U.S.C. 6039E) requires you to provide your Social Security Number (SSN), if you have one, when you apply for a U.S. passport or renewal of a U.S. passport. If you have not been issued a SSN, enter zeros in box #5 of this form. If you are residing abroad, you must also provide the name of the foreign country in which you are residing. The U.S. Department of State must provide your SSN and foreign residence information to the Department of Treasury. If you fail to provide the information, you are subject to a $500 penalty enforced by the IRS. All questions on this matter should be directed to the nearest IRS office.

## NOTICE TO CUSTOMERS MAKING PAYMENT BY CHECK

If you send us a check, it will be converted into an electronic funds transfer (EFT). This means we will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will usually occur within 24 hours, and will be shown on your regular account statement.

You will not receive your original check back. We will destroy your original check, but we will keep the copy of it. If the EFT cannot be processed for technical reasons, you authorize us to process the copy in place of your original check. If the EFT cannot be completed because of insufficient funds, we may try to make the transfer up to two times and we will charge you a one-time fee of $25, which we will also collect by EFT.

## PAYMENT OF FEES

31 U.S.C.7701 requires persons "doing business" with a federal agency to provide their Social Security Numbers to that agency. Because the U.S. Department of State collects fees for the provision of passport services to you, you are considered a person "doing business" with the Department. Passport service fees are established by law and regulation (see 22 U.S.C. 214, 22 CFR 22.1, and 22 CFR 51.61-66) and are collected at the time you apply for the passport service. If the Department fails to receive full payment of the applicable fees, because, for example, your check is returned for any reason or you dispute a passport fee charge to your credit card, the U.S. Department of State will take action to collect the delinquent fees from you under 22 CFR Part 34 and the Federal Claims Collection Standards (see 31 CFR Parts 900-904). In accordance with the Debt Collection Improvement Act (Pub.L. 104-134), if the fees remain unpaid after 180 days and no repayment arrangements have been made, the Department will refer the debt to the Department of Treasury for collection. Debt collection procedures used by Treasury may include referral of the debt to private collection agencies, reporting of the debt to credit bureaus, garnishment of private wages and administrative offset of the debt by reducing or withholding eligible Federal payments (e.g. tax refunds, social security payments, federal retirement, etc.) by the amount of your debt, including any interest penalties or other costs incurred.

In addition, non-payment of passport fees will result in the invalidation of your passport. An invalidated passport cannot be used for travel.

## OTHER USES OF SOCIAL SECURITY NUMBERS

In addition to reporting your Social Security Number to Treasury and using it in connection with debt collection, the Department checks Social Security Numbers against lists of persons ineligible or potentially ineligible to receive a U.S. passport.

## PAPERWORK REDUCTION STATEMENT

You are not required to provide the information requested on this form unless the form displays a currently valid OMB number. We try to create forms and instructions that can be easily understood. Often this is difficult to do because our citizenship laws are very complex. The estimated burden time for this information collection is 85 minutes, which includes the time required to search existing data sources, gather the necessary data, complete and review this form, and provide and submit the form and any additional information required. If you have comments concerning the accuracy of this time estimate or suggestions for making this form better, we would be happy to hear from you. You can write us at: U.S. Department of State (A/RPS/DIR), Washington, DC  20520.

## IMPORTANT NOTICE TO APPLICANTS WHO HAVE LOST OR HAD A PREVIOUS PASSPORT STOLEN

A United States citizen may not normally bear more than one valid or potentially valid U.S. passport at a time. It therefore is necessary to submit a statement with an application for a new U.S. passport when a previous valid or potentially valid U.S. passport cannot be presented with an application for a new passport. Your statement must detail why the previous U.S. passport cannot be presented.

The information you provide regarding your lost or stolen U.S. passport will be placed into our Consular Lost or Stolen Passport System. This system is designed to prevent the misuse of your lost or stolen U.S. passport. Anyone using the passport book reported as lost or stolen may be detained upon entry into the United States. Should you locate the U.S. passport reported lost or stolen at a later time, report it as found and submit it for cancellation. It has been invalidated. You may not use that passport for travel.

**PROTECT YOURSELF AGAINST IDENTITY THEFT - REPORT YOUR LOST OR STOLEN PASSPORT!**
For more information or to report your lost or stolen passport by phone, call NPIC or visit our website at
www.travel.state.gov.

## ACTS OR CONDITIONS

(If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, the portion which applies should be lined out, and a supplementary explanatory statement under oath (or affirmation) by the applicant should be attached and made a part of this application.)  I have not, since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States, or before a diplomatic or consular officer of the United States in a foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down, or to destroy by force, the Government of the United States.

## PRIVACY ACT STATEMENT

**AUTHORITIES** Collection of the information solicited on this form is authorized by Titles 8, 22, and 26 of the United States Code, whether or not codified, including specifically 22 U.S.C. 211a et seq.; 26 U.S.C., 6039E, Section 236 of the Admiral James W. Nance and Meg Donovan Foreign Relations Authorization Act, Fiscal Years 2000 and 2001; Executive Order 11295 (August 5, 1966); and 22 CFR parts 50 and 51.

**PURPOSE** The primary purpose for soliciting the information is to establish citizenship, identity, and entitlement to issuance of a U.S. passport.

**ROUTINE USES** The information solicited on this form may be made available as a routine use to other government agencies to assist the U.S. Department of State in adjudicating passport applications and requests for related services, and for law enforcement and administration purposes.  The information may be made available to foreign government agencies to fulfill passport control and immigration duties.  The information may also be provided to foreign government agencies, international organizations and, in limited cases, private persons and organizations to investigate, prosecute, or otherwise address potential violations of law or to further the Secretary's responsibility for the protection of U.S. citizens and non-citizen nationals abroad.  The information may be made available to private U.S. citizen 'wardens' designated by the U.S. embassies and consulates.  For a more detailed listing of the routine uses to which this information may be put, see the Prefatory Statement of Routine Uses and the listing of routine users set forth in the system descriptions for Overseas Citizen Services Records (State-05) and Passport Records (State-26) published in the Federal Register.

**CONSEQUENCES OF FAILURE TO PROVIDE INFORMATION** With the exception of your Social Security Number (see Federal Tax Law statement on Instruction Page 3), you are not legally required to provide the information requested on this form.  However, failure to do so may result in Passport Services' refusal to accept your application or result in the denial of a U.S. passport.

## ELECTRONIC PASSPORT STATEMENT

The U.S. Department of State will begin issuing a new type of passport containing an embedded electronic chip called an "Electronic Passport".  The new passport will continue to be proof of the bearer's United States citizenship and identity, and will look and function in the same way as a passport without a chip.  The addition of an electronic chip in the back cover will enable the new passport to carry a duplicate electronic copy of all information from the data page.  The new passport will be usable at all ports-of-entry, including those that do not yet have electronic chip readers.

Use of the electronic format will provide the traveler the additional security protections inherent in chip technology.  Moreover, when used at ports-of-entry equipped with electronic chip readers, the new passport will provide for faster clearance through some of the port-of-entry processes.

Issuance of this new passport will be phased in during an 18-month period.  It is expected that by mid-2006 nearly all U.S. passports will be issued in this new format.  The new passport will not require special handling or treatment, but like previous versions should be protected from extreme bending and from immersion in water.  The electronic chip must be read using specially formatted readers, and is not susceptible to unauthorized reading.

The cover of the new passport will be printed with a special symbol representing the embedded chip.  The symbol will appear in port-of-entry areas where the electronic passport can be read.

## NOTICE TO APPLICANTS FOR OFFICIAL DIPLOMATIC OR NO-FEE PASSPORTS

You may use this application if you meet all of the provisions listed on Instruction Page 2, however you must CONSULT YOUR SPONSORING AGENCY FOR INSTRUCTIONS ON PROPER ROUTING PROCEDURES BEFORE FORWARDING THIS APPLICATION.  Your completed passport will be released to your sponsoring agency for forwarding to you.

DS-11

U.S. Department of State

# APPLICATION FOR A U.S. PASSPORT

OMB APPROVAL NO. 1405-0004
EXPIRATION DATE: 08/31/2008
ESTIMATED BURDEN: 85 Minutes
(See Instruction Page 3)

**WARNING** False statements made knowingly and wilfully in passport applications, including affidavits or other supporting documents submitted therewith, are punishable by fine and/or imprisonment under provisions of 18 U.S.C. 1001, 18 U.S.C. 1542 and/or 18 U.S.C. 1621. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 U.S.C. 1543. The use of a passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 U.S.C. 1544. All statements and documents are subject to verification.

When completing this form, PRINT IN BLUE OR BLACK INK ONLY.

☐ 5 Yr.   ☐ 10 Yr.   Issue Date ____

☐ R   ☐ D   ☐ O   ☐ DP

End. # ____   Exp. ____

### 1. Name of Applicant

| Last | Suffix (Jr., Sr., III) |
| First | Middle |

### 2. Date of Birth (mm-dd-yyyy)

### 3. Sex

☐ M   ☐ F

### 4. Place of Birth (City & State or City & Country)

### 5. Social Security Number (Federal law requires)

### 6. Alien Registration Number (If Applicable)

### 7. Height   8. Hair Color   9. Eye Color   10. Occupation   11. Employer

Feet | Inches

### 12. E-Mail Address (Optional)

### 13. Mailing Address

| Street/RFD Number OR Post Office Box | | Apartment Number |
| City | State | ZIP Code |
| Country (if Outside the U.S.) | In Care of (If Applicable) | |

### 14. Permanent Address of Residence (If same as mailing address write "Same As Above")

| Street / RFD Number (DO NOT LIST P.O. BOX) | | Apartment Number |
| City | State | ZIP Code |

### 15. Home Telephone (Include Area Code)   16. Business Telephone (Include Area Code)

(   )      (   )

### 17. Have you ever applied for or been issued a U.S. Passport?   ☐ Yes   ☐ No   If yes, complete the following items in block 17 and submit most recent passport.

Name in which your most recent passport was issued.

Status of recent passport
☐ Submitted   ☐ Stolen   ☐ Lost   ☐ Other

Most recent passport number

Approximate date your most recent U.S. passport was issued or date you applied. (mm-dd-yyyy)

### 18. Travel Plans

| Date of Trip (mm-dd-yyyy) | Length of Trip | Countries to be Visited |

### 19. Have you ever been married?   ☐ YES   ☐ NO   If yes, complete the remaining items in Block #19.

Spouse's or Former Spouse's Full Name

Is your spouse (or former spouse) a U.S. citizen?
☐ YES   ☐ NO

| Date of Birth (mm-dd-yyyy) | Place of Birth | Date of Most Recent Marriage | Widowed?   Divorced?   Give Date |

### 20. What other names have you used? (Include Name Changes, Maiden Name, Former Married Names)

1)        2)        3)        4)

DS-11
06-2006

Page 1 of 2

DS 11 06 2005

| Name of Applicant  (Last, First, Middle) | | | | Date of Birth (mm-dd-yyyy) |
|---|---|---|---|---|

**21. Parental Information**

| Mother's Maiden Name | | | | Date of Birth | Place of Birth |
|---|---|---|---|---|---|
| Last | First | Middle | | | |

| Father's Name | | | | Date of Birth | Place of Birth |
|---|---|---|---|---|---|
| Last | First | Middle | | | |

| Is your mother a U.S. citizen? | ☐ YES ☐ NO | Is your Father a U.S. citizen? | ☐ YES ☐ NO |
|---|---|---|---|

**22. Emergency Contact** - Provide the information of a person not traveling with you who can be contacted in an emergency.

| Name | | Street / RFD Number | |
|---|---|---|---|

| Apartment Number | City | | State | ZIP Code |
|---|---|---|---|---|

| Telephone ( ) | E-Mail Address (Optional) | Relationship |
|---|---|---|

---

**STOP**   DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY PERSON ADMINISTERING OATH.

**23. Oath & Signature**

I declare under penalty of perjury that I am a United States citizen (or non-citizen national) and have not, since acquiring United State citizenship (or U.S. nationality), performed any of the acts listed under "Acts or Conditions" on this application form (unless explanatory statement is attached). I declare under penalty that the statements made on this application are true and correct.

X _____
**Applicant's Signature - age 14 and older**

X _____
**Mother's Legal Guardian's Signature (If Identifying Minor)**

X _____
**Father's Legal Guardian's Signature (If Identifying Minor)**

**Applicant's or Father's Identification Information**

Type of Document
- ☐ Driver's License
- ☐ Passport
- ☐ Military Identification
- ☐ Other (Specify)

Issue Date _____
Expiration Date _____
Place of Issue _____

Name _____
ID Number _____

**Mother's Identification Information**

Type of Document
- ☐ Driver's License
- ☐ Passport
- ☐ Military Identification
- ☐ Other (Specify)

Issue Date _____
Expiration Date _____
Place of Issue _____

Name _____
ID Number _____

**FOR ACCEPTANCE AGENT USE ONLY**

Facility Identification Number _____
- ☐ Acceptance Agent; Facility Name & Location
- ☐ (Vice) Consul USA; Location
- ☐ Passport Services Staff Agent

Subscribed & Sworn to (Affirmed) before me

_____ Date (mm-dd-yyyy) _____

(SEAL)

_____
(Signature of Person Authorized to Accept Application)

**For Issuing Office Use Only**

Name as it appears on citizenship evidence _____

- ☐ Birth Certificate  ☐ SR  ☐ CR  ☐ City   File Date _____   Issue Date _____
- ☐ Passport   Issue Date _____
- ☐ Report of Birth  ☐ 240  ☐ 545  ☐ 1350   Issue Date _____
- ☐ Naturalization Certificate   Issue Date _____   Cert. # _____
- ☐ Citizenship Certificate   Issue Date _____   Cert. # _____
- ☐ Other
- ☐ Seen & Returned
- ☐ Attached

APPLICATION APPROVAL

| FEE _____ | EXEC. _____ | EF _____ | OTHER _____ |
|---|---|---|---|

DS-11



U.S. Department of State

## APPLICATION FOR A U.S. PASSPORT BY MAIL

---

# PLEASE DETACH AND RETAIN THIS INSTRUCTION SHEET FOR YOUR RECORDS.

## Date of Application *(mm-dd-yyyy)*

### FOR INFORMATION QUESTIONS AND INQUIRIES

Please visit our website at *travel.state.gov.* In addition, contact the National Passport Information Center (NPIC) toll-free at 1-877-487-2778 (TDD: 1-888-874-7793) or by e-mail at NPIC@state.gov. Customer Service Representatives are available M-F, 8 AM-8 PM EST (excluding Federal holidays).

### CAN I USE THIS FORM?

**Complete this checklist to determine your eligibility to use this form**

1. I can submit my most recent U.S. passport.                                        [ ] Yes [ ] No

2. I was at least 16 years old when my most recent U.S. passport was issued.   [ ] Yes [ ] No

3. I was issued my most recent U.S. passport less than 15 years ago.               [ ] Yes [ ] No

4. I use the same name as on my most recent U.S. passport.                          [ ] Yes [ ] No
   -- OR --
   I have had my name changed by marriage or court order and can submit
   proper documentation to reflect my name change.

### If you answered NO to any of the four statements above STOP -- You cannot use this form!!!

You must apply on application form DS-11 by making a personal appearance before a passport agent, postal clerk, clerk of court authorized to accept passport applications.

### See Instruction Page 2 for Detailed Information
### on the Completion and Submission of this form.
**INCOMPLETE OR UNACCEPTABLE APPLICATIONS WILL DELAY THE ISSUANCE OF YOUR PASSPORT.**

---

### NOTICE TO APPLICANTS RESIDING ABROAD

United States citizens residing abroad **CANNOT** submit this form to the passport facility listed on instructions page 2. Such applicants should contact the nearest United States embassy or consulate for procedures to be followed when applying overseas.

DS-82
05-2006

Instruction Page 1 of 4

## WHAT DO I NEED TO SEND WITH THE APPLICATION FORM?

1. Your most recent U.S. passport
2. A marriage certificate or court order if your name has changed
3. Fee of $67 (If requesting expedited service, the total fee will be $127)
4. Two recent, color photographs

### See below for more detailed information.

1. <u>YOUR MOST RECENT U.S. PASSPORT.</u> Issued at age 16 or older in your current name (or see item #2 below) and issued within the past 15 years. If your U.S. passport is damaged, you must apply on the DS-11 application form as specified below.

2. <u>A MARRIAGE CERTIFICATE OR COURT ORDER.</u> If the name you are currently using differs from the name on your most recent passport, you must submit a marriage certificate or court order showing the change of name. The name change document MUST bear the official seal of the issuing authority. Uncertified copies or notarized documents cannot be accepted. All documents will be returned to you with your passport. If you are unable to document your name change in this manner, you must apply on the DS-11 application form by making a personal appearance at (1) a passport agency; (2) any clerk of a Federal, State or county court of record or an probate court accepting passport applications; or (3) a Post Office which has been selected to accept passport applications.

3. <u>THE FEE OF $67.</u> Enclose the $67 fee in the form of a personal check or money order. **MAKE CHECKS PAYABLE TO "U.S. DEPARTMENT OF STATE". THE FULL NAME AND DATE OF BIRTH OF THE APPLICANT MUST BE TYPED OR PRINTED ON THE FRONT OF THE CHECK. DO NOT SEND CASH.** Passport Services cannot be responsible for cash sent through the mail. By law, the fee is non-refundable.

   For faster processing, you may request expedited service. Expedited requests will be processed in three workdays from receipt at a passport agency. The additional fee for expedited service is $60. **Therefore, if you choose to request expedited service the total cost of your U.S. passport will be $127.** Expedited service is available only in the United States.

   If you desire SPECIAL POSTAGE SERVICE (overnight mail, special delivery, etc.), include the appropriate postage fee on the check or include a pre-paid envelope.

4. <u>TWO RECENT, COLOR PHOTOGRAPHS.</u> Submit two color photographs of you alone, sufficiently recent to be a good likeness of you (normally taken within the last six months), and 2x2 inches in size. The image size measured from the bottom of the chin to the top of your head (including hair) should not be less than 1 inch and not more than 1 3/8 inches. The photographs must be in color, clear, with a full front view of your face, and printed on thin paper with plain light (white or off-white) background. They must be capable of withstanding a mounting temperature of 225 Fahrenheit (107 Celsius). Photographs must be taken in normal street attire, without a hat, head covering, or dark glasses unless a signed statement is submitted by the applicant verifying the item is worn daily for religious purposes or a signed doctor's statement is submitted verifying the item is used daily for medical purposes. Photographs retouched so that your appearance is changed are unacceptable. Snapshots, most vending machine prints, and magazine or full-length photographs are unacceptable. Digitized photos must meet the previously stated qualifications and will be accepted for use at the discretion of Passport Services. (Visit our website for details.)

   **NOTE** If you choose to provide your e-mail address in Item #15 on this application, Passport Services will only use that information to contact you in the event there is a problem with your application or if you need to provide additional information to us.

## WHERE DO I MAIL THIS APPLICATION?

| <u>MAIL THIS FORM TO</u> | <u>DELIVERY - Other Than U.S. Postal Service</u> | <u>FOR INQUIRIES CONTACT</u> |
|---|---|---|
| National Passport Processing<br>Post Office Box 13349<br>Philadelphia, PA 19101-3349 | National Passport Processing<br>Attn: Department 13349<br>1617 Brett Road<br>New Castle, DE 19720 | National Passport Information Center<br>1-877-487-2778<br>For TDD: 1-888-874-7793<br>E-mail: NPIC@state.gov<br>Website: travel.state.gov |

## FEDERAL TAX LAW

Section 6039E of the Internal Revenue Code (26 U.S.C. 6039E) requires you to provide your Social Security Number (SSN), if you have one, when you apply for a U.S. passport or renewal of a U.S. passport. If you have not been issued a SSN, enter zeros in box #5 of this form. If you are residing abroad, you must also provide the name of the foreign country in which you are residing. The U.S. Department of State must provide your SSN and foreign residence information to the Department of Treasury. If you fail to provide the information, you are subject to a $500 penalty enforced by the IRS. All questions on this matter should be directed to the nearest IRS office.

## NOTICE TO CUSTOMERS MAKING PAYMENT BY CHECK

If you send us a check, it will be converted into an electronic funds transfer (EFT). This means we will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will usually occur within 24 hours, and will be shown on your regular account statement.

You will not receive your original check back. We will destroy your original check, but we will keep the copy of it. If the EFT cannot be processed for technical reasons, you authorize us to process the copy in place of your original check. If the EFT cannot be completed because of insufficient funds, we may try to make the transfer up to two times and we will charge you a one-time fee of $25, which we will also collect by EFT.

## PAYMENT OF FEES

31 U.S.C. 7701 requires persons "doing business" with a federal agency to provide their security numbers to that agency. Because the U.S. Department of State collects fees for the provision of passport services to you, you are considered a person "doing business" with the Department. Passport service fees are established by law and regulation (see 22 U.S.C. 214, 22 CFR 22.1, and 22 CFR 51.61-66) and are collected at the time you apply for the passport service. If the Department fails to receive full payment of the applicable fees, because, for example, your check is returned for any reason or you dispute a passport fee charge to you credit card, the U.S. Department of State will take action to collect the delinquent fees from you under 22 CFR Part 34 and the Federal Claims Collection Standards (see 31 CFR Parts 900-904). In accordance with the Debt Collection Improvement Act (Pub.L. 104-134), if the fees remain unpaid after 180 days and no repayment arrangements have been made, the Department will refer the debt to the Department of Treasury for collection. Debt collection procedures used by Treasury may include referral of the debt to private collection agencies, reporting of the debt to credit bureaus, garnishment of private wages and administrative offset of the debt by reducing or withholding eligible Federal payments (e.g. tax refunds, social security payments, federal retirement, etc.) by the amount of your debt, including any interest penalties or other costs incurred.

In addition, non-payment of passport fees will result in the invalidation of your passport. An invalidated passport cannot be used for travel.

## OTHER USES OF SOCIAL SECURITY NUMBERS

In addition to reporting your Social Security Number to Treasury and using it in connection with debt collection, the Department checks Social Security Numbers against lists of persons ineligible or potentially ineligible to receive a U.S. passport.

## PAPERWORK REDUCTION STATEMENT

You are not required to provide the information requested on this form unless the form displays a currently valid OMB number. We try to create forms and instructions that can be easily understood. Often this is difficult to do because our citizenship laws are very complex. The estimated burden time for this information collection is 40 minutes, which includes the time required to search existing data sources, gather the necessary data, complete and review this form, and provide and submit the form and any additional information required. If you have comments concerning the accuracy of this time estimate or suggestions for making this form simpler, we would be happy to hear from you. You can write us at: U.S. Department of State (A/ISS/DIR), Washington, DC 20520.

## IMPORTANT NOTICE TO APPLICANTS WHO HAVE LOST OR HAD A PREVIOUS PASSPORT STOLEN

A United States citizen may not normally bear more than one valid or potentially valid U.S. passport at a time. It therefore is necessary to submit a statement with an application for a new U.S. passport when a previous valid or potentially valid U.S. passport cannot be presented with an application for a new passport. Your statement must detail why the previous U.S. passport cannot be presented.

The information you provide regarding your lost or stolen U.S. passport will be placed into our Consular Lost or Stolen Passport System. This system is designed to prevent the misuse of your lost or stolen U.S. passport. Anyone using the passport book reported as lost or stolen may be detained upon entry into the United States. Should you locate the U.S. passport reported lost or stolen at a later time, report it as found and submit it for cancellation. It has been invalidated. You may not use that passport for travel.

### PROTECT YOURSELF AGAINST IDENTITY THEFT - REPORT YOUR LOST OR STOLEN PASSPORT!

For more information or to report your lost or stolen passport by phone, call NPIC or visit our website at travel.state.gov.

DS-82

## ACTS OR CONDITIONS

(If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, the portion which applies should be lined out, and a supplementary explanatory statement under oath (or affirmation) by the applicant should be attached and made a part of this application.) I have not, since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States, or before a diplomatic or consular officer of the United States in a foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down, or to destroy by force, the Government of the United States.

## PRIVACY ACT STATEMENT

**AUTHORITIES** Collection of the information solicited on this form is authorized by Titles 8, 22, and 26 of the United States Code, whether or not codified, including specifically 22 U.S.C. 211a et seq.; 26 U.S.C. 6039E, Section 236 of the Admiral James W. Nance and Meg Donovan Foreign Relations Authorization Act, Fiscal Years 2000 and 2001; Executive Order 11295 (August 5, 1966); and 22 CFR parts 50 and 51.

**PURPOSE** The primary purpose for soliciting the information is to establish citizenship, identity, and entitlement to issuance of a U.S. passport.

**ROUTINE USES** The information solicited on this form may be made available as a routine use to other government agencies to assist the U.S. Department of State in adjudicating passport applications and requests for related services, and for law enforcement and administration purposes. The information may be made available to foreign government agencies to fulfill passport control and immigration duties. The information may also be provided to foreign government agencies, international organizations and, in limited cases, private persons and organizations to investigate, prosecute, or otherwise address potential violations of law or to further the Secretary's responsibility for the protection of U.S. citizens and non-citizen nationals abroad. The information may be made available to private U.S. citizen 'wardens' designated by the U.S. embassies and consulates. For a more detailed listing of the routine uses to which this information may be put, see the Prefatory Statement of Routine Uses and the listing of routine .users set forth in the system descriptions for Overseas Citizen Services Records (State-05) and Passport Records (State-26) published in the Federal Register.

**CONSEQUENCES OF FAILURE TO PROVIDE INFORMATION** With the exception of your Social Security Number (see Federal Tax Law statement on Instruction Page 3), you are not legally required to provide the information requested on this form. However, failure to do so may result in Passport Services' refusal to accept your application or result in the denial of a U.S. passport.

## ELECTRONIC PASSPORT STATEMENT

The U.S. Department of State will begin issuing a new type of passport containing an embedded electronic chip and called an "Electronic Passport". The new passport will continue to be proof of the bearer's United States citizenship and identity, and will look and function in the same way as a passport without a chip. The addition of an electronic chip in the back cover will enable the new passport to carry a duplicate electronic copy of all information from the data page. The new passport will be usable at all ports-of-entry, including those that do not yet have electronic chip readers.

Use of the electronic format will provide the traveler the additional security protections inherent in chip technology. Moreover, when used at ports-of-entry equipped with electronic chip readers, the new passport will provide for faster clearance through some of the port-of-entry processes.

Issuance of this new passport will be phased in during an 18-month period. It is expected that by late-2006 nearly all U.S. passports will be issued in this new format. The new passport will not require special handling or treatment, but like previous versions should be protected from extreme bending and from immersion in water. The electronic chip must be read using specially formatted readers, and is not susceptible to unauthorized reading.

The cover of the new passport will be printed with a special symbol representing the embedded chip. The symbol [symbol] will appear in port-of-entry areas where the electronic passport can be read.

## NOTICE TO APPLICANTS FOR OFFICIAL DIPLOMATIC OR NO-FEE PASSPORTS

You may use this application if you meet all of the provisions listed on Instruction Page 2, however you must CONSULT YOUR SPONSORING AGENCY FOR INSTRUCTIONS ON PROPER ROUTING PROCEDURES BEFORE FORWARDING THIS APPLICATION. Your completed passport will be released to your sponsoring agency for forwarding to you.

U.S. Department of State

# APPLICATION FOR A U.S. PASSPORT BY MAIL

OMB APPROVAL NO. 1405-0020
EXPIRATION DATE: 08/31/2008
ESTIMATED BURDEN: 40 Minutes
(See Instruction Page 3)

**WARNING** False statements made knowingly and willfully in passport applications, including affidavits or other supporting documents submitted therewith, are punishable by fine and/or imprisonment under provisions of 18 U.S.C. 1001, 18 U.S.C. 1542 and/or 18 U.S.C. 1621. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 U.S.C. 1543. The use of a passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 U.S.C. 1544. All statements and documents are subject to verification.

☐ R  ☐ D.  ☐ O  ☐ DP   Issue Date _____

End. # _____    Exp. _____

When completing this form, **PRINT IN BLUE OR BLACK INK ONLY.**

| 1. Name of Applicant | | 2. Date of Birth (mm/dd/yyyy) |
|---|---|---|
| Last | Suffix (Jr., Sr., III) | |
| First | Middle | |

| 3. Sex | 4. Place of Birth (City & State OR City & Country) | 5. Social Security Number (See Federal Tax Law Notice on Instruction Page 1) |
|---|---|---|
| ☐ Male   ☐ Female | | |

| 6. Height | 7. Hair Color | 8. Eye Color | 9. Occupation | 10. Employer |
|---|---|---|---|---|
| Feet   Inches | | | | |

DS 82 06 2005

**11. Mail My New Passport To**

| Street / RFD Number OR Post Office Box | | Apartment Number |
|---|---|---|
| City | State | ZIP Code |
| Country (If Outside the U.S.) | In Care of (If Applicable) | |

**12. Permanent Address/Residence (If Same as Mailing Address Write "Same As Above")**

| Street / RFD Number (DO NOT LIST P.O. BOX) | | Apartment Number |
|---|---|---|
| City | State | ZIP Code |

2" x 2"   FROM 1" TO 1 3/8"   2" x 2"
Submit two recent, color photographs

| 13. Home Telephone (Include Area Code) | 14. Business Telephone (Include Area Code) | 15. E-Mail Address (Optional) |
|---|---|---|
| (     ) | (     ) | |

**STOP** You must submit your <u>most recent</u> U.S. passport with this form! If you <u>cannot</u> submit your most recent U.S. passport, apply on Form DS-11, Application For A U.S. Passport.

**16. Passport Information**

| Name in Which Most Recent Passport was Issued | |
|---|---|
| Most Recent U.S. Passport Number | Issue Date of Most Recent U.S. Passport |

| Name of Applicant *(Last, First, Middle, Suffix)* | Date of Birth *(mm-dd-yyyy)* |
|---|---|
| | |

**17. Travel Plans**

| Date of Trip *(mm-dd-yyyy)* | Length of Trip | Countries to be Visited |
|---|---|---|
| | | |

**18. Emergency Contact:** Provide the information of a person not traveling with you who can be contacted in the event of an emergency.

| Name | | Street / RFD Number | |
|---|---|---|---|
| Apartment Number | City | State | ZIP Code |
| Telephone ( ) | E-Mail Address *(Optional)* | Relationship | |

**NOTE**    You must sign and date this application in the designated area below!

**19. Oath & Signature**

I declare under penalty of perjury that I am a United States citizen (or non-citizen national) and have not, since acquiring United State citizenship (or U.S. nationality), performed any of the acts listed under "Acts or Conditions" on the reverse of this application form (unless explanatory statement is attached). I declare under penalty of perjury that the statements made on this application are true and correct.

X _____        _____
       Applicant's Signature                                    Date *(mm-dd-yyyy)*

---

**DO NOT WRITE BELOW – FOR PASSPORT SERVICES USE ONLY – DO NOT WRITE BELOW**

Evidence of Name Change

☐ Marriage Certificate

☐ Court Order

Document Issue Date _____

Place of Issue _____

Issuing Office/Court _____

Previous Name _____

Current Name _____

APPLICATION APPROVAL

| FEE | EXEC. | EF | OTHER |
|---|---|---|---|
| | | | |

DS-82                                                                            Page 2 of 2

# Exhibit B

Updated Processing Times

Passport Services is busy as Americans plan for summer trips. The best advice for when to apply is, "Apply Early!"  Or even "now'" if you might be checking out deals on airfare or hotels outside the U.S.

If you are traveling or need your passport in order to get a visa within the next 2 weeks, please call us at the National Passport Information Center or use the link below to check the status of your application online.

**If you have already applied but will not need your passport within the next two weeks:**

There should be no need to contact us at this time. Our goal is to make sure that no one misses a trip. We have added staff and are working overtime across the country.

**Checking the status of your application:**  You can check the status of your application online. Currently, it is taking up to 1 week for Expedited Applications and up to 3-4 weeks for Routine Applications to be tracked online.   Please allow that much time before contacting us to check on your application.

| If you apply | And Choose | You will receive your passport *within* about |
|---|---|---|
| At a Passport Acceptance Facility* or By Mail (for renewal, additional pages, and amendment) | Routine Service | 10-12 Weeks** |
| | Expedited Service **Plus** Overnight delivery service for: Sending your application **and** Returning your passport to you | 2-3 Weeks*** |

*One of 8,000+ facilities accepting passport applications, such as your local post office, municipal office, courthouse, library. (See Where to Apply for Passports Nationwide )

** Routine Service:  Currently, it is taking up to 10-12 weeks to receive your passport from the date you applied. If you are not traveling within the next 2 weeks, please check the status of your application online, keeping in mind that it is taking approximately 3-4 weeks for our system to start tracking your application.  If you are traveling within the next 2 weeks, please call or email the National Passport Information Center.

***Expedite Service:  Currently, Expedite Service takes 2-3 weeks to receive your passport from the date you applied.  It may take longer for customers who apply for a renewal by mail without "Expedite" marked on the mailing envelope.  If you haven't received your passport and are traveling within the next 7 days , please call or email the National Passport Information Center.

NOTE:

- THERE IS NO CHARGE FOR AN APPOINTMENT AT A PASSPORT AGENCY. CUSTOMERS SHOULD NOT PAY ANYONE OR ANY BUSINESS MAKING SUCH A CHARGE.
- Passport Agencies assist customers with urgent travel needs (generally if you are traveling within 2 weeks) and require proof of departure.
- Most Passport Agencies are open by appointment only and require proof of your travel date or

need for foreign visas. See <u>List of Regional Passport Agencies</u> .

# Exhibit C



Travel Warnings | Travel Public Announcements | Travel Information by Country

Search [        ] [GO]

Most Requested [                    ▾]

- **International Travel Home**
- **Passports Home**
- **Visas Home**
- **Children & Family Home**
- **Laws, Regulation & Public Policy**
- **About The Bureau of Consular Affairs**
- **News and Updates**
- **Congressional Liaison**

Home > Passports Home > Get or Renew Passport

🖶 Printer friendly version  ✉ Email

**Refund of Expedite Passport Fees**

- Applicants who pay for expedited service receive priority attention. We process those applications more quickly than those receiving routine service. In addition, we frequently use overnight delivery services to return expedited passports more quickly.
- We deeply regret inconvenience caused to any travelers whose passport was not available in time for their planned travel.
- Travelers who:

A) Paid the $60 fee for expedited service and

B) Have reason to believe that they did not receive expedited service

should contact the Department of State to request that the Department consider a refund of the expedite fee.

Customers should submit a written request with their passport number, if available, name, date and place of birth, and approximate date(s) they applied for their passport and received their passport (if applicable). Mailing address and phone number should also be included.

Customer may send their request for refund to:

Service Refund:
Department of State
2999 Passport PL
Washington, DC 20522-2999

Or may e-mail the request to:  refundsatpassportservices@state.gov

- The Department considers requests for refunds on a case-by-case basis and cannot refund passport application and execution fees or compensate applicants for missed travel.

---

🖶 Printer friendly version  ✉Email



About Us | Feedback | Contact Us | Email this Page | Print | Search | Top
This site is managed by the Bureau of Consular Affairs, U.S. Department of State. I links to other Internet sites should not be construed as an endorsement of the views therein.
Copyright Information | Disclaimers | Other U.S. Government Information