# Exhibit D

Passport Services
Instruction

NOTE: THIS IS THE FINAL INSTRUCTION. IT SUPERSEDES ALL PRIOR DRAFTS
WHICH WERE CIRCULATED FOR AGENCY COMMENTS AND SHOULD BE
DESTROYED.

DATE:   October 1, 1994                                                2075
                                                                      CA/PPT
TO:     All Passport Services Staff Members

FROM:   Deputy Assistant Secretary for Passport Services

SUBJ:   Passport Expedite Fee

1.      **PURPOSE.** This instruction outlines procedures and guidelines for providing expedited
service to passport applicants and for collection of the $30 Expedite Fee (EF) under Public Law
103-317. It also provides a Quick Reference Guide to help determine if the Expedite Fee should
be charged (See Attachment A).

2.      **BACKGROUND.** Passport Services provides expedited passport processing when
requested by applicants with urgent departures. Because Passport Services cannot undertake to
process large numbers of routine applications as urgents, expedited service is available only to
those who demonstrate the need to travel on an urgent basis, can document imminent departure,
and are willing to pay the $30 Expedite Fee.

3.      **RESPONSIBILITY.** Passport Specialists, Contact Representatives, supervisory
personnel, and passport acceptance agents may approve expedited service and collect the
Expedite Fee. The use of good judgment and discretion is key to the success of this program.
Our chief concern must be to accommodate our customers, within resource constraints, and to
avoid confrontations with applicants.

4.      **POLICY**

        A. Passport Services is committed to providing the best possible service, including
expedited passport processing, to its customers in the most uniform possible manner. Under
Public Law 103-317, effective October 1, 1994, a fee will be charged for such service. The fees
collected will be used to fund the cost of providing expedited passport processing and to enhance
the quality and efficiency of consular services.

        B. Beginning October 1, 1994, all regional passport agencies, the National Passport
Center (NPC), and all acceptance agents will begin collecting a $30 Expedite Fee for all passport
applications from qualified applicants who request processing within three business days or less of
receipt at the agency or NPC. Also included will be applications in process on which applicants
call to request expedited service. (Phone callers must also meet the criteria for expedited service.)
This fee does not include the cost of special delivery service, such as postal express, UPS, Federal
Express, etc. (The EF should be collected on applications executed on or after October 1, 1994,
and when a telephone request for expedited service is received on or after October 1, 1994, on an
application executed before that date.)

C. The EF will apply to all individual actions involving fee passports, including issuance, amendment, extension, and adding visa pages. It will be charged to each passport bearer. In other words, if a family is requesting expedited service, the EF will be collected for each family member. However, it will not apply to no-fee passports (including official and diplomatic passports), or endorsements for travel to restricted areas. Nor will it apply to reissues when there is agency error, rewrites, or refiles when there is evidence that the application was received at an acceptance facility, Mellon Bank, a passport agency, or NPC.

D. VIPs, passport employees and their friends and relatives, and applicants whose cases are referred by Congressional offices who are requesting expedited service must meet the criteria and pay the Expedite Fee.

E. Payment of the Expedite Fee guarantees that passport will be processed within three business days or less (if promised) of receipt at a passport agency or NPC It applies to both counter and mail-in applications. Collection of the EF does not constitute an agreement by Passport Services that the applicants will receive their passports within three business days. For example, the three-day window does not include mailing time to the customer.

F. Applicants who call to request expedited service for applications which have been pending at a passport agency or NPC less than ten business days should pay the EF. DO NOT COLLECT THE EF IF THE APPLICATION HAS BEEN PENDING FOR MORE THAN TEN BUSINESS DAYS AT AN AGENCY OR NPC AS A RESUL OF BACKLOGS. THE EF SHOULD NORMALLY BE COLLECTED IF AN APPLICATION HAS BEEN SUSPENDED AS A RESULT OF SUBMISSION OF INCORRECT DOCUMENTATION.

G. The following principles must be observed:

(1) Three-day (or less) service may not be promised without payment of the EF (except as provided in Section 4F and Sections 6E and 6I ).

(2) Three-day (or less) service may not be given without payment of the EF (except as provided in Sections 4F, 6E, and 6I).

(3) If an applicant is willing to wait until the fourth day to have his/her passport mailed or picked up, the EF should not be charged. The passport may be issued and mailed within three business days if that is convenient for the agency. However, "will calls" may not be made available until the fourth business day unless the EF has been paid.

(4) If an agency receives an application by mail which needs expedited service but the EF has not been paid, the Agency may call the applicant to request the fee. On rare occasions, (e.g. when an urgent departure date is indicated and the applicant cannot be reached), Letter II in Attachment B may be used to bill the applicant for the expedited service provided. If this procedure is followed and the applicant refuses to pay or does not pay the EF, the case should be closed without following the procedure for creating a lookout described in Section 6C(4).

5.    **DEFINITION**

A. For the purposes of this Instruction, "expedited service" or "expedite" refers to the payment of the Expedite Fee, and the guarantee to process approved passport/amendment applications for mail-out or pick-up within three business days or less (if promised) from the date of receipt at a passport agency or the National Passport Center In other words, the three-day

clock begins upon receipt at a passport agency or PPT/NPC, not at Mellon Bank or any other location, such as an acceptance facility.

The issued passport must be ready for pick-up or mailed within three business days (24 business hours) following receipt. Because many agencies do not mail out passports after a certain time of day, some expedited passports may have to be processed in less than the 24 business hour period. For example, if an application is clocked in to the agency on Monday at 10:00 A.M., the 24 business hour period theoretically ends at 10:00 A.M. Thursday. However, since most passport agencies do not have a morning mail-out time, the passport would have to be mailed at the regular time on Wednesday afternoon to comply with the Expedite Fee guidelines.

    B.  For applications already pending at an agency the three-day clock begins upon receipt of a telephone call from the applicant requesting expeditious service if the employee taking the call can confirm that the application is in the agency, has been approved for issue, and can be located. If this cannot be determined, the clock begins when the application is found and approved for issue. (Also see Sections 6C.) However, the applicant should be called if we are not able to locate the application within four working hours of the request.

6.   **PROCEDURES.**

    A.  The EF fee should only be collected if an applicant meets the established criteria for granting expedited service and it is possible to process the passport/amendment application within three business days or less DO NOT COLLECT THE EF IF IT WILL NOT BE POSSIBLE TO PROCESS THE PASSPORT/AMENDMENT APPLICATION WITHIN THREE DAYS OR LESS, EXCEPT IN CASES OF SUSPECTED FRAUD. In other words, if insufficient evidence of citizenship/identify is presented and additional evidence may therefore be required, expedited service should not be granted.

    B.  Counter Cases.

        (1)  Except in cases of suspected fraud (See Section 6B(2) below), the EF should only be collected when an application has been approved for issuance, and the passport will be processed for will call pick-up or mail-out within three business days or less (if promised).

        (2)  IF FRAUD IS SUSPECTED, COLLECT THE EF AND REFER THE CASE TO THE AGENCY FPC.

        (3)  Do not collect the EF if the will call pick-up is being scheduled for more than three business days from the date of receipt of the application.

    C.  Telephone Request Cases.

        (1)  For applicants who call in to change mail delivery to will call or who indicate their departure date has been moved up, expedited service should only be approved when agency personnel have determined that the application can be processed within three business days. Supervisors, Contact Representatives, and Passport Specialists may make this determination. Established criteria for granting such service should be applied with the exception of proof of departure, since it may not be possible to obtain such documentation before the applicant's new travel date. If the staff member granting the service is not certain that the applicant is conveying accurate information, he or she has the authority to request a FAX of supporting documentation, although this should be done infrequently.

DOS 000046

(2)  IF IT HAS NOT ALREADY BEEN PAID AT THE TIME OF APPLICATION, THE EF SHOULD NOT BE REQUESTED FOR CASES PENDING IN SUSPENSE, ON HOLD, OR WITH THE AGENCY FPC UNLESS IT IS DETERMINED THAT IT WILL BE POSSIBLE TO PROCESS THESE CASES WITHIN THREE BUSINESS DAYS.

(3)  A verbal commitment by the applicant by phone to submit the EF is generally sufficient to expedite a case.  However, in cases where an acceptance agent calls and the agency agrees to expedite the application, the Expedite Fee in the form of a check or money order should be given to the acceptance agent for forwarding to the Agency.  Similarly, if a telephone request is for will call service, the applicant should be instructed to pay the Expedite Fee by check or money order at the time the passport is picked up.  (The appropriate notation should be made on the will call envelope.)  If the applicant refuses to pay the EF at the time the passport is picked up, the passport should be mailed.

Except when the EF is being sent by an Acceptance Agent or will be paid at will call, a standard written notice (See Attachment B, Letter I) should be included with the issued passport and the application tagged for return to cashier after issuance until the $30 payment is received.  IN THESE CASES, ISSUANCE SHOULD NOT BE DELAYED UNTIL THE EXPEDITE FEE IS RECEIVED.

(4)  Agencies and NPC should make one follow-up effort in the form of Letter III, Attachment C, to collect the Expedite Fee from applicants who have not submitted the fee within 30 days.  If payment has not been received within 30 days from the date of the second collection letter, passport agencies and NPC should send applications under a cover memo (Subject: Delinquent Expedite Fee Applications) to PPT/TD/PAS, which will submit lookouts for entry into the CLASS system and then forward the issued applications to PPT/TD/R for filing.  Expedite Fee payments received by passport agencies for applications already forwarded to PPT/TD/PAS should be documented by the cash register on a DSP-19.  Send the completed DSP-19 to PPT/TD/PAS, which will remove the lookout and forward the amendment to PPT/TD/R for filing.

D.  Workload Transfers. If an applicant calls an agency to request that an application be expedited and it is pending at NPC either because it is a DSP-82 or because of a workload transfer, FAX the NPC Communication Chief on the day the call is received.  If the application is pending at some other agency because of a workload transfer, call or FAX the individual designated to handle emergency requests of this nature.  (Contact the ARD if you are not sure who is responsible.)  Please include the following information in your FAX or call:
(1)  Name of applicant.
(2)  DOB of applicant.
(3)  Date and place application was submitted.
(4)  Date of Departure.
(5)  Daytime telephone number(s).

E.  Waiving the Expedite Fee.

(1)  The EF should only be waived in the most unusual of circumstances; essentially, when a passport application is pending and processing has been delayed due to Passport Services error or backlog (See Section 4F).

(2)  Passport Specialists, Acceptance Agent Coordinators, Fraud Program Coordinators, and supervisory personnel are permitted to waive the EF should it become

necessary. A notation on the bottom of the application should be made indicating the reason for the waiver and legibly initialed. These applications should be reviewed and legibly initialed after issue by the ARD or RD.

F. Name Clearance Procedures for Expedited Applications Until Green Instruction 1722.2F, 5b(2) is modified, passport agencies should use the procedures outlined below to alert PPT/TD/PT employees that a CLASS "hold" requires special attention due to an early departure:

The CLASS computer searches applicants' names against the lookouts in its database at the same speed and in the order of submission regardless of the priority assigned to the batch or application. The precedence of the messages only alerts PPT/TD/PT personnel that non-routine "holds" require speedier handling.

(1) URGENT: Passport agencies shall use this precedence on all Expedite Fee applications and other applications that require processing within three working days. PPT/TD/PT employees will respond to these holds first, but no later than two working hours from receipt.

(2) PRIORITY: Passport agencies shall use this precedence only on applications that require processing within four to ten working days. PPT/TD/PT employees will respond to these holds after URGENT and before ROUTINE, but no later than three working hours from receipt.

(3) ROUTINE: Passport agencies shall use this precedence on all applications that do not require processing within ten working days. PPT/TD/PT employees will respond to these holds as soon as possible, but no later than six working hours from receipt.

G. Incoming EF applications must be stamped upon receipt to show the date and time received through the mail (or by courier, such as FED EX, UPS, etc.), and stamped out to indicate the date and time the completed passport is either sent out or made available for will call pickup. Although counter applications must be date stamped, the Passport Specialist will write in the actual time submitted. When an expedite request is received and approved by telephone on a case pending in the agency, the employee approving the request should note the date and time on the application.

H. EF applications should be processed in clearly marked boxes. The date and time by which the passports must be completed and released must be shown on the box tag.

I. Passport Services retains the option of processing passports in less than three business days without collecting the EF if that is the routine issue time. However, if the routine issue time is more than three working days and the applicant has not paid the EF, the passport should not be made available to the applicant until the fourth business day (See Section 4A(3)).

7.    ELIGIBILITY.

A. Qualifying for expedited service depends on the applicant's departure date and ability to prove that a passport must be processed within three days or less The criteria for expedited service have intentionally been crafted to limit this service to applicants with a genuine need.

B. Imminent departure, visa requirements, and the distance an applicant has traveled to a passport agency are factors that should be considered when granting expedited service, using the following guidelines:

DOS 000048

- Generally, to qualify for expedited service an applicant's departure date should be within ten business days of receipt of the passport/amendment application at the passport agency.

- Applicants leaving within three weeks who need a visa will qualify for expeditious service. When visa processing can take three weeks or more (e.g. Syria, Russia, China, etc.), expedited service should be granted more liberally and the EF collected.

- When situations arise which seem to qualify for expedited service but do not fall within the precise guidelines, employees should use their best judgment. Applicants traveling a long distance, i.e. two hours or more, to obtain passport services qualify for expedited service even if imminent departure is not properly documented. Such things as the need for a passport number to apply for a Eurail pass or international driver's license, presentation of a letter from a Congressional office, payment of overnight mail fees, and other similar factors should be taken into consideration in weighing an individual's need for expedited service.

C. The following will be the most commonly received documents that are acceptable as proof of departure to qualify for expedited service:

(1) Photocopy or facsimile of an airline ticket. (UNDER NO CIRCUMSTANCES SHOULD A PASSPORT AGENCY OR PPT/NPC REQUEST THAT THE ORIGINAL PLANE TICKETS BE MAILED IN TO QUALIFY FOR EXPEDITED SERVICE.)
(2) Itinerary from either a travel agent or airline.
(3) Letter from an employer on company letterhead.
(4) Congressional transmittal letter verifying urgent need.

** NOTE: PASSPORT SERVICES PERSONNEL SHOULD USE DISCRETION AND JUDGMENT IN REQUIRING AND REQUESTING PROOF OF DEPARTURE. EXCEPTIONS MAY BE MADE DEPENDING ON THE CIRCUMSTANCES AND THE PASSPORT SPECIALIST OR SUPERVISOR'S REVIEW OF A CASE. If the employee is certain that the passport can be issued and received in time without the need for expedited service, they should explain this fact to the applicant.

8.    ACCOUNTING INSTRUCTIONS. Expedite Fees collected by a passport agency shall be handled according to the instructions found in RM-3, CA/EX/RES "Procedures on Collection, Safeguarding, and Deposit of Fees." However, the following will assist the passport agencies in collecting, documenting, and handling Expedite Fees.

A. Notations on Applications and Checks

(1) The adjudicator accepting the counter application shall note the Expedite Fee received on each application in the area designated for recording fees. If payment of the Expedite Fee is by check, mark "EF" on the top right-hand corner on the face of the check. If payment of the Expedite Fee is in cash, record the fee payment on a form DS-233 as described in subsection 8B below.

(2) The assembler at Mail Open shall note the Expedite Fee on each application in the area designated for recording fees. If payment of the Expedite Fee is by check, mark "EF" on the top right hand corner on the face of the check.

A SEPARATE CHECK IS NOT REQUIRED FOR PAYMENT OF THE EXPEDITE FEE.

B. Issuance of Receipts. Passport Specialists at the counter shall complete Form DS-233 for every counter applicant who pays the Expedite Fee in cash or traveler's check. Enter the payment amount opposite the Expedite Fee on Form DS-233. Customers who pay multiple fees with cash or traveler's checks shall receive one receipt that lists the payment amounts opposite the appropriate categories.

C. Accountability for Expedite Fee. The Collection Clerk of each agency must ensure that the amounts of money collected for the Expedite Fees are printed on the applications or other passport forms by the cash register. When cashiering Expedite Fees, cashiers shall record whether the application was received through the mail or at the counter by selecting the proper cash register key.

D. Expedite Fee Preparation and Deposit. The Deposit Clerk shall prepare a PPT 23 once the information from all individual PPT 21s has been consolidated in the primary cash register. Each PPT 23 must be reviewed so that the deposit will be credited to the proper account. Besides the fees listed in RM-3, the Deposit Clerk shall review and credit the Expedite Fees to account X0113.7 on the deposit ticket. (See Attachment D.)

E. Uncollectible Checks and Expedite Fees.

(l) Auditing. Unlike procedures for handling uncollectible checks for application, execution, or extra-postage fees, the Expedite Fee portion in an uncollectible check must be audited separately from other fees included in the uncollectible check.

(2) Procedures to Collect Expedite Fee. To the right of the "check amount" on Form DS-1833, list "EF" and the amount of the uncollectible check that was payment for Expedite Fee(s). If there is no Expedite Fee payment, leave this space blank: do not write "0." (See Attachment F)

(3) Recovery of the Expedite Fee. On recovery of the Expedite Fee, record the Expedite Fee on Form DS-1833 in the cash register as "Expedite Fee, returned check payment." Record all other passport fees and the returned check fee as miscellaneous fees. DO NOT RECORD THE EXPEDITE FEE AS A MISCELLANEOUS FEE.

9.    **REFUNDS OF THE EXPEDITE FEE.** Refunds of Expedite Fees collected by a passport agency shall be handled according to the guidelines found in RM-3, CA/EX/RES "Procedures on Collection, Safeguarding, and Deposit of Fees." However, the following will assist the passport agencies in handling requests for Expedite Fee Refunds:

A. If the EF has been collected and we are unable to process a passport within the required three day period FOR ANY REASON, a refund should be issued. If the applicant believes a refund is due, a letter should be written stating the particulars or, if the applicant is in the agency, the form at Attachment E may be used.

B. Suspense, Reissues, and Refiles.

(1) Suspense Cases. If a case is suspended for any reason and the passport cannot be issued within three business days of receipt at a passport agency or NPC, the Expedite Fee should be refunded. This does not include DSP-82 applications from applicants who are ineligible for the DSP-82 and must execute a DSP-11 if they want expedited service when they reapply.

(2) Reissues. When a passport must be reissued because of non-receipt, the Expedite Fee should be refunded only in cases where there is agency or acceptance agent error, e.g. the agency did not issue within three business days, mailed the passport to the wrong address, released it to the wrong courier, etc.

(3) Refiles If the applicant must refile and there is evidence that the application was received at an acceptance facility, a passport agency, Mellon Bank, or NPC, the Expedite Fee should not be charged or should be refunded, as appropriate.

C. Failure to Meet Commitments of Less than Three Business Days. There are instances in which applicants need their passport in less than three days. Due care should be exercised in making a commitment for such service, since once we promise to have a passport ready for pick-up or mail-out at a certain date/time, this is the date/time against which our Expedite Fee service will be measured. If there is a minor delay that does not seriously inconvenience the applicant or affect the applicant's ability to meet the departure date, the Expedite Fee should not be refunded. However, if the delay beyond the agreed upon date/time causes the applicant to miss a scheduled departure or be seriously inconvenienced, the EF should be refunded upon request.

D. For EF refunds, submit the original application to PPT/TD/PAS within ten working days after the application has been issued, denied, or abandoned. After processing the refund request, PPT/TD/PAS will forward issued applications to PPT/TD/R for PFM processing and abandoned applications to PPT/TD/R for filing.

E. The adjudicator shall complete form DS-1485, "Refund of Fees" (Attachment G), writing "EF" to indicate the type of fee, the Expedite Fee amount, and the reason code for the refund, using the codes listed below to reflect the reason for the refund:

a. Failure to document need for expedited service.
b. Insufficient documentation of passport eligibility (e.g. fraud).
c. Unresolved TWX "hold".
d. Computer or other equipment down time/failure.
e. Abandoned applications.
f. Agency failure to process within three business days or a shorter time if promised.

F. All agencies and PPT/NPC must ensure that refund applications are quickly forwarded to PPT/TD/PAS for processing. Once received, a refund check will be issued by the Department of the Treasury, normally within ten business days.

10.   STATISTICS

A. To monitor the success of the Expedite Fee program, agencies and PPT/NPC are responsible for compiling statistics associated with the collection of the expedite fee.

B. The following statistics should be maintained and reported daily using the form at Attachment H:

(1) Number of Expedite Fee requests cashiered, including number by source of application (counter, direct mail, Mellon).

(2) Number of Expedite Fee refunds processed.

C. Agencies should develop estimates of staff hours devoted to Expedite Fee work by category of employee (i.e., Clerical and Officer) and any other costs associated with the program (See Section 11D).

D. <u>Capturing Statistics</u>. The daily cash register report, PPT-23, will provide the basis for the number and sources of Expedite Fee requests. Based on the Expedite Fee refund requests submitted to Accounting and Statistics, PPT/TD/PAS will compile statistics on the number of and the reasons for Expedite Fee refunds. Agencies must ensure that the reason code is listed on the DS-1485, Refund of Fees. PPT/PD/PAS will compile statistics on the number of applications expedited by subtracting the number of Expedite Fee refunds from the number of Expedite Fee requests.

## 11.    AGENCY EF COORDINATORS: DUTIES AND RESPONSIBILITIES.

A. Expedite Fee Coordinators have been appointed by the Regional Director in each passport agency for an initial period of six months (to March 31, 1995). A decision will be made prior to that date as to whether there is a need to continue the designations. The designated Expedite Fee Coordinator (EFC) will serve as the central contact point in the agency for all matters pertaining to the Expedite Fee, and as the liaison with CA/PPT Headquarters on relevant issues. The EFC will bear a large part of the responsibility for the success of this program, particularly at its inception, and for insuring that the appropriate guidelines are followed.

B. The EFC's duties include distributing appropriate information, guidelines, and instructions to all agency staff members and answering or getting answers to their questions, monitoring the implementation of EF procedures, and gauging public reaction. The EFC should be alert to current or potential problems. Questions and problems that cannot be resolved at the agency level should be referred to the Expedite Fee Coordinator at CA/PPT Headquarters, the Chief of the Passport Field Coordination Staff, or the Associate Director of Passport Services.

C. The EFC must ensure through random checks that the Expedite Fee is being properly collected by agency staff and Acceptance Agents, that the date and time of receipt and completion are recorded on the applications, that the necessary logs are maintained, and that the required statistics are compiled and reported. The EFC may need to establish appropriate systems of record-keeping, such as sign-out logs for will call passports, if they do not already exist.

D. The EFC will also assess the cost of this program to the agency in terms of resources, such as staff hours spent in collecting and recording the fees, compiling statistics, recovering EF's from telephone requests, etc. (See Section 10C).

## 12.    AAC RESPONSIBILITIES REGARDING THE EF PROGRAM AACs are
responsible for distributing EF guidelines and public information materials to the Acceptance Agents and Congressional offices and answering questions from those offices. They should monitor incoming urgent applications and provide immediate feedback to Acceptance Agents who appear to be ignoring the Expedite Fee guidelines or failing to collect the EF when it is appropriate.

13.    **PUBLICIZING THE EXPEDITE FEE.** CA/P has distributed the Press Release at Attachment I to all major news outlets and national travel organizations. Regional Directors should distribute the Press Release and information regarding the Expedite Fee to the following groups and organizations:

    A.  Local newspapers (including Hispanic and other ethnic papers).
    B.  Large businesses with whom the agencies have contact.
    C.  Local Congressional offices.
    D.  Travel agencies.

14.    **EFFECTIVE DATE.** October 1, 1994.


Attachments:
    A.  Quick Reference Guide
    B.  Expedite Fee Request Letters (2)
    C.  Follow-up EF Request Letter
    D.  Deposit Ticket (SF 215)
    E.  Request for EF Refund Form
    F.  Debit Voucher (DS-1833)
    G.  Refund of Fees (DS-1485)
    H.  Daily Expedite Fee Report
    I.  Press Release

DOS 000053

**ATTACHMENT A**

### QUICK REFERENCE GUIDE

THE EXPEDITE FEE IS CHARGED ON OR AFTER OCTOBER 1, 1994:

- When expedited passport service (issuance, amendments additional visa pages, and extensions) is requested (See Sections 4B and 4C).
- When it is required that the passport be available for will call or mail-out within three business days of receipt at a passport agency or NPC (See Section 5A).
- If an application received by mail needs expedited service, but an EF has not yet been paid (See Section 4A(4))
- When an applicant requests expedited service by phone for an application already pending at an agency (See Sections 4F, 5B, and 6C).
- To each member of a family (See Section 4C).
- For some reissue and refile cases (See Section 4C)
- To VIPs, passport employees and their friends and relatives, and Congressional referrals (See Section 4D).
- When expedited service is requested in the case of a suspected fraud (See Section 6B(2)).

THE EF IS NOT CHARGED

- When an applicant is applying for a no-fee passport (See Section 4C).
- If an applicant is willing to wait until the fourth business day to have his/her passport mailed or picked up (See Section 4G(3)).
- For some reissues, most refiles, and for rewrites and restricted travel endorsements (See Sections 4C and 9B).
- If expedited service is requested by phone and an issuable application has been pending in the agency over ten business days (See Section 6A).
- If the Expedite Fee is waived (See Section 6E)
- When telephone request cases are in suspense, on "hold," or with the FPC (See Section 6C(2))

**ATTACHMENT B**

EXPEDITE FEE REQUEST LETTER I

Mr./Ms.
12 Main Street
Anytown, OH 33333

Dear Mr./Ms.  :

Under legislation effective October 1, 1994, Passport Services has begun providing urgent passport service for a fee of $30.

As you were informed by telephone, that $30 fee is required for the service provided in your case, along with any charge for overnight delivery that you have requested.  The total amount you owe is $_____.  If you have not already done so, please send your check or money order made payable to "U.S. Department of State" to the above address immediately, along with a copy of this letter.

Failure to submit payment may result in difficulty in obtaining further passport services.  Thank you for your prompt attention to this matter.  Your cooperation is greatly appreciated.

DOS 000055

ATTACHMENT B

## EXPEDITE FEE REQUEST LETTER II

Dear Mr./Ms.
12 Main Street
Anytown, OH 33333

Dear Mr./Ms.  :

Under legislation effective October 1, 1994, Passport Services has begun providing urgent passport service for a fee of $30.

Although the $30. fee did not accompany your application, the departure information you gave indicated that urgent service is required.  Your passport has been processed accordingly and is enclosed with this letter.  The $30 fee for this service is required, along with any charge for overnight delivery that was needed to rush your passport to you to meet your stated departure date.  The amount you owe is $__.  Please submit your check or money order made out to "U.S. Department of State" to the above address immediately, along with a copy of this letter.

Thank you for your prompt attention to this matter.  Your cooperation is greatly appreciated.

**ATTACHMENT C**

**EXPEDITE FEE REQUEST LETTER III (SECOND REQUEST)**

Dear Mr./Ms.
12 Main Street
Anytown, OH 33333

Dear Mr./Ms.:

We refer to our letter of _____ requesting payment of the fee for the expedited passport services you received. Your passport was completed within three business days to satisfy your travel requirements. To date, your payment of $_____ has not been received.

Passport fees are established by law and must be collected at the time the passport service is provided. To close the file for the passport(s) you were issued, please submit a check or money order made payable to the "U.S. Department of State" to this agency if you have not already done so. Please enclose this letter with your remittance.

This is the final notice that we will send you in this matter. If we do not receive your payment of $_____ within the next 30 days, your passport file will be processed for non-payment of service.

Thank you for your prompt attention to this matter. Your cooperation is greatly appreciated.

DOS 000057

·5·

DEPOSIT TICKET (SF 215)

| STANDARD FORM 215 (REV 1-90)<br>PRESCRIBED BY DEPT. OF TREASURY<br>I TFM 6-2000          (TS-103) | DEPOSIT TICKET | DEPARTMENT OF THE TREASURY<br>FINANCIAL MANAGEMENT SERVICE<br>NSN 7540-01-419-6462 |
|---|---|---|
| DEPOSIT NUMBER | DATE PRESENTED OR<br>MAILED TO BANK<br>M M D D Y Y | 6-DIGIT OR 4-DIGIT<br>AGENCY LOCATION<br>CODE (ALC) | AMOUNT |
| (1) 3 95,500 | 8-8-99 | 19-00-0001-7 | 24,139.35 |

| (6) AGENCY USE | C3305407 | 190830 | 22,390.05 |
|---|---|---|---|
| | 8-5-99 | 19F3675-9926 | 1,010.00 |
| | | 19901113-CP | 169.30 |
| | | 19X0113.7 | 570.00 |

| GRETCHEN SCHUSTER, REG. DIR.<br>DEPT. OF STATE<br>CHICAGO PASSPORT AGENCY, RM 380<br>230 S. DEARBORN<br>CHICAGO, IL 60604 | (7) NAME AND ADDRESS OF DEPOSITARY<br>FEDERAL RESERVE BANK<br>CHICAGO, IL 60610<br>Federal Reserve Bank of Chicago<br>Cash Department  Receiving Date<br><br>P. ROESKE      AUG 9 1994 |
|---|---|
| (8) DEPOSITORS TITLE, DEPARTMENT OR AGENCY AND ADDRESS | AUTHORIZED SIGNATURE          CONFIRMED DATE |

DEPOSITARY DATE, SIGN, AND RETURN
THIS COPY TO DEPOSITOR      CONFIRMED COPY

DOS 000058

```
          -6-                    ATTACHMENT E
                                 2075
                                 10/01/90
```

REQUEST FOR REFUND OF THE $10 PASSPORT EXPEDITE FEE

                                              DATE:_____

TO: _____ Passport Agency
     U.S Department of State

FROM: _____

          (Name and Address of Passport Applicant)

I request a refund of the Passport Expedite Fee I paid on
_____ when I applied for my passport because:

My date and place of birth are_____

My passport number and date of issue are_____

A thorough review of your request will be conducted and you
will receive either a refund as requested or an explanation
why your request can not be granted.  Refunds normally require
approximately 30 days.

DOS 000059

DEPARTMENT OF STATE
BUREAU OF CONSULAR AFFAIRS          ATTACHMENT F
PASSPORT SERVICES                   2675
                                    10/01/93

## DEBIT VOUCHER & RETURNED CHECK REPORT

AGENCY: PPT/ ___SF___                    DATE ___May 11, 1994___

TO:  CA/EX/RES/AT

DEBIT VOUCHER NUMBER: ___62552___

NAME OF APPLICANT: ___Rhonda Lynn Rodriguez___

ADDRESS: _____
         ___440B Monaco Pl,___
         ___Fort Collins, CO  80525___

PPT NUMBER: ___073556733___          DOB: ___December 25, 1955___

DATE ISSUED: ___April 29, 1994___    POB: ___California___

                    ($65.00 check, #1008)
AMOUNT: ___$120.00___   ($65.00 + $25.00 returned check fee + $30.00 expedite fee)

REASON CHECK RETURNED: ___NSF___

DEPOSIT TICKET NUMBER: ___478443___

AGENCY ACTION:

    DATE CONTACTED APPLICANT BY TELEPHONE: _____

    DATE DSL-722A SENT: ___May 11, 1994___

    DATE DSL-1009A SENT: ___June 10, 1994  Final Notice: July 12, 1994___

    DATE DSL-847A SENT: _____

    FEE RECOVERED:   [  ] YES    [xx] NO

    UNCOLLECTABLE CHECK:  [xx] ATTACHED   [  ] RETURNED

    Sent as Uncollectable on August 12, 1994

                    ┌─────────────────────────────
                    │ RECORD FEE BELOW
                    │
DS-1833             │
10/85               │
          ORIGINAL  │

-N-

ATTACHMENT G
2075
10/01/94

REFUND OF FEES (DS-1485)

| FORM DS-1485 |  | DEPARTMENT OF STATE |
|---|---|---|

DEPARTMENT OF STATE
PASSPORT SERVICES
WASHINGTON, D.C.

**REFUND OF FEES**

## DO NOT FILE

After action is taken send case to    CA/PPT/TD/P/AS

| REFUND: |  | DATE |
|---|---|---|
| Passport Fee |  |  |
| Miscellaneous Fee |  |  |
| Postage |  |  |
| EF (b) | 30.00 |  |

REFUND TO:

☐ Permanent address    ☒ Mailing address    ☐ Following address

_____

_____

| a | - | Failure to document need to expedite processing |
|---|---|---|
| b | - | Insufficient documentation of passport eligibility |
| c | - | Unresolved TWX hold |
| d | - | Computer downtime |
| e | - | Agency failure to process within three days |

DOS 000061

FROM 05/SEP/TO                    TO 05/SEP/94                    SEP 27, 1994    12:42PM

- 9 -

ATTACHMENT 9
2015
1070.1-3

# PASSPORT SERVICES
# DAILY EXPEDITE FEE REPORT

PLEASE SUBMIT THE FOLLOWING TO PPT/FC BY 12 NOON FOR PRIOR
WORKDAY'S RECEIPTS:

NUMBER OF EXPEDITE CASES FOR_____
                                    (AGENCY)              (DATE)

**1 CASH REGISTER:**        _____    (Total EF taken from PPT-23)

**2 LOCKBOX:**              _____    (Total EF from Lockbox Report)

**3 PHONE REQUESTS:**       _____    (Count of EF phone requests)

**TOTAL:**                  _____    (Total of rows 1, 2, 3)

NUMBER OF EF REFUNDS APPROVED:_____

EFG.1.3                                                          9-27

DOS 000062

- 10 -

U.S. DEPARTMENT OF STATE
Office of the Spokesman

For Immediate Release                    August 31, 1994

## NEW FEE FOR EXPEDITED PASSPORT ISSUANCE

Applicants for U.S. passports who need expedited service will soon be charged an additional $30. The new fee, which begins October 1, was mandated by Congress to recover the costs of special handling on these rushed applications.

Expedited service will be available from U.S. passport agencies for applicants who must travel within 10 days. Travelers who need their passport urgently in order to apply for foreign visas which often take two or three weeks to obtain may also get their passport expedited. Applicants requiring expedited service must be able to document the imminent travel with tickets or confirmed reservations, and will be charged the new $30 fee in addition to the normal passport fees.

Routine passport issuance normally takes an average of two weeks, although processing could take longer during the busy season from February through July.

Travelers in need of expedited service can apply directly at one of the Department of State's 13 regional passport agencies. They can also use one of the 4,000 designated post offices and clerks of court that accept and forward applications to U.S. passport agencies. Expedited applications will be processed within three days of their receipt at a regional passport agency. Individuals submitting applications through post office or clerk of court facilities can speed the application's trip to and from the passport agency by providing prepaid overnight mail delivery.

Applicants renewing passports by mail can also benefit from expedited service by including proof of departure and the $30 expedite fee. These applications will be processed within three days of their receipt at the National Passport Center, Portsmouth, N.H.

This fee change is only for applicants requiring expedited service. Passport agencies will continue to process most in time for intended trips for applicants who do not have imminent departure plans.