UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CHATTLER, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA and THE UNITED STATES DEPARTMENT OF STATE,<br><br>Defendants. | No. 3:07-cv-04040-MMC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXCLUDE IMPROPER FACTUAL ASSERTIONS FROM THE MOTION FOR JUDGMENT ON THE PLEADINGS; ALTERNATE MOTION TO CONVERT TO SUMMARY JUDGMENT AND ALLOW DISCOVERY; SUSTAINING OBJECTIONS TO THE WALTER DECLARATION |

1      This matter comes before the Court on Plaintiff's Motion to Exclude Improper Factual Assertions from the motion for Judgment on the Pleadings; Alternate Motion to Convert to Summary Judgment and Allow Discovery; Objections to the Walter Declaration.

       Upon consideration of the foregoing motion, the papers submitted in support and opposition thereto, and good cause appearing, IT IS HEREBY ORDERED that:

       1.     Plaintiff's Motion to Exclude Improper Factual Assertions from the Motion for Judgment on the Pleadings is GRANTED. A motion for judgment on the pleadings serves to test the legal sufficiency of the complaint. Judgment on the pleadings is appropriate only when the moving party clearly establishes ***on the face of the pleadings*** that there are no material issues of fact and that it is entitled to judgment as a matter of law. *Hal Roach Studios, Inc. v. Richard Feiner & Co, Inc.*, 896 F.2d 1542, 1550 (9th Cir. 1990). The documents introduced by Defendants in an attempt to insert factual issues into their arguments go beyond the pleadings and cannot be properly considered on a motion for judgment on the pleadings. Therefore, the Court excludes Exhibits D and E to the Declaration of Marguerite Walter ("Walter Declaration"), all affirmative averments in Defendants' Answer, and all references thereto in Defendants' motion for judgment on the pleadings.

       2.     In the alternative, Plaintiff's Motion to Convert to Summary Judgment and Allow Discovery is GRANTED. Under the provisions of Rule 12(d), if on a motion under Rule 12(c), "matters outside the pleadings are presented to and not excluded by the court, the motion must be treated as one for summary judgment under Rule 56. All parties must be given a reasonable opportunity to present all the material that is pertinent to the motion." Fed. R. Civ. P. 12(d). "[J]udgment on the pleadings is improper when the district court goes beyond the pleadings to resolve an issue; such a proceeding must properly be treated as a motion for summary judgment." *Hal Roach Studios, Inc.*, 896 F.2d at 1550. Because Defendants have raised factual assertions beyond the pleadings, Plaintiff is entitled to discovery to test these assertions and present evidence in support of their opposition. The Court therefore converts Defendants' motion for judgment on the pleadings to a motion for summary judgment and allows Plaintiff the discovery outlined in their motion and the accompanying declaration.

3.  Plaintiff's objections to the Walter Declaration are SUSTAINED. A court may only consider materials in support of a motion for judgment on the pleadings that are: (1) specifically referred to in the complaint, (2) central to the plaintiff's claim, and (3) of uncontested authenticity. *See Californians for Disability Rights, Inc. v. California Dep't of Transp.,* __ F. Supp. 2d __, 2008 WL 697065, at *2 (N.D. Cal., Mar. 13, 2008). Exhibits B, C and E to the Walter Declaration lack even minimal indicia of authenticity such as dates, descriptions and the identification of these documents. This Court cannot consider this evidence in support of the Defendants' motion for judgment on the pleadings or any reference thereto, and they are therefore excluded from the record.

DATED: _____    _____
                                  HONORABLE MAXINE M. CHESNEY
                                  UNITED STATES DISTRICT COURT JUDGE

Submitted by:

DATED: April 18, 2008

HAGENS BERMAN SOBOL SHAPIRO LLP


        /s/ Shana E. Scarlett
         SHANA E. SCARLETT

Reed R. Kathrein (139304)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
shanas@hbsslaw.com

Robert B. Carey (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 East Camelback Road, Suite 650
Phoenix, AZ 85016
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob.carey@att.net

1  Steve Berman (*Pro Hac Vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  1301 Fifth Avenue, Suite 2900
   Seattle, WA  98101
3  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
4  steve@hbsslaw.com

5  Megan E. Waples (*Pro Hac Vice*)
   THE CAREY LAW FIRM
6  2301 East Pikes Peak Avenue
   Colorado Springs, CO  80909
7  Telephone: (719) 635-0377
   Facsimile: (719) 635-2920
8  mwaples@careylaw.com

9  Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORD. GRANTING. PL.S' MOT. TO
EXCLUDE IMPROPER FACTUAL ASSERTIONS FROM       - 3 -
MJOP – No. 3:07-cv-04040-MMC

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

      /s/ Shana E. Scarlett
      SHANA E. SCARLETT

# Mailing Information for a Case 3:07-cv-04040-MMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com,carrie@hbsslaw.com

- **Robert B. Carey**
  rob.carey@att.net

- **Jacqueline E. Coleman Snead**
  Jacqueline.Snead@usdoj.gov

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com

- **Megan Waples**
  mwaples@careylaw.com,agostnell@careylaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)