REED R. KATHREIN (139304)
SHANA E. SCARLETT (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

ROBERT B. CAREY (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 East Camelback Road, Suite 650
Phoenix, AZ 85016
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob.carey@att.net

STEVE W. BERMAN (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Attorneys for Plaintiff

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CHATTLER, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA and THE UNITED STATES DEPARTMENT OF STATE,<br><br>Defendants. | No. 07-cv-04040 MMC<br><br>DECLARATION OF ROBERT B. CAREY IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>DATE:     May 23, 2008<br>TIME:     9:00 a.m.<br>DEPT:     Courtroom 7. 19th Floor<br><br>ACTION FILED: August 7, 2007 |

1       I, ROBERT B. CAREY, declare as follows:

2       1.      I am an attorney duly licensed to practice before all of the courts of the State of

3   Arizona.  I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP, one of the

4   counsel of record for Plaintiff in the above-entitled action.  I have personal knowledge of the

5   matters stated herein and, if called upon, I could and would competently testify thereto.

6       2.      Attached hereto are true and correct copies of the following:

7   Exhibit A:    *Suit Seeks Refunds For Passport Delays, Unmet Service Deadlines*, 14 No. 8
                  Andrews Class Action Litig. Rep. 3 (September 21, 2007);

8

9   Exhibit B:    Document Bates-numbered DOS 000044 to 000063, produced by
                  Defendants in the above-captioned litigation;

10  Exhibit C:    Document Bates-numbered DOS 000064 to 000110, produced by
                  Defendants in the above-captioned litigation;

11

12  Exhibit D:    Defendants' Responses to Plaintiff's First Set of Special Interrogatories,
                  dated March 21, 2008;

13  Exhibit E:    Document Bates-numbered DOS 000113, produced by Defendants in the
                  above-captioned litigation;

14

15  Exhibit F:    Document Bates-numbered DOS 000132 to 000134, produced by
                  Defendants in the above-captioned litigation;

16  Exhibit G:    Document Bates-numbered DOS 000139 to 000140, produced by
                  Defendants in the above-captioned litigation;

17

18  Exhibit H:    Document Bates-numbered DOS 000435, produced by Defendants in the
                  above-captioned litigation;

19  Exhibit I:    Document Bates-numbered DOS 000433, produced by Defendants in the
                  above-captioned litigation;

20

21  Exhibit J:    Document Bates-numbered DOS 000381, produced by Defendants in the
                  above-captioned litigation;

22  Exhibit K:    Document Bates-numbered DOS 000415 to 000416, produced by
                  Defendants in the above-captioned litigation;

23

24  Exhibit L:    Document Bates-numbered DOS 000035, produced by Defendants in the
                  above-captioned litigation;

25  Exhibit M:    Document Bates-numbered DOS 000241 to DOS 000269, produced by
                  Defendants in the above-captioned litigation;

26

27  Exhibit N:    Document Bates-numbered DOS 000494 to 000495, produced by
                  Defendants in the above-captioned litigation;

28

1

Exhibit O:     Document Bates-numbered DOS 000476 to 000477, produced by
Defendants in the above-captioned litigation;

2

3

Exhibit P:     Document Bates-numbered DOS 000340, produced by Defendants in the
above-captioned litigation;

4

Exhibit Q:     Document Bates-numbered DOS 000342, produced by Defendants in the
above-captioned litigation;

5

6

Exhibit R:     Document Bates-numbered DOS 000344, produced by Defendants in the
above-captioned litigation;

7

Exhibit S:     Document Bates-numbered DOS 000346, produced by Defendants in the
above-captioned litigation;

8

9

Exhibit T:     Document Bates-numbered DOS 000458 to 000459, produced by
Defendants in the above-captioned litigation;

10

Exhibit U:     Document Bates-numbered DOS 000345, produced by Defendants in the
above-captioned litigation; and

11

12

Exhibit V:     Document Bates-numbered DOS 000355 to 000365, produced by
Defendants in the above-captioned litigation.

13

I declare under penalty of perjury under the laws of the United States that the foregoing is

14

true and correct.  Executed this 2nd day of May, 2008, at Phoenix, Arizona.

15

16

_____
/s/ Robert B. Carey
ROBERT B. CAREY

17

18

I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this
Declaration of Robert B. Carey in Support of Opposition to Defendants' Motion for Judgment on
the Pleadings.  In compliance with General Order 45, X.B., I hereby attest that Robert B. Carey has
concurred in this filing.

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2       I hereby certify that on May 2, 2008, I electronically filed the foregoing with the Clerk of

3  the Court using the CM/ECF system which will send notification of such filing to the e-mail

4  addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify

5  that I have mailed the foregoing document or paper via the United States Postal Service to the non-

6  CM/ECF participants indicated on the attached Manual Notice List.

7

8                                       /s/ Shana E. Scarlett

9                                       SHANE E. SCARLETT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF ROBERT B. CAREY ISO OPP'N TO DEF.'S. MOT.    - 3 -
FOR J. ON THE PLEADINGS – NO. 07-cv-04040 MMC
001980-11  237314 V1

# Mailing Information for a Case 3:07-cv-04040-MMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com,carrie@hbsslaw.com

- **Robert B. Carey**
  rob.carey@att.net

- **Jacqueline E. Coleman Snead**
  Jacqueline.Snead@usdoj.gov

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com

- **Megan Waples**
  mwaples@careylaw.com,agostnell@careylaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use
your mouse to select and copy this list into your word processing program in order to create notices or labels for
these recipients.

- `(No manual recipients)`