# Exhibit C

**Passport Services**
**Instruction**

DATE: November 22, 1996

2060
PPT/TD/PS/AS

TO: Regional Directors
Director, NPC
All Agency Staff Members
Office Directors

FROM: Deputy Assistant Secretary for Passport Services, Acting

SUBJECT: Collection, Safeguarding and Deposit of Fees

1. **PURPOSE**. This instruction provides policies and procedures for the collection, safeguarding and deposit of fees related to the issuance of passports.

2. **POLICY**. Under 22 U.S. Code 214, there shall be collected and paid into the Treasury of the United States fees for the execution of the passport application and for passport issuance.

A. **Passport Fees**. Section 51.61(a) of Volume 22 of the Code of Federal Regulations (22 CFR) lists the fees for a U.S. passport. A fee of $30 is collected for passports issued to persons under 18 years of age and a fee of $55 is collected for passports issued to persons 18 years old and older. By law, no passport fee is collected for passports issued to the following:

1. Officers or employees of the United States Government proceeding abroad on official business, or to members of their immediate families proceeding abroad to reside with such officers or employees, provided such officer or employee is authorized to have dependents accompany him or her.

2. Persons departing from the United States to join the crew of a vessel of U.S. registry.

3. Immediate relatives of members of the U.S. Armed Forces buried abroad, whose journey is for the purpose of visiting graves of such service members.

4. Department of Defense invitational orders personnel and nonappropriated fund instrumentalities personnel.

5. Red Cross personnel, Peace Corps volunteers, United Seamen's Service employees, and other groups or persons (for example, Boy Scouts) when exempted by executive order or legislative authority.

See Instruction 2140, "Issuance of No-Fee Regular, Official and Diplomatic Passports," for guidelines on eligibility for such passports.

B. **Execution Fees**. The fee for the execution of a passport application by the passport agent, clerk of court, or authorized postal employee is currently $10 (see 22 CFR 51.61(b)). No execution fee is collected for an application made before a Federal official by a person exempted from payment of the passport fee (see 22 CFR 51.63(b)).

Execution fees received by military agents, clerks of U.S. District Courts, or postal employees will be sent with the applications to the passport agencies or to the assigned lockbox depository for deposit. Execution fees received by state officials will be retained by the office executing the applications.

C. **Special Postal Service**. An applicant may request special postal service other than first class mail and include the cost of the service with the passport fee.

D. **Waiver Fee**. Under 22 CFR 53.2(h), the Deputy Assistant Secretary for Passport Services may authorize a U.S. citizen to depart from or reenter the United States without a valid passport. The fee currently provided for this service is $100.

E. **Expedite Fee**. Under Public Law 103-317, a fee of $30 is charged for providing expedited service to a passport applicant, including service provided during non-regular duty hours. Expedite fees must be safeguarded and deposited as outlined in this Instruction. See Attachment H for detailed instructions on expedite fees.

**3. RESPONSIBILITIES.**

A. **Regional Directors**. Regional Directors must ensure that employees who receive or handle fees for passport services are provided a copy of this instruction and that they follow the procedures outlined in this instruction.

B. **Employees**. Pursuant to the Foreign Affairs Handbook 04-03H-0317 SAFEGUARDING OFFICIAL FUNDS OR MONEYS, Section H 317.1 Personal Accountability, each employee who receives or handles passport and associated fees is personally liable for the monies he or she handles or receives.

**4. PROCEDURES.**

A. **Agencies.**

1. Assembly and Batching of Passport Applications. See Attachment A.
2. Fee Collection and Fee Accountability. See Attachment B.
3. Counterfeit Currency. See Attachment C.
4. Preparation and Deposit of Fees. See Attachment D.
5. Uncollectable Checks. See Attachment E.
6. Refunds. See Attachment F.

7. Repatriation, Evacuation and/or Emergency Medical and Dietary Assistance (EMDA) Loan Payments. See Attachment G.

8. Expedite Fees. See Attachment H.

9. Waiver Fees. See Passport Services Instruction 2200.4C, "Collection and Deposit of Service Fees for Granting Waivers to the Passport Requirement (22 CFR 53.2(h))."

10. Undefined Payments. Passport Agencies may occasionally receive checks or money orders which do not appear to be payments for passport or associated services. Send fees (other than cash) received for services not rendered by passport agencies to PPT/TD/PS/AS, along with a copy of the application and the fee type, for routing to the proper area of the Department. PPT/TD/PS/AS will maintain a record of the fee, the name of the remitter and the area to which items are sent.

If payment is made by cash, record the fee as a miscellaneous fee on the application or correspondence immediately on receipt. Deposit the cash with passport fees. Do not forward cash to PPT/TD/PS/AS under any circumstances. If the payment was received with a passport application, send the issued application to PPT/TD/RS and a copy with the fee type indicated on it to PPT/TD/PS/AS. PPT/TD/PS/AS will transfer the recorded fee to the appropriate account.

B **The Correspondence Branch (PPT/TD/PS/COR).** The PPT/TD/PS/COR cashier collects and deposits fees for the issuance of authenticated or certified copies of consular vital records and other passport records, following internal office procedures and guidelines from Volume 4 of the Foreign Affairs Manual. The PPT/TD/PS/COR deposit is hand-delivered daily to the PPT/WN cashier, who holds it in the PPT/WN cashiering safe for pickup with the PPT/WN deposit. The courier signs a separate receipt for each deposit when they are picked up for transmission to the depository.

**5. REFERENCES.** 22 USC 214; 22 CFR 22.1-3, 22 CFR 22.6, 22 CFR 51.60-66, 22 CFR 53.2(h); Passport Services Instructions 2610 "Passport Services Duty Officer Program," and 2200.4C, "Collection and Deposit of Service Fees for Granting Waivers to the Passport Requirement (22 CFR 53.2(h))."

**6. DIRECTIVES CANCELED.** CA Instruction RM-3 dated October 1988; 2200.6A dated December 3, 1984, 2200.7A dated October 25, 1984, 1400.6B dated November 1, 1984, and 2800.10B dated October 25, 1984; Passport Bulletins 92-23 dated October 1, 1992 and 92-24 dated October 26, 1992.

**7. EFFECTIVE DATE.** Immediately.

Attachments:
As stated.

Attachment A
2060

## ASSEMBLING AND BATCHING APPLICATIONS

1. **Assembly of Applications Received Through the Mail.** Mail opening clerks shall assemble passport applications with the fees secured on top of the application with a large paper clip. The duplicate photograph(s) and any accompanying documents shall be attached behind the application. Applications must be batched as outlined in section 3 of this Attachment to facilitate cashiering.

2. **Assembly of Counter Applications.** Counter adjudicators shall assemble passport applications with the fees secured on top of the application with a large paper clip. Attach documents to be kept as part of the file behind the application with a single staple on the left side below the applicant's name. Place documents to be returned in an envelope. Attach the envelope and the duplicate photograph(s) to the back of the file. The cashier will batch counter applications as outlined in Section 3 of this Attachment.

3. **Batching Applications.** The number of applications per batch should not exceed 15-30 (the maximum will depend on the type of batch boxes the Agency uses). Expedite fee applications must be batched separately from regular applications, in clearly marked boxes.

NOTE: When one check covers multiple applications, all applications must be kept together until the agency cashier records the fees.

A. **Origin.** There are six major sources of passport applications:

1. **Counter Applications.** Counter applications are executed by employees of the Department of State (Passport Services' Agents).

2. **State Court Applications.** State court applications are executed by clerks of state courts, judges or clerks of probate courts, or other state or local government officials designated by Passport Services.

3. **Federal Court Applications.** Federal court applications are executed by clerks of Federal courts.

4. **Post Office Applications.** Post office applications are executed by designated postal employees at selected first class post offices.

5. **Mail-in Applications.** Mail-in applications ("Application for Passport by Mail," Form DSP-82) may be received directly by mail from applicants eligible to use that form, or deposited in passport agency drop boxes, or presented at passport agency counter stations, where they are accepted as "counter mail-in" cases.

NOTE: Only DSP-82's with urgent departure dates are processed at Passport Agencies. Non-urgent DSP-82's are forwarded to the National Passport Center (PPT/NPC) through the lockbox facility (see Instruction 2110, "Processing of the Application for Passport by Mail").

6. **Military Applications**. Military applications are executed by authorized military agents. These agents also may execute applications for tourist passports. All fee applications executed by military agents are recorded as Federal court applications.

B. **Age**. There are two age groups:

- An adult is a person 18 years of age or older, is eligible for a ten-year passport and is required to pay a $55 passport fee; and a $10 execution fee if using Form DSP-11.

- A minor is a person under 18 years of age, is eligible for a five-year passport and must pay a $30 passport fee and a $10 execution fee.

C. **Fee amounts**. There are four basic fee categories:

- Sixty-five dollars ($65) is received with each application executed for an adult before a Passport Services agent, postal employee or Federal official.
- Fifty-five dollars ($55) is received with each application executed for an adult before a state official and with each DSP-82.
- Forty dollars ($40) is received with each application executed by or for a minor before a Passport Services agent, postal employee or Federal official.
- Thirty dollars ($30) is received with each application executed by or for a minor before a state official.

Attachment B
2060

FEE COLLECTION AND FEE ACCOUNTABILITY

1. POLICY.

A. **Accountability for Fees.** The collection clerk of each passport agency must establish accountability for all passport fees, all other moneys received for special services requested in connection with passport issuance, waiver fees and expedite fees, having such money amounts printed on the applications or other documents by the cash register. In most cases, acceptable remittances should not be withheld from deposit even if the applications are held pending clearance from Washington, or suspended for insufficient fees or incomplete information. The only exception is when an insufficient fee is received with a DSP-82 [see section 2B(7) of this Attachment].

B. **Control of Fees.** Fees received for passport services must be thoroughly controlled. Any discrepancies noted in cashiering between amounts presented with counter applications or recorded on Mellon Bank (mailed applications); and expected proper amounts must be brought to the attention of management immediately upon discovery, and immediately investigated. This applies to all applications received at the Agency, whether an application is received through Mellon Bank or directly from the applicant.

2 PROCEDURES.

A. **Acceptable Form of Fees in the United States.** Acceptable fees must be in U.S. dollar amounts and payable to the U.S. Department of State. The following are acceptable:

1. U.S. currency or coin (for counter applications only);
2. Cashier's check;
3. Certified check;
4. Clerk of Court check;
5. Personal check (drawn in ink);
6. Traveler's check;
7. Postal money order;
8. Commercial money order (currency exchange, international, etc.);
9. Commercial check;
10. Foreign check payable in U.S. currency through a U.S. bank.

B. **Checklist for Acceptable Fees.** Examine all acceptable forms of fees with particular attention to the following items:

1. **Date.** The date of the instrument (check, draft, etc.) must be current (less than 60 days old). Post-dated instruments are not acceptable.

2. **Payee**. Advise applicants to make fees payable to "U.S. Department of State". If a check is received without a payee or with an incorrect payee, the employee opening the envelope should stamp or write "U.S. Department of State" in the payee blank immediately. (NOTE: If the payee is listed as "Passport Services," it is not necessary to stamp over the payee.)

3. **Name and Location of Bank**. The name of the bank, the city and state in which it is located and the magnetic ink character recognition symbol must appear on the check. The check must be payable in U.S. currency through a U.S. bank.

4. **Signature**. The check must be signed. Third party personal checks are not acceptable. A personal check must be drawn by the applicant or an immediate relative. A business check may be accepted if the name and date of birth of each applicant are printed on the check.

5. **Name(s) and Date(s) of Birth of Applicant(s) on Check**. The name and date of birth of each applicant covered by the check must be printed on the check. If this information is not preprinted, the mail assembler or agent should print it in pencil (to avoid defacing preprinted inscriptions) on the left margin of the check.

6. **Amount of Fee**. The figure and written amounts must agree. An applicant paying cash must provide the exact amount. Passport Agencies will not make change.

A separate check is NOT required for payment of the expedite fee.

7. **Unacceptable Instruments**. Return all unacceptable instruments to the applicant with a request for a replacement. Filled-in bank counter checks without pre-printed account numbers cannot be accepted.

Personal or commercial checks for less than $55 submitted with DSP-82 applications should be hand-stamped "VOID." The check should be voided when the mail is opened, before the application is suspended or returned to the applicant. Money orders, certified checks, cashier's checks or traveler's checks should not be voided.

C **Control of Passport Receipt Forms.** Form DS-233, "Receipt for Passport Services," is a three-part receipt with an individual preprinted identification number (Exhibit C-1). The supervisory adjudicator should maintain a log to control, inventory and safeguard these forms (Suggested Sample Exhibit C-2). Receipts may not be assigned between Passport Specialists unless they are formally logged in from one Passport Specialist and logged out to another Passport Specialist. Control and inventory of DS-233s must include forms voided, damaged or destroyed. The supervisory adjudicator is responsible to see that every serial number is accounted for not later than the day after use of the DS-233.

D **Counter Applications.**

1. **Notations on Application**. The adjudicator accepting the counter application shall record any fees (including postage fees) received on each application in the area designated for that purpose. Whenever payment is received in cash, write the letter "C" next to the fee amount on the application.

2. **Issuance of Receipts**. Whenever cash or traveler's check(s) are received at the counter in payment for one or more fees, complete a Form DS-233. Enter the payment amounts opposite the appropriate fee or service categories on the form, and total, date and sign the receipt. If payment is partly in cash or traveler's check and partly in other form, indicate the amount received by each form (for example, check $55, cash $10). An applicant paying cash must provide the exact amount - Passport Agencies will not make change.

Give the original DS-233 (white copy) to the applicant as proof of payment. Applications must be transferred between the accepting official and cashiers hand-to-hand if a receipt has been written. The cashier will initial the DS-233 yellow and pink copies when the application is transferred to Cashiering and return the pink copy to the adjudicator. The adjudicator shall keep the pink copy to document initial cash intake. The yellow copy shall accompany cash when transferred to the deposit clerk, and shall be used to reconcile cash on hand with cash collection at the end of each day. (When a receipt is written for a check at the customer's request, however, the Passport Specialist maintains the pink and yellow copies of the receipts (without giving the yellow copy to the cashier). The adjudicator shall void and keep all three copies of any spoiled receipt forms, and give them and the pink copies to the Adjudication Supervisor at the end of each business day. The completed receipts shall be kept in a locked security repository.

**E. Applications Received in the Mail.**

1. **Mail Opening Personnel**. The assembler at Mail Open shall record any fees received on each application in the area designated for that purpose. The assembler at Mail Open shall note the Expedite Fee on each application in the area designated for recording fees. Stamps and stamped return envelopes should be noted in the postage block on the passport application in accordance with Passport Bulletin Number 94-09 issued May 27, 1994.

Whenever cash is received in the mail, write the letter "C" next to the fee amount on the application. Immediately give the application to the supervisor, who will take it directly to cashiering. Notify the Customer Service Manager when an application is received from an acceptance agent with cash.

2. **Customer Service Managers or Designated Supervisors**. The Customer Service Manager should contact Clerks of Court, Postal Clerks and Military Agents who have sent cash in payment of passport fees, and advise them that Passport Services strongly discourages this practice. Passport Services cannot be responsible for cash lost in the mail. Other factors are:

- Cash cannot be matched up with the correct application if detached by mistake.
- Since passport fees can not usually be paid with a single bill, inadvertent shortages on the part of an applicant or Acceptance Agent may occur.

Attempts to obtain the missing amount often lead to ill feelings on the part of the applicant, who believes, but cannot prove, that the entire amount was paid originally.

- Cash in the mail can be stolen.

Point out that Passport Services accepts personal checks drawn by applicants, and does not hold the acceptance office liable if the check is uncollectable.

Ensure that all applications with cash attached are secured in an approved security repository for overnight storage.

**F. Cashiering**. Each collection clerk at a passport agency will have a separate cash drawer with a unique lock. The cash drawer must be locked during any temporary absence of the collection clerk. The cashier records each individual application fee on the cash register and on the application. When cashiering Expedite Fees, cashiers shall record whether the application was received through the mail or at the counter by selecting the proper cash register key. As soon as the fee is recorded on the application, the fee is verified against the recording, detached and placed in the cash drawer.

**G. Verification of Batch Total.** The cashier totals the fee receipts on completing each batch. The individual fees are totaled separately and the resulting sum reconciled with the register total. The supervisory cashier shall be called in to reconcile any discrepancies between the number of fee transactions on the register and the number of applications in each batch. The supervisory cashier must approve all error corrections. The supervisory cashier has a password and a key for this purpose. Both the cashier and the supervisory cashier will initial by the error corrections on the tape. It is also recommended that the supervisory cashier periodically check fee transactions versus application numbers for batches selected at random. On completing this audit, place the fees in the cashier drawer safe, in specified lockable drawers for which each cashier has sole access. The applications may then be forwarded for processing.

When funds are transferred between the cashier and the supervisory cashier, the supervisor will immediately count the funds and initial the 17 Report to verify the amount of funds received during the transfer. After the amount has been verified and the 17 Report has been signed, the personal responsibility for the money is transferred from the cashier to the supervisory cashier.

**H. Safeguarding Fees**. The door to the cashier area must be closed and locked at all times. No unauthorized person is to be allowed in the cashier area. Authorized persons include only the Regional Director, the Assistant Regional Director, the Processing and Cashier supervisors, and cashiers. No personal funds may be stored in the cash drawer.

All collections shall be removed daily (whenever a cash register is closed out) and must be stored in a suitable safe or vault in the office under the exclusive control of the deposit clerk or the cashiering supervisor. The combination and any duplicate keys to this safe or vault must be safeguarded as required by 4 FAM 318.3 (Exhibit C-3).

I. **Reconciliation of DS-233 Receipts**. The Chief of Adjudication shall collect and present to a designated independent party (such as the Processing Chief) all adjudicator copies of DS-233 receipts used each day. The yellow and pink copies shall be matched not later than the day after use by a designated third party. Designated by the Adjudication Chief with the approval of the Regional Director, if any numbers are unaccounted for or receipt copies are missing, it is the responsibility of the Adjudication Chief to resolve the discrepancy immediately. If the discrepancy can not be resolved within eight working hours a telephone report should be made to the CA/PPT Internal Controls Officer; or in his absence, to the Chief of PPT/FO.

J. **Fee Audit**. A periodic unannounced audit is necessary to satisfy General Accounting Office requirements and to ensure that passport fee collections are correct and secure. Regional Directors shall conduct unannounced cashier audits at least once each month, at staggered intervals. Designated persons will continue to perform other audits during the normal review of operations. The audits should include all opened mail on which fees have not yet been deposited.

Complete a daily Passport Services report (PPT 21), in the READ position, without closing out the cash register. Verify the actual monies held by the collection clerk and make a statement of certification of the report indicating the date, time, signature, and title of the auditor. Any collected fees which have not been recorded in the register should also be verified. If overages and shortages are evident, attach an explanation instead of the certification. In accordance with Passport Bulletin Number 96-13, Unannounced Audit Report Copies, issued October 18, 1996, the original, properly certified Unannounced Audit Reports should be maintained in the files of at the Passport Agency. A complete file be maintained at the agencies for review by appropriate personnel from FMP, OIG, Treasury, and/or CA/PPT, as needed.

K. **Retention of Fee Receipt Forms**. Reconciled fee receipt forms shall be kept in a locked security repository in the Agency for a period of five years. The receipts should be retained at the Agency for five years and then destroyed as per item 130005 of the passport records disposal schedule.

Exhibit B-1
RECEIPT FOR PASSPORT SERVICE (DS-233)

UNITED STATES DEPARTMENT OF STATE
RECEIPT FOR PASSPORT SERVICE

NO 1339226

RECEIVED FROM

DATE

UNITED STATES DEPARTMENT OF STATE
RECEIPT FOR PASSPORT SERVICE

NO 1339226

RECEIVED FROM

DATE

UNITED STATES DEPARTMENT OF STATE
RECEIPT FOR PASSPORT SERVICE

NO 1339226

RECEIVED FROM

DATE

| FOR | | | | BOX NUMBER |
|---|---|---|---|---|
| | Passport Fee(s) | | | |
| | Execution Fee(s) | | | |
| | Postage | | | |
| | Emergency | | | |
| | Other *(Specify)* | | | |
| | Total Amount Received | | $ | Agent of the Department of State |

FORM DS-233
2-84

U.S. G.P.O. 1987—19[illegible]

Attachment B-2
DS-233 Log

DS-233 Log

| Date Assig | Receipt #'s Taken | Adj Init | Assg by | # Rec Assig | Receipt #s Returned | Adj Init | Ret to | # Rec Retnd | Total Used | Total Unused | Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Attachment B-3
4 FAM 318.3

AFO EXPRESS
(C) 1991 U S Department of State

[illegible]pace in an office safe for the storage of the cash box when not in use.

[illegible]-317.3 Security Of Lock Combination

[illegible]17.3-1 Knowledge of Combination (TL:FMP-2; 4-30-95)

[illegible]he lock combination is known only to the employee to whom the equipment is assigned. Exceptions: The USDO may make the combination of the safe known to the assistant USDO, provided separate lock compartments or cash boxes are used to ensure that the funds for which each is separately responsible are kept inaccessible to each other. The same arrangement may be made between a principal cashier, a designated alternate, and/or subcashiers.

H-317.3-2 Changing Combination (TL:FMP-2; 4-30-95)

a. The lock combination is personally changed by the employee to whom the equipment is assigned. When an employee having knowledge of a combination is succeeded in office, the successor employee changes the combination. When, due to emergency conditions, the safe is opened in the absence of the responsible employee, the responsible employee upon return to duty immediately changes the combination, and verifies the funds.

b. *The combination may be changed* at *any* time *the responsible employee* deems it necessary to safeguard the funds in the responsible employee's custody. The combination should be changed at least annually.

c. It is the responsibility of the resident regional security officer or *the post security officer* to *instruct the responsible employee in the* technique for changing the safe combination. Neither the security officer nor any Marine security guard will assist in the actual changing of the combination.

H-317.3-3 *Recording and Security of Combination (TL:FMP-2; 4-30-95)*

a. The responsible employee records the safe combination on a Form SF-700, Combination Safe Card. The original Form SF-700 is placed in an opaque envelope. The combination is protected from direct contact with the envelope, either by enclosing form SF-700 within a blank sheet of paper, or by folding inward the Form SF-700. The envelope is sealed, taped and delivered to the post or resident regional security officer. The first copy of the form is not required, it is removed and destroyed before the combination is recorded.

b. The date the envelope is delivered to the security officer, the signature of the responsible employee, and the signature of the security officer, are inscribed on the envelope. When the combination is known to [illegible] as prescribed by FAH04-03H-0317.3-1, their signatures are also inscribed on the envelope. Such signatures notify the security officer that the *envelope may be released* to [illegible] in the [illegible] responsible employee.

c. The envelope is sealed by the security officer in the [illegible] responsible employee, with care being taken to [illegible] flaps.

d. Whenever the sealed envelope is opened, a new envelope [illegible] dated, signed, and sealed in the same manner as the [illegible].

H-317.3-4 *Safeguarding Combination Envelope* ([illegible])

The security officer is responsible for safeguarding the envelope containing the combination in accordance with the [illegible] regional security officer.

H-317.3-5 Release of Combination Envelope ([illegible])

a. At any time, the responsible employee may request the [illegible] to return the envelope to:

--verify the combination;

--assure that the envelope and seals have not been tampered with [illegible] substituted; or

--change the combination.

b. In case of an emergency which includes [illegible] the responsible employee, and any other employee whose [illegible] appear on the sealed envelope, the security officer may, upon request, release the sealed envelope to the principal officer, the deputy [illegible], or the counselor of embassy for administration. The [illegible] envelope must be written, signed, and include the reason [illegible]. The security officer notifies the responsible employee of the [illegible] the earliest possible time after the employee's return [illegible].

H-317.3-6 Inspection of Combination Envelope ([illegible])

If the theft of funds from safeguarding equipment [illegible], the envelope containing the combination is jointly inspected by the responsible employee and the security officer. Each then [illegible] whether the envelope has been tampered with. These statements are given [illegible] the administrative officer for submission to the Department with the report on the suspected or alleged fiscal irregularities [illegible] FAH04-03H-0316.3).

Attachment C
2060

COUNTERFEIT CURRENCY

1. **BACKGROUND**. There is a constant risk that Passport Services will be victimized by counterfeit currency. The booklet, "Know Your Money", issued by the Treasury Department provides guidelines for detecting counterfeit currency. At least once a year, Regional Directors should arrange for a Secret Service agent or a depository bank official to conduct training for personnel who handle money on how to recognize counterfeit bills.

2. **PROCEDURES**.

A. **Identifying Bill with Applicant**. When a suspected counterfeit bill is detected, take the following steps to maintain a "chain of evidence" and positively identify the bill with the applicant.

1. Handle the bill as little as possible so as to preserve fingerprints.

2. Staple the bill to the application immediately.

3. Place the bill and application in an envelope and retain for the Regional Director.

4. The Regional Director should immediately bring the bill to the attention of a local Secret Service office. If the bill is counterfeit, the Secret Service representative will issue a receipt. Mark the counterfeit bill so that it can be positively identified if called upon to do so later. Obtain guidance from the Secret Service Agent.

5. Unless otherwise instructed by the Secret Service, contact the applicant and advise that the bill is counterfeit and that passport services will be withheld until a proper fee is received. On receipt of an acceptable fee, give the receipt for the counterfeit to the applicant.

6. Attach a memorandum on this transaction to the application.

7. Deposit the bill determined to be authentic and process the application in the normal manner.

B. **Identifying Bill After Deposit**. If a counterfeit bill is found after deposit, the depository will notify the proper authorities and prepare a Debit Voucher (Standard Form 5515) in the same manner as for a returned check.

C. **Reporting**. Whenever a bill is found to be counterfeit, after notifying the Regional Director and the Assistant Regional Director, the Processing Chief should immediately notify the Chief, Accounting and Statistics Branch, PPT/TD/PS/AS via e-mail.

**Attachment D**
**2060**

**PREPARATION AND DEPOSIT OF FEES**

1. **RESPONSIBILITIES.** At each passport agency, three separate positions are delegated responsibility for fee preparation and deposit.

A. **Collection Clerks.** Collection clerks initially receive fee income, and at the end of the business day, generate an individual Form PPT 21, "Daily Report of Receipts" (see Exhibit D-1), for each cash register and balance each register's receipts against the total shown on the PPT 21.

B. **Deposit Clerks.** Deposit clerks ensure close-out of collection clerk cash registers at the daily close of business, generate the consolidated Form PPT 23, "Daily Report of Receipts" (see Exhibit D-2), and make out deposit tickets for fees collected.

C. **Verifying Employees.** Verifying employees make an independent audit of the collected fees and related deposit tickets prepared by deposit clerks. The verifying employee is normally the deposit clerk's immediate supervisor.

2. **POLICY.** The funds must be safeguarded until the deposit is picked up for transmission to the depository. This includes the final examination and endorsement of all negotiable instruments, balancing the total receipts with the PPT 23 report and sending the deposit to the depository. Under GAO guidelines and Treasury regulations, deposits must be made whenever accumulated funds total $1,000. These deposits should be made daily.

3. **PROCEDURES.**

A. **Initial Verification of Receipts.** Each collection clerk shall prepare an individual PPT 21 for his or her cash register when it is closed out. The collection clerk shall balance the fees received against the individual PPT 21.

B. **Review Daily Report of Receipts.** The deposit clerk shall prepare a PPT 23 once the information from all of the individual PPT 21s has been consolidated in the primary cash register. Each PPT 23 must be reviewed so that the deposit will be credited to the proper one of the four accounts listed below:

1. **190830 - Passport and Consular Fees.** All fees received for passports, executions and miscellaneous services, except as noted in (2), (3) and (4) below, are credited to this account.

2. **19?0113 EP - Deposits for Postage Costs.** Fees received for postage are credited to this account. The third digit in the fiscal strip is the last digit of the fiscal year (FY); for example, 1950113 EP would be used for an FY95 deposit. The abbreviation (EP) is shown with this account symbol to indicate that such fees are to be credited to the Department's Salaries & Expenses appropriation. This credit reimburses the Department for postal costs incurred on behalf of applicants who have requested special mailing services.

3. **19F3875-9926 - Post Office Execution Fees.** Execution fees for passport applications submitted by post offices are credited to this account.

4. **19X0113.7 - Passport Expedite Fees.** All fees received in payment of the Passport Expedite Fee are credited to this account.

C. **Verification of Receipts.** The deposit clerk shall make the final examination of all negotiable instruments, sort the fees into the proper categories acceptable to the depository, endorse the negotiable instruments and balance the total against the PPT 23.

The deposit clerk shall make necessary approved adjustments of the Daily Report of Receipts and note on the report in ink an explanation for each adjustment.

D. **Endorsing.** All money orders, checks and other negotiable instruments must be endorsed by machine or by hand stamp before deposit, as follows:

> STATION SYMBOL NO. 19-00-0001
>
> "Pay to the order of any Federal Reserve Bank or Branch of General Depository for credit to the Treasurer of the United States. This check is in payment of an obligation to the United States and must be paid at par. N. P. Do not wire non-payment."
>
> CD No.
>
> Passport Agency (Agency Name), Department of State

Agencies which deposit fees directly to a Federal Reserve Bank or Branch should use "CASH-LINK IDENTIFICATION NO. 19-00-0001-7" instead of "STATION SYMBOL NO. 19-00-0001."

E. **Verification of Total with Consolidated Daily Report of Receipts.** The total of the daily receipts (shown on the summary tape) must agree with the recorded total on the PPT 23 before the certificate of deposit is prepared. Any difference between the two totals must be recorded as an overage or shortage. After notifying the Regional Director and Assistant Regional Director, the Processing Chief should notify the Chief of the Accounting and Statistics Branch, PPT/TD/PS/AS, immediately whenever there is an overage or shortage.

1. **Verification of Receipts.** A person other than the individual preparing the deposit or the cash register operator shall again verify the daily receipts completely.

2. **Adjustments to PPT 23.** Both the deposit clerk and the verifying employee will initial all adjustments made on the PPT 23.

3. **Adding Machine Tapes**. Using an adding machine with paper tape printout, add each of the following deposit categories separately: cash, check and money order. Bundle each tape with the corresponding receipts for that deposit (for example, bundle the cash tape with the cash receipts).

Again using the tape printout feature of the adding machine, add the subtotals for the three deposit categories on a summary tape. All tapes must be initialed by the deposit clerk and the verifying employee. Your depository will instruct you whether all tape copies must accompany the deposit.

4. **Resolving Discrepancies.**

a. **Overage**. An overage is the amount in excess of the total monies recorded on the PPT 23 report. When an overage exists, the receipts must be verified by a third person. If an error is not found in the receipts, check the cash register tapes for irregularities. If the difference is not located and cannot be identified as a recording error, note on the PPT 23 that the overage exists. Record the overage as a miscellaneous fee and deposit it in the next day's receipts. Employees are forbidden to keep overages.

b. **Shortage**. A shortage is a lesser amount of actual receipts than the total monies recorded on the PPT 23 report. When a shortage exists, the receipts must be verified by a third person. If an error is not found in the receipts, check the cash register tapes for irregularities. If the difference is not located and cannot be identified as a recording error, adjust the PPT 23 accordingly. Write an explanation of the adjustment, initialed by the deposit clerk and the immediate supervisor, on the PPT 23.

c. **Reports**. After notifying the Regional Director and Assistant Regional Director, the Processing Chief should report all overages and shortages immediately to the Chief, PPT/TD/PS/AS. PPT/TD/PS/AS will maintain an overage and shortage record. On receipt of the PPT 23 report, PPT/TD/PS/AS will attach the overage or shortage report to the PPT 23. PPT/TD/PS/AS will refer shortages to the Committee of Inquiry into Fiscal Irregularities (CIFI) in accordance with its regulations. (Currently, the CIFI requires that all shortages or overages of more than 1% of a deposit be reported.)

F. **Certification of Deposit**. Prepare a separate Standard Form 215, "Deposit Ticket," daily for all monies collected and recorded, following depository instructions (see Exhibit D-3). Under no circumstances should a valid remittance be withheld from deposit. Deposit tickets shall be controlled, inventoried and safeguarded to preclude use for fraudulent deposit of amounts less than the sum of fees collected. Control and inventory of SF 215s shall include forms either damaged or destroyed.

(1) Credit proper accounts with correct amount.

(2) Verify the total of the accounts credited with the total deposit.

(3) Date the deposit ticket with the date the deposit is to be sent to depository.

(4) Both the deposit clerk and the verifying employee will initial each deposit ticket. Make sure that all information is clear on each carbon copy.

(5) Number deposit tickets consecutively by date of collection each fiscal year beginning with No. 1 on October 1. Insert the complete six-digit CD number and the date of collection in block (6) on each deposit ticket.

| | |
|---|---|
| Washington | 300001 |
| PPT/TD/PS/COR (Correspondence Branch) | 302001 |
| Boston | 303001 |
| New York | 304001 |
| Chicago | 305001 |
| New Orleans | 306001 |
| San Francisco | 307001 |
| Los Angeles | 308001 |
| Miami | 309001 |
| Seattle | 311001 |
| Honolulu | 312001 |
| Philadelphia | 313001 |
| Houston | 315001 |
| Stamford | 316001 |
| National Passport Center | 317001 |
| Special Issuance Agency | 318001 |

**G. Final Packaging**. Stack and band the deposit following procedures established by each depository. Each verifying employee shall witness the enclosure of the deposit ticket (original, depository and confirmed copies) and the total daily receipts in his or her standard single-use bag, which is then sealed and tagged. Bag the deposit immediately on completing the verification of the deposit.

**H. Deposit**. Deposit fees with an authorized depository daily. It is recommended that each Agency maintain a list with photographs of those persons authorized by the armored car company which holds the contract to pick up the completed deposits.

**I. Reports**. Send the PPT 23 consolidated daily report to PPT/TD/PS/AS with the memorandum copy of the deposit ticket on a daily basis. Forward the confirmed copy of the deposit ticket to PPT/TD/PS/AS as soon as it is received back from the depository.

**J. Filing**. File all supporting material regarding the deposit in an individual folder, with the date of the deposit placed in the upper left corner for easy reference, and keep on file for at least five years.

# Exhibit D-1
## DAILY REPORT OF RECEIPTS (PPT 21)

21A REPORT
WASHINGTON DC WN
TIME: 16:56 DATE: 05/11/93 REG#3

DAILY PASSPORT SERVICES REPORT

| NO FEE APPLICATIONS | QTY |
|---|---|
| CATEGORY 1 | |
| INSULAR MINOR | 0 |
| NO FEE | 56 |
| INSULAR MAIL IN | 0 |
| INSULAR ADULT | 0 |
| US MIL PERS | 0 |
| US MIL DEPS | 73 |
| US EMP DEPS | 0 |
| US EMPLOYEES | 0 |
| SUB-TOTAL | 129 |
| CATEGORY 2 | |
| AMENDMENTS | 25 |
| SUB-TOTAL | 25 |
| CATEGORY 3 | |
| REPLACEMENTS | 2 |
| SUB-TOTAL | 2 |
| TOTAL | 156 |

21B REPORT
WASHINGTON DC WN
TIME: 16:57 DATE: 05/11/93 REG#3

DAILY PASSPORT SERVICES REPORT

| FEE APPLICATIONS | QTY | COLLECTIONS |
|---|---|---|
| ACCOUNT #190930 | | |
| MAIL IN ADULT | 32 | 1760.00 |
| CNTR MAIL ADULT | 25 | 1375.00 |
| COUNTER ADULT | 23 | 1495.00 |
| COUNTER MINOR | 6 | 240.00 |
| MAIL IN MINOR | 0 | 0.00 |
| SUB-TOTAL | 86 | 4870.00 |
| FED COURT ADULT | 0 | 0.00 |
| FED COURT MINOR | 1 | 40.00 |
| SUB-TOTAL | 1 | 40.00 |
| ST COURT ADULT | 34 | 1870.00 |
| ST COURT MINOR | 10 | 300.00 |
| SUB-TOTAL | 44 | 2170.00 |
| POST OFC ADULT | 96 | 5280.00 |
| POST OFC MINOR | 60 | 1800.00 |
| SUB-TOTAL | 156 | 7080.00 |
| FEE TOTAL | 287 | 14160.00 |
| COLLECTION FEE | 2 | 50.00 |
| SURCHARGE | 5 | 175.00 |
| MISC FEES | 1 | 65.00 |
| REPAY LOANS | 0 | 0.00 |
| WAIVER DEBTS | 47 | 4340.00 |
| SUB-TOTAL | 55 | 4630.00 |
| TOTAL | 342 | 18790.00 |
| ACCOUNT #19F3875 | | |
| APPL EXECUTION | 156 | 1560.00 |
| SUB-TOTAL | 156 | 1560.00 |
| TOTAL | 156 | 1560.00 |
| ACCOUNT #1930113 | | |
| POSTAGE | 2 | 19.95 |
| SUB-TOTAL | 2 | 19.95 |
| TOTAL | 2 | 19.95 |
| TOTAL RECEIPTS | 500 | 20369.95 |

21C REPORT
TIME: 16:58 DATE: 05/11/93 REG#3

DAILY PASSPORT SERVICES REPORT

| REGISTER SUMMARY | | |
|---|---|---|
| APPLICATIONS COMPLETED | | 443 |
| CHANGES : | | |
| ERROR CORRECTS | 2 | 105.00 |
| TOTAL | 2 | 105.00 |
| RECEIPTS : | | |
| CASH | | 835.00 |
| MO/CHECKS | | 19534.95 |
| SUB-TOTAL CASH+CHECKS | | 20369.95 |
| CHARGES | | 0.00 |
| TOTAL | | 20369.95 |

| APPLICATIONS SUMMARY | |
|---|---|
| FEE APPLICATIONS | QTY |
| ADULTS | 310 |
| MINORS | 77 |
| NO FEE APPLICATIONS | 156 |
| TOTAL APPLICATIONS | 443 |

# Exhibit D-2
# DAILY REPORT OF RECEIPTS (PPT 23)

**23A REPORT**
WASHINGTON DC WN
TIME: 08:27 DATE: 05/14/93 REG#1

DAILY PASSPORT SERVICES REPORT

| NO FEE APPLICATIONS | QTY |
|---|---|
| CATEGORY 1 | |
| INSULAR MINOR | 0 |
| NO FEE | 75 |
| INSULAR MAIL IN | 0 |
| INSULAR ADULT | 0 |
| US MIL PERS | 0 |
| US MIL DEPS | 72 |
| US EMP DEPS | 0 |
| US EMPLOYEES | 2 |
| SUB-TOTAL | 119 |
| CATEGORY 2 | |
| AMENDMENTS | 75 |
| SUB-TOTAL | 75 |
| CATEGORY 3 | |
| REPLACEMENTS | 4 |
| SUB-TOTAL | 4 |
| TOTAL | 198 |

**23B REPORT**
WASHINGTON DC WN
TIME: 08:28 DATE: 05/14/93 REG#1

DAILY PASSPORT SERVICES REPORT

| FEE APPLICATIONS | QTY | COLLECTIONS |
|---|---|---|
| ACCOUNT #190830 | | |
| MAIL IN ADULT | 50 | 2750.00 |
| CNTR MAIL ADULT | 100 | 5500.00 |
| COUNTER ADULT | 136 | 8840.00 |
| COUNTER MINOR | 73 | 2920.00 |
| MAIL IN MINOR | 0 | 0.00 |
| SUB-TOTAL | 359 | 20010.00 |
| FED COURT ADULT | 4 | 260.00 |
| FED COURT MINOR | 2 | 90.00 |
| SUB-TOTAL | 6 | 340.00 |
| ST COURT ADULT | 44 | 2420.00 |
| ST COURT MINOR | 6 | 180.00 |
| SUB-TOTAL | 50 | 2600.00 |
| POST OFC ADULT | 130 | 7150.00 |
| POST OFC MINOR | 51 | 1530.00 |
| SUB-TOTAL | 181 | [illegible] |
| FEE TOTAL | 596 | 31630.00 |
| COLLECTION FEE | 0 | 0.00 |
| SURCHARGE | 0 | 0.00 |
| MISC FEES | 1 | 10.00 |
| REPAY LOANS | 0 | 0.00 |
| WAIVER DEBTS | 0 | 0.00 |
| SUB-TOTAL | 1 | 10.00 |
| TOTAL | 597 | 31640.00 |
| ACCOUNT #19F2875 | | |
| APPL EXECUTION | 181 | 1810.00 |
| SUB-TOTAL | 181 | 1810.00 |
| TOTAL | 181 | 1810.00 |
| ACCOUNT #1930115 | | |
| POSTAGE | 1 | 9.95 |
| SUB-TOTAL | 1 | 9.95 |
| TOTAL | 1 | 9.95 |
| TOTAL RECEIPTS | 779 | 33459.95 |

**23C REPORT**
TIME: 08:29 DATE: 05/14/93 REG#1

DAILY PASSPORT SERVICES REPORT

| REGISTER SUMMARY | | |
|---|---|---|
| APPLICATIONS COMPLETED | | 79? |
| CHANGES : | | |
| ERROR CORRECTS | 0 | 0.00 |
| TOTAL | 0 | 0.00 |
| RECEIPTS : | | |
| CASH | | 4615.00 |
| MO/CHECKS | | [illegible] |
| SUB-TOTAL CASH+CHECKS | | [illegible] |
| CHARGES | | 0.00 |
| TOTAL | | [illegible] |

| APPLICATIONS SUMMARY | |
|---|---|
| FEE APPLICATIONS | [illegible] |
| ADULTS | 464 |
| MINORS | 132 |
| NO FEE APPLICATIONS | [illegible] |
| TOTAL APPLICATIONS | [illegible] |

Exhibit D-3

DEPOSIT TICKET (SF 215)
PREPARATION AND DISTRIBUTION


STANDARD FORM 215 (REV. 5-90)
PRESCRIBED BY DEPT. OF THE TREASURY
I TFM 5-3000 215-103

DEPOSIT TICKET

DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
NSN 7540-01-019-9452

DEPOSIT NUMBER (1) 101986
DATE PRESENTED OR MAILED TO BANK (2) M M D D Y Y 10/31/96
8-DIGIT OR 4-DIGIT AGENCY LOCATION CODE (ALC) (3) 19-00-0001-7
AMOUNT (4) 14369.75

(6) AGENCY USE CD 313-063 FOR 10-30-96

| | |
|---|---|
| 190830 | 8,926.23 |
| 1970113-EP | 852.26 |
| 19F3875-9926 | 147.26 |
| 19X0113.7 | 4,444.00 |

MARIA MIDDLETON, DIRECTOR
DEPARTMENT OF STATE, PASSPORT AGENCY
200 CHESTNUT STREET - ROOM 103
PHILADELPHIA, PA 19106

(7) NAME AND ADDRESS OF DEPOSITARY
FEDERAL RESERVE BANK
PHILADELPHIA, PA.

AUTHORIZED SIGNATURE

CONFIRMED DATE M M D D Y Y

ORIGINAL

A. PREPARATION

Block 1 - Deposit Number - The number is preprinted on all deposit tickets.

Block 2 - Date Presented to Bank - Month, day, and year. If the month and /or day consist of only one digit, precede with a zero thus 09-02-84, 10-01-84, etc.

Block 3 - 8 Digit Agency Station Symbol - This number is 19-00-0001. For Agencies which deposit directly to a Federal Reserve Bank, the number is 19-00-0001-7.

Block 4 - Amount - Show the total amount without the dollar sign. Always start at the extreme left side of the block with the first digit in the block to the left of the broken line. Use commas and decimal point for separation.

Block 5 - Date Confirmed - On Memorandum copy (2nd copy) only. Do not complete. For use of General Ledger, Department of State only.

Block 6 - Agency Use - Use the six digit CD number, (3XXXXX), that is assigned to your area. Use your first number to begin the first deposit in each fiscal year (for example, 3XXXX1) and continue throughout the fiscal year. Do not duplicate numbers and do not skip numbers during the fiscal year. Show the date fees were collected, the account numbers and amounts credited. The total of all amounts in this block must agree with the amount in block four.

Block 7 - Name and Address of Depository - Show name and address of the depository where the deposit is made.

Block 8 - CONFIRMATION - To be completed by depository.

Block 9 - Depositor Title, Department and Address - Show the Regional Director's name and title and the Agency name and address.

B. DISTRIBUTION:

Original - To the depository with deposit.

Memorandum copy - To PPT/TD/PS/AS the same day that deposit is sent to depository, along with the consolidated Daily Report of Receipts (PPT 23).

Depository copy - To the depository.

Agency copy - Kept in agency - Note the confirmed date of the deposit in the upper right corner of this copy on receipt of the confirmed (green) copy from the depository.

Confirmed copy - To the depository with deposit. (This copy will be returned by the depository to the agency. After noting the confirmed deposit date in the agency (yellow) copy of the deposit ticket, send the confirmed copy to PPT/TD/PS/AS immediately.

**Attachment E**
**2060**

UNCOLLECTABLE CHECKS

1. **RESPONSIBILITY**. The Regional Director is responsible for action on receipt of the debit voucher and initial attempts at recovery of all deposited items returned as uncollectable.

The Regional Director should attempt to ensure that the bank presents checks for payment a second time before returning them as uncollectable. This will substantially reduce the number of checks which are returned to the Agency as uncollectable.

2. **PROCEDURES.**

A. **Debit Voucher**. The bank will complete Treasury Form SF-5515, "Debit Voucher," covering debits and returned checks (see Exhibit E-1). The information typed on the back of this form should not obscure information on the front of the copies. The bank will charge all uncollectable items to Station Symbol No. 19-00-0001 (or Cash-Link Identification Number 19-00-0001-7), and send the returned checks with the confirmed and memorandum copies of the debit voucher to the Agency. The bank will send the original copy of the debit voucher to the U.S. Treasury.

1. **Auditing**. Unlike procedures for handling uncollectable checks for application, execution, or extra-postage fees, the Expedite Fee portion in an uncollectable check must be audited separately from other fees included in the uncollectable check.

B. **Procedures to Recover Fee.**

1. **Passport Not Yet Issued.**

a. **Preparation of Debit Voucher**. Locate the passport application and suspend its processing. Enter all pertinent data from the application on Form DS-1833, "Debit Voucher and Returned Check Report" (Exhibit E-2). To the right of the "check amount" on Form DS-1833, list "EF" and the amount of the uncollectable check that was payment for Expedite Fee(s). If there is no Expedite Fee payment, leave this space blank: do not write "0." Also, write the Social Security Number of the applicant on the check.

The debit voucher will not show the deposit ticket number. Obtain this number from the endorsement on the returned checks and list it on all copies of the DS-1833. If the returned check does not show a deposit ticket number, write "unknown" on the DS-1833.

b. **Transmittal of Debit Voucher to PPT/TD/PS/AS**. The Cashiering Supervisor should immediately send both copies of the debit voucher received from the depository to the Accounting and Statistics Branch (PPT/TD/PS/AS) with the memorandum (blue) copy of the DS-1833. Do not hold debit vouchers until recovery is made on the returned items. PPT/TD/PS/AS shall forward the debit vouchers with a "Schedule of Uncollectable Checks" (Exhibit E-3) to Financial Services, FMP/DFS/FO/PD/ICB.

c. Review by Fraud Program Coordinator. The fraud coordinator is encouraged to review uncollectable check cases for potential fraud indicators.

d. Attempts to Recover Fee. Attempt to recover the fee by telephone if possible and, alternatively, by using form letter DSL-722A (Exhibit E-4). Place the application in suspense for 30 days pending the applicant's reply. Attach the returned check to the Agency copy of the DS-1833.

e. Fee Recovered. On recovery of the Expedite Fee, record the Expedite Fee on Form DS-1833 in the cash register as "Expedite Fee, returned check payment." Record all other passport fees and the returned check fee as miscellaneous fees. DO NOT RECORD THE EXPEDITE FEE AS A MISCELLANEOUS FEE. Resume processing the application at the next processing step.

Send the original DS-1833 to PPT/TD/PS/AS. Keep the agency (pink) copy of the DS-1833 and a copy of each DSL letter for agency files. Return the original check to the applicant if the applicant requests its return; otherwise, keep the uncollectable check with the agency copy of the DS-1833. Agencies shall dispose of copies of DSL letters as general correspondence (see Instruction 1713.1C) after one year. The uncollectable check and the agency copy of the DS-1833 shall also be destroyed at that time.

2. **Passport Already Issued and Delivered.**

a. Preparation of Debit Voucher. Locate the passport issue record and enter all pertinent data on Form DS-1833. To the right of the "check amount" on Form DS-1833, list "EF" and the amount of the uncollectable check that was payment for Expedite Fee(s). If there is no Expedite Fee payment, leave this space blank: do not write "0." Also, write the Social Security Number of the applicant on the check.

The debit voucher will not show the deposit ticket number. Obtain this number from the endorsement on the returned checks and list it on all copies of the DS-1833. If the returned check does not show a deposit ticket number, write "unknown" on the DS-1833.

b. Transmittal of Debit Voucher to PPT/TD/PS/AS. Immediately send both copies of the debit voucher received from the depository to the Accounting and Statistics Branch (PPT/TD/PS/AS) with the memorandum (blue) copy of the DS-1833. Do not hold debit vouchers until recovery is made on the returned items. PPT/TD/PS/AS shall forward the debit vouchers with a "Schedule of Uncollectable Checks" to Financial Services, FMP/DFS/FO/PD/ICB.

c. Review by Fraud Program Coordinator. The fraud coordinator may review uncollectable check cases for potential fraud indicators.

d. Attempts to Recover Fee. Attempt to recover the fee by telephone if possible and, alternatively, by using form letter DSL-722A. Attach the returned check to the Agency copy of the DS-1833.

e. **Fee Recovered**. On recovery of the Expedite Fee, record the Expedite Fee on Form DS-1833 in the cash register as "Expedite Fee, returned check payment." Record all other passport fees and the returned check fee as miscellaneous fees. DO NOT RECORD THE EXPEDITE FEE AS A MISCELLANEOUS FEE.

Send the original DS-1833 to PPT/TD/PS/AS. Keep the agency (pink) copy of Form DS-1833 and a copy of each DSL letter for agency files. Return the original check to the applicant if the applicant requests its return; otherwise, keep the uncollectable check with the Agency copy of the DS-1833. Agencies shall dispose of copies of DSL letters as general correspondence (see Instruction 1713.1C) after one year. The uncollectable check and the Agency copy of the DS-1833 shall also be destroyed at that time.

f. **Fee Not Recovered**. If the fee is not recovered within 30 days, send a follow-up letter, DSL-1009 (see Exhibit E-5), to the applicant.

**C. Procedures to Reflect Nonrecovery.**

**1. Passport Not Issued.** If the passport was not issued and the applicant does not provide an acceptable fee within 30 days, send a DSL-710 to the applicant and abandon the application (see Instruction 2170, "Abandoned Applications," for procedures). Send the abandoned application directly to PPT/TD/RS/MR.

**2. Passport Issued.** If recovery is not made within 30 days after the DSL-1009A is sent, send the original DS-1833 and the uncollectable check to PPT/TD/PS/AS. PPT/TD/PS/AS will prepare a lookout, Form DS-1589, and establish a record of the applicant's name and the amount owed.

**D. Handling of Hold Cases.**

(1) When a hold is received for monies owed, the Clearance Branch (PPT/TD/PS/TWX) will advise the Agency of the amount the applicant owes and the year the debt was incurred.

(2) The agency will advise the applicant of the amount to be paid.

(3) On receipt of payment from the applicant, the cashier will ring in the uncollectable check as a miscellaneous fee. The agency will advise PPT/TD/PS/TWX of the payment. PPT/TD/PS/AS will authorize removal of the lookout upon receipt of a record of fee payment (DSP-19, DS-1833 or a copy of the passport application).

(4) If the applicant does not reply, the agency should send a DSL-710. If the applicant does not respond within an additional 30 days, the agency should abandon the application. Send the application to PPT/TD/PS/AS for processing of a refund.

(5) If the applicant refuses in writing to pay the fee, the agency will advise PPT/TD/PS/TWX, which will refer the case to PPT/PAS for decision.

Exhibit E-1
DEBIT VOUCHER (SF-5515)

STANDARD FORM 5515 (9-78)
PRESCRIBED BY DEPT. OF TREASURY
1 TFM 5—3000

**DEBIT VOUCHER**

DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE

| VOUCHER NUMBER | DATE OF DEBIT TO U.S. TREASURY'S ACCOUNT (M M D D Y Y) | 8-DIGIT OR 4-DIGIT AGENCY LOCATION CODE (ALC) | AMOUNT |
|---|---|---|---|
| (1) 69348 | (2) 5-7-93 | (3) 19600001 | (4) 68.95 |

SINGLE SPACE ALL ENTRIES ON THIS LINE. USE NORMAL PUNCTUATION—DON'T SIGN

(5) UNCOLLECTIBLE ITEM
OTHER (Explain in Block 6)

(6) DEPOSITARY USE
40.00 ACL
28.95 NSF

Everett A. Harland
Wash Passport/Dept of State
1425 K St NW Rm 288
Wash DC 20522-1705

(9) DEPOSITORS TITLE, DEPARTMENT OR AGENCY AND ADDRESS

(7) NAME AND ADDRESS OF DEPOSITARY
Balto, MD, NSD

(8) I CERTIFY THAT THE ABOVE AMOUNT HAS BEEN DEBITED TO THE ACCOUNT OF THE TREASURY ON THE DATE SHOWN. UNCOLLECTIBLE ITEMS HAVE BEEN RETURNED TO THE DEPOSITOR OR APPROPRIATE NOTICE GIVEN

J. Williams
AUTHORIZED SIGNATURE

DEPOSITARY FORWARD TO DEPOSITOR

CONFIRMED COPY

Exhibit E-2

DEPARTMENT OF STATE
BUREAU OF CONSULAR AFFAIRS
PASSPORT SERVICES

DEBIT VOUCHER AND RETURNED CHECK REPORT

AGENCY: PPT/___ DATE:_______________

TO: PPT/TD/PS/AS

DEBIT VOUCHER NO.: __________ SSN: _______________

NAME OF APPLICANT: _______________________________________________

ADDRESS: ____________________________________________________

____________________________________________________

DATE OF BIRTH: _______________ PLACE OF BIRTH: _____________

PASSPORT NO.: _______________DATE ISSUED: _____________

AMOUNT: (a) check amount _________

(b) returned check processing fee _________

(c) total of (a) and (b) _________

(d) amount of check for expedite fee _________

REASON CHECK RETURNED: _______________________

DEPOSIT TICKET NUMBER: _______________________

AGENCY ACTION:

____ DATE APPLICANT NOTIFIED BY TELEPHONE: __________

____ DATE DSL-722A SENT: __________

____ FEE NOT RECOVERED - UNCOLLECTABLE CHECK ATTACHED

____ FEE RECOVERED AND RECORDED BELOW:

Exhibit E-2
Preparation and Distribution of Form DS-1833
Debit Voucher and Returned Check Report

Prepare an original and two copies of this form for each check and each applicant covered by the debit voucher. Complete the noted items of Form DS-1833 as follows:

1. Agency: PPT/XX: add the two alphabet symbol of your agency only (no names are to be shown).
2. Date: Enter the date the form is prepared.
3. To: PPT/TD/PS/AS: Do not alter this office symbol.
4. Debit Voucher Number: Enter the 5 digit number from block (1) of the debit voucher.
5. Social Security Number (SSN): Enter the SSN from block 6 of the passport application.
6. Name of Applicant: Should be as complete as possible, obtained from the check and the "issue record" from the agency computer.
7. Address: Although the address of the applicant may be on the issue record, the most complete address is to be used as it is the most likely permanent, reliable address.
8. PPT#: Enter the complete passport number.
9. Date Issued: Enter the date that the passport was issued.
10. DOB: Enter the date of birth of the applicant.
11. POB: Enter the place of birth of the applicant.
12. Amount:

    a. Enter the amount of the check and, in cases of joint checks, show the amount for the individual applicant.
    b. Enter the returned check processing fee. If a joint check is returned, charge this fee to one applicant only (normally the applicant who wrote the check).
    c. Enter the total of 12a and 12b.
    d. Enter the amount of the check which was for payment of the expedite fee(s).

13. Reason Check Returned: From the stamp or tag on the returned check, enter the reason the check was returned by the applicant's bank, whether insufficient funds, account closed, no account or some other reason.
14. Deposit Ticket Number: Enter the six digit number from the agency endorsement on the back of the check.

# Exhibit E-3

Schedule No ........

SCHEDULE OF UNCOLLECTIBLE CHECKS

To DEPARTMENT OF STATE FMP/DFO/FO/A/RP

Received by ........ at CA/PPT/TD/P/AS

Date........ Symbol No. 19-00-0001

| DEBIT NUMBER | C/D NO. AGENCY | DATE OF BANK NOTICE | TOTAL DEBIT | REDUCE 19X0113.7 | 190830 | |
|---|---|---|---|---|---|---|
| | | | 0.00 | 0.00 | 0.00 | TOTAL |

Prepared by ________
Passport Services Accounting/Statistics

Exhibit E-4

FEE COLLECTION LETTER (DSL-722)

The personal check which you recently submitted for passport services has been returned to this office because ...

01... of insufficient funds.

02... the account is closed.

03... there is no account.

Ending:

Passport fees are established bylaw (Title 22 USC 214 and 22 CFR 51.61) and must be collected as soon as a passport service is rendered. Your previous check will be returned upon receipt of your check or money order. Please respond to this request promptly.

**PLEASE RETURN THIS LETTER WITH YOUR REPLY.**

Exhibit E-5
SECOND FEE COLLECTION LETTER (DSL-1009A)

Opening: We refer to our recent letter requesting payment of the fee for passport services rendered.

01 ... To date, your remittance of $55.00 ($30 passport fee and a $25 surcharge for the returned check) has not been received.

02 ... To date, your remittance of $65.00 ($40 passport fee and a $25 surcharge for the returned check) has not been received.

03 ... To date, your remittance of $80.00 ($55 passport fee and a $25 surcharge for the returned check) has not been received.

04 ... To date, your remittance of $90.00 ($65 passport fee and a $25 surcharge for the returned check) has not been received.

05 ... To date, your remittance of $85.00 ($30 passport fee, $30 EF and a $25.00 surcharge) has not been received.

06 ... To date, your remittance of $95.00 ($40 passport fee, $30 expedite fee and a $25 surcharge for the returned check) has not been received.

07 ... To date, your remittance of $110.00 ($55 passport fee, $30 expedite fee, and a $25 surcharge for the returned check) has not been received.

08 ... To date, your remittance of $120.00 ($65 passport fee, $30 expedite fee, and a $25 surcharge for the returned check) has not been received.

09 ... To date, your remittance of $30.00 has not been received.

10 ... To date, your remittance of $40.00 has not been received.

**Attachment F**
**2060**

## REFUNDS

1. **POLICY.** 22 CFR 51.64 specifies that a refund shall be made to an individual when:

- An excess fee was collected;
- The passport was not issued;
- A visa was refused by a foreign government in the United States and the unused passport is returned with a written request for a refund within six months of the issue date;
- The applicant was exempt by law from payment of a fee;
- A fee was collected for a service and the service was not performed; or
- An executor or administrator of the estate of a deceased bearer of an unused passport requests a refund.
- 

22 CFR 51.66 provides that the fee for the execution of a passport application cannot be refunded.

2. **PROCEDURES.**

A. **Requests for Refunds.** If a fee is to be refunded, an adjudicator shall complete Form DS-1485, "Refund of Fees" (see Exhibit F-1), indicating the amount and type of fees to be refunded and the address to which the refund should be sent. Initial and date the form in the date block and staple the form to the lower right side of the application above the recorded fee. Send requests for refunds directly to the Accounting and Statistics Branch, PPT/TD/PS/AS.

The agency which issued the original passport is responsible for follow-up action, including requesting a refund. If more than one agency is involved, send a copy of the reissue application to the original issuing agency immediately after issue. Do not send the original application, as this will delay its microfilming for PFM.

Under 22 CFR 22.6(b), refunds on amounts less than $5 will not normally be made unless the applicant specifically requests the refund. Therefore, to refund an amount of less than $5, a written request from the applicant must be submitted to PPT/TD/PS/AS with the application.

B. **Refunds Of The Expedite Fee.**

1. **Criteria for Refunding the Expedite Fee.** If the expedite fee has been collected and we are unable to process a passport within the required three-day period FOR ANY REASON, a refund should be issued. Applicants should not be asked to provide a written request for a refund when an agency has not met the three day commitment.

2. **Suspense, Reissues, and Refiles.**

a. <u>Suspense Cases.</u> If a case is suspended for any reason and the passport cannot be issued within three business days of receipt at a passport agency or NPC, the

Expedite Fee should be refunded unless the reason for inability to issue falls on the applicant, and the passport is issued within three days of submission of the missing information, documents or payment. This does not include DSP-82 applications from applicants who are ineligible for the DSP-82 and must execute a DSP-11 if they want expedited service when they reapply.

**b.** **Reissues**. When a passport must be reissued because of non-receipt, the Expedite Fee should be refunded only when there is agency or acceptance agent error; for example, the agency did not issue within three business days, mailed the passport to the wrong address, released it to the wrong courier, etc.

**c.** **Refiles**. If the applicant must refile and there is evidence that the application was received at an acceptance facility, a passport agency, Mellon Bank, or NPC, a new Expedite Fee should not be charged.

**3.** **Failure to Meet Commitments of Less than Three Business Days.** There are instances in which applicants need their passport in less than three days. Due care should be exercised in making a commitment for such service, since once we promise to have a passport ready for pick-up or mail-out at a certain date and time, this is the date and time against which our Expedite Fee service will be measured. If there is a minor delay that does not seriously inconvenience the applicant or affect the applicant's ability to meet the departure date, the Expedite Fee should not be refunded. However, if the delay beyond the agreed upon date and time causes the applicant to miss a scheduled departure or be seriously inconvenienced, the Expedite Fee should be refunded.

**4.** **Requests for Refunds of the Expedite Fee.** The adjudicator shall complete form DS-1485, "Refund of Fees" (see Exhibit F-1), writing "EF" to indicate the type of fee, the Expedite Fee amount, and the reason code for the refund, using the codes listed below to reflect the reason for the refund:

a. Failure to document need for expedited service. (Where required)
b. Insufficient documentation of passport eligibility (for example, fraud).
c. Unresolved TWX "hold".
d. Computer or other equipment down time/failure.
e. Abandoned applications.
f. Agency failure to process within three business days or a shorter time if promised.

**C.** **Approval of Refunds.** All agencies and PPT/NPC must ensure that refund applications are quickly forwarded to PPT/TD/PS/AS for processing. For Expedite Fee refunds, send the original application to PPT/TD/PS/AS within ten working days after the application has been issued, denied, or abandoned.

All refunds are approved by PPT/TD/PS/AS, which is responsible for verifying payment and the amount to be refunded. PPT/TD/PS/AS processes refunds electronically through the Department's Central Financial Management System. Refund checks are usually issued by the

U.S. Treasury within ten business days after PPT/TD/PS/AS receives the refund request. After processing the refund request, PPT/TD/PS/AS will forward issued applications to PPT/TD/RS for PFM processing and abandoned applications to PPT/TD/RS for filing.

**D. Undeliverable Refund Check.** The U.S. Treasury notifies PPT/TD/PS/AS when a refund check has been returned to them as undeliverable by forwarding a copy of the check with reason for return. Undeliverable checks returned to Passport Services are sent by PPT/TD/PS/AS to the Treasury.

Exhibit F-1
REFUND OF FEES (DS-1485)

REFUND OF FEES (DS-1485)

UNITED STATES DEPARTMENT OF STATE
APPLICATION FOR ☐ PASSPORT ☐ REGISTRATION
SEE INSTRUCTIONS—TYPE OR PRINT IN INK IN WHITE AREAS

1. NAME FIRST NAME MIDDLE NAME
LAST NAME
2. MAILING ADDRESS
STREET
CITY, STATE, ZIP CODE
COUNTRY IN CARE OF

☐ 5 Yr. ☐ 10 Yr. Issue Date
R D O DP End. # Exp.

3. SEX Male Female
4. PLACE OF BIRTH City, State or Province, Country
5. DATE OF BIRTH Mo. Day Year
6. SEE FEDERAL TAX LAW NOTICE ON REVERSE SIDE
SOCIAL SECURITY NUMBER
7. HEIGHT Feet Inches
8. COLOR OF HAIR
9. COLOR OF EYES
10. (Area Code) HOME PHONE
11. (Area Code) BUSINESS PHONE
12. PERMANENT ADDRESS (Street, City, State, ZIP Code)
13. OCCUPATION

FOLD

14. FATHER'S NAME BIRTHPLACE BIRTH DATE U.S. CITIZEN YES NO
15. MOTHER'S MAIDEN NAME BIRTHPLACE BIRTH DATE U.S. CITIZEN YES NO
16. TRAVEL PLANS (Not Mandatory) COUNTRIES DEPARTURE DATE LENGTH OF STAY

17. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT? YES ☐ NO ☐ IF YES, SUBMIT PASSPORT IF AVAILABLE Submitted
IF UNABLE TO SUBMIT MOST RECENT PASSPORT, STATE ITS DISPOSITION: COMPLETE NEXT LINE
NAME IN WHICH ISSUED PASSPORT NUMBER ISSUE DATE (Mo., Day, Yr.) DISPOSITION

SUBMIT TWO RECENT IDENTICAL PHOTOS
2" x 2" FROM 1" TO 1-3/8"

18. HAVE YOU EVER BEEN MARRIED? ☐ YES ☐ NO DATE OF MOST
WIDOWED/DIVORCED?
SPOUSE'S FULL BIRTH NAME
19. IN CASE OF EMERGENCY, N (Not Mandatory)
FULL NAME
ADDRESS
20. TO BE COMPLETED BY AN
I IMMIGRATED TO THE U.S. I RES (Month, Year)

FORM DS-1485 9-85
DEPARTMENT OF STATE
PASSPORT SERVICES
WASHINGTON, D.C.
REFUND OF FEES

**DO NOT FILE**

After action is taken send case to CA/PPT/PS/PAS

| REFUND: | | DATE |
|---|---|---|
| Passport Fee | 15 — | 5/12/85 |
| Miscellaneous Fee | | [illegible] |
| Postage | | |

REFUND TO:
☒ Permanent address ☐ Mailing address ☐ Following address

FOLD

21. DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY PERSON
I have not, since acquiring United States citizenship, performed any of the acts listed under ... is attached). I solemnly swear (or affirm) that the statements made on this application are ...
Subscribed and sworn to (affirmed) before me
Month Day Year
☐ Clerk of Court or ☐ PASSPORT Agent ☐ Postal Employee ☐ (Vice) Consul USA At
(Signature of person authorized to accept application)

22. APPLICANT'S IDENTIFYING DOCUMENTS ☐ PASSPORT ☐ DRIVER'S LICENSE ☐ OTHER (Specify) No.
ISSUE DATE Month Day Year EXPIRATION DATE Month Day Year PLACE OF ISSUE ISSUED IN THE NAME OF

23. FOR ISSUING OFFICE USE ONLY (Applicant's evidence of citizenship)
☐ Birth Cert. SR CR City Filed/Issued:
☐ Passport Bearer's Name:
☐ Report of Birth
☐ Naturalization/Citizenship Cert. No.:
☐ Other:
☐ Seen & Returned
☐ Attached

APPLICATION APPROVAL
Examiner Name
Office, Date

24. FEE EXEC POST

Attachment G
2060

## REPATRIATION, EVACUATION AND/OR EMERGENCY MEDICAL AND DIETARY ASSISTANCE (EMDA) LOAN PAYMENTS

1. **Cash Payments**. If payment is made by cash, record it as a miscellaneous fee on the application immediately upon receipt. Deposit the cash with passport fees. Do not forward cash under any circumstances. Send the issued application to the Records Services Division (PPT/TD/RS) and a copy with the type of loan indicated on it to the Accounting and Statistics Branch (PPT/TD/PS/AS). PPT/TD/PS/AS will transfer the recorded fee to the appropriate account, as directed by FMP.

On the application, write "Loan Paid," the type of loan, the amount paid, and the date the loan was paid, along with the adjudicator's initials. Note whether full or partial payment was received. Use the latter notation only if the Clearance Branch (PPT/TD/PS/TWX) has advised you that partial payment is acceptable.

2. **Other Payments**. If payment is made by certified check or money order, do not record the payment on an Agency cash register. Forward the payment to Financial Operations (FMP/F/DFS/FO/AR) with a completed Loan Payment Transmittal Form (see Exhibit G-1). Send loan payments to the following address:

Financial Operations
Accounts Receivable Division
P.O. Box 9644, Rosslyn Station
Arlington, VA 22219
Att'n: Wade Berry

On the application, write "Loan Paid," the type of loan, the amount paid, the date the loan was paid, and the date the check was sent to FMP, along with the adjudicator's initials. Note whether full or partial payment was received. Use the latter notation only if the Clearance Branch (PPT/TD/PS/TWX) has advised you that partial payment is acceptable.

Exhibit G-1

LOAN PAYMENT TRANSMITTAL

DATE: ____________

1. FROM: ______________________________ Passport Agency

Agency Address:

Agency contact person: ____________________________ Telephone: __________________

2. TYPE OF LOAN:

___ Repatriation
___ Evacuation
___ EMDA

3. LOAN RECIPIENT:

Full Name ____________________________________________

SSN ______________________________________________
Address:

Loan Granted: ________________________________ __________
(FS Post or Country) (Year)

Amount of Payment: $_________________ ___ Full ___ Partial

STAPLE CHECK HERE

BOB JONES 2048
FIRST NATIONAL BANK

Exhibit G-1

**LOAN PAYMENT TRANSMITTAL
INSTRUCTIONS SHEET**

1. **FROM**: Include the name and mailing address of the PPT Agency as well as the name and telephone number of the contact person at the Agency.

2. **TYPE OF LOAN**: Indicate the type of loan for which payment was made. (The clear area to the right of the loan types is reserved for FMP)

3. **LOAN RECIPIENT**: Include loan recipients: the full name (in case of name change also include name used on the promissory note); social security number; current mailing address; name of the Foreign Service Post where the loan was granted; the year the loan was granted, and amount of payment (this should match the amount of remittance attached to the transmittal). Indicate (X) full or partial payment.

4. **MAIL THIS FORM ALONG WITH THE CHECK (DO NOT MAIL CASH) TO:**

Financial Operations
Accounts Receivable Division
P.O. Box 9644, Rosslyn Station
Arlington, VA 22219
Att'n: Wade Berry

**Attachment H**
**2060**

**EXPEDITE FEES**

1. **PURPOSE.** This attachment outlines procedures and guidelines for providing expedited service to passport applicants and collecting the $30 Expedite Fee (EF) per application under Public Law 103-317.

2. **BACKGROUND.** Passport Services provides expedited passport processing when requested by applicants with urgent departures. Because Passport Services cannot process large numbers of routine applications as urgent, expedited service is available only to those who need to travel on an urgent basis, can document imminent departure, and are willing to pay the $30 Expedite Fee.

3. **RESPONSIBILITY.** Passport Specialists, Contact Representatives, supervisors, and passport acceptance agents may approve expedited service and collect the expedite fee. The use of good judgment and discretion is key to the success of this program. Our chief concern must be to accommodate our customers, within resource constraints, and to avoid confrontations with them.

4. **POLICY.** Passport Services is committed to providing the best possible service, including expedited passport processing, to its customers in the most uniform manner possible. Under Public Law 103-317, effective October 1, 1994, a fee is charged for such service.

A. **Applications Covered by Expedite Fee.** On October 1, 1994, passport agencies, the National Passport Center (NPC), and acceptance agents began collecting the expedite fee from qualified customers, who request application processing within three business days of receipt at the agency or NPC. Also included are applications already in process at passport agencies or NPC. (These phone callers must also meet the criteria for expedited service.) This fee does not include the cost of overnight delivery service, such as Express Mail, Priority Mail, UPS, Federal Express, etc.

B. **Services for Which Expedite Fee is Charged.** The Expedite Fee applies to all individual actions involving fee passports, including issuance, amendment, extension, and adding visa pages. It is charged to each passport bearer. In other words, if a family requests expedited service, the Expedite Fee is collected for each family member. However, it does not apply to no-fee passports (including official and diplomatic passports), or endorsements for travel to restricted areas. Nor does it apply to reissues when there is agency error, rewrites, or refiles when the application was received at an acceptance facility, Mellon Bank, or a passport agency.

C. **VIPs Not Exempt From Payment of Expedite Fee.** VIPs, passport employees and their friends and relatives, and customers whose cases are referred by Congressional offices, which are requesting expedited service, must meet the criteria and pay the Expedite Fee.

**D. Guaranteed Processing Within Three Business Days.** Payment of the Expedite Fee guarantees that passports will be processed within three business days (or less, if promised) of application receipt at a passport agency and the NPC. It applies to both counter and mail-in applications. Collection of the Fee does not guarantee that the applicants will receive their passports within three business days. For example, the three-day window does not include mailing time to the customer.

**E. Telephone Requests for Expedited Service.** Customers who call to request expedited service for applications which have been pending at a passport agency or the NPC less than ten business days should pay the Expedite Fee. DO NOT COLLECT THE FEE IF THE APPLICATION HAS BEEN PENDING FOR MORE THAN TEN BUSINESS DAYS AS A RESULT OF BACKLOGS. HOWEVER, THE FEE SHOULD NORMALLY BE COLLECTED IF AN APPLICATION HAS BEEN SUSPENDED DUE TO INCORRECT/INSUFFICIENT DOCUMENTATION. (See #3.)

**F. Other Policies Regarding Expedite Fee Payment.** The following policies must be observed:

(1) Do not promise or give three-day (or less) service without payment of the Expedite Fee (except as provided in Section 4F(3) and Sections 6E and 6I).

2) If an agency or NPC receives an application by mail which needs expedited service, but the Expedite Fee has not been paid, the Agency may call the customer to request the Fee to facilitate timely service. On rare occasions, (for example, when an urgent departure date is indicated and the customer cannot be reached), the agency may expedite the application and use the letter in Exhibit H-1 to bill the customer. If this procedure is followed and the customer does not pay the fee, close the case without creating a lookout as described in Section 6C(4).

**5. DEFINITIONS.**

**A. Expedite Fee Paid at Time Application Executed.** For the purposes of this Instruction, "expedited service" or "expedite" refers to the payment of the Expedite Fee, and the guarantee to process approved passport or amendment applications for mail-out or pick-up within three business days or less (if promised) from the date of receipt at a passport agency or the NPC. In other words, the three-day clock begins upon receipt at a passport agency, NOT at Mellon Bank or any other location, such as an acceptance facility.

The issued passport must be ready for pick-up or mailed within three business days following receipt. Because many agencies do not mail out passports after a certain time of day, some expedited passports may have to be processed in less than the 24 business hour period. For example, if an application is received at the agency on Monday at 10:00 A.M., the 24 business hour period theoretically ends at 10:00 A.M. Thursday. However, since most passport agencies do not have a morning mail-out time, the passport would have to be mailed on Wednesday afternoon to meet the Expedite Fee guidelines.

**B. Telephone Requests for Expedited Service.** For applications already pending at an agency or the NPC, the three-day clock begins upon receipt of a telephone call from the applicant requesting expedited service if the employee taking the call can confirm that the application is in the agency, has been approved for issue, and can be located. If this cannot be determined, the clock begins when the application is found and approved for issue. (Also see Section 6C.) The customer must be called if we cannot locate the application within four working hours of the request, so that we may problem-solve with the customer to determine how to best proceed and maintain service quality.

**6. PROCEDURES.**

**A. When Expedite Fee Should Be Collected.** Collect the Expedite Fee only if an applicant meets the established criteria for granting expedited service, and it is possible to process the application within three business days. DO NOT COLLECT THE EXPEDITE FEE IF IT WILL NOT BE POSSIBLE TO PROCESS THE APPLICATION WITHIN THREE DAYS, EXCEPT IN CASES OF SUSPECTED FRAUD. In other words, if insufficient evidence of citizenship or identity is presented, and more evidence may be needed, expedited service should not be granted.

**B. Counter Cases.**

(1) Except in cases of suspected fraud (see Section 6B(2) below), the Expedite Fee should only be collected when an application has been approved for issuance, and the passport will be processed for will-call pick-up or mail-out within three business days or less (if promised).

(2) IF FRAUD IS SUSPECTED, COLLECT THE EXPEDITE FEE AND REFER THE CASE TO THE AGENCY FPM, indicating that it is an EF case for response time.

(3) The current timeframe for providing expedited service is 3 business days. There is no separate fee/provision/charge for will-call service. However, all will-call services are to be provided within 3 business days from the time of request. By timeframe definition, this is expedited service and thus, subject to the $30 fee. Therefore, Passport Services completes all requests for will-call service within 3 days and charges the $30 expedite fee for all will-calls.

**C. Telephone Request Cases.**

**1. Proof of Departure Not Required.** For applicants who call in to change mail delivery to will call or who indicate their departure date has been moved up, expedited service should only be approved when agency personnel have determined that the application can be processed within three business days. (See 5B.) Supervisors, Contact Representatives, and Passport Specialists may make this determination. Established criteria for granting such service should be applied with the exception of proof of departure, since it may not be possible to obtain such documentation before the customer's new travel date. If the staff member is employed at an agency where the Regional Director has exercised discretion to require documentation, and the

staff member is not certain that the customer is conveying accurate information, he or she may request a FAX of supporting documentation. However, this should be done infrequently.

2. **Cases in Suspense, Namecheck Hold, or Fraud Review**. IF IT HAS NOT ALREADY BEEN PAID AT THE TIME OF APPLICATION, DO NOT REQUEST THE EXPEDITE FEE FOR A CASE PENDING IN SUSPENSE, ON HOLD, OR WITH THE AGENCY FPM UNLESS IT IS DETERMINED THAT THE CASE CAN BE PROCESSED WITHIN THREE BUSINESS DAYS.

3. **Verbal Agreement to Pay Expedite Fee**. Passport Services reinforces present prohibitions against the initiation of expedited service without the customer's explicit agreement to pay for the service. The applicant's verbal commitment by phone to submit the Expedite Fee is generally sufficient to expedite a case. However, when an acceptance agent calls and the agency agrees to expedite the application, the acceptance agent should collect a check or money order for forwarding to the Agency. Similarly, if a telephone request is for will-call service, instruct the applicant to pay the fee by check or money order when the passport is picked up. (Make the appropriate notation on the will call envelope.) If the applicant refuses to pay when the passport is picked up, the passport should be mailed.

Except when the Expedite Fee is being sent by an Acceptance Agent or will be paid at will-call, include a standard written notice (see Exhibit 2) with the issued passport and tag the application for return to the cashier after issuance until payment is received. DO NOT DELAY ISSUANCE FOR EXPEDITE FEE PAYMENT.

4. **Follow-up Efforts to Collect Unpaid Expedite Fees.** In addition to requesting expedited service at the time of initial application, it may be requested subsequently. This is generally via telephone and presently only has the $30 cost attached when an application has been in an Agency less than 10 business days. The additional fee is discussed when the telephone request is received. The customer is asked to submit it at that time. However, the request for expeditious service is honored prior to receipt of payment. To address delinquent fees, this Green Instruction includes one collection letter to be sent with the passport for payment of the Expedite Fee from customers who have not submitted the fee before the passport is mailed (see Exhibit 4). Passport Services continues its present policy of not entering lookouts for unpaid Expedite Fees.

D. **Workload Transfers.** If a customer calls an agency to request that an application be expedited, and it is pending at NPC, either because it is a DSP-82 or because of a workload transfer, FAX the NPC Communication Chief on the day the call is received. If the application is pending at another agency because of a workload transfer, call or FAX the individual designated to handle emergency requests of this nature. (Contact the ARD if you are not sure who is responsible.) Please include the following information in your FAX or call:

- Name of applicant.
- Date of birth of applicant.
- Date and place application was submitted.

- Date of departure.
- Daytime telephone number(s).

**E. Waiving the Expedite Fee**. The Expedite Fee should only be waived in the most unusual of circumstances; essentially, when a passport application is pending and processing has been delayed due to Passport Services error or backlog (see Section 4F of this Attachment).

Passport Specialists, Customer Service Managers, Fraud Program Coordinators, and supervisory personnel may waive the Fee if necessary. A legible and initialed notation should be made on the bottom of the application, indicating the reason for the waiver. These applications should be reviewed and legibly initialed after issue by the ARD or RD.

**F. Name Clearance Procedures for Expedited Applications**. Until Green Instruction 1722.2F, 5b(2) is modified, passport agencies should use the procedures outlined below to alert PPT/TD/PS/TWX employees that a CLASS "hold" requires special attention due to an early departure date.

The CLASS computer searches applicants' names against the lookouts in its database at the same speed and in the order received regardless of the priority assigned to the batch or application. The precedence of the messages only alerts PPT/TD/PS/TWX personnel that non-routine "holds" require speedier handling.

(1) URGENT: Passport agencies shall use this precedence on all Expedite Fee applications and other applications that require processing within three working days. PPT/TD/PS/TWX will respond to these holds first, but no later than two working hours from receipt.

(2) PRIORITY: Passport agencies shall use this precedence only on applications that require processing within four to ten working days. PPT/TD/PS/TWX will respond to these holds after URGENT and before ROUTINE, but no later than three working hours from receipt.

(3) ROUTINE: Passport agencies shall use this precedence on all applications that do not require processing within ten working days. PPT/TD/PS/TWX will respond to these holds as soon as possible, but no later than six working hours from receipt.

**G. Recording Date and Time on Application**. Incoming Expedite Fee applications must be stamped upon receipt to show the date and time received through the mail (or by courier, such as FED EX, UPS, etc.), and stamped out to indicate the date and time the completed passport is either sent out or made available for will-call pickup. Although counter applications must be date stamped, the Passport Specialist will write in the time submitted. When an expedite request is received and approved by telephone on a case pending in the agency, the employee approving the request should note the date and time on the application.

**H. Labeling Batches of Expedite Fee Applications.** Expedite Fee applications should be processed in clearly marked boxes. The date and time by which the passports must be completed and released must be shown on the box tag.

**I. Processing Routine Applications in Less Than Three Days.** Passport Services may process passports in less than three business days without collecting the Expedite Fee, if that is the routine issue time.

7. ELIGIBILITY.

**A. Qualifying for Expedited Service.** Qualifying for expedited service depends on the applicant's departure date and ability to prove that a passport must be processed within three days or less. The criteria for expedited service have intentionally been crafted to limit this service to applicants with a genuine need.

Imminent departure, visa requirements, and the distance an applicant has traveled to a passport agency are factors that should be considered when granting expedited service, using the following guidelines:

1. **Imminent Departure Date.** Passport Services has implemented a 2-tier requirement for expedited service eligibility: departure within 2 calendar weeks (14 days) for applications submitted at a Passport Agency and 3 calendar weeks (21 days) for applications submitted at an acceptance facility or by mail. This will normalize the treatment of those who apply by mail or at remote acceptance facility locations.

2. **Visa(s) Required.** Applicants leaving within three weeks who need a visa will qualify for expedited service. When visa processing can take three weeks or more (for example, Syria, Russia, China, etc.), expedited service should be granted more liberally and the fee collected.

3. **Other Factors.** When situations arise which seem to qualify for expedited service but do not fall within the precise guidelines, employees should use their best judgment. Applicants traveling a long distance, that is, two hours or more, to obtain passport services qualify for expedited service even if imminent departure is not properly documented. Such things as the need for a passport number to apply for a Eurail pass or international driver's license, presentation of a letter from a Congressional office, payment of overnight mail fees, and other similar factors should be considered in weighing an individual's need for expedited service.

**B. Proof of Departure.** Proof of departure is no longer routinely requested for expedited service other than will-call. However, a Regional Director has the discretion to institute and cancel the requirement for proof of departure for expedite service based on local needs. The Regional Director is required to notify CA/PPT/FO five business days in advance of a change in policy, so that proper coordination with the National Passport Information Center can be maintained. The following will be the most commonly received documents that are acceptable as proof of departure to qualify when documentation for expedited service is invoked:

1. Photocopy or facsimile of an airline ticket. (UNDER NO CIRCUMSTANCES SHOULD A PASSPORT AGENCY REQUEST THAT THE ORIGINAL PLANE TICKETS BE SUBMITTED TO QUALIFY FOR EXPEDITED SERVICE.)

2. Itinerary from either a travel agent or airline, as particularly specified.

3. Letter from an employer on company letterhead.

4. Congressional transmittal letter verifying urgent need.

NOTE: PASSPORT SERVICES PERSONNEL SHOULD USE DISCRETION AND JUDGMENT IN REQUIRING AND REQUESTING PROOF OF DEPARTURE. EXCEPTIONS MAY BE MADE DEPENDING ON THE CIRCUMSTANCES AND THE PASSPORT SPECIALIST OR SUPERVISOR'S REVIEW OF A CASE. If the employee is certain that the passport can be issued and received in time without the need for expedited service, they should explain this fact to the customer.

**8. STATISTICS.** To monitor the success of the expedite fee program, agencies are responsible for compiling statistics associated with the collection of the fee.

**A. Staff Hour Estimates.** Agencies should develop estimates of staff hours devoted to expedite fee work by category of employee (that is, Clerical and Officer) and any other costs associated with the program (see Section 9D).

**B. Capturing Statistics.** The daily cash register report, PPT-23, will provide the basis for the number and sources of expedite fee requests. Based on the refund requests submitted to Accounting and Statistics, PPT/TD/PS/AS will compile statistics on the number of and the reasons for expedite fee refunds. Agencies must ensure that the reason code is listed on the DS-1485, Refund of Fees. PPT/TD/PS/AS will compile statistics on the number of applications expedited by subtracting the number of expedite fee refunds from the number of expedite fee requests.

**9. AGENCY EXPEDITE FEE COORDINATORS: DUTIES AND RESPONSIBILITIES.** A Regional Director has the discretion to appoint a Regional Expedite Fee Coordinator. A specially designated Expedite Fee Coordinator (EFC) will serve as the central contact point in the agency for all matters pertaining to the expedite fee, and as the liaison with CA/PPT Headquarters on relevant issues. The EFC will insure that the appropriate guidelines are followed. As the program matures, EF liaison responsibilities will generally be handled by the Assistant Regional Director, as the Regional Internal Controls Officer.

**A. Distributing Information and Instructions.** The EFC's duties include distributing appropriate information, guidelines, and instructions to all agency staff members and answering or getting answers to their questions, monitoring the implementation of expedite fee procedures, and gauging public reaction. The EFC should be alert to current or potential

problems. Questions and problems that cannot be resolved at the agency level should be referred to the Internal Controls Officer at CA/PPT Headquarters, the Director of the Passport Field Operations Office (PPT/FO), or the Managing Director of Passport Services.

B. **Audits**. The EFC must ensure through random checks that the expedite fee is being properly collected by agency staff and Acceptance Agents, that the date and time of receipt and completion are recorded on the applications, and that the necessary logs are maintained. The EFC may need to establish appropriate systems of record-keeping, such as sign-out logs for will-call passports, if they do not already exist.

C. **Evaluating Program Costs**. The EFC will also assess the cost of this program in agency resources, such as staff hours spent in collecting and recording the fees, compiling statistics, recovering fees from telephone requests, etc. (see Section 8C).

**10. CUSTOMER SERVICE MANAGER (CSM) RESPONSIBILITIES REGARDING THE EXPEDITE FEE PROGRAM.** CSMs are responsible for distributing expedite fee guidelines and public information materials to the Acceptance Agents and Congressional offices and answering questions from those offices. CSM's should monitor incoming urgent applications and provide immediate feedback to Acceptance Agents who appear to be ignoring the expedite fee guidelines or failing to collect the fee when it is appropriate.

**11. PUBLICIZING THE EXPEDITE FEE.** Periodically Regional Directors may be asked, or on their own initiative, elect to distribute Press Release and other information regarding the expedite fee to the following groups and organizations within their regional designations:

- Local newspapers (including Hispanic and other ethnic papers);
- Large businesses with whom the agencies have contact;
- Local Congressional offices;
- Travel agencies;
- Schools;
- Courier Services, etc.

Exhibit H-1

The enclosed passport has been issued on an expedited basis due to your early departure date. It is mailed to you with the understanding that you will remit a check for $30.00 for the Expedite Fee.

Passport fees are established by law and must be collected at the time the passport service is provided. To close the file for the passport you were issued, please submit a check or money order made payable to the "U.S. Department of State" to this agency if you have not already done so.

This is the final notice that we will send you on this matter. Thank you for your prompt attention to this matter. Your cooperation is greatly appreciated.

Please return this letter with your remittance.