# Exhibit E

**Ward, Donna F**

| | |
|---|---|
| From: | Cooper, Glendena C |
| Sent: | Friday, December 28, 2001 9:15 AM |
| To: | Aleshire, Marilyn E; Cato, Ken L; Escoto, Alejandro X; CA-PPT-MI-Adjudication |
| Cc: | Clark, Debra C |
| Subject: | FW: Refund of E-F Fee |
| Importance: | High |

A reminder:

Customers requesting a refund of the Expedite Fee must do so in writing. There is a form available. In the future, no refunds will be processed without a written request from the customer.

DOS 000113