# Exhibit F

## Cherry, Gloria Armfield

| | |
|---|---|
| **From:** | McCoy, Gale A |
| **Sent:** | Thursday, December 19, 2002 1:22 PM |
| **To:** | Berry, Belinda |
| **Cc:** | Shaw, David |
| **Subject:** | RE: Refund Guidance |

| | |
|---|---|
| **Attachments:** | Refund Fee Legislation Memo Guidance.doc; FW: New HHS IRLs |

Belinda - I don't have anything other than the guidance that was sent when we stopped returning the application fee. I am attaching a copy of that. I have also attached a copy of what Customer Service put out on HHS refunds, which is nothing more than the IRL's. PAS is/was supposed to follow-up with a Green Instruction.

     

Refund Fee        FW: New HHS IRLs
ɘgislation Memo Gu

1.  Basically, the execution fee is non-refundable (aAs far as I know, this policy has not changed since it was first instituted).
2.  Application fees are non-refundable except in limited situations (child out of country; exempt person charged in error [see memo attached above]).
3.  Expedite fees are refundable **only** if we do not respond to an applicant with either a letter or phone call (documented) within the three workday window after receipt by an Agency. This includes denials to HHS applicants. As long as we respond within the proper time frame, this fee would then be non-refundable.
4.  Postage fees may be refunded in almost any case.

I hope this helps. If there are specific questions let me know and we will respond as soon as possible.

Gale

-----Original Message-----
| | |
|---|---|
| **From:** | Berry, Belinda |
| **Sent:** | Thursday, December 19, 2002 12:14 PM |
| **To:** | McCoy, Gale A |
| **Cc:** | Shaw, David |
| **Subject:** | Refund Guidance |

Hi Gale,
We are struggling through all the various refund policy and procedures governing when applicants are/ are not entitled to refunds and of which fee(s.) We are finding some seeming contradictions. Is there by chance a ONE PAGE document that outlines who is/is not entitled to a refund and of what fees and under what circumstances? A succinct, simply stated document on the subject of refunds would be very helpful to us.
Can you point us in the right direction for obtaining such a document?
Thanks,
BBerry

DOS 000132

1

May 5, 2000

MEMORANDUM

TO:          All Regional Directors

FROM:        CA/PPT – Georgia A. Rogers

SUBJECT:     New Passport Application Fee Refund Guidance

On May 15, 2000, an amendment to the passport regulations, 22 CFR, Parts 22, 23 and 51, regarding passport fee refunds, will go into effect.  This change is based upon legislation replacing the existing fee charged for each passport issued, refunded when a passport is not issued, with a non-refundable fee charged for each application filed for a passport.  The legislation provides that a passport application fee is refundable only when the fee has been collected in error.

The proposed regulation was published for public comments; no comments were received.  Pending revisions to the Passport Services (Green) Instructions, the following are new guidelines to determine whether a refund is due.

The regulations provide that a person, whose passport application is denied, may have the application reconsidered without being required to pay an additional application fee by submitting adequate documentation that overcomes the reason for denial within 90 days from the date of the denial notice.

This does not affect 1) applicants who apply prior to the implementation date of May 15, or 2) refunds of expedite fees or extra postage when appropriate.

Ineligibility/Eligibility for Refund:

A passport application fee is no longer refundable when, after processing, it is determined that the applicant will not be issued a passport, i.e., an applicant is denied a passport.  This includes, for example, instances when an application is "abandoned" due to the applicant's failure to provide adequate documentation and when the applicant is unable to overcome the reason for a TWX hold.  Nor will we refund a passport application fee to the executor or administrator of the estate of the deceased bearer of an unused passport, or

DOS 000133

refund a passport application fee to any person issued a passport who has been refused a visa by a foreign government.

Passport application fees for applications **executed and accepted** at the counter (i.e., "counter suspense" cases) will not be refundable if it is later determined that the passport cannot be issued.

An application fee is refundable in the following situations:

- An exempt person was erroneously charged a fee.
- An applicant applies for a passport for their children who are residing outside of the US.
- An applicant has a limited passport which is expiring, does not realize it can be extended, and applies for a new passport.
- An applicant whose original passport application is located after a refile.
- New applications from individuals whose previous applications were suspended in error and abandoned.

The Regional Director will also retain the discretion to authorize a refund of the passport application fee for other urgent or compelling reasons. In those circumstances, a notation on the application must be made.

Procedures:

If, upon adjudication, a passport is not issued for any reason, it will be considered "Denied". A letter will be sent to the applicant indicating the reason for the denial of passport issuance and giving 90 days in which to satisfy the request for additional information without payment of an additional passport application fee.

At the end of the 90-day period the application will be abandoned and sent to Records if there has been no communication by or with the applicant. Agencies will be required to return the applicant's birth evidence, identifying documentation, etc., to them immediately after the 90-day suspense period.

If the applicant indicates intent to obtain requested documentation and maintains contact with the Agency, it will be the Agency's discretion on how long to keep the file open after the initial 90 days.

This legislation applies to all passport applications, including HHS cases.

If you have any questions regarding these new procedures please contact Jan Burke on (202) 663-2473.