# Exhibit G

| | |
|---|---|
| **From:** | Mallare, Larry H |
| **Sent:** | Friday, November 04, 2005 8:09 AM |
| **To:** | Daniels, William F; Loftus, Sean M; Beardall, Bill |
| **Cc:** | Portell, Sherman D; Hetrick, Deborah L; Grell, Cynthia |
| **Subject:** | FW: Refund |

FYI

---

**From:** Hayes, Vershell
**Sent:** Friday, November 04, 2005 5:17 AM
**To:** Mallare, Larry H
**Subject:** RE: Refund

Good Morning Larry,

If an applicant pays the EF fee and the book is not issued in 3-5 days, they can be refunded without the applicant requesting it. Since in taking the $60 we expected to issue in that time frame. If the application was denied then yes we still refund the EF but not the application fee since it is now a processing fee. And yes if someone pays twice we refund those as well.

The address is correct accept for the zip code s/b 20037.

Any other questions feel free to contact me. I usually leave here about 3, i see you called.

Thanks

Vershell

> -----Original Message-----
> **From:**    Mallare, Larry H
> **Sent:**    Thursday, November 03, 2005 3:51 PM
> **To:**    Hayes, Vershell
> **Subject:**    Refund

Hi Vershell,

I just want to inquire regarding applications requesting refund either in writing or multiple issues. When I was still in CA/PPT/SF as Senior Passport Specialist handling all refunds, I remember that, when an applicant paid for an expedite process and their application was either denied or had went to over 90 days for 710 letters, we can only refund all expedite fee if they where in writing. Also, any applications that has a duplicate fee. Are these procedures still in effect or is there a new policy that is floating around that we don't know? As you know, we just recently open last month here in Colorado and I am still working on lots of things like "Immediate refunds to DC".

I also want to verify the correct address to send refunds:

U.S. Department of State
C/O Vershell Hayes
CA/PPT/FO/PS
2100 Pennsylvania Ave., 3rd floor
Washington, D.C. 20001

DOS 000139

Please advice. Thank you.

*Larry Mallare*
*Adjudication Supervisor*
*Colorado Passport Agency*
*(303) 696-3034*
*(303) 696-3059 - Fax*

DOS 000140