# Exhibit H

Corey, David
___

| | |
|---|---|
| **From:** | Silva, Michael |
| **Sent:** | Friday, December 16, 2005 8:20 AM |
| **To:** | CA-PPT-SF-Management; CA-PPT-SF-Adjsupvr; CA-PPT-SF-Adjudicators |
| **Subject:** | FW: Request for Help! |

FYI

-----Original Message-----
**From:** Barker, Jan
**Sent:** Friday, December 16, 2005 8:17 AM
**To:** CA-PPT-Adjudication-Managers; Barbara Brophy; Beth Turner; Brenda Money; Caroline Suchecki; David Kamenshine; Francisco Carmona; Howard Josephs; Ivette Rodriguez; Michael Silva; Monica Ciaffa; Patricia Rourke; Paula Backus-Williams; Philip Pusateri; Steve Hudson; Steve Moses; Tracy Barber
**Subject:** Request for Help!

Hello all!

As most of you know, we are seeing a HUGE number of refiles because our Mellon EF's are so backlogged. Customers are calling NPIC or checking the status on line - and even though they paid for EF understanding they would get it back in two weeks, their application is not even showing in the system. Which is prompting so many of them to get an appointment and come in to your agencies.

The problem is that we are seeing MANY people putting a stop payment on the check they sent to Mellon. So we are not only having to prepare the refunds, but we also faced with trying to resolve the stop payments.

I realize that many customers are likely putting the stop payment on their check <u>before</u> they reach you, but if possible, could you ask the specialists working the counter to advise these customers that if they have not already put a stop payment on their check, to please not do that and we will refund their money once the application does show up.

Thanks so much!

Jan Barker
Customer Service Manager
National Passport Center
Portsmouth, NH 03801-2900
603-334-0802

*This e-mail message is unclassified in accordance with the requirements of E.O. 12958*

03/17/2008

DOS 000435