# Exhibit I

## ABANDONING APPLICATIONS: OVER 90 DAYS

1. Review application :
   - Verify all documentation on the file is accurate and complete, that any letters sent were accurate and complete.
   - Review case for fraud; if no fraud involved, then decide on whether to issue based on (a) discretion, (b) hold for additional time or (c) abandon.

   Generally, cases are not held for more than 90 days if it appears the customer had sufficient time to submit the items requested in the letter (ex: birth certificate, photos, name change records, signatures, etc.) Also, a letter from the customer requesting the file be held open is not automatic-the file should be reviewed to determine if there are unexpected circumstances that warrant the customer needing more time to comply (ex: complex cases requiring foreign documents, applicant out of town, etc.). If it appears the customer is not going to able to comply within 90 days but can comply within an additional 30-day period, then the file can be held open pending receipt of the documents. If the applicant has not complied with the letter after the additional time allowed, then the file should be abandoned.

2. When setting up applications for abandon, attach 2nd photo to the application-on top of first.
   Assemble file in this order: application; supplemental evidence sheet; affidavits; miscellaneous correspondence; and file copies of letters in reverse date order (most recent on top).
   **Please refer to Green Instruction 2100.4F**

3. Paperclip submitted documents to the front of the application.

4. If a refund is due – (1) Expedite Fee (except HHS cases) and/or special postage, or (2) All Fees rung up on *Un*executed DS-11's:
   - Complete the refund tag (DS-1485) with appropriate fees, and attach to the right side of the application (over marriage info). The current office symbol for the Accounting office is **CA/PPT/FO/PS.**
   - Determine which address the refund should go to & mark the appropriate box. Add **date; PPT/SE; your initials.**

5. Screen work: Under **Exceptions processing**, select **Text update**.
   Add **710-01; enclosures; date & your initials.**

6. Attach a letter tag with the IRL #, enclosures & your initials.

Revised 6/26/03 vm

DOS 000433