# Exhibit J

CA/PPT/FC                TEL: 202-647-6880            Sep 22,94 11:45 No.001 P.02

# GUIDELINES FOR EXPEDITE FEE CASES

This instruction gives guidance for handling passport applications requiring expedited service. Applicants may apply at any regional passport agency or your acceptance facility.

**EXPEDITE FEE:** Congress passed legislation permitting a surcharge of $30.00 for passport applications needing expedited service. The effective date is October 1, 1994. The fee applies to expedited processing for all passport services, including: issuance, amendment, extension of validity, and adding visa pages. Each eligible applicant must pay the fee. A separate check is not required for the expedite fee.

**PROCESSING TIME:** Your regional passport agency will process applications for mail-out or pick-up within three business days from the date of receipt at the agency. If an expedite fee is collected and the service is not delivered, the expedite fee will be refunded.

**POSTAGE:** If desired, applicants may pay for overnight mailing of the passport application to the passport agency and overnight return of the issued passport.

**WHO IS ELIGIBLE:** Expedited processing is available to applicants who are eligible for U.S. passports and who meet the following travel criteria:
1. A travel date within ten (10) working days, or
2. Travel within three weeks to a country that requires visas, or
3. Travel to a country that requires more than three weeks to process a visa (e.g., Syria, Russia, or China).

This fee should be collected only when the applicant meets the established criteria for granting expedited service, and the applicant appears to be clearly eligible for a passport. For example, when unacceptable evidence of citizenship or identity is presented, expedited service should not be granted.

**REQUIREMENTS:** The traveler must be able to document his/her proposed travel with at least one of the following:
1. A photocopy or facsimile of airline tickets
2. An itinerary from either a travel agent or airline
3. A letter from an employer on company letterhead
4. A Congressional transmittal letter verifying urgent need

**WHERE TO SEND THE DSP-11 APPLICATIONS:** Expedite applications should be on a separate transmittal and sent directly to your regional passport agency on the day you execute the applications. They should NOT be sent to Mellon Bank. The envelope should be clearly marked "EXPEDITE." Normal hand-carry procedures can be followed.

**EXPEDITING PASSPORT RENEWALS BY MAIL (DSP-82 APPLICATIONS):** Expedited passport renewals by mail must include their previous passports, DSP-82 forms, photographs, applicable passport fees, proof of imminent departure, and the $30 expedite fee per application. Applicants eligible to use the Form DSP-82 should mail their applications to Passport Lockbox, P.O. Box 371971, Pittsburgh, PA 15250-7971. Advise the applicant that the envelope should be clearly marked with the word "EXPEDITE." Mailed applications will be processed within three days of receipt at the National Passport Center in Portsmouth, New Hampshire. The telephone number for the National Passport Center is (603) 334-0500.

**WHO TO CONTACT WITH QUESTIONS:** Please contact your regional agency's Acceptance Agent Coordinator.

DOS 000381