# Exhibit L



United States Department of State

Washington, D.C. 20520

September 4, 1996

UNCLASSIFIED

### DECISION MEMORANDUM ADDENDUM

TO:      CA/PPT -- Mr. Larry L. Emery

FROM:    CA/PPT/FO -- Gretchen Schuster, Acting

SUBJECT: Revision of Expedite Fee Guidance

The following recommendations are based on my July 13 decision memorandum and the discussion at this year's Regional Directors' Conference.

1. <u>Documentation</u>
Based on July 13 memorandum, page 3, Recommendation B.2.

Recommendation: That applicants be allowed to self-certify their need for expedite fee service. However, Regional Directors will retain the authority to require documentation of imminent departure if the volume of expedite fee applications warrants the restriction. They will have to give sufficient notice to NPIC through PPT/FO before initiating the documentation requirement or terminating the requirement. Also, the requirement of early departure documentation for expedite fee applications will be made discretionary.

Approve ___9/4/96___   Disapprove _____

2. <u>Refunds</u>
Based on July 13 memorandum, page 3, Recommendation C.

Recommendation: That CA/PPT/PAS amend 22 CFR, Part 51 to provide that "completed" expedited processing includes processing that results in a decision not to issue a passport. In such cases, the expedite fee will not be refunded. In other cases where the three day turnaround is not met, the expedite fee will be refunded upon the applicant's verbal or written request.

Approve ___9/4/96___   Disapprove _____

DOS 000035