# Exhibit M

10 of 13 DOCUMENTS

Copyright 2007 Federal News Service, Inc.
All Rights Reserved
Federal News Service

**June** 19, 2007 Tuesday

**SECTION:** CAPITOL HILL HEARING

**LENGTH:** 16865 words

**HEADLINE:** HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE
FOREIGN RELATIONS COMMITTEE;
SUBJECT: THE **PASSPORT** BACKLOG AND THE STATE DEPARTMENT'S RESPONSE TO THE WESTERN
HEMISPHERE TRAVEL INITIATIVE;
CHAIRED BY: SENATOR BILL **NELSON** (D-FL);
WITNESS: MAURA HARTY, ASSISTANT SECRETARY OF STATE FOR CONSULAR AFFAIRS;
LOCATION: 419 DIRKSEN SENATE OFFICE BUILDING, WASHINGTON, D.C.

**BODY:**

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN
RELATIONS COMMITTEE SUBJECT: THE **PASSPORT** BACKLOG AND THE STATE DEPARTMENT'S
RESPONSE TO THE WESTERN HEMISPHERE TRAVEL INITIATIVE CHAIRED BY: SENATOR BILL
**NELSON** (D-FL) WITNESS: MAURA HARTY, ASSISTANT SECRETARY OF STATE FOR CONSULAR
AFFAIRS LOCATION: 419 DIRKSEN SENATE OFFICE BUILDING, WASHINGTON, D.C. TIME: 2:32 P.M. EDT
DATE: TUESDAY, JUNE 19, 2007

SEN. **NELSON:**  Good afternoon.  Seems like there's a little bit of interest here in the subject matter of this
hearing, and indeed it is something that has caused a great deal of consternation, and Madame Assistant Secretary, I
appreciate your willingness to come here today so that we can talk about what went wrong, how to get it fixed, and how
it won't happen again.

There's this huge backlog of **passports.**  Some people have been waiting as long as five months for a **passport.**  It's
estimated there's a backlog of upwards of 2 million **passport** applications, and we've got to get this straightened out.
We have the implementation of a new good policy, the Western Hemisphere Travel Initiative.  It protects our borders
but it also protects American citizens while they are traveling away from home.  The processing delays are causing
hardships but now in the process we're having to suspend the Western Hemisphere Travel Initiative, and what does that
do?  That doesn't make us secure is what the travel initiative was intended, and it was intended in the law that passed at
the end of 2004, and the State Department has had over two years to plan for and implement the new policy of requiring
**passports** for traveling to Canada, to Mexico and to the Caribbean.

Madame Ambassador, you're going to find that there's going to be a good deal of frustration that will be expressed
here because millions of Americans in their frustration of not getting a **passport** turn only where they know where to
turn, and that is to their senator or to their congressman and I can tell you that the offices are absolutely overwhelmed.
And I want to tell you also that thank goodness you've got a bunch of dedicated people working on the line -- working
their little fingers to the bone trying to process these **passport** applications, and so I cannot say enough good things
about what people on the line at the Department of State have been doing in cooperating with the staffs of the members

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

of Congress and the members of the Senate in trying to bring about some relief for some of these folks.

So I want it nailed down right here that the State Department people are -- who are down there in the trenches working are working as hard as they can. What we want to focus is with the managers. Why has this problem been mismanaged -- these frustrations and delays? I met with three people yesterday -- just a sampling from Tampa. A single mom whose son was in an automobile accident in Panama and his two buddies were killed and he was seriously injured and went through two surgeries, and she's having difficulty getting a **passport** so she can get to him to take care of him. A civic-minded couple that are raising money for cancer, and part of that fundraiser was that they were climbing Mt. Kilimanjaro, and of course they got caught in that too and they wouldn't have gotten their **passport** had they not called us. A dedicated father trying to make sure that his daughter who had been training in Orlando can join the U.S. Olympic softball team in Europe. And then, of course, the question of families that the **passport** application has been in for month (sic) for the children -- whether or not they have to leave the children behind because they can't get the **passport.** And the backlog of 2 million **passport** applications -- many of those travelers have had to cancel their trips and they've been planning months in advance. They've paid all the money out in advance. In some cases, they have nonrefundable tickets. They go about paying the $60 on -- a extra fee to expedite things and that doesn't do any good, and so you have a mess.

At the post office that I went to yesterday in Tampa, the Post Office Department has issued this press guidance so that all the people coming in there to apply for a **passport** -- that there is a policy on refunds for expedited **passport** applications. And this says the Department of State deeply regrets any inconvenience caused to travelers whose **passports** were not available in time for their planned travel. Travelers who have paid their $60 fee and have a reason to believe that they didn't get the expedited service should issue a written statement to the Department of State. Why don't we just change that policy? Why should they have to apply to get it back? Since there hasn't been any expedited service why don't we just automatically start sending those folks their $60 back instead of Senator Lugar and Senator Vitter and I having to pass something in law that says that you have to give it back? Why doesn't the Department of State just do that as a matter of policy instead of having them have to go through more paperwork hassle to get their $60 back, which, oh by the way, $97 for a **passport** plus $60 -- that's $157. For a family of four, that's over $600. That's getting pretty sporty, and in and of itself, will cause a problem of people being able to travel.

Well, the jam began when the Western Hemisphere Travel Initiative, which was a recommendation by the 9/11 commission, went into effect. And last January the rules were that you had to have a **passport** to go to Mexico, Canada, or the Caribbean. The current turnaround time now is in the range of 10 to 12 weeks, and normally it would be four to six weeks. Half a million applications have been in the system for more than three months, and now in order to reduce the backlog for the summer travel the department is temporarily scaling back implementation of that initiative, and you have suspended it until September the 30th saying that you don't have to produce the **passport** to travel in those three areas in the Western hemisphere if you can show that you have applied for the **passport**. But what happened to the policy two-and-a-half years ago that said we're going to make America more secure by requiring a **passport** in the first place?

Yesterday, I had a 78-year-old widow. She was told, even after we got into the situation, we were going to have to send her to the **passport** office in Miami -- she lives in Tampa -- which, when she left me yesterday at about noontime, she was driving from Tampa to Miami. Initially she was told that she was going to have to get in the line at 4:00 in the morning on the street in Miami, Florida. We raised such a ruckus that a 78-year-old widow would be required to do this that finally the department said, "We will schedule an appointment for her at 8:00 in the morning." This isn't the way to do business.

This subcommittee hopes that you're going to be able to address the State Department's response to the Western Hemisphere Initiative. And out of our discussion what we want you to do is to answer that if you knew in November that you had received 250,000 more applications that originally projected, and then in January knew that the problem had grown to 600,000 above your estimates -- knowing this, why did it take the department so long to act?

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

Now, I understand, Madame Secretary, that you're one of the best in the business, that you are a career foreign service officer who has a magnificent record, and so this isn't directed at you personally. So I want to know, because when I was in the military, I was taught that the captain of the ship was accountable and responsible for everything that happened on the ship, and that document right there, my **passport** -- and I open it up and who is the captain of the ship? But it says the secretary of State of the United States of America. So we want to know who's accountable and why this mess has happened as it is. And we also want to know, to what extent does the State Department feel that the private contractor is responsible for this, and why, with a 20-year service of a private contractor did you suddenly change to a new private contractor? And how do you answer when you say it's the private contractor's fault that the private contractor says, "No, it isn't; it's the State Department's fault"?

So what is the State Department going to do to remedy the problem? And as you can see by the turnout here, there's frustration because every one of us is inundated on people -- these cries of anguish that are coming. And we'd like to know also how many have applied using the $60 fee? Is that 100,000? Is it 1 million? If it's 1 million, my goodness, you've suddenly got $60 million, and what are we going to do to get that money back to them? And then what are you going to do to make sure that the backlog does not continue?

And already we had -- and we're just talking about air travel in the Western Hemisphere Initiative. We already put off the land and the sea travel requirement of a **passport**. And now over on the House side in the Appropriations Committee, they've already gone through the drill of delaying that from January of '08 all the way to June of '09. Now, how does that serve the interest of the United States in protecting the homeland, which was the original intention of the 9/11 commission?

And I say again to you, Madame Secretary, you are the best in the business. You are a career foreign service officer. Your reputation precedes you. I'm not picking on you. You're the courageous one that came here to give answer to these. But the emotion in my voice is being expressed for all of these here and all of those out there that are not at this hearing that are desperately looking for answers.

So let me turn to Senator Vitter.

And Senator Lugar, did you have an opening statement that you wanted to make?

SEN. RICHARD LUGAR (R-IN):  Mr. Chairman, I did, but I -- in the expediency of time, I'll ask for it to be in the record and just proceed.

SEN. **NELSON**:  Okay.  Without objection.

Senator Vitter.

SEN. DAVID VITTER (R-LA):  Thank you, Mr. Chairman, for holding this hearing because I certainly join you and everyone else in expressing how serious a crisis this is. All of us hear about these horror stories from our constituents literally daily now, and so I want to underscore how serious a crisis this is and add my voice to the extreme concern about it.

I really don't know where to begin, but certainly again, I think all of us hear these stories directly from constituents. In my case, I have some who applied for their **passports** in March for a June trip with their church, and despite thinking ahead and planning ahead like that and their preparedness, they were still forced to pay extra for expedited service in May, and they still had to drive to the FedEx depot the day before the trip to get the **passports** before leaving the country. Another constituent who made a seven-hour drive from her hometown to New Orleans where there was a **passport** office, stood in line for several more hours, drove seven more hours back the day before her wedding so she didn't have to skip a honeymoon. And these are the success stories.

Then there are plenty of failure stories that we hear all the time -- constituents who spend hours waiting on hold,

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

only to have the call dropped before ever speaking to a real person.  My staff could not get through themselves for guidance or help, even on those lines dedicated to congressional staff.  So lines dedicated for congressional staff, my staff couldn't get through; talked to folks who, even when they did talk to a real person, these folks frequently were unable to help, unable to provide answers, unable to give any hope to those trying to get a **passport** to see family, attend a wedding, go on a very long-awaited vacation.  So this is really inexcusable.

My questions are probably the same as anybody's.  Number one, how could the department and the contractors be so off on forecasting demand?  I mean, I assume travel within the hemisphere has not increased a thousand percent overnight unexpectedly.  I assume it's been a steady growth and nothing dramatic has changed in the last year.  So how could we be so completely off on the forecast?

Number two, how could we be so slow in responding to increased numbers once they were actually coming in?  So I have the same sort of questions as everyone does.  And I also want to put this in a broader context.  I'm very concerned because it's yet again another story of the complete failure of competence in government and ineptness.  And I have real concern when we're living through this, and yet, you know, we're talking about still implementing the part of the program with regard to land and sea entries.  that's expected to involve four times the number of **passports** as we are here.

We're talking about this when we're debating an immigration bill.  I know this wouldn't be your bailiwick per se in terms of administration.  We're debating an immigration bill that would require all sorts of IDs and new visas for millions of additional people, including 12 million illegals in the country.

This is just another example of ineptness that absolutely destroys Americans', including mine, confidence in the federal government doing anything right and competently.  And yet we're -- some of us, not my vote, but some of us are foraging into experiments in legislation that would require agencies -- in that case, in the immigration case, Homeland Security -- to do things on a scale way beyond this, by hundreds or thousands of times over.  So I'm really very concerned and certainly want some immediate solution to this, just because this is an immediate and ongoing crisis.

Thank you again for being here and for being subjected to all these questions on behalf of your department.

SEN. **NELSON**:  And thank you for being the designated hitter.  Maybe we should call up some of your other colleagues, but we'll wait and hear on the basis of your testimony.  Your written statement is entered as part of the record.  We don't want you to read it to us.  We want you just to talk to us, and then we'll get into our questions.

So Madame Secretary?

MS. HARTY:  Thank you so much, Mr. Chairman, Ranking Member Vitter, distinguished members of the subcommittee.  I do thank you for your comments.  I have a slightly shorter statement that I will put in for the record.

SEN. **NELSON**:  Okay, but don't read it.  Talk to us.

MS. HARTY:  I certainly will talk to you, sir.

I would also like to, in all candor, identify myself as the captain of this ship with respect to the Bureau of Consular Affairs.  And it is, in fact, our responsibility.  We are charged with adjudicating **passports**.  It's the most valuable document on the planet.  We're responsible for adjudicating it in a way that makes it a process accessible to all Americans, and also in a way that makes sure that all and only all Americans who should have a **passport** get them.  That is, we have a security element here.  The adjudication of who receives a **passport** is a critical element of what we do.

Demand, as all of us, I think, in the room know at this time, is at unprecedented levels.  And so is the number of **passports** that we are, in fact, producing.  In fiscal year '05, we produced 10.1 million **passports**.  Last year we did 12.1

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN
RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S
RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

million **passports.** As of May 31st of this year, we've already done 10.3 million **passports,** a 33 percent increase over the same period the year before.  And we're on pace right now to issue over 17 million by the of this fiscal year.  So we regard ourselves as a service organization in the Bureau of Consular Affairs, and we set high standards for ourselves. It's what the American people expect and, in fact, of course, deserve of us.

Throughout our history as an organization, we have, with rare exceptions, met those standards of service, and we are taking steps now to ensure that we do so just as soon as possible again.  No one, Mr. Chairman, is more aware that over the past several months many travelers who have applied for a **passport** have not received that document in the time frame that they expected, and in some cases have missed their trips.  I deeply regret that, personally and professionally, and regard the current situation as untenable.

So with your permission, sir, I'd like to brief you on the current situation and what we are doing now, what we will do over the longer term, to turn turnaround times around again.

When Congress passed the Intelligence Reform and Terrorism Prevention Act in December of 2004, which established the travel documentation requirements that the Western Hemisphere Travel Initiative implements, we analyzed our figures.  We also commissioned an independent study which led us to predict that we would receive approximately 16.2 million **passport** applications in 2007.

We ramped up capacity against that prediction.  We hired 441 employees in **passport** services in '05 fiscal year, another 925 in fiscal year '06, over 1,200 thus far in '07, a total of 2,588 in less than three years.  I think we know that bureaucracy is not the most agile, and we have tried our best to be as agile as we could be.

These figures, of course, represent both adjudicators, **passport** specialists, as well as contractors who perform the non-adjudicative functions, things that are not entirely governmental.  I should point out that during this time we've also had significant attrition.

Also, to get at this demand, we opened another **passport** agency in Colorado in October of 2005.  We expanded our footprint in Houston, in Chicago, in New Orleans, in Boston and in Seattle.  We made them as big as we could in the parameters that we faced.

Our National **Passport** Center up on Portsmouth, New Hampshire went 24/7.  Our megacenter in Charleston is doing the same thing.  We added shifts at most other agencies and made (days extensive ?).  Last week we cut the ribbon, as you might have heard, on our new megapricing facility in Arkansas.  We have been, Mr. Chairman, in perpetual forward motion since the passage of the law, which created the new requirement.

We had a significant setback.  Hurricane Katrina had an impact on our operations.  Before Katrina, our New Orleans **passport** agency processed approximately 20 percent of all of our overall workload. And in preparation for the WHTI, we planned to increase that to 25 percent, a quarter of our workload.

Following Katrina, the New Orleans agency, which was out of commission for about five months, reopened, and in February 2006 reopened with a capacity that was significantly reduced.  Right now the good people in New Orleans at our agency are working hard, but they're processing 10 percent of the demand.  We had counted on them for more.

They have a lot of heart, and I thank you for the things you said about them, because only earlier today I got an e-mail from a woman who said, "Today is my 30-year anniversary working for **Passport** Services in New Orleans, and I want to thank you for the privilege." So we have people with plenty of heart out there.  I thank you for what you said, Mr. Chairman.

We projected we would receive 16.2 million applications in the course of FY '07, but we are on pace to receive at least a million and a half more than that.

DOS 000245

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

One of the things that we failed to predict was how quickly American citizens would choose to apply for a **passport** in recognition of the new law. A record-setting, unprecedented demand in a compressed period of time really was the root of the immediate challenge. Applications increased dramatically in a very short time frame.

Just to give you an idea, in December of last year, before the requirement was in place, we received 1 million applications. Then demand spiked sharply, in part because we actually tried to advertise the Western Hemisphere Travel Initiative. So in January we saw 1.8 million applications, in February another 1.7 million, in March 1.997 million; 5.4 million applications in a very short period of time.

Again, I think part of that was our extensive outreach to make sure that American citizens knew about the new requirement. But I think there's more to it than that, sir, in all candor, and it's hard for us to put a number against this.

American citizens, due to our outreach and I think, in fact, due to a lot of the media coverage of this new requirement, have applied for **passports** in droves, and it is not always because they mean to travel. American citizens have realized this is the premier document on the planet, but also in this country, to make sure that when they apply for a federal benefit, they can prove who they are and that they're an American citizen.

If they apply for a job they can prove who they are and that they're a U.S. citizen.

I had one of my colleagues pull a box of 200 applications for me yesterday just to look, because we ask on each application, "Where are you going and when are you going?" Out of 200 applications, 20 had travel plans -- 20 out of 200. I did this three weeks ago, it was only a box of 60 at that point. Out of that box, four said they had immediate travel plans or travel plans at all. Hard to quantify. No excuse, but it is a new phenomenon. I think one of the things that happened when this law was passed, and when we began to advertise it, is we heard -- we asked Americans to change their behavior, to begin to think differently, not only about a border crossing, but to think about the importance of a **passport** in other ways.

I took a trip not so long ago, sir, from Washington, D.C. to Arizona. A number of people on that flight -- and I'm sure you see it yourselves when you travel -- use a **passport** even for domestic travel to prove they are who they say they are and that they are, in fact, American citizens. As a result of all of this demand, sir, receipts far exceeded, as you know, and have quantified our ability to keep pace with them in the traditional timeframe. It began to take longer to process applications, it moved to 10 to 12 weeks where it is right now. We have updated regularly our website on that subject.

We've done a number of other things: We worked with our call center and our lock-box facilities at the highest levels to ramp-up capacity. We built an overflow call center at our Kentucky Consular Center and put a hundred people on the line right away; we built another one here at the State Department. All agencies are working extended hours, weekends and evenings. We stood up another around-the-clock taskforce at the State Department itself to adjudicate applications -- that's people who are working their day jobs and then coming at night and on weekends -- and others not doing their day jobs, and we've done 80,000 just here at the State Department in the taskforce that we set up.

We implemented mandatory overtime. We suspended, for the time being, all non-critical training for existing employees. We are continuing to hire aggressively. We dispatched teams of **passport** specialists to the exceptionally high counter volume agencies so that they could assist with the walk-in applications that we had. We also accelerated plans for expansion of new facilities to accommodate the increased staff.

As a result of these efforts, even as we are receiving high numbers of applications, we're issuing record numbers of documents -- an average of 1.5 million per month, 1.6 million in May. We know that the great majority of people who apply for **passports** are getting them in time to travel. We recognize that's not good enough. We recognize that we have to do better than that for everybody who applies for a **passport.**

In light of the current situation, sir, Secretaries Rice and Chertoff agreed that DHS would use its existing authority

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN
RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S
RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

to exercise flexibility in determining the documentation required of American citizens to enter and depart the United
States during a transition phase of WHTI air rule. So until September 30th of this year, Americans traveling to Canada,
to Mexico, to Bermuda and the countries in the Caribbean -- who have applied for but not yet received their **passports,**
can reenter the United States by air with a government- issued photo ID as well as the Department of State official proof
of application which they can pull off of our website.

Since we made that announcement, 371,000 Americans have availed themselves of that particular page, so they are,
in fact, using this. Since we announced that policy on June 8th, we've conducted numerous briefings -- public outreach
activities to inform the public, and DHS has done the same with the airlines. Our embassies have worked extensively
with the countries in question so that we see that Mexico, Canada, the Bahamas, Aruba, the Dominican Republic and
Jamaica all have agreed to accept this. And these are countries of largest -- receiving countries for American tourist
travel, all have agreed to accept this flexible transitional phase that we are going through now.

So people are beginning to make their trips. And while we will, of course, process to completion all of the
applications on hand, this particular approach took a little bit of pressure off and allows us to reach in and get to the
**passport** applications of those who still need the **passport** -- if you needed it yesterday for Mexico -- but the flexible
approach allows you to take that trip anyway, I'm going to be able to reach in much more readily and get the **passport**
application of somebody going to Europe or another part of the world who still needs that **passport** even as we speak.

I know that many people have had trouble getting through the line to the National **Passport** Information Center.
It's been a major source of frustration to your constituents, to you all I'm sure, and certainly to myself as well.

The Center has increased staff now to nearly 500. They've promised me 800 customer service representatives by
early August. They added extensive operating hours and they've added 432 additional high-capacity telephone lines so
that they can get to those calls.

Mr. Chairman, it's clear to us that the WHTI implementation means a permanent increase in **passport** demand. The
record-breaking numbers that we have seen are likely not an anomaly. Demand is going to continue to grow. We have
another workload study underway now, given some of the things we've learned, and we will -- we have some informal
predictions that we will work together through that study with, so that we can get the best numbers we possibly can.
We're looking at approximately 23 million applicants in 2008, and as high as 30 million by 2010. We are committed to
building the capacity to meet that demand.

Additional resources are essential. On June 8th, we notified Congress that the department plans to devote an
additional, nearly $40 million for FY2007 to hire an additional 400 personnel this fiscal year, and to fund the expansion
of our national **passport** center in Portsmouth and our Miami **passport** agency. I've walked the space in Miami, it'll go
from 18,000 square feet to 28,000 square feet in a new and better building and in a safer neighborhood.

I've looked at some space in Portsmouth myself and we are in the GSA fast-track process of getting space that will
do the trick for us. We're hiring numbers of new employees at record pace, and we're seeing -- I hope you're seeing, sir,
100 percent, 1,000 percent effort even from our people in the field. I think they're terrific. As some staffers have
already told us, specifically from your own office, Sherry Davich (sp) and Peggy Gustov (sp) and Karen Cully (sp),
have been terrific and they have graciously noted the efforts of some of our people to help them as well.

I think the world of U.S. **passport** production has changed fundamentally, and with the passage of the Intelligence
Reform and Terrorism Prevention Act and the WHTI, we are committed to meeting the American public's demand for
reliable, secure travel documents. We are committed to achieving for our nation the security and efficiency benefits of
WHTI. We are committed to working tirelessly to improve the efficiency, the transparency of the **passport** process
while continuing to ensure the integrity of the process and the physical document itself.

I thank you very much for your patience, for the opportunity to be here today, to take your questions, to take your
suggestions, to discuss ways forward as we continue to try and help the American traveling public. Thank you, sir.

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

SEN. **NELSON**:  You didn't say anything about the vendor.  Do you want to share that in your remarks?

MS. HARTY:  I'm sorry, sir, about --

SEN. **NELSON**:  The vendor.

MS. HARTY:  The vendor.

SEN. **NELSON**:  The contractor.

MS. HARTY:  I believe you're referring to the lock-box facility, sir.  On a very regular basis, we share with our lock-box facility partners our estimates of where numbers are going.  Frankly, we did public relations work and public outreach to make sure that Americans knew about the requirement and we saw a bump-up, which initially we believed to be simply in the lead-up to January 23rd.  It went larger than that, and so in January we began to realize that there was an issue here that wasn't an anomalous blip for a short period of time.  And so, sir, I went there myself -- I've been there a couple of times over the course of my time in this job, but I went there when we realized this.

I found a group of people who I have looked in the eye -- who I find are committed, who I've talked to on the phone, who I have badgered, who probably have limited enthusiasm for taking my phone calls.  I also found a group of people who worked themselves to the bone.  It, like in the government, isn't always as easy to get good people, identified, cleared, trained-up.  And the clearance is an issue because we are asking people -- vendor, contractor for us, U.S. federal government employee -- to deal with people's identity documents.  We need to know that there is a -- somebody who has a public trust clearance, who is somebody who we can trust to do this work.

And so, yes -- they went from a 24-hour turnaround time to something significantly greater than that.  But while they were doing that, I literally watched them build more space, hire more people, figure out with us ways we could do this work together and differently.  And they are back to their 24-hour turnaround time.

I don't think, sir, I get any style point for pointing at somebody else.  I'm the captain of this ship.

SEN. **NELSON**:  Okay.  Since we have such a huge turnout here, is it all right that we have five-minute rounds?  And I'm going to call on people in the order in which they came, regardless of party.

Madame Secretary, in your comments for the record, you state, quote, "We simply did not anticipate American citizens' willingness to comply so quickly with the new law," end of quote.  If you had over two years advance warning, and if you knew how many people traveled to Canada, Mexico, Bermuda and the Caribbean, therefore, you would know how many were going to be coming in to have to have a **passport** under the new Western Hemisphere Travel Initiative.  So how can you say that you didn't have any idea that you were going to have all of these applications for **passports**?

MS. HARTY:  Thank you for the question, sir.

In fact, it is just simply a question of the three-month period of time.  We knew we were -- we predicted 16.2 million based on our study with BearingPoint.  And BearingPoint, in doing that study, talked to Homeland Security, Commerce, travel and tourism, airlines.  We did the same things.  We simply did not foresee 5.4 million people applying in three months time.

But sir, again, I believe I mentioned that we're seeing an incredible number of people who are indicating that they have no travel plans.  I think in some ways we drummed up business, and more business than we had anticipated.  It was a mistake.

SEN. **NELSON**:  Okay, I'll accept that.  People -- they'd like to have this document because you reminded them that is a valuable document.  But now you know that you're going to have to have X number of people having a **passport** that didn't have one before.  You know what that number is because you can calculate it as to who traveled

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN
RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S
RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

within the last 12 months to those areas that are going to require the **passport.** So why didn't they or your vendor or somebody have that anticipation of the surge?

MS. HARTY: Sir, it was a miscalculation on the size of the surge.

SEN. **NELSON:** Okay. And whose miscalculation?

MS. HARTY: I take responsibility for it, sir. We did our best evaluation based on a report by a company that is trusted and well known. They appeared to do a thorough job. We looked at our own sort of historic numbers. We looked at the numbers of people who revalidate their **passports.** We made a good faith effort. We came up with 16.2 -- in fact, it turned out not only to be about a million- and-a-half higher than as it appears now, but it was in a very compressed period of time.

SEN. **NELSON:** Okay. You accept the responsibility.

MS. HARTY: I do, sir.

SEN. **NELSON:** All right. Tell us what are you going to do about the 60?

MS. HARTY: Sir, you're right that we have an expedited process that took longer than we wanted it to, took longer than ever we meant it to. The expedite process did in fact ensure that you went to the front of the queue; although it took longer than we wanted it to take. Expedited **passports** have moved to the front of the queue all over the system.

So I take your point about the question that you asked in your opening remarks. And so we will certainly look at that and I will report back to you. I actually need a little bit of sort of help with evaluating the question that you raised earlier. But I will look and I will get back to you.

SEN. **NELSON:** Well, this was handed out in your name yesterday.

MS. HARTY: Yes, sir.

SEN. **NELSON:** And it says you have to apply for the refund. Why put that additional burden on them?

MS. HARTY: That is the process we have had in place for years, sir. We do expedite and have done expedite refunds for a number of years. I just flat out don't know if there's -- I don't want to misspeak at all today. I don't know if there's some legal requirement for someone to comment to me before I give them money back that's gone in the federal Treasury. We will look sir.

SEN. **NELSON:** Does that $60 go into the Treasury or does it go into the State Department?

MS. HARTY: The $60 -- the expedite fee -- goes to the State Department. Out of a $97 **passport** application, $18 of that goes to the Bureau of Consular Affairs.

SEN. **NELSON:** You know what a cynic would say? A cynic would say that that's an additional way for you to raise money.

MS. HARTY: A cynic would say it, sir, but I hope that if I leave you with nothing else today, I leave you with the sense that there's nothing cynical in our desire to be the best public servants we can be.

SEN. **NELSON:** Well, think about getting that money back to people, because they have paid for a service they have not received. So they shouldn't have to apply to get the money back.

All right, Senator Lugar -- the ranking member and the immediate past chairman of this committee.

DOS 000249

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN
RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S
RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

SEN. RICHARD LUGAR (R-IN):  Thank you very much, Mr. Chairman.

I'd like to ask, what is the current status as it appears even today?  Given the postponement of going to the
full-**passport** situation, are the offices pretty much up to date with that staged cutout?

MS. HARTY:  Sir, there is always an ample amount of work in the system throughout the system.  Every month,
for instance, is that 1.5 million go out; a certain number come in.  Right now we've got just under 3 million **passports** in
the process of being adjudicated and shipped out to people will send out **passports** every day.  We will get more in
every day.  So it's just under 3 million in the system now.

We are also just entering what is historically sort of the low season.  And so we --in between doing two things:
hiring an awful lot of additional people.  We hired some already -- continue to hire we hope 400 more before the end of
this fiscal year.  With us entering the low season and us hiring more people, with our continuing with the expanded
hours, with our continuing with the tremendous amount of overtime work that is being done, with our hiring retired
employees, with our hiring retired civil service and foreign service employees we're whacking down that inventory, if
you will, that work load in progress just as quickly as we can.

SEN. LUGAR:  But in terms of the emergencies -- people with weddings and what have you.

MS. HARTY:  Oh, expedited **passports** --

SEN. LUGAR:  Are they getting what they need with amply enough time for the wedding?

MS. HARTY:  Yes, sir.  I think we have noticed an extraordinary drop off in a number of calls to our call center,
almost no e-mails on the congressional front at all to our call center.  Our office here on the Hill reports to me today it
was just a -- sort a normal day as if WHTI were not the subject of conversation every day.

We feel very confident that with the addition of all of the new lines at the National **Passport** Information Center
that people are getting through.  I call it myself everyday.  I don't have a special number for myself.  I need to make sure
it's working.  I don't -- it was never our intention to make any of your staff's part of this process.  But every time that
you, in fact, send us one, we work very, very hard to make sure that happens.  So I'd certainly welcome those continued
cases of concern that you have so we can reach into those cases and get them done as fast possible.

SEN. LUGAR:  So essentially that's likely to be the case until September or so and then there's a hiatus here.  And
now what happens in September?  What happens then?

MS. HARTY:  With what I've just described, sir, I think that we will see us by the end of September get back to
approximately an eight-week turnaround -- two to three weeks for expedited cases, eight weeks for regular cases -- and
we will continue hiring, training, bringing people onboard into the system so that we hope to get back to six weeks by
year's end.

SEN. LUGAR:  Now, there was some criticism the other day from somebody in homeland defense that said what
you're doing is a bad idea, that American security is jeopardized by all of this.  Those of us, because of the testimony
today of our chairman and all, in the congressional offices are saying, hang on here!  This is all one government -- the
United States government.  What kind of a byplay -- my own impatience with that particular person is profound.

But let me just ask the situation this way -- was it a good idea for the Congress to pass such a law to begin with
requiring all of these **passports**, visas, and so forth?  What is your judgment as somebody dealing with national security
for many, many years through this, what -- was this necessary?

MS. HARTY:  I think it's absolutely a good idea, sir.  I don't want to refer to the comments of the colleague from
DHS, but what I would like to say is that you all looked and you realized that it is an untenable situation when an

DOS 000250

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN
RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S
RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

inspector at a port of entry can look at as many as -- that can be required to look at as many as 8,000 different kinds of documents to judge whether or not somebody is in fact a U.S. citizen.

I've said many times before that before the passage of this law, somebody like me could take a trip to the Caribbean and on the strength of my Staten Island accent and my Gold's Gym card talk my way back into America. And you rightly realized that wasn't the way to do business anymore -- it isn't the way to do business anymore -- that we are in a transition period now where before January 23 of this year what I just described was the case. And is now transitioning to a time where that will not be the case is in fact the right thing to do. I regret that the transition has been as rocky as it has been so far.

SEN. LUGAR:  Yeah.  Thank you.

MS. HARTY:  Thank you, sir.

SEN. **NELSON**:  Senator Coleman.

SEN. NORM COLEMAN (R-MN):  Thank you, Mr. Chairman.

First I ought to -- with all the frustration -- we've had lots of it and we've had meetings and merit one's **passport** operations we've been out to Minnesota and we've had hearings. And I think I've had 15,000 cases in March of people just outraged -- my colleague, Senator Klobuchar, over 1,000 cases -- with that I do want to compliment your staff. They have been very helpful. They have -- well, we've got **passports** delivered on Saturday night and Sunday afternoon and --

MS. HARTY:  Thank you, sir.

SEN. COLEMAN:  So with that great frustration -- but let me get to the frustration then look to the future. And I just said one of my frustrations is Secretary Chertoff came before our committee -- actually the Homeland Security Committee I set upon in mid-February and talked about the system being flawless. Now your testimony saying you've noticed things in January -- at least in mid-February Homeland Security was telling us the system was flawless. The bottom was falling out -- just about to fall out. And I expressed my concern to the Secretary about that testimony and the perception that we were left with. Which then -- let me look to the future -- clearly we understand the need for security -- **passports** not the only way to secure -- to ensure that there is security, as **passport** cards have been talked about, secure driver's license is something we've talked about.

In Minnesota, we have the reality -- we're a border state and we have folks that go fishing back and forth and they have resorts. Our economies are tied together and this **passport** requirement was one that was going to have a devastating economic impact if that was the only path to go.

We have -- many of us have been pushing for some alternative procedures. Now, we've also been pushing to make sure that whatever the procedures are that they are -- have in fact been piloted and tested before they're required.

MS. HARTY:  Right.

SEN. COLEMAN:  And we've had -- I had legislation to that effect and what we keep getting is pushback, at least from Homeland Security, saying we're going to move forward with the **passport**; we're going to move forward with this requirement understanding the security issues and understanding their alternative means.

We now look to the future and we have land travel which has been indicated -- we'll probably have twice the burden -- at least, perhaps up to three or four times as air travel. This cannot be allowed to happen again.

Can you tell me what the department is doing in terms of some alternative secure ID systems that in fact are affordable, that in fact we know will work, that will ensure that we don't have this disaster as we move perilously close

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

to the next phase of this -- without a lot of confidence among this body -- among my members -- that the system is one that can handle the increase volume that will occur with the land travel?

MS. HARTY:  Thank you, sir.  A couple of quick things.  We are ramping up to look at -- from our production purposes, 23 million adjudications in the year ahead as I detailed earlier.  That will very likely at some point later in the year include a **passport** card.  We are in fact in the procurement process for **passport** card right now. That card will be wallet size, about half price -- half the price of a U.S. **passport**.  And that gets to just exactly the people you described -- the family who goes to grocery shop in one country and watch their son play soccer or their daughter play baseball in another country.  They don't really think about the border the same way.  The card in their pocket or their wallet will help them do that.

SEN. COLEMAN:  It's hockey in Minnesota.  We --

MS. HARTY:  Hockey in Minnesota, okay.

SEN. COLEMAN:  Yeah.  (Laughs.)

MS. HARTY:  There are other alternatives that exist right now that perhaps haven't received the play they should.  They are not my documents, but DHS' -- the NEXUS card, the Century Card, the FAST card -- all available now.  People who use military IDs, Merchant Marine cards -- there are other options available.

SEN. COLEMAN:  NEXUS -- if I may -- NEXUS and FAST, you have to have systems in place to read those.  We don't have those in the Northern border, International Falls to do that.  And commercial travelers use that -- we've got families we're talking about here.

MS. HARTY:  Right.  Yeah, I'm just trying to put out other alternatives for some people, frankly, who might think they need a **passport** and can do something else if they want to do that.

You mentioned other alternatives and I know that it is the bailiwick  of my colleagues at the Department of Homeland Security but certainly several states are looking at alternatives.  What I have heard, Secretary Chertoff describe is a WHTI compliant driver's license.  I'm not prepared to speak about those parameters since that really is between Homeland Security and the various stage engaged in that process, but I know that that is an ongoing conversation that they're having.

SEN. COLEMAN:  Just one other final comment in the last 30 seconds I have -- I appreciate the expansion of your operations, the opening of the Colorado office in 2005.  We're -- in Minnesota, we've got Northwest Airlines, it's the hub center, their folks have to go to Chicago.  I would think never in my cause would look at expanding operations and, you know, there is something between even Chicago and Colorado.  And if we could look at that, where you have the hub centers it would make it a lot easier when we have these crisis to be able to respond more quickly.

MS. HARTY:  And certainly we're looking at expanding, sir.  And we'll keep you well briefed on where we go and why that is.

SEN. COLEMAN:  Appreciate that.

MS. HARTY:  Thank you very much.

SEN. COLEMAN:  Madame Secretary.

Thank you, Mr. Chairman.

SEN. **NELSON:**  Senator Webb.

DOS 000252

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

And at the end of your questions, we will recess.  There are two votes in progress and we should have about 11 minutes left right now.

SEN. JIM WEBB (D-VA):  Thank you, Mr. Chairman.

And Madame Secretary, welcome.

MS. HARTY:  Thank you.

You know, the three least welcomed phrases in Washington are -- I saw that article about you on Drudge --

MS. HARTY:  (Laughs.)

SEN. WEBB:  -- I saw that picture on YouTube.

MS. HARTY:  Yeah.

SEN. WEBB:  -- and good afternoon, Mr. Chairman.  (Laughter.)

But this is really a serious problem.  And, you know, I compliment the chairman on holding this hearing.  We get hundreds on calls in my different offices every week on this.  You know the horror stories.  And also as you might imagine, your backlog is feeding our backlog in different sorts of ways.

I have a memo that was sent to me from one of my offices this morning with some comments on I'd like to get your reaction -- I'm not going to read the whole memo -- but a couple of things here.  One is, my assistant says, "We're happy to assist people with their travel plans but we're mindful that this work is taking precious time from folks who need help with very serious and essential needs such as food, veterans' benefits, housing, medical care, medications.  While the hotline used by our office is for tracking the progress of a **passport** is better staffed, an answer we are increasingly receiving is, "Well, I can see it's been completed but I can't tell if it were mailed out or sent by FedEx or waiting for a pick up, there's no tracking number on it."

It's a recommendation, interesting suggestion from one of our staff members, "It's costing untold amounts of money to send **passports** out at last minute by FedEx, wouldn't it be wiser either to move staffing resources to fire or hire additional staff?" -- which I understand you are hiring additional staff.

And finally -- and this is our great concern -- as we look toward the two more critical deadlines, September and January, do we have a plan in place to effectively manage the volume of **passport** applications that we will be facing?

And -- appreciate your comments on that.

MS. HARTY:  Actually, sir, thank you.

I couldn't agree with you more that we would really rather have your staff not having to deal with someone's travel plans so they could get to a veteran or a mother or somebody who has a particular issues and maybe even a life and death circumstance.

That is, in fact, why the first call lines that were installed, the additional call lines, were dedicated, 46 of them, to the congressional staffers.

As the call center has increased dramatically the number of people who work there, 200 to 500 and on its way to 800.  We have -- we made, probably in an abundance of haste to get people onto line, we probably didn't make sure that everybody was as thoroughly trained as they should be.  So I sent more people up there, and I -- and I hired back a retired fellow who actually ran the center famously not too very long ago.  And so I hope -- I'm getting some anecdotal

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN
RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S
RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

feedback that we're actually doing a better job on the quality of the conversations, and if we're not, please call me. Because we are -- it's an indicator; it's not a complaint, and if the indicator is I need to get something better done, I want to get it done.

SEN. WEBB:  What is your goal?  Is it six weeks?

MS. HARTY:  Yes.

SEN. WEBB:  That's your ultimate goal, even with the -- the two additional ramp-ups?

MS. HARTY:  I'm going to get there next year.  You asked something about express mail services of various kinds.

SEN. WEBB:  Yes.

MS. HARTY:  I would love to get to a point where I don't have to do express mail because we're back to six weeks, or -- we are at two to three weeks for expedites right now.  But right now I don't want somebody missing a trip because the **passport** comes the day after the flight.  So that's why we're using a lot of express mail services at this point.  I'd like to get that gone as well.

And finally, do we have a plan?  We are ramping up dramatically, through the beginning -- through the end of this fiscal year, FY '07.  We're also looking at hiring a considerable number of people in FY '08.  I'm still working that a little bit within the State Department itself.  I don't expect any issue there; I just don't have so many details for you right now on -- on the budget side of it.

You mentioned January, sir.  Over the next several days, State and DHS will be announcing the proposed land border rule, which will demonstrate that we have heard you and have heard your constituents.  As a result, that rule as introduced will be very flexible.  What I'd like to say about that here now is it's a draft rule, and we welcome your comments.  And we welcome the comments of your constituents, and we want to make the best product that we can make.

SEN. WEBB:  Thank you.

Thank you, Mr. Chairman.

SEN. BILL **NELSON:**  We will stand in recess.  There are two votes.  There should be about five or six minutes remaining on the first vote.  I will come back right after the second vote commences, and we will pick up with Vitter, Feingold, Voinovich, Isakson, Murkowski and Menendez.  Thank you.

(Recess.)

SEN. **NELSON:**  Good afternoon.  The committee will resume its deliberations.

And while we are waiting for the remaining members to come and ask their questions, why don't you share for the record the transfer of the responsibilities from Mellon to Citigroup, and why wasn't Citigroup prepared?  And then you mentioned this other one, BearingPoint, did a survey for you, and they missed the mark on the survey, apparently by a huge amount.

Why don't you talk for the record so that we can understand where the foul-ups occurred there?

MS. HARTY:  Thank you, sir.  With your permission, I'll start with BearingPoint.

We together came up with a figure of approximately 16.2 million.  BearingPoint contributed to that.  BearingPoint did a survey for us discussing with all of the stakeholders that you might imagine surveys of travelers, two separate

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN
RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S
RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

surveys of travelers, Commerce Department data, DHS, the travel and tourism industry; brought their survey plus our historic experiences together, what led us to 16.2 (million).

So while we now believe it will be closer to 17-and-a-half (million), I think that we also need to share culpability in coming up with that number. I don't want to put that just on BearingPoint.

With respect to Citi and Mellon, you are absolutely right. Mellon had had the contract for a number of years. Contracts routinely have to be recompeted. It is a contract that is not held by the Department of State or administered by the Department of State, although naturally we have an incredibly avid interest in how that contract works.

So those two banks -- those two entities competed, and Citibank came in with a more modern way of doing business and won that contract; again, Treasury Department administered.

We had a transition period from Mellon to Citi, and then Citi took off on its own in -- I believe it was October of 2006; so the relative newcomers to this game, and we all learned some things out of the last several months. And we will all continue to work together to do better at what we do. That's our obligation and our duty.

SEN. **NELSON**: So the Treasury Department is the decider on who is awarded that contract?

MS. HARTY: Treasury administers that, yes. I guess they would be the decider. But we're sure right in there. I mean, we obviously are the ones who know what kind of service we needed.

SEN. **NELSON**: Senator Menendez.

SEN. ROBERT MENENDEZ (D-NJ): Thank you, Mr. Chairman. Thank you for calling this hearing.

Madame Secretary, I appreciate your straightforward answers. Let me just say, as we talk about **passports** today, I think it's been mentioned by other colleagues that we have to remember this is not about a document or a piece of paper; it is about the lives of people and Americans.

My staff, as well as everybody else's, has been overwhelmed in New Jersey by the number of requests we've had to deal with. And, of course, what that means is that time is taken away from other very critical issues that they face. And because of the nature of the timeliness of the concern, it gets shifted. And that means that other people get put at the end of the line.

And the stories that I've heard from New Jersey include a recent case where newlyweds had to postpone their honeymoon because they not received their **passports**; another New Jersey woman who just about missed her wedding because her **passport** did not arrive until the day before the ceremony; and still another one of my constituents had to drive 96 miles and wait in line for hours in order to pick up her **passport** the day before she was set to travel.

So, you know, this has massively caused an enormous consequence to a lot of people in the disruption of their lives, people who followed the rules, paid their hard-earned money to receive a U.S. **passport.**

And while I appreciate hearing your testimony about the statistics and how, in the first seven months of fiscal year 2007, the State Department issued 33 percent more **passports** than in the previous year, the fact of the matter is that the State Department knew, knew that the demand for U.S. **passports** would be exponentially higher than in previous years, and they had ample time to prepare for the workload that would be caused by the new regulations under the Western Hemisphere Travel Initiative.

So at this point, in my mind, the number of **passports** the State Department has issued is not as relevant as the number of **passports** they have not issued, as well as the chaos caused by this bureaucratic mess. And that, in the midst of the debate we are having on immigration, where, in fact, if the underlying proposal were to become law, we would be in the midst of having the U.S. citizenship and immigration Services clear an estimated four and a half million

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

immigrant applications from its current backlog and an employer verification system that would use a **passport** as one of the key documents for employer verification.  And that means every American in the country going through such a system.

So I look at all of that and I am dramatically concerned as to where we're headed beyond what's happened.  I do want to say that I want to commend the employees at the **passport** agencies --

MS. HARTY:  Thank you, sir.

SEN. MENENDEZ:  -- who have worked overtime and under very stressful circumstances to help reduce the backlog.  And I think everyone would agree that they have been resilient, and it's not their fault.  So I want to start there.

But in view of what's already happened, you know, do you really believe that when September rolls along of 2007 -- if you're still facing a significant backlog, what will be your response?  And when do you expect to return to what is normal, which is processing times for **passports** four to six weeks versus the current 10 to 12 weeks?  And if you're going to tell me that you're going to meet that target in a relatively short order, why are you confident that you will be able to do so?

MS. HARTY:  Thank you, sir.

First, I'd like to associate myself with your comments about people's lives and how important it is that we get this done.  And I, as I think I mentioned earlier, feel very sincere when I say that even though we have gotten so very many people their **passports,** that's not good enough.  We have to do them all, and we need to do them in a timely fashion to allow people to take the trips that they intend on taking.

With respect to the question that you just asked, I'm watching this every day.  I believe that we will get to eight weeks by the end of September, with expedites going in two to three weeks, and down to six weeks by the end of the year.  We're going to keep hiring people. We're going to keep training people.  We will identify any bump in the road or impediment that prevents us from doing what I've just said. And we will continue to brief on the Hill as often as --

SEN. MENENDEZ:  In September -- you believe that the postponement to September is more than enough time to meet the challenges that you presently have?

MS. HARTY:  I believe that by the end of September, if we are able to hire the extra 400 that we've talked about in the (CN ?) that's active right now, that we will have the people on board to be able to get the wait time down to eight weeks on an average.

SEN. MENENDEZ:  But if that doesn't become a reality, then you'll slip -- (inaudible) -- hiring of people that you suggest.

MS. HARTY:  That may be the case, sir, but I'm going to spend all the time that I have between now and then making sure we do exactly the opposite, that we hire the people, that we get the work out the door.

SEN. MENENDEZ:  Mr. Chairman, my time has expired.  I have other questions.  I'll submit them for the record --

MS. HARTY:  Thank you, sir.

SEN. MENENDEZ:  -- and (have ?) your answers.

SEN. **NELSON:**  Senator Voinovich.

SEN. GEORGE VOINOVICH (R-OH):  First of all, I'd like to say that my constituent offices had probably the best relationships that we could possibly have with any federal agency --

DOS 000256

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

MS. HARTY: Thank you.

SEN. VOINOVICH: -- over the years. And I wouldn't like them to feel that we're beating up on them or we're not happy with the service that they have been given.

The problem, as I see it -- and I've been interested in management; in fact, one of the reasons why I had problems with Mr. Bolten in the beginning was management -- I think that Colin Powell and Dick Armitage did a good job of paying attention to management and putting it way up as a priority and improving the esprit de corps in the State Department. I was concerned when Bob Zoellick got the deputy job because I felt he wasn't enough interested in management. He left there, as I expected he would.

I talked with John Negroponte, I talked to Condoleezza Rice about management. So in the big picture, for those people here representing the State Department, I think that somebody'd better start paying attention to management, because the esprit de corps in the State Department is way low. Lots of people are retiring that probably would stick around, but they're just throwing up their hands and they're leaving the place.

That being said, the question I have is, and I've heard some of what you said -- and by the way, I'd like to have a written -- I want to see your strategic plan and your critical path and how do you intend to get this done. But you were talking about the issue of -- of giving the flexibility and having them give proof that they made an application and they had a -- they had their picture or whatever they call it. But I want to say that it appears that a number of Ohioans who have prove of payment for **passport** applications as far back as March have been inadvertently left out of the database used for **passport** processing and thus are unable to obtain the official proof of **passport** application necessary to comply with the revised guidelines. So I'd like somebody to look into why are they no longer on the data bank, and can we get them on the data bank so that they're taken care of?

But there's a -- there's a bigger question. You're talking about the people that are going to get -- right now for the flying back and forth for **passports**. I'm very active in the U.S.-Canadian Interparliamentary Group. I have to tell you that they're up in arms about this land -- going back and forth. And whether or not you know it, the word's getting out all over the place, you need a **passport**. So in addition to the ones that are traditionally going to come in and say, "I need it to fly," you're going to have an avalanche of people that are going to be wanting these **passports** by January 1st of next year, because they've been told that they have to have it. Now, we've passed legislation that's going to delay this to June of 2009, but the fact is that's what's out on the street, and I'd like to find out whether or not you are anticipating this added group of people who think they're going to need it to get back and forth on land between the United States and Canada, particularly.

MS. HARTY: Thank you, sir, for your question. With respect to the people who are seeking **passports** to cross the land border now, I think that we've already seen a considerable amount of that. I think that is, in part, what we -- where part of the original bump-up has been, that people simply, out of an abundance of caution, want to do exactly that, and we certainly have also heard from our Canadian counterparts the same consternation, that Canadians feel that they need to get **passports** for the land border right now.

We will, as I mentioned previously, over the next several days -- actually, I think maybe even tomorrow -- announce the land border rule, and that will demonstrate that we have heard the kinds of concerns you've articulated here and the kinds of concerns that your constituents have mentioned to us so -- so vigorously, and rightly so.

As a result of hearing those concerns, that announcement will include a flexible approach, and I would just like to underscore again how -- how sincere I am when I say that that -- t hat's a notice of a proposed rule that we're very interested comment and concern in how we can address that and how we can make it better and how we can do this job as best we can.

SEN. VOINOVICH: May I interrupt you and say that it would be nice, following up on the chairman's comments, that someone would tip off Mike Chertoff over at Homeland Security, who keeps saying no, the date's got to be January

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN
RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S
RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

1st, '08. Now, that confuses people. So let's get the message clear that it's now going to be June of '09, and we're going to get this legislation passed.

The other thing is somebody ought to look and see whether that June '09 is going to be adequate, because you still have to develop the technology for PASS, this -- everybody's talking about this license plate real ID. I've got to tell you, that's like two or three years away. So someone has to look at this realistically, look at what you're going to be getting, and as I say to you, I would like to have from you in writing what it is that you're going to do to deal with this, and I'm also going to request -- I've asked Senator Akaka to have a hearing in the Oversight of Government Management and the Federal Workforce on the whole Homeland Security and -- and what they're going to do.

And Mr. Chairman, last but not least, I want to submit letters for the record that I sent to the secretary of State and to Mr. Chertoff, and I expect answers to them.

Thank you very much.

MS. HARTY: Thank you, sir. Mr. Chairman, may I just answer the senator's other question about the Ohioans that are not in the database?

When we first did this, we found that there were several cases like that; not a lot, and I'm sorry if they -- that they were your constituents. I'm sorry it happened to anyone. But we did make some fixes very quickly. With your permission, we'll call your office and find out who those people are so we can make sure we serve them.

SEN. VOINOVICH: I'd appreciate that. Thank you.

MS. HARTY: Okay. Thank you.

SEN. BEN **NELSON:** Senator Feingold.

SEN. RUSS FEINGOLD (D-WI): Chair, first of all, let me thank you for your great leadership on this. This is a very important issue.

And Assistant Secretary Harty, thank you for appearing before the committee today. This -- this backlog, as I'm sure you've heard from everybody, has affected many of my constituents in Wisconsin, and my staff has worked incredibly long hours without complaint to try to deal with it, and they have tried to make it clear to me just how significant the problem is.

I want to extend my thanks to also, in addition to you, to the employees of your agency who've been working very long hours as a result of the **passport** backlog. I appreciate their efforts as well.

Now, under these temporary regulations, Americans must produce proof of a pending **passport** application to travel by air to and from Canada, Mexico, the Caribbean, and Bermuda. According to these caseworkers in my state offices, individuals must have their **passport** application locator number as proof of a pending **passport** application. I understand from my staff offices that many Wisconsinites have become frustrated that no locator number is assigned to applications in the initial phase of processing at the lockbox facility. As a result, when a **passport** application is delayed in this initial phase of processing, it is, I'm told, virtually impossible for an individual to present the required proof of a pending **passport** application. This is a problem that is affecting many people in this state. Is this specific to Wisconsin, or is it a national problem, and what steps are being taken to address it?

MS. HARTY: I very much appreciate that question, sir, because it gives me a chance to explain again what we've tried to say so many times. When we introduced this on June 8th, we did several things at once. One of them was we started sending folks a postcard. So -- somebody who applies for a **passport** now gets a postcard, and it says thank you for applying for a **passport.** We assure you the application is being processed. Please look at, if you are traveling to

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

Canada, Mexico, the Caribbean and Bermuda and need verifiable evidence that you've applied for a **passport**, here's how you do it. You go to our web site. So this **passport** is going to John Q. Citizen now as they apply for -- this postcard is going now, as they apply. I -- I wish I'd thought of it sooner.

When you go to travel.state.gov, this is the home page. This is the very first page you see, and on -- in the upper right-hand corner, there are four sort of little icons you can click. The second one of those says, "Click here for proof of **passport** application." So you do that, and we ask you to put in your name, your date and place of birth, and your Social Security number, and this page pops up -- the U.S. **Passport** Application Status page. That's what you need. That's the page you print, and that proves that you've got what you need.

So we were concerned -- travel.state.gov is a great web site. Lots of people use it. It got 219 million page views last year. But nobody was born knowing that that web site exists. That's why we invented the postcard option, to make sure that we're reaching out to everybody who has said to us, you got an application? We want to help you get there. And while not everybody's as computer-savvy as they might be, with this postcard in hand, everybody's got a nephew or a niece who can do it for them, if they can't.

SEN. FEINGOLD: Another concern I've heard from people in Wisconsin has to do with maintaining the integrity of the security review and vetting process for **passport** applications. My caseworkers have experienced situations in which **passports** have been mailed to incorrect addresses in other states. In an effort to reduce the backlog as quickly as possible, what is the State Department doing to ensure that all applications are fully and appropriately vetted, and are you concerned about an increase in **passport** fraud as a result of this backlog?

MS. HARTY: Every single -- every single **passport**, before it leaves our hands, goes through what we call quality control check. And so I regret that any one of them ever goes to an address that it should not go to. It doesn't even make me comfortable to say that when you do 1.5 million anythings a month you might make a mistake from time to time, because I wouldn't want to be the one who had the mistake made about them. So we -- we work very hard to make sure that doesn't happen, sir, and work very hard to make sure that we ameliorate that situation just as quickly as we can, if it does.

With respect to your other question, about a half percent of applications are regularly referred from our adjudicators -- from our **passport** specialists -- fraud prevention managers who look at them and drill down further into those applications. Those that are then found to be suspicious or not what they appear to be are referred to our colleagues in the Bureau of Diplomatic Security for further investigation. We have seen -- we have not seen that number go up appreciably during this time. It's just about the same ratio that it has always been. So the real number --

SEN. FEINGOLD: So is there any need or plans to make changes to the security review or adjudication process in light of the **passport** backlog?

MS. HARTY: No, sir. I don't think that we can or should cut corners on the actual adjudication. We really do need to make sure we know who's getting a U.S. **passport.**

SEN. FEINGOLD: No. I was asking whether you needed to do things to make it stronger.

MS. HARTY: Oh, well, I'm hiring more people and most of those people are going to be **passport** specialists -- adjudicators -- but a bunch of them are also going to be in our fraud prevention program so that we can reach out not -- we can make ourselves more accessible to all of the **passport** specialists and adjudicators. But also, we're going to do a little bit more with the **passport** acceptance facilities: the over 9,000 offices across the country -- post offices, clerks of court -- who actually accept **passport** applications for us. We want to plus up our ability to do more training with them, because that's a point where we think we could use that kind of extra attention.

SEN. FEINGOLD: Do you have any estimates of how many **passports** have been misprinted or delivered to wrong addresses?

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

MS. HARTY: I don't sir. I could try and get that for you.

SEN. FEINGOLD: Thank you. I appreciate that and I thank you, Mr. Chairman.

MS. HARTY: Thank you, sir.

SEN. **NELSON**: Let's get into some specific numbers for the record.

What were the projections for **passport** demand following the enactment of the Western Hemisphere Travel Initiative?

MS. HARTY: **Passport** demand projection for FY' 05 was 10,499,839. The actual was 10,412,146.

SEN. **NELSON**: The question is the Western Hemisphere Travel Initiative.

MS. HARTY: FY' 06 then was -- it was 12 million -- just a little over 12 million and the actual that year was 12,333,000. FY '07 --

SEN. **NELSON**: That's total?

MS. HARTY: Yes, sir.

SEN. **NELSON**: Total -- what about Western Hemisphere travel --

MS. HARTY: Oh, I'm sorry. Excuse me. I'm going to have to get you those numbers. That's total and I don't have the specific breakdown. It's inexplicable to me, sir, but I don't have it with me. I apologize.

SEN. **NELSON**: Does any of your staff back there have it?

MS. HARTY: I don't know. (Off mike consultation.)

SEN. **NELSON**: I mean, if that's the main reason for the breakdown --

MS. HARTY: (Off mike consultation.) Sir, I'm going to have to pull it for you out of the system.

SEN. **NELSON**: Well, if that's the main reason for the breakdown, other than just people wanting a new **passport** --

MS. HARTY: I think certainly a significant part of it is, sir, but I don't think that's all of it. I genuinely believe, based on what I see in **passport** applications, that a significant number of American citizens are applying for U.S. **passports** because they believe this to be a useful document to them whether it's to prove that they are American citizens -- perhaps they're naturalized and just have become American citizens -- or it is to prove that they are American citizens to qualify for a federal benefit; or it is simply an easy document to use to board a common conveyance, mostly an airplane, even if they're not traveling internationally.

We have created a large demand for the **passport** because of its utility in a number of situations. That is certainly not all of it by a long shot, but I'll get you the numbers that you asked for, sir. I regret I didn't bring them with me.

SEN. **NELSON**: But the Western Hemisphere Initiative was the new requirement that you knew you had to have a **passport** for somebody that didn't have it before.

MS. HARTY: That's right, sir.

SEN. **NELSON**: So I'd like to have that number.

DOS 000260

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

MS. HARTY:  I'm going to have to take that question, sir, and get that for you.

SEN. **NELSON**:  Well, it's hard for us to judge if we don't know. I mean, if it's the large part of the increase that's one thing.  If it's a de minimis part of the overall increase that's another thing. So how can we judge at this hearing not knowing that?

MS. HARTY:  I apologize for not having that number for you sir.

SEN. **NELSON**:  Since '05, what measures did you take to expand facilities and hire additional personnel to deal with the anticipated increase?

MS. HARTY:  Since '05 on personnel, sir, total **passport** employees hired in FY '05 was 441; in FY '06, 925; in FY '07, 1,222.  On expansion of facilities:  Houston, Chicago, Boston, Seattle, Miami were all increased.  Miami will be increased in a significant way. I've already walked the space and we're moving it from where it currently is to another building, another part of town.  And it will go from 18,000 square feet currently to 28,000 square feet.

I have also -- we've also built the Denver **Passport** Agency in this time frame.  We also built the Arkansas **Passport** Processing Center that we just opened -- cut the ribbon on last week.  Although it's been in process, it's been working for about six weeks and they've already cranked out about 150,000 **passports.**  We also are expanding the National **Passport** Center and GSA is working with us on a fast-track approach to build -- we've got a big building there.  It's been our flagship for a long time.  We are looking for another building, because we need about 100,000 square feet up there and that's what we're looking for now.

SEN. **NELSON**:  Before I get into '07, why don't you have a member of your staff step outside with your cell phone and see if they can get that number from the office that I asked for, which is how much of the new **passport** applications are attributable to the requirement of the new **passports** in the Western Hemisphere Travel Initiative.

Okay, now in '07, you said that you've hired about 1,000 additional people in '07.

MS. HARTY:  Yes, sir.

SEN. **NELSON**:  And you also have a request to hire an additional 400 in '07?

MS. HARTY:  Yes, sir.  That's the subject of the CN.

SEN. **NELSON**:  What is CN?

MS. HARTY:  Congressional notification that we're going to spend about $40 million to expand Miami, to expand the National **Passport** Center, to hire 400 additional employees.

SEN. **NELSON**:  Okay.  And you're also anticipating to hire another 400 in '08?

MS. HARTY:  Yes, sir.

SEN. **NELSON**:  And it's only now that you've discovered that the volume is such that you're going to have all these additional people? That's 1,000, plus 400, plus another 400.  That's 1,800 just since January of this year.

MS. HARTY:  The numbers that we hire each year also take into account a significant amount of attrition -- this is government employees as well as contract employees.  So we give you that number to give you a sense of exactly how many new people we brought onboard, but in some cases it wasn't a new position.  It was that somebody had left the job.  As a matter of fact, on the contractor side we have a very regularly turnover of contractors.

SEN. **NELSON**:  Well, what is the attrition in your --

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

MS. HARTY: On the contractor side my folks tell me that it is about three-to-one. I mean, we turn people over very, very quickly on the contractor side, not on the **passport** specialist side.

SEN. **NELSON**: What does three-to-one mean?

MS. HARTY: Well, that -- the turnover is so quick that as we look at in any given year how many people we're going to hire, we see just about, I guess, a third of those turning over every year. And in fact, in some of those cases -- if not many of those cases -- we're bringing them on full time to the government side of the house. They've learned the business. We have openings and they are often quite competitive to come on in and adjudicate and become **passport** specialists, because they have been a part of the nongovernmental side of the house before that. So there is a constant hiring process going on even before WHTI, sir.

SEN. **NELSON**: So in the contractor you're saying for every three people hired, one person leaves?

MS. HARTY: Yes, sir. I believe that -- I believe I have understood that correctly from my people. And if I'm wrong, I'll correct it for you.

SEN. **NELSON**: And what is the attrition rate with regard to the people who you are hiring now and have hired in the last several months?

MS. HARTY: I'm going to have to get that for you, sir.

SEN. **NELSON**: Is it less than the contractor? Is it more than the contractor?

MS. HARTY: Oh, I'm sorry. On the governmental side? No, I don't have a hard number for you, sir. But attrition on the full-time government employee side is not very high. That has not been a significant issue for us.

SEN. **NELSON**: Well, in November you knew that you had received 250,000 more applications than you had originally projected. That's in November of '06. Then in January, the problem grew to another 600,000 above your estimates. So knowing that, why did it take the department so long to act?

MS. HARTY: In the month of January -- and even actually in the month of December -- we had begun advertising the fact of the Western Hemisphere Travel Initiative. And so we initially and erroneously believed that the bump-up in January -- in that period -- actually was because we had made people aware of the requirement. We didn't realize right away, sir, that it was going to continue at those significant high levels. And now, as I've previously testified, it certainly seems clear that it is going to -- that it is a changed world, that this is going to be a sustained and increasing demand for U.S. **passports** for all of the reasons we've cited, not just Western Hemisphere Travel Initiative.

SEN. **NELSON**: After January, when did you hire the first additional people?

MS. HARTY: Oh, we've been hiring people non-stop, sir.

SEN. **NELSON**: When did they first start? When did you first start hiring new ones?

MS. HARTY: I think it's fair to say, sir, that every month we're hiring people. We are constantly in a hiring phase.

SEN. **NELSON**: Yeah, but that's not the question.

MS. HARTY: Yeah.

SEN. **NELSON**: The question is, when you saw that you had more applications than you originally projected --

MS. HARTY: Uh-huh.

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

SEN. **NELSON**: -- you first saw that -- 250,000 more in November. And then in January, you saw again that you had more than 600,000 applications above your estimates. When did you start hiring additional staff?

MS. HARTY: Sir, I have year by year. I don't have month by month with me. But I can assure you we've been hiring people every month through 2006 and into 2007.

SEN. **NELSON**: Yeah, but that doesn't help me understand the situation of why you waited so long. I need to know -- and this committee needs to know -- when did you start responding to the fact that you had more applications --

MS. HARTY: Mm-hmm.

SEN. **NELSON**: -- than you had. Now get your staff member's note there and see if that'll refresh your memory.

MS. HARTY: I actually thought I had the worst handwriting in the world, sir, but I need a moment.

SEN. **NELSON**: Okay. Take your time.

MS. HARTY: They're reminding me, sir, of an additional thing that we did. But I'm not certain of the date. We went to OPM because we had two issues. One was it does take a little while to identify people, bring them on board, train them, clear them and all of those things. But two categories of people that we were very interested in because in many cases, the training issue would be much less and also, the security issue would very likely be much less. And those were WAEs, retired Foreign Service officers who had done this work before and civil service. And we went to OPM -- this note says, actually, March, but I'm not sure and I apologize, sir. I will have to get back to you.

I think it might even have been February where we asked to have OPM give us sort of a lifting of the cap in the restrictions on hiring back retired **passport** employees because what we try to do -- I want the new folks. You bet I do. But if I can hire back some retired **Passport** employees who already know the business -- there's a sort of a disincentive in the government to do that -- for people to come back who have retired on the civil service side. But we got an exception. We got an exception for 100 or 150 people. I'm not sure, sir, when that is, but I will find it out and get back to your staff. I apologize for not anticipating this line of questioning.

SEN. **NELSON**: Who do you have to ask to get that exception so that you can hire those additional people? Who did you ask --

MS. HARTY: Undersecretary --

SEN. **NELSON**: In March?

MS. HARTY: Undersecretary Fore called OPM. I don't know the name of the person she spoke with, but I will find it out for you.

SEN. **NELSON**: Did you bring this problem to the attention, then, of the secretary of State?

MS. HARTY: The secretary was aware of the things that we were doing, yes.

SEN. **NELSON**: That's not my question. Did you bring this to the attention of the secretary of State?

MS. HARTY: Which part of the issue, sir?

SEN. **NELSON**: The fact that you were way behind the eight ball on hiring people for the amount of new applications that you're receiving.

MS. HARTY: I have sent several memos to the secretary, sir. I don't know if I specifically mentioned the hiring

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

issue.  It would be normal for me to go to the Undersecretary for Management.

SEN. **NELSON**:  Okay, let's assume the note that was just passed to you is correct -- March.

MS. HARTY:  Mm-hmm.

SEN. **NELSON**:  So you knew in November there were 250,000 more applications.  You knew in January that there were 600,000 more applications.  Would it not occur to a manager that we're going to need some more work done and people?  So why wait until March?

MS. HARTY:  Sir, we were hiring in November, in December, in January.  The idea about retirees, I think, was a good idea.  We just didn't think of it right away.

SEN. **NELSON**:  Didn't think of it right away, and you thought that this was a false -- did you say earlier that you thought this was a false bump-up and then it was going to settle back down?

MS. HARTY:  We thought it was a bump-up in response to the public outreach we and Homeland Security had done to see people comply with the January 23rd deadline.

SEN. **NELSON**:  Well, let's talk about the vendor.  When did State first realize there was a backlog of applications at the Locks Box Operation?

MS. HARTY:  Mid-January, sir.

SEN. **NELSON**:  And what measures where taken by State and Treasury in response to that?

MS. HARTY:  Lots of conversations, lots of people from **Passport** Services going up there.  I myself went.  I went with somebody from Treasury and very, very, very regular monitoring of how are we going to get this back to the normal performance standard.

SEN. **NELSON**:  In your opinion, has the contractor performed adequately?

MS. HARTY:  They are now, sir.  I think that together, we were impressed with the seriousness of the situation and we addressed it.  I would, of course, prefer that this never had happened this way.  But they are -- they really did put the pedal to the metal, sir, to ramp up and to address the concerns that they saw and that we addressed with them.

SEN. **NELSON**:  Well, you just testified that January was when you found that there was a problem in the Lock Box, and it is now five- and-a-half months later that you're saying they're really trying now --

MS. HARTY:  No, sir.  They're -- excuse me, but they're back to 24-hour turnaround.

SEN. **NELSON**:  Okay.  And so your answer to the question, then -- has the contractor performed adequately -- is yes or no, or maybe?

MS. HARTY:  I don't mean to be difficult, sir, but they -- when address -- when we addressed their performance issues, they rectified them.

SEN. **NELSON**:  Within what period of time?

MS. HARTY:  By mid-May, they were back to 24-hour turnaround, sir.

SEN. **NELSON**:  Is that good enough for government work, since you're the accountable figure?

MS. HARTY:  Sir, it's not a phrase I ever use -- good enough for government work -- in my -- the way I --

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN
RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S
RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

SEN. **NELSON**:  Is that good enough for your standards?

MS. HARTY:  I would have liked it to have been faster, sir.

SEN. **NELSON**:  Is there a penalty, then, under the contract?

MS. MARTY:  I will have to explore that with the Treasury Department.  It's not my contract, and I apologize, but I don't know the answer to that question.

SEN. **NELSON**:  When do you expect to clear the backlog of pending applications?  There are some 2 million applications.

MS. MARTY:  There's actually just under 3 million applications in the system, sir.  We expect, given the hiring we're going to do and the things that I've described today, that by the end of September, we will get to eight weeks and by the end of the year back to six weeks.  We will brief you if that is not the case.  It is certainly my intention to do everything we can to get there and to make sure that the website is as regularly updated as possible to make sure that Americans know what to expect.  The service standard and transparency there is an important thing that we need to make sure we get right.

SEN. **NELSON**:  Okay.  And the end of September, translate that into numbers for me.

MS. MARTY:  I'm sorry, sir.

SEN. **NELSON**:  There's 3 million now.  So at the end of September, you're going to have how many million still pending that you get it down to eight weeks?  And at the end of the year, you're going to get it down to six weeks.  And so, how many million are still pending at that point?

MS. MARTY:  When we are back down to -- at the end of September, we'll have about 2 million churning through the system.  But it's the volume, sir.  It's not, you know --

SEN. **NELSON**:  Yes, I understand.

MS. MARTY:  -- goes out tomorrow or --

SEN. **NELSON**:  I understand, it's the volume.  But it's 2 million applications that have to be handled.

MS. MARTY:  That's right.

SEN. **NELSON**:  Okay.  And by the end of the year, how many will it be?

MS. MARTY:  It's an estimate sir -- somewhere between 1 million and 1.5 million.

SEN. **NELSON**:  All right.  And why are you confident that in your testimony today that you'll be able to meet that target?

MS. MARTY:  We have looked at the traditional sort of seasonal flow of **passport** applications.  And although it's all higher if you were to chart it out on a graph, it is also following a historic pattern.  So we are entering the slower season for **passport** applications just at the same time that we are ramping up as we have described this afternoon.  And so that combination of those two things is going to allow us to begin to take a bigger chunk out of the work in progress that we've got now.  And I am monitoring that, sir, on a daily basis.  Every morning at 9:30 we do this.

SEN. **NELSON**:  Okay.  You have told us that you're trying to get the word out with regard to the new travel requirements up to September the 30th for the Western Hemisphere initiative.  What measures are you taking to

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN
RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S
RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

prioritize other **passport** applications for citizens that are traveling to other countries outside of the hemisphere initiative?

MS. MARTY: A couple of things, sir. First, the **passport** application has a space where you tell us when you're traveling and where you're going. And so we're working with Citibank to try and make sure that we can reprioritize it a different way so we can get the work in and identify that which has to get out more quickly than others. Also at each of our agencies, we've got people doing that same thing -- pulling applications. It's laborious. It's not a situation that we want to be in. It's just a situation that we've got to spend the time on now to make sure we reach in and identify as many of those applications on an agency-by-agency basis as possible. I've sent dozens of people to our National **Passport** Center, for instance, just in fact to go through files to find applications to move things more quickly. Of course, on the expedite side, although we've been through a little bit of that today, we are also moving expedites to the front of the line at every possible turn. If somebody hasn't identified on the envelope that it is an expedite, we're also asking that our Citibank colleagues sort of identify that and move that to the front of the line for us. We are, of course, also receiving phone calls ourselves so that the National **Passport** Information Center is able to receive a lot more of those phone calls now, because they've put in all of those lines. And so we are working with people as they call us. We are also pulling cases out of the system. It's not the best way to do business. It is the situation we are in, and it's why we want to get out of it as quickly as we can so that we can get to a more standard approach to doing the work that we do.

SEN. **NELSON**: And come September the 30th, what is going to be your adjustment on the Western Hemisphere initiative since you've suspended the requirement for a **passport** up through -- this is for air travel only --

MS. MARTY: To countries within the affected area, yes.

SEN. **NELSON**: -- those four areas that we talked about. So come September the 30th now they have to have a **passport.** So how are you going to handle all of that?

MS. MARTY: It is a transition phase. I don't want to speak for DHS just yet. We will, together, work through making sure people understand what the requirement is due to public diplomacy work, assess this and make sure this has worked. I would like to keep open the possibility that -- well, I've got to work with DHS and see what exactly are they going to do on October 1 and make sure the public understands that. By that time, sir, I fully expect to have an additional 400 bodies onboard, and that will help us continue to crank the work out.

SEN. **NELSON**: Do you expect that you will delay the implementation past September the 30th?

MS. MARTY: It's not our expectation at this time, sir. But I certainly will keep an open mind on that subject.

SEN. **NELSON**: Much to the chagrin of Secretary Chertoff.

MS. MARTY: We will certainly have a consultation about it, sir, if that is required.

SEN. **NELSON**: All right. I think your people have the answer back there to the question that I had asked.

Do you want to just have your staff member testify?

MS. MARTY: That would do terrible things for retention sir. (Laughs.) I would prefer to do it myself. I will invite her if I misspeak to correct me.

That the initial projections were in FY '05 just under 1 million. In FY '06 --

SEN. **NELSON**: This was for Western Hemisphere initiative.

MS. MARTY: Right.

DOS 000266

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN
RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S
RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

SEN. **NELSON**:  One million in '05.

MS. MARTY:  -- point nine -- in '06, 1.8 (million) and originally in '07 4 million revised, given what we now have seen happen, to 6.5 (million).  But what I was failing to understand for a minute there was these are, of course, projections.  We don't ask people to tell us where they go or how often they will travel.  We don't exactly know whether or not these numbers bear fruit or whether -- and it's the same thing I mentioned earlier, though from a different angle, that what we also did not know was how many people would choose to apply for a **passport** just to have the document with no travel intentions.

SEN. **NELSON**:  Yes, I understand that.  You've made that quite clear.  So in '05, you estimated that 900,000 people would apply for a **passport** due to the Western Hemisphere initiative that otherwise had not had one.

MS. MARTY:  Yes.

SEN. **NELSON**:  Okay.  How many did?

MS. MARTY:  That's the part we don't track, sir.

SEN. **NELSON**:  You don't know that.

MS. MARTY:  No, sir.

SEN. **NELSON**:  Okay.  And in '06, you estimated that 1.8 million new people would apply for a **passport** that otherwise didn't have one, because they were just traveling within that Western Hemisphere area.

MS. MARTY:  Right.

SEN. **NELSON**:  And then in '07, you said 4 million new people, and you've revised that up to 6.5 (million).

MS. MARTY:  That's right, sir.  Now --

SEN. **NELSON**:  And the overall application of **passports,** you said earlier in your testimony, is somewhere around 12 million.

MS. MARTY:  Twelve point one million in '06.  This year we expect a little over 17 million.

SEN. **NELSON**:  17 million?

MS. HARTY:  Yes, sir.

SEN. **NELSON**:  Of which 6.5 million of the 17 million are in fact new required **passports** as a result of Western initiative.

MS. HARTY:  An estimate, sir, but yes.

SEN. **NELSON**:  And when was that projection originally made for 4 million in '07 -- for '07?  When did you make that projection?

MS. HARTY:  2005 study, sir.

SEN. **NELSON**:  Okay, well, you knew it was coming down the road that you were going to have a lot of new ones.

For the record, in the '08 budget request, what has been requested to address this expected new demand?

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN
RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S
RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

MS. HARTY:  The '08 budget --

SEN. **NELSON**:  -- for the Western hemisphere.

MS. HARTY:  Right.  The '08 budget request falls short in that we requested 75 positions but we are of course now in conversation with the department about another 400 -- so looking at 400 for FY '07 fourth quarter and another 400 in '08 first quarter.

SEN. **NELSON**:  Okay.  Now, share wit the committee on the $60 expedited fee how you're going to go back about determining if you are going to return all of those fees or if you are going to determine that you're not going to return all of them, how you're going to determine what was in fact expedited and what was not?  What are your parameters?

MS. HARTY:  Previously for this, sir, I said I didn't want to misspeak on this subject.  I have -- we have had for many years a system in place for people to request a refund of their expedite fee.  Now, I don't know what is legal or required before the government can cut a check back.  I will find out and I will report that back to you, sir.  I just -- I just know that I need help from our legal division on that.

SEN. **NELSON**:  The $97 application fee goes into the Treasury, is that correct?

MS. HARTY:  Most of it, sir.  The $97 includes the **passport** -- the fee that is charged by the acceptance facility as well as -- well, the fee that is for the **passport** itself.

The **passport** fee goes to the general Treasury.  If there's an expedite fee, that goes to the Department of State.  Several years ago we managed to -- and Congress gave us a **passport** surcharge fee which is $18 and that comes to us in the Bureau of Consular Affairs to do what we do with respect to **passports.**

SEN. **NELSON**:  Okay.  So if the $60 expedite fee goes into the Department of State, would you not think that the Department of State has the authority when a person in fact has not received the service of expediting their **passport** -- that the Department of State has the authority to return that $60?

MS. HARTY:  Since we have a program that does do that, sir -- yes, I do think that.

SEN. **NELSON**:  Okay.

MS. HARTY:  How the mechanics of it are what I am loathed to comment on without --

SEN. **NELSON**:  Okay.  I understand that.  Now, what we want to find out is, what is going to your criteria for what has been expedited and what has not so those people get their 60 bucks back?

MS. HARTY:  We have traditionally told people two or three weeks for an expedite, sir.  So many, many, many people have gotten their **passports** expedited, so there will be people who don't need that service or who in fact paid for the service and got the service.  So we will do a review of how many cases where that's not the case.

SEN. **NELSON**:  Is it present policy that you just said that you consider an expedited **passport** two to three weeks?

MS. HARTY:  Yes, sir.

SEN. **NELSON**:  Okay.  Is it logical for this committee to assume that therefore anyone who has not received their **passport** within that two to three-week present policy of expediting will get their $60 back?

MS. HARTY:  The policy discusses how long we have the **passport** actually in our hands as opposed to in the lockbox or before the clerk or court and mailed it to the lockbox.  And so in the parameters that you are describing, there's a little bit of leeway there, sir.  I will work with our attorneys on this as well and come up with a policy.

HEARING OF THE INTERNATIONAL OPERATIONS SUBCOMMITTEE OF THE SENATE FOREIGN RELATIONS COMMITTEE; SUBJECT: THE PASSPORT BACKLOG AND THE STATE DEPARTMENT'S RESPONSE TO THE WESTERN HEMISPHERE TRAVEL

SEN. **NELSON**:  Well, I think it's important that you come back and enunciate that policy to us.  Because everyone that was up here, their constituents are going to be calling them when they don't get the $60 back.  And they're going to say I didn't get my **passport** until three months later, and they're still keeping my 60 bucks.  And when you come back and share with us your new policy, would you also tell us whether or not you're going to require people to ask for a refund or if you are going to do that on your own without them having to do that?

MS. HARTY:  Yes, sir, I'll do those things.

SEN. **NELSON**:  Do you think that having gotten through the seasonal application bump, that we are going to see a decrease of applications?

MS. HARTY:  Historically, that has been the case, sir.  Yes, we do.  We will watch this, as I have mentioned, every day to see if that is or is not the case.

SEN. **NELSON**:  There certainly appears to be plenty of evidence that it won't lessen on the basis of everything that's been said here in the hearing.

MS. HARTY:  The numbers are absolutely higher, but the pattern of when people apply seems to be holding consistent with previous years.

SEN. **NELSON**:  But certainly not when you overlay the Western Hemisphere Travel Initiative and when you overlay what you said that suddenly people want this prize possession of a **passport** as a means of identification.

MS. HARTY:  That's why in fact, sir, while our prediction which, of course, is subject to the results of the study we're doing now that's due out later this summer, our prediction is for 23 million next year.  My desire is to staff for 26 million.

SEN. **NELSON**:  Okay.  Thank you.  I'm sorry that you have to have these pointed questions.

MS. HARTY:  No, no, sir.  That's my job.

SEN. **NELSON**:  I understand that you think it's your job, but it's also your boss' job, too, to make sure that Americans don't get this riled up.  As I went over to vote, I had a number of senators come up to me who were aware of this hearing.  Some of them -- senators from Vermont, senators from Michigan in addition to Senator Coleman, who you had heard from, from Minnesota -- Detroit, Michigan -- they have people going back and forth all the time to work.  You see the crisis there.  In my state, back and forth all the time to the Bahamas, other parts of the Caribbean.  You see the potential, you can imagine what it's like in California, Arizona, New Mexico and Texas back and forth there.  So we better watch this one very, very carefully.  And it is our responsibility and our oversight function to see that the executive branch of government is in fact performing.  In the meantime, we will hold in abeyance a formal hearing.  In the meantime, we will have informal discussions with you as to how it is going.  And thank you for coming up and spending the time that you have.  And the information that we did not receive --

MS. HARTY:  We will get it to you, sir.

SEN. **NELSON**:  -- requested by the senators, if you would share that with us, we would appreciate it.

MS. HARTY:  Certainly.  Thank you, sir.

SEN. **NELSON**:  Thank you very much.  The meeting is adjourned.

MS. HARTY:  Thank you.

**LOAD-DATE:** June 20, 2007