# Exhibit O



United States **Department** of State

*Washington, D. C. 20520*
www. state. gov

AUG - 3 2007

Dear Mr. Chairman:

At recent hearings you expressed interest in being informed of the Department of State's policy with regard to refunding passport expedite fees. Due to unprecedented demand, some US citizens who applied for passports on an expedited basis by paying a $60.00 fee over and above the normal passport fee, did not receive their passport in the timeframe in which they expected to have it. After we examined several options to determine when and if to provide refunds for certain expedited applications, the Department determined that the most effective policy would be to continue to have applicants apply for refunds when they have reason to believe that they did not receive expedited service. The State Department will then address each refund request carefully on a case-by-case basis.

As of July 18, 2007, a total of 3,829,913 expedited passport requests have been received and acted upon in calendar year 2007; our passport agencies and passport centers have issued 2,716,448 expedited passports, 71 percent within 3 business days of receiving the applications. A total of 3,286,751 passports (86 percent) were likely to have been in customers' hands within 3 weeks of them having applied, the period outlined on the State Department Passport web site.

A total of 543,162 expedited passports out of 3,829,913, approximately 14 percent, were not processed within 3 weeks. Even then, these individuals still received expedited treatment and most had their passports in hand by the date they specifically requested on their application. In the face of unprecedented demand (more than 40% increase over last year), those who requested expedited service did receive priority over the millions of other Americans who applied for passports at the same time. The expedited applications were automatically given a higher priority in the queue; these individuals received much faster service than the applicant who did not pay for expedited service and whose wait climbed at one point to twelve weeks. To further ensure expedited service, the Department has been paying for expedited passports to be mailed via FEDEX and has not, unlike past practice, asked customers to cover this additional cost.

The Honorable
    Tom Lantos, Chairman,
        Committee on Foreign Affairs,
            House of Representatives.

DOS 000476

In reaching the conclusion to refund on a case-by-case basis, there were several options.

The first would be to issue no refunds at all given the unprecedented demand. This option did not merit consideration.

The second would have been to refund the fee paid by every applicant who requested expedited passport service, regardless of how fast the requester received the passport. We do not believe that providing a blanket refund automatically to all applicants would be either appropriate or equitable.

A third option is to provide refunds to applicants who did not receive their passports by the date they requested on their application: The Passport staff was constantly re-sorting and queuing applicants in order to provide those with the greatest/earliest need the fastest service. Thus, while some applications were not processed within three days, the passport was still received prior to the date the applicant requested.

A fourth option could be to have those who paid the fee and believe they did not receive expedited service request a refund. Our website already contains instructions on how to apply for a refund via e-mail. We will review each request thoroughly and provide timely refunds to those who meet the requirements.

We hope this information is helpful to you. Please do not hesitate to contact us if we can be of further assistance on this or any other matter.

Sincerely,

Jeffrey T. Bergner
Assistant Secretary
Legislative Affairs