# Exhibit P

Questions for the Record Submitted to
Assistant Secretary Maura Harty by
Senator Bill Nelson (#ix)
Senate Foreign Relations Committee
June 19, 2007

**Question:**

The total number of Americans who paid the expedited service fee for passport processing since the implementation of WHTI and an explanation of how the Department of State and the Department of Treasury will facilitate the refund of fees for those who did not receive this expedited service.

**Answer:**

So far in FY 2007, from October 1, 2006 through July 11, 2007, State has received approximately 4.3 million passport applications for which an expedited fee was paid. Every one of these applicants who paid the expedite fee did, in fact, receive expedited service in that his/her application was automatically given a higher priority in the queue. We process those applications more quickly than those for standard passports. To further ensure expedited service, CA has been paying for expedited passports to be mailed via Federal Express and has not, as had been past practice, asked customers to cover this additional cost.

DOS 000340