# Exhibit Q

July 11, 2007
Maura Harty
Page 44

**Congressman Wexler.**  Will expedite fees be refunded?

**Ms. Harty.**  So far in FY 2007, from October 1, 2006 through July 11, 2007, State

has received approximately 4.3 million passport applications for which an

expedited fee was paid.  Every one of these applicants who paid the expedite fee

did, in fact, receive expedited service in that his/her application was automatically

given a higher priority in the queue.  We process those applications more quickly

than those for standard passports.  To further ensure expedited service, CA has

been paying for expedited passports to be mailed via Federal Express and has not,

as had been past practice, asked customers to cover this additional cost.


The Department has reviewed the issue of refunds and decided to maintain

our long-standing policy of inviting any individuals who paid for and believes they

did not receive expedited service to request a refund.  We will grant refunds as

appropriate.

DOS 000342