# Exhibit R

July 11, 2007<br>
Maura Harty<br>
Page 20

**Chairman Lantos.** What stands in the way of your automatically refunding all the expedite fees?

**Ms. Harty.** So far in FY 2007, from October 1, 2006 through July 11, 2007, State has received approximately 4.3 million passport applications for which an expedited fee was paid. Every one of these applicants who paid the expedite fee did, in fact, receive expedited service in that his/her application was automatically given a higher priority in the queue. We process those applications more quickly than those for standard passports. To further ensure expedited service, CA has been paying for expedited passports to be mailed via Federal Express and has not, as had been past practice, asked customers to cover this additional cost.

The Department has reviewed the issue of refunds and decided to maintain our long-standing policy of inviting any individuals who paid for and believes they did not receive expedited service to request a refund. We will grant refunds as appropriate.