# Exhibit T



United States Department of State

Washington D.C. 20...

AUG - 2 20..

Dear Senator Schumer:

Thank you for your letter of June 8 regarding the delays in passport issuance, particularly for customers who have paid the expedite fee. You ask that the Department refund passport expedite fees paid by all New York residents who paid the fee, but did not receive the passport within our standard processing times. Please be assured that we are working diligently to resolve the problems associated with the unprecedented demand for passports.

Customers who pay for expedited service receive priority attention. We process these applications more quickly than those receiving routine service. Thus far, every applicant who paid the expedite fee did, in fact, receive expedited service in that his/her application was automatically given a higher priority in the queue. To further ensure expedited service, the Department has been paying for expedited passports to be mailed via FEDEX same-day or next-day service and has not, as had been past practice, asked customers to cover this additional cost. We deeply regret any inconvenience caused to any of your constituents whose passport was not available in time for their planned travel.

The Department considers requests for refunds on a case-by-case basis and cannot refund passport application and execution fees or compensate applicants for missed travel. If your constituent paid $60 for expedited service and has reason to believe he/she did not receive such service, your constituent may submit a written request with his or her passport number (if available), name, date and place of birth, and the approximate date(s) he applied for and received the passport (if applicable). Your constituent should also include his mailing address and phone number. The written request should be sent to: 2100 Pennsylvania Ave. NW, Washington, DC 20037.

The Honorable
   Charles E. Schumer,
      United States Senate.

We are hard at work reducing the number of pending applications in our system and will continue to work hard to meet the tremendous challenges of this unprecedented passport demand – our goal is to ensure that American citizens have the documents they need for their travel abroad. We are enclosing a document summarizing the many actions we have taken to date to meet the growth in passport demand. We are also enclosing a listing of telephone numbers and email addresses at the passport agencies and centers that your staff may use to follow-up on constituent inquiries.

We hope this information is helpful in addressing your concerns. Please feel free to contact us further on this or any matter of concern to you.

Sincerely,

Jeffrey T. Bergner
Assistant Secretary
Legislative Affairs

Enclosures:
    Passport Demand Growth
    Passport Agencies Contact Information for Congressional Offices

DOS 000459