# Exhibit U

July 11, 2007<br>
Maura Harty<br>
Page 20

**Congressman Lantos.** How many applicants paid for expedited service? How many did not receive their passports in time?

**Ms. Harty.** 4.37 million applicants paid for expedited service so far in fiscal year 2007 and their applications were automatically given a higher priority in the queue. We processed these applications more quickly than those for standard passports. To further ensure expedited service, CA has been paying for expedited passports to be mailed via FEDEX in order to allow applicants to make schedule departures and has not, as had been our practice in the past, asked customers to cover this additional cost.