UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CHATTLER, On Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA and THE UNITED STATES DEPARTMENT OF STATE,<br><br>　　　　　　　　　　　　　　Defendants. | No. 07-cv-04040-MMC<br><br>[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS |

001980-11 237310 V1

1    This matter comes before the Court on Defendants' Motion for Judgment on the Pleadings.

2    Upon consideration of the foregoing motion, the papers submitted in support and opposition
3    thereto, and good cause appearing, IT IS HEREBY ORDERED that:

4    Defendants' Motion for Judgment on the Pleadings is DENIED.  A motion for judgment on
5    the pleadings serves to test the legal sufficiency of the complaint.  Judgment on the pleadings is
6    appropriate only when the moving party clearly establishes *on the face of the pleadings* that there
7    are no material issues of fact and that it is entitled to judgment as a matter of law.  *Hal Roach*
8    *Studios, Inc. v. Richard Feiner & Co, Inc.*, 896 F.2d 1542, 1550 (9th Cir. 1990).  In considering a
9    motion for judgment on the pleadings, "the allegations of the non-moving party must be accepted
10   as true, while the allegations of the moving party which have been denied are assumed to be false."
11   *Id*.

12   Plaintiff Chattler has properly invoked the jurisdiction of this Court under 28 U.S.C.
13   1346(a)(2) and has stated claims for relief for breach of contract and under a money-mandating
14   regulation for all her compensatory damages, including special and consequential damages.  The
15   Plaintiff's claims fall squarely within the Tucker Act's grant of jurisdiction and waiver of
16   sovereign immunity.  *See United States v. White Mountain Apache Tribe*, 537 U.S. 465, 472
17   (2003); *Fisher v. United States*, 402 F.3d 1167, 1172 (Fed. Cir. 2005).  Plaintiff is entitled to all
18   damages that she can prove flow from the breach of the government's obligations.  *See Indiana*
19   *Michigan Power Co. v. United States*, 422 F.3d 1369, 1373 (Fed. Cir. 2005).  Defendants'
20   argument that Plaintiff failed to state a claim because the pertinent regulations do not require
21   automatic refunds is also incorrect.  Plaintiff adequately stated a claim for relief under a money-
22   mandating regulation.  In addition, the regulation's mandatory language requires an automatic
23   refund.

24   The prudential exhaustion doctrine likewise does not require dismissal.  The issues
25   presented do not require agency expertise, this suit is not likely to encourage the deliberate bypass
26   of administrative procedures, and it is clear that the Department has no intention of changing its
27   process or providing appropriate remedies.  *See Montes v. Thornburgh*, 919 F.2d 531, 537 (9th Cir.
28   1990).  Because the Department's refund scheme is inadequate and does not address the claims of

1  Plaintiff and the class, this Court should not require administrative exhaustion. *See Laing v.*
2  *Ashcroft*, 370 F.3d 994, 1000 (9th Cir. 2004).
3
4  DATED: _____
                       HONORABLE MAXINE M. CHESNEY
5                      UNITED STATES DISTRICT COURT JUDGE

6  Submitted by:

7  DATED: May 2, 2008

8  HAGENS BERMAN SOBOL SHAPIRO LLP

9
       /s/ Shana E. Scarlett
10      SHANA E. SCARLETT

11  Reed R. Kathrein (139304)
    715 Hearst Avenue, Suite 202
12  Berkeley, CA 94710
    Telephone: (510) 725-3000
13  Facsimile: (510) 725-3001
    reed@hbsslaw.com
14  shanas@hbsslaw.com

15  Robert B. Carey (*Pro Hac Vice*)
    HAGENS BERMAN SOBOL SHAPIRO LLP
16  2425 East Camelback Road, Suite 650
    Phoenix, AZ 85016
17  Telephone: (602) 840-5900
    Facsimile: (602) 840-3012
18  rob.carey@att.net

19  Steve Berman (*Pro Hac Vice*)
    HAGENS BERMAN SOBOL SHAPIRO LLP
20  1301 Fifth Avenue, Suite 2900
    Seattle, WA 98101
21  Telephone: (206) 623-7292
    Facsimile: (206) 623-0594
22  steve@hbsslaw.com

23  Megan E. Waples (*Pro Hac Vice*)
    THE CAREY LAW FIRM
24  2301 East Pikes Peak Avenue
    Colorado Springs, CO 80909
25  Telephone: (719) 635-0377
    Facsimile: (719) 635-2920
26  mwaples@careylaw.com

27  Attorneys for Plaintiff

28

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                /s/ Shana E. Scarlett
                SHANA E. SCARLETT

# Mailing Information for a Case 3:07-cv-04040-MMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com,carrie@hbsslaw.com

- **Robert B. Carey**
  rob.carey@att.net

- **Jacqueline E. Coleman Snead**
  Jacqueline.Snead@usdoj.gov

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com

- **Megan Waples**
  mwaples@careylaw.com,agostnell@careylaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)