REED R. KATHREIN (139304)
SHANA E. SCARLETT (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
shanas@hbsslaw.com

ROBERT B. CAREY (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 East Camelback Road, Suite 650
Phoenix, AZ  85016
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob.carey@att.net

STEVE W. BERMAN (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Attorneys for Plaintiff

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CHATTLER, On Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA and THE UNITED STATES DEPARTMENT OF STATE,<br><br>　　　　　　　　　　　　　Defendants. | No. 07-cv-04040 MMC<br><br>DECLARATION OF SHANA E. SCARLETT IN SUPPORT OF MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND SPECIAL INTERROGATORIES<br><br>DATE:　June 13, 2008<br>TIME:　9:00 a.m.<br>DEPT:　Courtroom 7, 19th Floor<br><br>ACTION FILED: August 7, 2007 |

001980-11  238570 V1

I, SHANA E. SCARLETT, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am an associate with the law firm of Hagens Berman Sobol Shapiro LLP, one of the counsel of record for Plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On April 9, 2008, pursuant to Federal Rule of Civil Procedure 37 and Local Rule 37-1, the parties met and conferred regarding Defendants' Responses to Plaintiff's First Request for Production of Documents and Defendants' Responses to Plaintiff's First Set of Special Interrogatories and attempted to resolve all disputed issues.

Attached are true and correct copies of the following exhibits:

Exhibit A:  Plaintiff's First Set of Special Interrogatories, dated January 30, 2008;

Exhibit B:  Defendants' Responses to Plaintiff's First Set of Special Interrogatories, dated March 31, 2008;

Exhibit C:  A letter from Shana E. Scarlett of Hagens Berman Sobol Shapiro LLP to Jacqueline Coleman Snead of the U.S. Department of Justice, dated April 17, 2008 regarding the parties' Meet and Confer regarding Defendants' Responses to Discovery;

Exhibit D:  Defendants' Supplemental Response to Plaintiff's First Set of Special Interrogatories, dated April 18, 2008;

Exhibit E:  Plaintiff's First Request for Production of Documents, dated January 30, 2008;

Exhibit F:  Defendants' Responses to Plaintiff's First Request for Production of Documents, dated March 31, 2008;

Exhibit G:  A letter from Jacqueline Coleman Snead of the U.S. Department of Justice to Shana E. Scarlett of Hagens Berman Sobol Shapiro LLP, dated April 23, 2008 regarding the parties' Meet and Confer regarding Defendants' Responses to Discovery; and

Exhibit H:  Document Bates-numbered DOS 000415 to DOS 000416, produced by Defendants in the above-captioned case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9th day of May, 2008, at Berkeley, California.

                                         /s/ Shana E. Scarlett
                                         SHANA E. SCARLETT

DECL. OF SHANA E. SCARLETT ISO MOT. TO
COMPEL – NO. 3:07-cv-04040-MMC

- 2 -

001980-11 238570 V1

# CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

          /s/ Shana E. Scarlett
          SHANA E. SCARLETT

# Mailing Information for a Case 3:07-cv-04040-MMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com,carrie@hbsslaw.com

- **Robert B. Carey**
  rob.carey@att.net

- **Jacqueline E. Coleman Snead**
  Jacqueline.Snead@usdoj.gov

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com

- **Megan Waples**
  mwaples@careylaw.com,agostnell@careylaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)