# Exhibit H

PASSPORT ACCEPTANCE AGENTS'

# NEWSLETTER

Vol. XIV, No. 1   NEW ORLEANS   JANUARY 1998

## UPDATE -- MAJOR PROCEDURAL CHANGES EFFECTIVE FEBRUARY 1st

By now, all acceptance facilities should have received several mailings from our National Office advising you of major changes in procedure which become effective February 1st. We have received *many* calls from agents recently seeking additional clarification on the changes. We will discuss those changes later in this issue, but first we will introduce an EXTREMELY IMPORTANT change that will become effective IMMEDIATELY upon your receipt of this newsletter:

### ALL EXPEDITE APPLICATIONS MUST NOW BE SENT TO THE LOCKBOX !!!

When the Expedite Fee was introduced in October of 1994, all acceptance agents were instructed to send expedited applications *directly* to New Orleans, with only routine applications being sent to the lockbox. Why are we now changing the procedure? You will surely recall the difficulties faced by Passport Services in 1997. Here in New Orleans we experienced record backlogs (at times in excess of 50,000 applications), record overtime hours, and we found ourselves constantly challenged to maximize existing resources and discover new ones. Passport Services can only expect to see continued growth in the demand for passports, so we have no alternative but to explore and initiate procedural changes that will enable us to fulfill our commitment to our customers. Sending expedited requests to the lockbox will enable us to utilize their services in the processing of the passport fees and performing initial data entry.

How will this change impact the processing of expedited requests? At your end, the only difference will be that you will address the envelopes containing expedited application(s) using the SAME address that you use for the routine applications you send to the lockbox. Assuming that you are sending the expedited application(s) to the lockbox by overnight delivery (most expedites involve overnight delivery both ways), the bank should receive the application by the next business day. BE SURE THAT YOU SEND YOUR EXPEDITES TO THE LOCKBOX IN ENVELOPES THAT ARE *CLEARLY* MARKED AS "EXPEDITE" !! *Please affix the red EXPEDITE stickers to the outside of the envelopes. If your supply of stickers is or becomes depleted, please use a bold, red marking pen and write the word EXPEDITE on both sides of the envelope. We hope to be able to provide you with instructions for obtaining additional supplies of stickers in an upcoming newsletter.* DO NOT ENCLOSE YOUR EXPEDITES IN THE SAME ENVELOPE WITH THE ROUTINE APPLICATIONS YOU SEND TO THE LOCKBOX, AND VICE VERSA. *The lockbox has assured us of its ability and commitment to initially process expedited applications within 24 hours.* The applications will then be shipped by overnight delivery to New Orleans for adjudication and final processing of the requests. *The "3 day processing guarantee" will NOT start running until the applications are actually received in* <u>NEW ORLEANS (NOT Pittsburgh!)</u>.

How long should an expedite customer now expect to wait to receive the passport from New Orleans? Hypothetically, an expedite request accepted at a facility on a Monday would be overnighted (highly recommended in all expedite cases) and should be received in Pittsburgh on Tuesday. Within 24 hours, the application will be initially processed at the bank and then overnighted from Pittsburgh to New Orleans (at no additional cost to the customer). This hypothetical application should reach New Orleans by Thursday *and then the 3-day clock will commence.* Assuming there are no problems with the application, our commitment will be to have that passport in the mail *by the close of business on the following Monday.* If the customer provided for overnight return delivery of the passport, it should arrive the next day (Tuesday) --- a total of *seven* (7) business days after submitting the application. While it may be apparent to you that this change in procedure will in many instances mean that it will take a few days longer than you have become accustomed for expedited customers to receive their passports, the reality is that we MUST fully utilize the resources provided by the lockbox if we are to cope with an ever-increasing demand for passports. Fortunately, it has been our experience that the overwhelming majority of our expedite customers do NOT need their passports back in less than seven days. However, if a customer indicates that he MUST have the passport in hand in <u>less</u> than seven business days, you should suggest that strong consideration be given to applying in person at a passport agency for will-call service. If this is not a viable solution, <u>YOU</u> should contact us here in New Orleans on your private agents' telephone numbers to discuss other possible options for the customer.

DOS 000415

*WITH THIS CHANGE NOW IN EFFECT, YOU SHOULD BE SENDING <u>ALL</u> APPLICATIONS THAT YOU ACCEPT TO THE LOCKBOX WITH THE EXCEPTION OF AMENDMENTS !!!!*

<u>NOW ABOUT THOSE OTHER CHANGES....</u>

As we mentioned initially, you should have received several mailings from Washington relating to the February 1st fee change. We'll summarize them again for you here, and address some of the questions that so many of you asked during the past 10 days.

- the fee (not including the execution fee) for a 10-year validity passport is now $45.00. Ten year passports will now be issued to anyone age 16 and above. <u>*This change does NOT mean that Passport Services considers 16 and 17 year old customers to be adults, and acceptance agents should continue to request that they provide you with some form of parental consent (as described in detail in past newsletters) just as you have been doing for years.*</u>

- the fee (not including the execution fee) for a five-year validity passport - - to be issued to any customer under the age of 16 - - is now $25.00.

- the execution fee is now $15.00 to be charged to all customers regardless of age.

- the fee for a DSP-82 (pink renewal) application is now $40.00. Also, the eligibility age for customers to use this form drops to age 16 from 18 (i.e., the old passport must have been issued on or after the customer's 16th birthday). All other DSP-82 criteria remain the same.

- the expedite fee is now $35.00. *PLEASE NOTE THAT YOU NO LONGER NEED TO ASK A CUSTOMER TO PROVIDE ANY PROOF OF URGENT DEPARTURE TO QUALIFY FOR EXPEDITED SERVICE - SIMPLY COLLECT THE EXPEDITE FEE!!* We expect to see a considerable increase in the number of customers choosing to have their applications expedited and this is a major reason that the applications must now be routed through the lockbox. (Those customers requesting to have applications hand-carried, or who will apply in person for will-call service at a passport agency must still provide proof of departure).

- any U.S. citizen born outside the United States or its territories AND who has NEVER been previously documented as a U.S. citizen (i.e., has never before been issued a U.S. passport OR a Naturalization Certificate OR a Certificate of Citizenship OR a Consular Report of Birth OR other Department of State documentation of U.S. citizenship) will be charged an additional $100.00 fee *in addition to* the applicable fees shown above. Most acceptance agents will encounter these cases only on a fairly infrequent basis; give us a call whenever you are uncertain as to whether or not this fee may apply to your customer.

- Passport Services will now charge a file search fee of $15.00 if a current customer cannot present any evidence of citizenship with his application, but advises that he has had a U.S. passport in the past and requests a record search. This is a non-refundable fee, *<u>and these situations will normally involve our staff members in direct contact with the customer</u>*. Acceptance agents should contact our office if it appears that a customer must rely solely on the verification of a previous passport record in order to establish his citizenship.

We are well-aware that we have asked acceptance agents to absorb and act upon a number of significant procedural changes in a very short period of time. However, with the busy season nearly upon us, it became imperative that we initiate changes in the processing of Expedite Fee cases before our workload became unmanageable. We are hopeful that we will continue to receive your full cooperation in our mutual effort to serve the traveling public.

Finally, you may have noticed something a little different about the format of this month's newsletter. We will no longer indicate the "current processing time" for routine applications. <u>*Customers who inquire as to routine processing time should simply be advised that Passport Services' National Service Commitment is that customers will receive their passports WITHIN 25 business days from the receipt of completed applications by Passport Agencies. Any customer wishing to receive the passport sooner may request expedited service.*</u> Traditionally, turn-around times vary with the time of year, and it will not always take 25 business days for a customer to receive a passport. Customers who wish to be *assured* of faster processing should be advised to pay the Expedite Fee.