IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIE CHATTLER,

    Plaintiff

  v.

THE UNITED STATES OF AMERICA, et al.,

    Defendants
                       /

No. C 07-4040 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL**

      Pursuant to Civil Local Rule 72-1, plaintiff's Motion to Compel, filed May 9, 2008, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

      Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

      The June 13, 2008 hearing noticed before the undersigned is VACATED.

      **IT IS SO ORDERED**.

Dated: May 23, 2008

                                        MAXINE M. CHESNEY
                                        United States District Judge