**CIVIL MINUTES**

Judge MAXINE M. CHESNEY                       **E-filing**

Date: MAY 2 3 2008

C-07-4040-MMC

Julia Chattler                v    U.S. Dept of State

Attorneys: Robert Carey            Jacqueline Coleman Snead

Deputy Clerk: **TRACY LUCERO**         Reporter: Sahar McVickar

**PROCEEDINGS:**                                      **RULING:**

1. Δ's motion for Judgment on the Pleadings          DEEMED SUBMITTED
2. π's motion to Exclude Improper Factual            DEEMED SUBMITTED
3. Assertions from Δ's motion for Judgment on Pleading
4. π's motion to Convert to Summary Judgment &       DEEMED SUBMITTED.
   Allow Discovery

( ) Status Conference   ( ) P/T Conference   ( ) Case Management Conference

**ORDERED AFTER HEARING:**

6/6/08 Case management conference continued to 7/25/08 by agreement of counsel.

(✓) ORDER TO BE PREPARED BY:   Plntf____  Deft____  Court ✓

( ) Referred to Magistrate For:_____
    ( )By Court
( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off_____   Expert Discovery Cut-Off_____

Plntf to Name Experts by_____   Deft to Name Experts by_____

P/T Conference Date_____   Trial Date_____   Set for ____ days
                        Type of Trial: ( )Jury  ( )Court
Notes:_____

(45 min)