**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIE CHATTLER,

       Plaintiff,

  v.

THE UNITED STATS OF AMERICA, ET AL.,

       Defendants.
_____/

No. C07-4040 MMC (EMC)

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on **PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND SPECIAL INTERROGATORIES** has been rescheduled from June 13, 2008 at 9:00 a.m. before Judge Maxine M. Chesney to **July 2, 2008 at 10:30 a.m.** before **Magistrate Judge Edward M. Chen**, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.  Opposition to said Motion shall be filed by June 11, 2008.  Reply shall be filed by June 18, 2008.

**Dated:   May 29, 2008**

**FOR THE COURT,**
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy