**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

E-filing

Date: JUL 25 2008

C-07-4040-MMC

Julie Chattler v. United States of America

Attorneys: Shana Scarlett     Jacqueline Coleman Snead

Deputy Clerk: **TRACY LUCERO**     Reporter: NOT REPORTED

**PROCEEDINGS:**     **RULING:**

1. _____     _____
2. _____     _____
3. _____     _____
4. _____     _____

( ) Status Conference     ( ) P/T Conference     (✓) **Initial** Case Management Conference

**ORDERED AFTER HEARING:**

Deadline for Deft to file motion for summary judgment is 1/30/09. Plff's motion for Class Certification shall NOT be filed until Court has ruled on motion for summary judgment.

( ) ORDER TO BE PREPARED BY:   Plntf____ Deft____ Court____

( ) Referred to Magistrate For: _____
         ( ) By Court
(✓) CASE CONTINUED TO 4/17/09 @ 10:30 for Continued Case Management Conf.
         (Joint statement due by 4/10/09)
Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by _____

P/T Conference Date_____ Trial Date_____ Set for ____ days
         Type of Trial: ( ) Jury   ( ) Court
Notes: _____

(25 min)