1
2
3
4
5                       UNITED STATES DISTRICT COURT
6                     NORTHERN DISTRICT OF CALIFORNIA
7

8  JULIE CHATTLER,                          No. C-07-4040 MMC (EMC)

9           Plaintiff,

10     v.                                   **ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AS MOOT; AND GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR PROTECTIVE ORDER**
11 UNITED STATES OF AMERICA, *et al.*,
12           Defendants.
13                                          **(Docket Nos. 99, 104)**
   _____/
14

15

16     Currently pending before the Court are Plaintiff's motion to compel and Defendants' cross-
17 motion for a protective order. A hearing on the motions was held on January 7, 2008.
18     At the hearing, the parties indicated that they had reached agreement on Plaintiff's motion to
19 compel (*e.g.*, Defendant the United States agreed to provide responses that did not rely upon
20 incorporation by reference) and the Court therefore **DENIES** the motion, without prejudice, as moot.
21     As for Defendants' cross-motion for a protective order, it is hereby **GRANTED** in part and
22 **DENIED** in part. The Court agrees that there are valid national security concerns and therefore
23 discovery related to lockboxes shall not be unfettered. However, limited discovery related to
24 lockboxes shall be permitted. For example, the following kinds of discovery shall be allowed:
25 discovery related to the extent to which Defendants can access the applications while in the lockbox
26 facility; discovery related to how it is determined when an application may be forwarded to the
27 passport agency; and discovery related to the extent to which Defendants can enforce the business
28 requirements in the Statement of Work. *See* Reply at 5. In short, the Court finds that, under the

present state of pleadings, discovery that might inform the ultimate question of whether receipt of a passport application by a lockbox facility constitutes "reach[ing] a Passport Agency," 22 C.F.R. § 51.66(b), shall be permitted, subject to national security concerns.

This order disposes of Docket Nos. 99 and 104.

IT IS SO ORDERED.

Dated: January 7, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge

2