SHANA E. SCARLETT (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

ROBERT B. CAREY (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 East Camelback Road, Suite 650
Phoenix, AZ 85016
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob.carey@att.net

STEVE W. BERMAN (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Attorneys for Plaintiff

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CHATTLER, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA and THE UNITED STATES DEPARTMENT OF STATE,<br><br>Defendants. | No. 07-cv-04040 MMC (EMC)<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S AND DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT; ORDER CONTINUING HEARING ON MOTIONS<br><br>ACTION FILED: August 7, 2007 |

1    WHEREAS Plaintiff Julia Chattler filed her partial motion for summary judgment on
2  January 30, 2009, and Defendants United States of America and the United States Department of
3  State filed their motion for summary judgment on January 30, 2009;
4    WHEREAS Plaintiff's and Defendants' respective oppositions to the motions for summary
5  judgment are due on February 13, 2009;
6    WHEREAS Plaintiff's and Defendants' respective replies to the motions for summary
7  judgment are due on February 20, 2009;
8    WHEREAS the hearing on the respective motions for summary judgment is set for Friday,
9  March 6, 2009 at 9:00 a.m.;
10   WHEREAS Plaintiff requests this extension because it is Plaintiff's position that the
11 motions for summary judgment raise a host of complex legal and factual issues, including the
12 application of the doctrine of prudential exhaustion, Defendants' interpretation of relevant
13 regulations and Defendants' liability for refunds to class members, and that the briefings in
14 opposition and in reply will require detailed legal analysis and the use of voluminous evidence;
15   WHEREAS the current briefing schedule will not allow Plaintiff sufficient time to address
16 adequately the factual and legal issues involved;
17   WHEREAS pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.1(b) and
18 6.2, and subject to approval by the Court, the parties stipulate to a one-week enlargement of time
19 on the briefing as described below;
20   WHEREAS the only previous time modifications to the schedule in this case have been, by
21 stipulation and Court order, the re-scheduling of the Initial Case Management Conference from
22 December 7, 2007 to January 18, 2008 at 2:00 p.m.; by Court order, continuing the Initial Case
23 Management Conference from February 15, 2008 to April 11, 2008; and by stipulation and Court
24 order, the shortening of time in the briefing on Plaintiff's Motion to Strike to be heard concurrently
25 with Defendant's motion to dismiss on March 14, 2008 at 9:00 a.m.;
26   WHEREAS this stipulation and order enlarging time will delay the Court's hearing on the
27 motions for summary judgment only by one week, and will have no other impact on the schedule
28 for this case;

1   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
2   undersigned counsel for Plaintiff and counsel for Defendants, subject to the approval of the Court
3   that:
4   1.   The deadline for the oppositions to Plaintiff's motion for partial summary judgment
5   and Defendants' motion for summary judgment is extended one week from February 13, 2009, to
6   February 20, 2009;
7   2.   The deadline for the replies to Plaintiff's motion for partial summary judgment and
8   Defendants' motion for summary judgment is extended one week from February 20, 2009, to
9   February 27, 2009; and
10  3,   The hearing on the Motions for Summary Judgment is extended one week from
11  March 6, 2009, at 9:00 a.m. to March 13, 2009, at 9:00 a.m.

13  DATED:  February 6, 2009                     HAGENS BERMAN SOBOL SHAPIRO LLP

                                                  _____/s/ Shana E. Scarlett_____
                                                  SHANA E. SCARLETT

                                                  715 Hearst Avenue, Suite 202
                                                  Berkeley, CA  94710
                                                  Telephone: (510) 725-3000
                                                  Facsimile: (510) 725-3001

                                                  Robert B. Carey (*Pro Hac Vice*)
                                                  HAGENS BERMAN SOBOL SHAPIRO LLP
                                                  2425 East Camelback Road, Suite 650
                                                  Phoenix, AZ  85016
                                                  Telephone: (602) 840-5900
                                                  Facsimile: (602) 840-3012

                                                  Steve Berman (*Pro Hac Vice*)
                                                  HAGENS BERMAN SOBOL SHAPIRO LLP
                                                  1301 Fifth Avenue, Suite 2900
                                                  Seattle, WA  98101
                                                  Telephone: (206) 623-7292
                                                  Facsimile: (206) 623-0594

                                                  Megan E. Waples (*Pro Hac Vice*)
                                                  THE CAREY LAW FIRM
                                                  2301 East Pikes Peak Avenue
                                                  Colorado Springs, CO  80909

|   |   |
|---|---|
|   | Telephone: (719) 635-0377<br>Facsimile: (719) 635-2920 |
|   | Attorneys for Plaintiff |

DATED: February 6, 2009

        MICHAEL F. HERTZ
        Acting Assistant Attorney General
        Civil Division

        JOSEPH P. RUSSONIELLO
        United States Attorney
        Northern District of California

        VINCENT M. GARVEY
        Deputy Branch Director
        Federal Programs Branch

        _____/s/ Jacqueline Coleman-Snead_____
        JACQUELINE COLEMAN SNEAD
        (D.C. Bar No. 459548)
        Trial Attorney
        Federal Programs Branch, Civil Division
        U.S. Department of Justice
        20 Massachusetts Avenue, N.W. Rm. 7214
        Washington, DC 20530
        Tel: (202) 514-3418
        Attorneys for Defendants

I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S AND DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT. In compliance with General Order 45, X.B., I hereby attest that Jacqueline Coleman Snead has concurred in this filing.

        \*     \*     \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 9, 2009

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE