United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  JULIE CHATTLER,                          No. C-07-4040 MMC

12          Plaintiff,              **ORDER GRANTING IN PART
                                    PLAINTIFF'S ADMINISTRATIVE MOTION**
13     v.                           **TO FILE EXHIBIT D UNDER SEAL;
                                    DIRECTIONS TO PLAINTIFF**
14
     UNITED STATES OF AMERICA, et al.,
15
            Defendants
16  _____/

17

18       Before the Court is plaintiff's "Administrative Motion to File Exhibit D Under Seal,"

19  filed January 30, 2009, by which plaintiff seeks leave to file under seal an exhibit offered in

20  support of her motion for partial summary judgment.  Defendant has filed a "Response and

21  Partial Opposition," by which defendant requests that plaintiff be directed to file in the public

22  record a redacted version of Exhibit D.

23       Both parties assert, and the Court agrees, that Exhibit D contains sealable material,

24  specifically, plaintiff's social security number, her passport number, date of birth, home

25  address and telephone number, and similar personal information pertaining to her parents.

26  Accordingly, the motion is hereby GRANTED to the extent plaintiff seeks leave to file under

27  seal an unredacted version of Exhibit D.

28       As defendant points out, however, Exhibit D contains non-confidential material,

1   including information publicly disclosed in plaintiff's motion for summary judgment, such as

2   the date on which defendant received plaintiff's application.  Accordingly, the motion is

3   hereby DENIED to the extent plaintiff seeks leave to file under seal the entirety of Exhibit D

4   under seal.  See Civil L.R. 79-5(a) (providing request to file document under seal "must be

5   narrowly tailored to seek sealing only of sealable material").

6        Plaintiff is hereby DIRECTED to file in the public record, no later than February 27,

7   2009, a redacted version of Exhibit D.

8        **IT IS SO ORDERED.**

9

10  Dated:  February 12, 2009

11                                          MAXINE M. CHESNEY
                                            United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2