IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CHATTLER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants<br>_____ / | No. C-07-4040 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE HEARING ON MOTIONS FOR SUMMARY JUDGMENT; CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT, DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND DEFENDANTS' MOTIONS TO STRIKE** |

      Before the Court is plaintiff's "Administrative Motion to Continue Hearing Date on Motions for Summary Judgment," filed March 5, 2009. Defendants have filed an "Opposition and Response." Having read and considered the parties' respective filings, the Court rules as follows.

      Plaintiff seeks a continuance of the hearing on plaintiff's motion for partial summary judgment, defendants' motion for summary judgment, and defendants' motions to strike, until such time as the parties have resolved disputes plaintiff has raised with respect to the Supplemental Privilege Log defendant produced on February 24, 2009. Plaintiff does not propose a specific date to which the above-referenced motions should be continued. Defendant does not object to a continuance, provided the motions are continued to a date

certain, and no later than May 1, 2009.

In the event the parties are unable to resolve plaintiff's disputes regarding the Supplemental Privilege Log, it appears that a motion to compel could be filed, briefed, and heard prior to May 1, 2009. Accordingly, the Court hereby GRANTS plaintiff's administrative motion to the extent the hearing on plaintiff's motion for partial summary judgment, defendants' motion for summary judgment, and defendants' motion to strike is hereby CONTINUED to May 1, 2009.

To the extent plaintiff's administrative motion seeks leave to file a supplemental brief opposing defendants' motion for summary judgment in the event such supplemental filing becomes "necessary," the administrative motion is hereby DENIED as premature and without prejudice to plaintiff's making a specific showing as the need for filing a supplemental brief.

**IT IS SO ORDERED.**

Dated: March 11, 2009

MAXINE M. CHESNEY
United States District Judge