IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIE CHATTLER,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants

No. C-07-4040 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    Before the Court is the parties' Supplemental Joint Case Management Statement, filed April 10, 2009.

    In light of the pendency of plaintiff's motion for partial summary judgment, defendants' motion for summary judgment, and defendants' motions to strike, as well as plaintiff's representation that she intends to seek leave to file additional briefing in opposition to defendants' motion for summary judgment, the Court hereby CONTINUES the Case Management Conference to June 19, 2009.

    The parties shall file an updated Joint Case Management Statement no later than June 12, 2009; if, as of June 12, 2009, the parties' respective motions remain pending, the parties may instead file a stipulation or, in the absence of a stipulation, an individual request, to continue the Case Management Conference to a later date.

    **IT IS SO ORDERED.**

Dated: April 14, 2009

MAXINE M. CHESNEY
United States District Judge