SHANA E. SCARLETT (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

ROBERT B. CAREY (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 East Camelback Road, Suite 650
Phoenix, AZ  85016
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob.carey@att.net

STEVE W. BERMAN (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Attorneys for Plaintiff

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CHATTLER, On Behalf of Herself and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>       v.<br><br>THE UNITED STATES OF AMERICA and THE UNITED STATES DEPARTMENT OF STATE,<br><br>                              Defendants. | No.  07-cv-04040 MMC (EMC)<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S AND DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT<br><br>ACTION FILED: August 7, 2007 |

1   WHEREAS Defendants United States of America and the United States Department of
2   State filed their motion for summary judgment on January 30, 2009, and Plaintiff Julia Chattler
3   filed her partial motion for summary judgment on January 30, 2009;
4   WHEREAS Plaintiff filed an Administrative Motion to Continue Hearing Date on Motions
5   for Summary Judgment on March 5, 2009, seeking a continuance of the hearing on the motions for
6   summary judgment and related motions to strike until such time as disputes related to the
7   Defendants' privilege log – produced after Plaintiff had filed her Opposition to Defendants'
8   Motion for Summary Judgment – could be resolved, based on Plaintiff's belief that the withheld
9   documents appear relevant to the parties' positions on summary judgment;
10   WHEREAS this Court on March 11, 2009, granted in part Plaintiff's motion and continued
11   the hearing until May 1, 2009, at 9:00 a.m.;
12   WHEREAS Plaintiff filed a Motion to Compel Production of Documents Designated as
13   Privileged on March 11, 2009, which was heard on April 15, 2009, by Magistrate Judge Chen;
14   WHEREAS Magistrate Judge Chen entered an Order Requiring Further Meet and Confer
15   Re Plaintiff's Motion to Compel Production of Documents Designated as Privileged on April 15,
16   2009;
17   WHEREAS Magistrate Judge Chen's order instructed Defendants to provide a consolidated
18   electronic privilegel log, instructed the parties to meet and confer further, with guidance from the
19   Court, and instructed the parties to file a joint letter of disputed issues by April 29, 2009, if the
20   parties are unable to resolve their disputes;
21   WHEREAS the parties are currently attempting to schedule a meet and confer and
22   Defendants are working to produce a consolidated electronic log;
23   WHEREAS the current hearing schedule will not allow the parties sufficient time to meet
24   and confer and attempt to resolve their disputes in accordance with Magistrate Judge Chen's Order
25   and to file any necessary supplemental briefing with this Court related to the motions for summary
26   judgment;

1  WHEREAS pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.1(b) and 6.2, and subject to approval by the Court, the parties stipulate to continue the hearing on the motions for summary judgment to May 22, 2009;

4  WHEREAS the only previous time modifications to the schedule in this case have been, by stipulation and Court order, the re-scheduling of the Initial Case Management Conference from December 7, 2007 to January 18, 2008 at 2:00 p.m.; by Court order, continuing the Initial Case Management Conference from February 15, 2008 to April 11, 2008; by stipulation and Court order, the shortening of time in the briefing on Plaintiff's Motion to Strike to be heard concurrently with Defendant's motion to dismiss on March 14, 2008 at 9:00 a.m.; by stipulation and Court order, extending the time to file oppositions to motions for summary judgment from February 13, 2009 to February 20, 2009 and continuing the hearing on the parties' motions to dismiss by one week, from March 6, 2009 to March 13, 2009; and by motion and Court order, continuing the hearing on the parties' motions for summary judgment and related motions from March 13, 2009 to May 1, 2009;

14  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and counsel for Defendants, subject to the approval of the Court, that the hearing on the Motions for Summary Judgment and Defendants' related motions to strike is continued until May 22, 2009.

DATED:  April 23, 2009              HAGENS BERMAN SOBOL SHAPIRO LLP


                                    _____/s/ Shana E. Scarlett_____
                                          SHANA E. SCARLETT

                                    715 Hearst Avenue, Suite 202
                                    Berkeley, CA  94710
                                    Telephone: (510) 725-3000
                                    Facsimile: (510) 725-3001

                                    Robert B. Carey (*Pro Hac Vice*)
                                    HAGENS BERMAN SOBOL SHAPIRO LLP
                                    2425 East Camelback Road, Suite 650
                                    Phoenix, AZ  85016
                                    Telephone: (602) 840-5900
                                    Facsimile: (602) 840-3012

STIP. [PROP.] ORD. CONTINUING HEARING ON
MOTS. SUMM. J. – NO. C 07-04040 MMC (EMC)

1
2
3
4
5
6
7
        Steve Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

        Megan E. Waples (*Pro Hac Vice*)
THE CAREY LAW FIRM
2301 East Pikes Peak Avenue
Colorado Springs, CO 80909
Telephone: (719) 635-0377
Facsimile: (719) 635-2920

8         Attorneys for Plaintiff

9 DATED: April 23, 2009

10
11
        MICHAEL F. HERTZ
Acting Assistant Attorney General
Civil Division

12
13
        JOSEPH P. RUSSONIELLO
United States Attorney
Northern District of California

14
15
        VINCENT M. GARVEY
Deputy Branch Director
Federal Programs Branch

16

17
18
19
20
21
        _____/s/ Jacqueline Coleman Snead_____
JACQUELINE COLEMAN SNEAD
(D.C. Bar No. 459548)
Trial Attorney
Federal Programs Branch, Civil Division
U.S. Department of Justice
20 Massachusetts Avenue, N.W. Rm. 7214
Washington, DC 20530
Telephone: (202) 514-3418
Attorneys for Defendants

22

23 I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S AND DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT. In compliance with General Order 45, X.B., I hereby attest that Jacqueline Coleman Snead has concurred in this filing.

24
25             \*      \*      \*

26
27
28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 24, 2009

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE