IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIE CHATTLER,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants

                                                      /

No. C-07-4040 MMC

**ORDER SHORTENING TIME FOR RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION**

    Before the Court is plaintiff's Administrative Motion to Continue Hearing Date on Motions for Summary Judgment, filed May 18, 2009, by which plaintiff seeks to continue the May 22, 2009 hearing on the parties' respective motions for summary judgment.

    Pursuant to the Civil Local Rules of this District, defendants' response thereto is not due until Thursday, May 21, 2009, and may be electronically filed as late as 11:59 p.m. Pacific Daylight Time on that date. See Civil L.R. 7-11(b).

    Defendants' counsel of record is located in Washington, D.C. Under such circumstances, in order to arrive in timely fashion for the hearing as presently scheduled, it is likely such counsel will be required to depart Washington, D.C. prior to the Court's ruling on the instant administrative motion.

//

Accordingly, to avoid an unnecessary appearance should the Court ultimately determine to continue the hearing date, counsel for defendants is hereby ORDERED to respond to plaintiff's administrative motion on or before Wednesday, May 20, 2009 at 5:00 p.m. Eastern Daylight Time.

**IT IS SO ORDERED.**

Dated: May 19, 2009

MAXINE M. CHESNEY
United States District Judge