IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIE CHATTLER,

        Plaintiff,

v.

UNITED STATES OF AMERICA, DEPARTMENT OF STATE,

        Defendants.

No. CV-07-4040 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Defendants' motion for summary judgment is hereby GRANTED.

2. Plaintiff's motion for partial summary judgment is hereby DENIED.

3. Defendants' motions to strike are hereby DENIED.

Dated: July 14, 2009

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk