IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CHATTLER,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES OF AMERICA,<br>DEPARTMENT OF STATE,<br><br>　　　　　Defendants | No. C-07-4040 MMC<br><br>**ORDER VACATING SEPTEMBER 4, 2009 HEARING ON PLAINTIFF'S MOTION TO AMEND ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

　　　　Before the Court is plaintiff Julie Chattler's motion, filed July 28, 2009, to vacate the judgment entered July 14, 2009 and to alter or amend the Court's July 10, 2009 order granting defendants' motion for summary judgment. Defendants United States of America and United States Department of State have filed opposition, to which plaintiff has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the parties' respective filings, and VACATES the hearing scheduled for September 4, 2009.

　　　　**IT IS SO ORDERED.**

Dated: September 1, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge